# EXHIBIT A



US009020189B2

(12) **United States Patent**
Lee et al.

(10) **Patent No.:**  **US 9,020,189 B2**
(45) **Date of Patent:**  **Apr. 28, 2015**

(54) **METHODS AND APPARATUS TO MONITOR ENVIRONMENTS**

(71) Applicants: **Morris Lee**, Palm Harbor, FL (US);
**Alex Terrazas**, Santa Cruz, CA (US)

(72) Inventors: **Morris Lee**, Palm Harbor, FL (US);
**Alex Terrazas**, Santa Cruz, CA (US)

(73) Assignee: **The Nielsen Company (US), LLC**,
Schaumburg, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 45 days.

(21) Appl. No.: **13/708,698**

(22) Filed: **Dec. 7, 2012**

(65) **Prior Publication Data**

US 2014/0161305 A1  Jun. 12, 2014

(51) **Int. Cl.**
*G06K 9/00*  (2006.01)
*G06K 9/20*  (2006.01)

(52) **U.S. Cl.**
CPC ........ *G06K 9/00362* (2013.01); *G06K 9/00771*
(2013.01); *G06K 9/2036* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,973,732 | A * | 10/1999 | Guthrie | 348/169 |
| 6,674,877 | B1 * | 1/2004 | Jojic et al. | 382/103 |
| 6,697,104 | B1 * | 2/2004 | Yakobi et al. | 348/143 |
| 6,771,818 | B1 * | 8/2004 | Krumm et al. | 382/225 |
| 7,330,566 | B2 | 2/2008 | Cutler | |
| 7,965,866 | B2 * | 6/2011 | Wang et al. | 382/103 |
| 8,159,507 | B2 | 4/2012 | Nishibori | |
| 8,233,721 | B2 | 7/2012 | Wagg | |
| 8,295,542 | B2 | 10/2012 | Albertson et al. | |
| 2005/0229200 | A1 | 10/2005 | Kirkland et al. | |
| 2005/0249382 | A1 * | 11/2005 | Schwab et al. | 382/115 |
| 2011/0286633 | A1 * | 11/2011 | Wang et al. | 382/103 |
| 2014/0254880 | A1 | 9/2014 | Srinivasan et al. | |
| 2014/0282644 | A1 | 9/2014 | Terrazas | |

FOREIGN PATENT DOCUMENTS

WO      2009133429      11/2009

* cited by examiner

*Primary Examiner* — Tsung-Yin Tsai

(74) *Attorney, Agent, or Firm* — Hanley, Flight & Zimmerman, LLC

(57)  **ABSTRACT**

Methods and apparatus to monitor environments are disclosed. An example method includes analyzing a plurality of three-dimensional data points having respective depth values representative of distances between a sensor and respective objects of an environment; when a first set of the three-dimensional data points has a first depth value less than a threshold, executing a first type of recognition analysis on a first area of the environment corresponding to the first set of the three-dimensional data points; and when a second set of the three-dimensional data points has a second depth value greater than the threshold, executing a second type of recognition analysis different than the first type of recognition analysis on a second area of the environment corresponding to the second set of the three-dimensional data points.

**21 Claims, 8 Drawing Sheets**





FIG. 1



**FIG. 1A**



FIG. 2A

FIG. 2



**FIG. 3**



**FIG. 4**



500
INITIALIZE PEOPLE COUNTER
502
CAPTURE 3-D DATA POINTS FOR ENVIRONMENT
504
IDENTIFY DATA POINTS HAVING A DEPTH VALUE WITHIN A THRESHOLD DISTANCE FROM 3D SENSOR
506
EXECUTE 3D-BASED RECOGNITION ANALYS(ES) ON DATA POINTS HAVING A DEPTH VALUE WITHIN THE THRESHOLD DISTANCE
508
ANY OBJECT(S) RECOGNIZED AS A PERSON?
NO
YES
510
STORE INFORMATION RELATED TO RECOGNIZED PERSON(S) IN FRAME DATABASE
512
DETERMINE IF 2-D ANALYSIS HAS BEEN TRIGGERED
514
2-D RECOGNITION ANALYSIS TRIGGERED?
NO
YES
516
WHAT TYPE OF 2D-BASED RECOGNITION ANALYSIS WAS TRIGGERED?
TARGETED
FULL SCAN
518
OBTAIN LOCATION INFORMATION OF DETECTED OBJECT(S) AND DEFINE LIMIT BOUNDARIES
520
EXECUTE FOCUSED 2D RECOGNITION ANALYSIS BASED ON LOCATION(S)
524
EXECUTE 2D RECOGNITION ANALYSIS ON TWO-DIMENSIONAL DATA FOR ENTIRE ENVIRONMENT
522
STORE INFORMATION RELATED TO RECOGNIZED PERSON(S) IN FRAME DATABASE

FIG. 5



600
HAS INTERVAL FOR 2D ANALYSIS ELAPSED?
NO
YES
602
TRIGGER 2D-BASED RECOGNITION ANALYSIS
604
HAS PERSON TRAVELLED FROM WITHIN THRESHOLD DISTANCE FROM SENSOR TO OUTSIDE THRESHOLD DISTANCE FROM SENSOR?
NO
YES
606
TRIGGER TARGETED 2D RECOGNITION ANALYSIS ON LOCATION OF PERSON THAT TRAVELLED OUTSIDE THRESHOLD DISTANCE
608
DID 2D-BASED RECOGNITION ANALYSIS OF IMMEDIATELY PREVIOUS FRAME(S) RESULT IN RECOGNITION OF AN OBJECT AT A FIRST LOCATION AS A PERSON?
NO
YES
610
TRIGGER TARGETED 2D RECOGNITION ANALYSIS ON LOCATION OF PREVIOUSLY IDENTIFIED PERSON
612
DETERMINE THAT 2D ANALYSIS HAS NOT BEEN TRIGGERED
614
RETURN

FIG. 6



FIG. 7

US 9,020,189 B2

**1**

## METHODS AND APPARATUS TO MONITOR ENVIRONMENTS

### FIELD OF THE DISCLOSURE

This disclosure relates generally to audience measurement and, more particularly, to methods and apparatus to monitor environments.

### BACKGROUND

Audience measurement of media (e.g., broadcast television and/or radio, stored audio and/or video content played back from a memory such as a digital video recorder or a digital video disc, a webpage, audio and/or video media presented (e.g., streamed) via the Internet, a video game, etc.) often involves collection of media identifying data (e.g., signature(s), fingerprint(s), code(s), tuned channel identification information, time of exposure information, etc.) and people data (e.g., user identifiers, demographic data associated with audience members, etc.). The media identifying data and the people data can be combined to generate, for example, media exposure data indicative of amount(s) and/or type(s) of people that were exposed to specific piece(s) of media.

In some audience measurement systems, the people data is collected by capturing a series of images of a media exposure environment (e.g., a television room, a family room, a living room, a bar, a restaurant, etc.) and analyzing the images to determine, for example, an identity of one or more persons present in the media exposure environment, an amount of people present in the media exposure environment during one or more times and/or periods of time, etc. The collected people data can be correlated with media detected as being presented in the media exposure environment to provide exposure data (e.g., ratings data) for that media.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an illustration of an example media exposure environment including an example audience measurement device disclosed herein.

FIG. **1A** is another illustration of the example media exposure environment of FIG. **1**.

FIG. **2** is a block diagram of an example implementation of the example audience measurement device of FIG. **1**.

FIG. **2A** is a block diagram of an example implementation of the example image capturing device of FIG. **1**.

FIG. **3** is a block diagram of an example implementation of the example people counter of FIGS. **1** and/or **2**.

FIG. **4** is an illustration of an example face rectangle tracked by the example people counter of FIGS. **1**, **2** and/or **3**.

FIGS. **5** and **6** are flowcharts representative of example machine readable instructions that may be executed to implement the example audience measurement device of FIGS. **1**, **2** and/or **3**.

FIG. **7** is a block diagram of an example processing system capable of executing the example machine readable instructions of FIGS. **5** and/or **6** to implement the example audience measurement device of FIGS. **1**, **2** and/or **3**.

### DETAILED DESCRIPTION

There are known applications, systems, and devices (e.g., surveillance systems, consumer behavior monitors deployed in shopping centers, audience measurement devices, etc.) that benefit from the ability to accurately count a number of people in a particular space or environment at a particular

**2**

time. Such known systems typically capture images of the monitored environment and analyze the images to determine how many people are present at certain times.

To count people in a media exposure environment, some known audience measurement systems attempt to recognize objects as humans and/or to recognize an identity of a detected person in image data representative of the media exposure environment. As used herein, recognition systems include one or more devices, one or more applications, one or more algorithms, etc. tasked with recognizing and/or detecting one or more aspects of image data representative of an environment and/or occupants of the environment. In some known systems, recognition systems include devices, applications, algorithms, etc. tasked with determining that a portion of image data represents a particular type of object such as, for example, a body part (e.g., an arm, a hand, a leg, a head, a torso, etc.). In some known systems, recognition systems include devices, applications, algorithms, etc. tasked with determining that an object, such as a face, belongs to a certain individual. That is, in some known systems, recognition systems include identification systems that, for example, verify and/or detect an identity of a known person. In some known examples, recognition systems include devices, applications, algorithms, etc. tasked with identifying a gesture (e.g., a hand movement, a body motion, etc.) performed by a detected person.

In some traditional systems, the audience measurement system maintains a tally for each frame of image data to reflect an amount of people in the environment at a time corresponding to a respective frame. Recognition of an object as a human in a frame of image data causes these traditional audience measurement devices to increment the tally associated with that frame. Some such systems do not attempt to identify the person, but instead maintain a tally of persons and prompt the audience to self identify when a change in the count occurs. In examples when face detection is employed, faces of people may be undetected or unrecognized due to, for example, partial visibility, lighting conditions, obscuring of the face due to eating or drinking, or a rotation of a head relative to a camera capturing the frames, etc. Additionally, faces of people in the media exposure environment may go undetected or unrecognized in such systems due to field of view limitations associated with an image sensor. In other words, the image sensor tasked with captured images of the media exposure environment may not have a wide enough field of view to capture certain faces of people that are being exposed to media. Additionally, a non-human object, such as a picture of a human face hanging on a wall, is sometimes mistaken for a human face in such known systems, thereby improperly inflating the tally for the corresponding frame.

These and other limitations and/or inaccuracies of known systems can lead to an inaccurate tally of people for individual frames. An inaccurate tally of people in a frame can negatively affect the accuracy of media exposure data generated using the tally. For example, an audience measurement system counting the people in a room may also be collecting media identifying information to identify media being presented (e.g., aurally and/or visually) in the room. With the identification of the media and the amount of people in the room at a given date and time, the audience measurement system can indicate how many people were exposed to the specific media and/or associate the demographics of the people with the specific exposure to determine audience characteristics for the specific media. An audience measurement entity (e.g., The Nielsen Company (US), LLC) can calculate ratings for a piece of media detected in an environment by correlating the piece of media with presence information

US 9,020,189 B2

**3**

detected in the environment at times corresponding to a detection of the piece of media. If face(s) are not detected or recognized as faces, the exposure data for the identified media may be under counted (e.g., the media is credited with less viewers/listeners than had actually been exposed to the media). Alternatively, if false positives are detected, the exposure data for the identified media may be overstated (e.g., the media is credited with more viewers/listeners than had actually been exposed to the media).

Recent developments in the capture and processing of three-dimensional data have improved recognition systems that previously relied solely on two-dimensional image data. That is, systems tasked with, for example, recognizing objects as people, determining an identity of a person, and/or identifying a gesture being made by a person have benefited from three-dimensional imaging technology that has improved the accuracy, efficiency, and capabilities of such systems. For example, some three-dimensional data processing involves generating a skeletal framework representative of a detected person. The skeletal framework is especially useful in tracking movements of a person and/or identifying gestures made by the person. Further, capture and processing of three-dimensional data can provide a more accurate identification of an object as a body part (e.g., an arm, a hand, a head, a leg, etc.) than two-dimensional data. Further, capture and processing of three-dimensional data can provide a more accurate identification of a known person than two dimensional data. Further, capture and processing of three-dimensional data improves an ability to distinguish actual human faces from face-like patterns, such as painting, pictures, fabrics including face depictions, etc.

Examples disclosed herein recognize that the advantages provided by using three-dimensional data to recognize objects as people and/or identify people are less significant (relative to the use of two-dimensional data) when depth values of the three-dimensional data are beyond a certain distance (which may vary depending on a particular sensor used to capture the three-dimensional data and/or a particular processing technique). In other words, examples disclosed herein recognize that three-dimensional data and the processing thereof improve recognition of objects to a first degree when the objects are within a threshold distance from the three-dimensional sensor and to a second, less significant degree when the objects are outside the threshold distance from the three-dimensional sensor. Accordingly, a greater distance between the three-dimensional sensor and the analyzed object leads to less accurate conclusions from analyses generated by three-dimensional based (3D-based) recognition systems.

For example, a 3D-based recognition analysis tasked with recognizing objects as human body parts (e.g., arms, legs, heads, hands, etc.) may have a first accuracy rating (e.g., a percentage of true positives, a percentage of false positives, a percentage of false negatives, and/or a percentage of true negatives) for recognition of objects located between one (1) foot and six (6) feet away from a three-dimensional sensor, a second accuracy rating for recognition of objects located between six (6) feet and ten (10) feet away from the three-dimensional sensor, and a third accuracy rating for recognition of objects located ten (10) feet or greater from the three-dimensional sensor. In such instances, the first accuracy rating is greater than the second accuracy rating, and the second accuracy rating is greater than the third accuracy rating. Examples disclosed herein recognize that in some instances, the second and/or third accuracy ratings of the 3D-based recognition analysis may be less than a fourth accuracy rating associated with a two-dimensional based (2D-

**4**

based) recognition analysis. That is, examples disclosed herein recognize that in certain instances (e.g., when a subject object is greater than a threshold distance away from a sensor) a 2D-based recognition analysis may be better suited (e.g., may provide more accurate results) for object recognition than a 3D-based recognition analyses. The advantages of 2D-based recognition analyses over the 3D-based recognition analyses are especially significant for relatively thin objects (e.g., arms, hands, etc.) at relatively far distances from the corresponding sensor.

Further, examples disclosed herein recognize that 2D-based recognition analyses are often more costly in terms of computational resources than 3D-based recognition analyses. In particular, some 2D-based recognition analyses often involve complex processing techniques that consume more resources (e.g., processing cycles, memory, etc.) than 3D-based recognition analyses. For example, while many 2D-based recognition analyses involve large amounts of comparisons of large amounts of image data (e.g., pixel intensities) to determine which portions of the image data (if any) correspond to a person, many 3D-based recognition analyses are able to reference collection(s) of shape libraries to determine whether depth information corresponds to a person. Thus, the additional dimension used for the 3D-based analyses enable more efficient recognition of objects.

Example methods, apparatus, and/or articles of manufacture disclosed herein utilize three-dimensional recognition analysis and two-dimensional analysis to more accurately and more efficiently recognize objects in an environment than previous recognition systems. In particular, example methods, apparatus, and/or articles of manufacture disclosed herein capture three-dimensional data of the environment via a three-dimensional sensor and determine whether the environment includes an object within a threshold distance from the three-dimensional sensor. The threshold distance used by examples disclosed herein corresponds to, for example, a distance at which the accuracy rating (e.g., a percentage) of the 3D-based recognition analysis falls below a threshold accuracy. For object(s) detected within the threshold distance from the three-dimensional sensor, example methods, apparatus and/or articles of manufacture disclosed herein execute a 3D-based recognition analysis to determine, for example, whether the object(s) are people and/or body part(s) of people. Thus, examples disclosed herein execute the 3D-based recognition analysis on objects for which the threshold accuracy can be achieved. For each one of the object(s) determined to correspond to a person via the 3D-based recognition analysis, example methods, apparatus, and/or articles of manufacture disclosed herein increment a people tally associated with the environment (e.g., for a particular frame corresponding to the captured three-dimensional data). Thus, the people tally generated by examples disclosed herein for objects located within the threshold distance have an accuracy aligned with the high accuracy provided by the 3D-based recognition analysis.

For portions of the environment having depth information in the captured three-dimensional data greater than the threshold distance, example methods, apparatus, and/or articles of manufacture disclosed herein execute a 2D-based recognition analyses on captured two-dimensional data (e.g., via a two-dimensional image sensor) to determine whether any people are present in the environment at distances greater than the threshold distance associated with the 3D-based recognition analysis. Put another way, examples disclosed herein execute the 2D-based recognition analysis for objects located at distances at which the accuracy of the 3D-based recognition analyses falls below the threshold accuracy. As

US 9,020,189 B2

5

described in greater detail below, example methods, apparatus, and/or articles of manufacture disclosed herein trigger execution of the 2D-based recognition analysis in response to one or more example detections and/or events. For example, some examples disclosed herein trigger the 2D-based recognition analysis in connection with the capture of each frame of captured image data. Additionally or alternatively, some examples disclosed herein trigger the 2D-based recognition analysis in response to a predefined time interval elapsing (e.g., according to a schedule). Additionally or alternatively, some examples disclosed herein trigger the 2D-based recognition analysis in response to the 3D-based recognition analysis determining that a person has moved from within the threshold distance from the sensor to a distance outside the threshold distance. Some such examples disclosed herein use the location of the person that has moved beyond the threshold distance (as recorded via the 3D-based recognition analysis) to focus the 2D-based recognition analysis on a particular area of the environment, thereby avoiding the need to scan the entire environment in connection with the 2D-based recognition analysis, which is a computational expensive procedure. In some examples disclosed herein, the 2D-based analysis is only performed in areas beyond the area in which 3D-based analyses have an acceptable level of accuracy. Some disclosed examples use a combination of any two or more of the above triggers (e.g., time based and three-dimensional recognition determination) to trigger the 2D-based analysis.

FIG. 1 is an illustration of an example media exposure environment 100 including an information presentation device 102, an example image capturing device 104, and a meter 106 for collecting audience measurement data. In the illustrated example of FIG. 1, the information presentation device 102 is a television and the media exposure environment 100 is a room of a household (e.g., a room in a home of a panelist such as the home of a "Nielsen family") that has been statistically selected to develop television ratings data for population(s)/demographic(s) of interest. In the illustrated example, one or more persons of the household have registered with an audience measurement entity (e.g., by agreeing to be a panelist) and have provided demographic information to the audience measurement entity to enable associating demographics with viewing activities (e.g., media exposure).

In some examples, the audience measurement entity provides the image capturing device 104 to the household. In some examples, the image capturing device 104 is a component of a media presentation device purchased by the household such as, for example, a camera of a video game system 108 (e.g., Microsoft® Kinect®) and/or piece(s) of equipment associated with a video game system (e.g., a Kinect® sensor). In such examples, the image capturing device 104 may be repurposed and/or data collected by the image capturing device 104 may be repurposed for audience measurement.

In the illustrated example of FIG. 1, the image capturing device 104 is placed above the information presentation device 102 at a position for capturing image data of the environment 100. In some examples, the image capturing device 104 is positioned beneath or to a side of the information presentation device 102 (e.g., a television or other display). In some examples the image capturing device 104 is integrated with the video game system 108. For example, the image capturing device 104 may collect image data (e.g., three-dimensional data and/or two-dimensional data) using one or more sensors for use with the video game system 108 and/or may also collect such image data for use by the meter 106. In some examples, the image capturing device 104 employs a first type of image sensor (e.g., a two-dimensional

6

sensor) to obtain image data of a first type (e.g., two-dimensional data) and collects a second type of image data (e.g., three-dimensional data) from a second type of image sensor (e.g., a three-dimensional sensor). In some examples, only one type of sensor is provided by the video game system 108 and a second sensor is added by the audience measurement system.

In the example of FIG. 1, the meter 106 is a software meter provided for collecting and/or analyzing the data from the image capturing device 104 and other media identification data collected as explained below. In the illustrated example, the meter 106 is installed in the video game system 108 (e.g., by being downloaded to the same from a network, by being installed at the time of manufacture, by being installed via a port (e.g., a universal serial bus (USB) from a jump drive provided by the audience measurement company, by being installed from a storage disc (e.g., an optical disc such as a BluRay disc, Digital Versatile Disc (DVD) or CD (compact Disk), or by some other installation approach). Executing the meter 106 on the panelist's equipment is advantageous in that it reduces the costs of installation by relieving the audience measurement entity of the need to supply hardware to the monitored household). In other examples, rather than installing the software meter 106 on the panelist's consumer electronics, the meter 106 is a dedicated audience measurement unit provided by the audience measurement entity. In such examples, the meter 106 may include its own housing, processor, memory and software to perform the desired audience measurement functions. In such examples, the meter 106 is adapted to communicate with the image capturing device 104 via a wired or wireless connection. In some such examples, the communications are effected via the panelist's consumer electronics (e.g., via a video game console). In other example, the image capturing device 104 is dedicated to audience measurement and, thus, no direct interaction with the consumer electronics owned by the panelist is involved.

Although the example audience measurement system of FIG. 1 is illustrated in a panelist home, the system can be implemented in additional and/or alternative types of environments such as, for example, a room in a non-statistically selected household (e.g., a non-panelist site), a theater, a restaurant, a tavern, a retail location, an arena, etc. For example, the environment may not be associated with a panelist of an audience measurement study, but instead may simply be an environment associated with a purchased XBOX® and/or Kinect® system. In some examples, the example audience measurement system of FIG. 1 is implemented, at least in part, in connection with additional and/or alternative types of media presentation devices such as, for example, a radio, a computer, a tablet, a cellular telephone, and/or any other communication device able to present media to one or more individuals.

In the example shown in FIG. 1, first and second persons 109 and 110 are present in the environment 100. In the illustrated example, the first person 109 is located in a near range set of distances 112 defined by a location of a three-dimensional sensor of the image capturing device 104 in the example of FIG. 1, and a first threshold distance 114 extending away from the imaging capturing device 104 along the z-axis shown in FIG. 1. The example environment 100 of FIG. 1 also includes a mid-range set of distances 116 defined by a second threshold distance 118 extending away from the image capturing device 104 along the z-axis and beginning at the end of the first threshold distance 114. The example environment 100 of FIG. 1 also includes a far range set of dis-

US 9,020,189 B2

7
8

tances **120** that includes distances greater than the second threshold distance **118** away from the image capturing device **104**.

FIG. **1A** illustrates the example media exposure environment **100** of FIG. **1** from a different perspective. In particular, the example image capturing device **104** captures data across a field of view illustrated in FIG. **1A**. As shown in FIG. **1A**, a first detection area **122** is defined by the first threshold **114** and the field of view to include the near range set of distances **112**. Further, a second detection area **124** is defined by the first threshold **114**, the second threshold **118**, and the field of view to include the mid-range set of distances **116**. Further, a third detection area **126** is defined by the second threshold **118** and the field of view to include the far range set of distances **120**. As described in detail below in connection with FIG. **2**, the example meter **106** of FIG. **1** applies different types of recognition analyses to determine whether objects correspond to people depending on, for example, in which one of the detection areas **122-126** or distance ranges **112**, **116** and **120** of the environment **100** the objects are located.

FIG. **2** illustrates an example implementation of the meter **106** of FIG. **1**. FIG. **2A** illustrates an example implementation of the image capturing device **104** of FIG. **1**. The example meter **106** of FIG. **2** includes an audience detector **200** to develop audience composition information regarding, for example, presence of people in the example environment **100** of FIG. **1**. The example meter **106** of FIG. **2** also includes a media detector **202** to collect information regarding, for example, media presented in the environment **100** of FIG. **1**. An example implementation of the media detector **202** is discussed further below. The example image capturing device **104** of FIG. **2A** includes a three-dimensional sensor **204** capable of capturing three-dimensional data representative of the environment **100** and a two-dimensional sensor **206** capable of capturing two-dimensional data representative of the environment **100**. While the example image capturing device **104** of FIG. **2A** includes the three-dimensional sensor **204** and the two-dimensional sensor **206**, the example meter **106** may additionally or alternatively receive three-dimensional data and/or two-dimensional data representative of the environment **100** from a different source. For example, the image capturing device **104** may include the two-dimensional sensor **206** and may receive three-dimensional data representative of the environment **100** from a three-dimensional sensor implemented by a different component in communication with the example meter **106** such as, for example, a video game system (e.g., Microsoft® Kinect®) owned by the panelist. In some examples, the image capturing device **104** is implemented by a Kinect® sensor which includes both the two-dimensional sensor **206** and the three-dimensional sensor **204**.

The example three-dimensional sensor **204** of FIG. **2A** projects an array or grid of dots (e.g., via one or more electromagnetic radiation beams) onto objects of the environment **100**. The dots of the array projected by the example three-dimensional sensor **204** have respective x-axis coordinates and y-axis coordinates and/or some derivation thereof. The example three-dimensional sensor **204** of FIG. **2A** uses feedback received in connection with the dot array to calculate depth values associated with different dots projected onto the environment **100**. Thus, the example three-dimensional sensor **204** generates a plurality of data points. Each such data point has a first component representative of an x-axis position in the environment **100**, a second component representative of a y-axis position in the environment **100**, and a third component representative of a z-axis position in the environment **100**. As used herein, the x-axis position of an object is

referred to as a horizontal position, the y-axis position of the object is referred to as a vertical position, and the z-axis position of the object is referred to as a depth position relative to the image capturing device **104**. In the illustrated example, the array projected onto the environment **100** is an infrared array. The example image capturing device **104** of FIG. **2A** may utilize additional or alternative type(s) of three-dimensional sensor(s) to capture three-dimensional data representative of the environment **100** such as, for example, image capturing devices employing structured lighting, time-of-flight of light, and/or stereo cameras.

The example three-dimensional sensor **204** of FIG. **2A** is implemented by a laser that projects a plurality grid points onto the environment **100**. The example two-dimensional sensor **206** of FIG. **2A** is implemented by a sensor and/or camera that captures two-dimensional image data representative of the environment **100**. In some examples, the two-dimensional sensor **206** includes an infrared imager, a complimentary metal-oxide semiconductor (CMOS) camera, and/or a charge coupled device (CCD) camera.

In some examples, the sensors three-dimensional sensor **204** and/or the two-dimensional sensor **206** only capture data when the information presentation device **102** is in an "on" state and/or when the media detector **202** determines that media is being presented in the environment **100** of FIG. **1**.

The example audience detector **200** of FIG. **2** includes a people analyzer **208**, a time stamper **210** and a memory **212**. In the illustrated example of FIG. **2**, the data generated by the example three-dimensional sensor **204** and/or the example two-dimensional sensor **206** is conveyed to the example people analyzer **208**. The example people analyzer **208** of FIG. **2** calculates a people count corresponding to different time periods (e.g., one minute intervals, thirty second intervals, etc.) for the example environment **100** of FIG. **1**. The manner in which the example people analyzer **208** of FIG. **2** generates the people counts is described in detail below in connection with FIGS. **3-6**.

The example people analyzer **208** of FIG. **2** outputs, for example, calculated people counts or tallies to the example time stamper **210**. The time stamper **210** of the illustrated example includes a clock and a calendar. The example time stamper **210** associates a time period (e.g., 1:00 a.m. Central Standard Time (CST) to 1:01 a.m. CST) and date (e.g., Jan. 1, 2012) with each calculated people count by, for example, appending the period of time and date information to an end of the people data. In some examples, the time stamper **210** applies a single time and date rather than a period of time. A data package (e.g., the people count, the time stamp, the image data, etc.) is stored in the memory **212**.

The example memory **212** of FIG. **2** may include a volatile memory (e.g., Synchronous Dynamic Random Access Memory (SDRAM), Dynamic Random Access Memory (DRAM), RAMBUS Dynamic Random Access Memory (RDRAM, etc.) and/or a non-volatile memory (e.g., flash memory). The example memory **212** of FIG. **2** may also include one or more mass storage devices such as, for example, hard drive disk(s), compact disk drive(s), digital versatile disk drive(s), etc. When the example meter **106** is integrated into, for example, the video game system **108** of FIG. **1**, the meter **106** may utilize memory of the video game system **108** to store information such as, for example, the people counts, the image data, etc.

The example time stamper **210** of FIG. **2** also receives data from the example media detector **202**. The example media detector **202** of FIG. **2** detects presentation(s) of media in the media exposure environment **100** and/or collects identification information associated with the detected presentation(s).

US 9,020,189 B2

9 10

For example, the media detector **202**, which may be in wired and/or wireless communication with the information presentation device **102** (e.g., a television), the video game system **108**, an STB associated with the information presentation device **102**, and/or any other component of FIG. **1**, can identify a presentation time and/or a source of a presentation. The presentation time and the source identification data may be utilized to identify the program by, for example, cross-referencing a program guide configured, for example, as a look up table. In such instances, the source identification data is, for example, the identity of a channel (e.g., obtained by monitoring a tuner of an STB or a digital selection made via a remote control signal) currently being presented on the information presentation device **102**.

Additionally or alternatively, the example media detector **202** can identify the presentation by detecting codes and/or watermarks embedded with or otherwise conveyed (e.g., broadcast) with media being presented via an STB and/or the information presentation device **102**. As used herein, a code is an identifier that is transmitted with the media for the purpose of identifying and/or for tuning to (e.g., via a packet identifier (PID) header and/or other data used to tune or select packets in a multiplexed stream of packets) the corresponding media. Codes may be carried in the audio, in the video, in metadata, in a vertical blanking interval, in a program guide, in content data, or in any other portion of the media and/or the signal carrying the media. In the illustrated example, the media detector **202** extracts the code(s) from the media. In other examples, the media detector may collect samples of the media and export the samples to a remote site for detection of the code(s).

Additionally or alternatively, the media detector **202** can collect a signature representative of a portion of the media. As used herein, a signature is a representation of some characteristic of the signal carrying or representing one or more aspects of the media (e.g., a frequency spectrum of an audio signal). Signatures may be thought of as fingerprints of the media. Collected signature(s) can be compared against a collection of reference signatures of known media (e.g., content and/or advertisements) to identify tuned media. In some examples, the signature(s) are generated by the media detector **202**. Additionally or alternatively, the media detector **202** collects samples of the media and exports the samples to a remote site for generation of the signature(s). In the example of FIG. **2**, irrespective of the manner in which the media of the presentation is identified (e.g., based on tuning data, metadata, codes, watermarks, and/or signatures), the media identification information is time stamped by the time stamper **210** and stored in the memory **212**.

In the illustrated example of FIG. **2**, an output device **214** periodically and/or aperiodically exports the audience identification information and/or the media identification information from the memory **212** to a data collection facility **216** via a network (e.g., a local-area network, a wide-area network, a metropolitan-area network, the Internet, a digital subscriber line (DSL) network, a cable network, a power line network, a wireless communication network, a wireless mobile phone network, a Wi-Fi network, etc.). In some examples, the example meter **106** utilizes the communication capabilities (e.g., network connections) of the video game system **108** to convey information to, for example, the data collection facility **216**. In the illustrated example of FIG. **2**, the data collection facility **216** is managed and/or owned by an audience measurement entity (e.g., The Nielsen Company (US), LLC). The audience measurement entity associated with the example data collection facility **216** of FIG. **2** utilizes the people tallies generated by the people analyzer **208** in

conjunction with the media identifying data collected by the media detector **202** to generate exposure information. The information from many panelist locations may be collected and analyzed to generate ratings representative of media exposure by one or more populations of interest.

While example manners of implementing the image capturing device **104** and the meter **106** of FIG. **1** have been illustrated in FIGS. **2** and **2A**, one or more of the elements, processes and/or devices illustrated in FIGS. **2** and/or **2A** may be combined, divided, re-arranged, omitted, eliminated and/or implemented in any other way. Further, the example audience detector **200**, the example media detector **202**, the example three-dimensional sensor **204**, the example two-dimensional sensor **206**, the example people analyzer **208**, the example time stamper **210**, the example output device **214**, and/or, more generally, the example meter **106** of FIG. **2** and/or the example image capturing device **104** may be implemented by hardware, software, firmware and/or any combination of hardware, software and/or firmware. Thus, for example, any of the example audience detector **200**, the example media detector **202**, the example three-dimensional sensor **204**, the example two-dimensional sensor **206**, the example people analyzer **208**, the example time stamper **210**, the example output device **214**, and/or, more generally, the example meter **106** of FIG. **2** and/or the example image capturing device **104** of FIG. **2A** could be implemented by one or more circuit(s), programmable processor(s), application specific integrated circuit(s) (ASIC(s)), programmable logic device(s) (PLD(s)) and/or field programmable logic device(s) (FPLD(s)), etc. When any of the system or apparatus claims of this patent are read to cover a purely software and/or firmware implementation, at least one of the example audience detector **200**, the example media detector **202**, the example three-dimensional sensor **204**, the example two-dimensional sensor **206**, the example people analyzer **208**, the example time stamper **210**, the example output device **214**, and/or, more generally, the example meter **106** of FIG. **2** and/or the example image capturing device **104** of FIG. **2A** are hereby expressly defined to include a tangible computer readable storage medium such as a storage device or storage disc storing the software and/or firmware. Further still, the example meter **106** of FIG. **2** and/or the example image capturing device **104** may include one or more elements, processes and/or devices in addition to, or instead of, those illustrated in FIGS. **2** and/or **2A**, and/or may include more than one of any or all of the illustrated elements, processes and devices.

FIG. **3** illustrates an example implementation of the example people analyzer **208** of FIG. **2**. The example people analyzer **208** of FIG. **2** generates a people count or tally representative of a number of people in the media exposure environment **100** of FIG. **1** for frame(s) of captured image data. The rate at which the example people analyzer **208** of FIG. **3** generates people counts is configurable. In the illustrated example of FIG. **3**, the example people analyzer **208** instructs the example three-dimensional sensor **204** of FIG. **2A** to capture three-dimensional data representative of the environment **100** every five seconds. However, the example people analyzer **208** can capture and/or analyze data at any suitable rate. As described in detail below, the example people analyzer **208** of FIG. **3** utilizes a three-dimensional data analyzer **300** and a two-dimensional data analyzer **302** to detect people in the environment **100**. The example people analyzer **208** of FIG. **3** also includes a body tracker **304** to store information generated by the data analyzers **300** and **302** and information related thereto. Further, as described in detail below, the example body tracker **304** of FIG. **3** enables the

US 9,020,189 B2

**11**

two-dimensional data analyzer **302** to focus a corresponding analysis on areas of interest in the environment **100**, rather than analyzing the entirety of the environment **100**.

The example three-dimensional data analyzer **300** of FIG. **3** receives frames of three-dimensional data and executes one or more 3D-based recognition analyses on objects appearing in the environment **100** within one or more threshold distances from the three-dimensional sensor **204**. As described above, the received three-dimensional data includes data points each having a horizontal component, a vertical component, and a depth component. The example three-dimensional data analyzer **300** includes a depth filter **306** to analyze the depth component of the data points. The example depth filter **306** of FIG. **3** determines whether objects of the environment **100** corresponding to the data points fall within the first detection area **122** (e.g., at one of the near range set of distances **112**), the second detection area **124** (e.g., at one of the mid-range set of distances **116**), or the third detection area **126** (e.g., at one of the far range set of distances **120**) of FIG. **1A**. In particular, the example depth filter **306** determines whether the depth components of the respective data points are (1) less than the first threshold distance **114**, (2) greater than the first threshold distance **114** but less than the second threshold distance **118**, or (3) greater than the second threshold distance **118**.

In the illustrated example, the depth filter **306** of FIG. **3** designates the data points corresponding to objects of the environment **100** located in the first detection area **122** for further 3D-based recognition analysis via the example three-dimensional data analyzer **300**. Although the example depth filter **306** of FIG. **3** designates the data points found in the first detection area **122** for 3D-based recognition analysis, such data points may be additionally or alternatively be designated for 2D-based recognition analysis. Further, in some examples, the first detection area **122** includes a subset of distances from the image capturing device **104** for which three-dimensional data processing is undesirable due to, for example, limitations on capture of three-dimensional data and/or processing thereof. Such a subset of distances may include, for example, distances within one (1) foot or within one and a half (1.5) feet from the image capturing device **104**. In such instances, the example depth filter **306** designates the data points in the subset of distances for 2D-based recognition. Alternatively, the example depth filter **306** of FIG. **3** may designate any data point detected within the first detection area **122** for further 3D-based recognition analysis.

For data points located in the second detection area **124**, the example depth filter **306** of FIG. **3** designates the data for further analysis via the example three-dimensional analyzer **300** and for analysis via the two-dimensional data analyzer **302**. That is, in the illustrated example of FIG. **3**, the data points falling in the mid-range set of distances **116** are subject to a 2D-based recognition analysis in addition to a 3D-based recognition analysis.

The example depth filter **306** of FIG. **3** filters the data points corresponding to objects of the environment **100** located in the third detection area **126** (e.g., at one of the far range set of distances **120**) from further analysis via the example three-dimensional data analyzer **300**. In the illustrated example of FIG. **3**, the accuracy of the three-dimensional data analyzer **300** is below a threshold (e.g., an accuracy percentage) for objects located in the third detection area **126**. Thus, the data points associated with third detection area **126** are not further analyzed by the example three-dimensional data analyzer **300**. As a result, people counts having an accuracy less than a threshold are avoided. That is, the example three-dimensional data analyzer **300** only generates people counts greater than

**12**

or equal to the relatively high accuracy rating corresponding to 3D-based recognition of near objects. Alternatively, the example three-dimensional data analyzer **300** may analyze the data points corresponding to the far range **120** and the example depth filter **306** can prevent the results of such analysis from contributing or affecting the people counts generated by the example three-dimensional data analyzer **300**. For example, the depth filter **306** may discard analysis results for data points found in the far range **120** by preventing a write to memory associated with such analysis results or by writing such results to a separate variable (e.g., an untrustworthy tally) to be used, for example, for diagnostic purposes.

In some examples, the three-dimensional sensor **204** supports additional or alternative ranges and/or the example depth filter **306** designates the data points for further analysis in additional or alternative manners. For example, the environment **100** may only include a near range (e.g., a combination of the first and second detection areas **122**, **124** in FIG. **1A**) and a far range (e.g., the third detection area **126** in FIG. **1A**). In such instances, the example depth filter **306** of FIG. **3** only designates data points corresponding to objects located in the near range for further analysis via the example three-dimensional data analyzer **300**.

The example body recognizer **308** of FIG. **3** receives the data points determined to be suitable for further processing via the three-dimensional data analyzer **300** by the example depth filter **306**. The example body recognizer **308** of FIG. **3** implements one or more 3D-based recognition analyses capable of identifying a set of data points as corresponding to a body and/or a body part of a person. For example, the body recognizer **308** of FIG. **3** implements a first 3D-based recognition analysis to determine whether a set of three-dimensional data points corresponds to a human head, a second 3D-based recognition analysis to determine whether a set of three-dimensional data points corresponds to a human arm, a third 3D-based recognition analysis to determine whether a set of three-dimensional data points corresponds to a human torso, etc. The recognition analys(es) implemented by the example body recognizer **308** of FIG. **3** are based on, for example, three-dimensional shapes known to correspond to the corresponding body part(s) and/or a training algorithm that improves over time based on learned information.

When the example body recognizer **308** of FIG. **3** recognizes a set of data points as corresponding to a person, the example body recognizer **308** conveys an indication of such a recognition to a body counter **316** of the example body tracker **304**. The example body counter **316** of FIG. **3** maintains counts for respective frames of image data representative of the environment **100** of FIG. **1**. The counts generated and maintained by the example body counter **316** are stored in association with the corresponding frames in a frame database **318** of the example body tracker **304**. In some examples, the frames of image data are also stored in the example frame database for purposes of, for example, record keeping and/or subsequent verification procedures.

In the illustrated example of FIG. **3**, the body recognizer **308** also conveys a coordinate of the detected body to a crossover detector **320** of the example three-dimensional data analyzer **300**. The coordinate of the detected body is indicative of a location in the environment **100** of the body and/or body part detected by the body recognizer **308**. FIG. **4** illustrates an example person **400** detected by the example body recognizer **308** and an example coordinate **402** conveyed to the example crossover detector **320**. The example of FIG. **4** corresponds to an instance of the body recognizer **308** detecting a head of the person **400** and, thus, the coordinate **402** corresponds to a center of the detected head. However, when

US 9,020,189 B2

13

14

the example body recognizer **308** of FIG. **3** recognizes a different body part, the coordinate conveyed to the crossover detector **320** is the coordinate that corresponds to that body part. The example coordinate **402** of FIG. **4** includes a horizontal component (x-axis) and a vertical component (y-axis) corresponding to a two-dimensional location of the detected person **400** in the environment **100**.

The example crossover detector **320** maintains records of the coordinates received in connection with chronologically captured frames and uses the same to detect a person travelling from the first detection area **122** (e.g., at one of the near range set of distances **112**) to the second detection area **124** (e.g., at one of the mid-range set of distances **116**) and/or from the second detection area **124** to the third detection area **126** (e.g., at one of the far range set of distances **120**) of the environment **100**. That is, the example crossover detector **320** identifies instances of a person crossing over from a first range designated for a 3D-based recognition analysis to a second range designated for a 2D-based recognition analysis (in addition to or in lieu of a 3D-based recognition analysis). For example, the crossover detector **320** of FIG. **3** may determine that a change in depth value of a three-dimensional data point at the provided coordinate from a first frame to a second frame crosses over one of the threshold distances **114** and **118** of FIG. **1**. As described in detail below in connection with the two-dimensional data analyzer **302**, the example crossover detector **320** of FIG. **3** provides the location (e.g., x-y coordinate) of a person crossing over to a farther range such that a 2D-based recognition analysis can be focused on the corresponding area of the environment **100**, thereby reducing the amount of processing of two-dimensional data by avoiding the need for the 2D-based recognition analysis to scan the entirety of the environment **100**.

When the example body recognizer **308** of FIG. **3** determines that a body is present in the environment **100**, the type of detected body part and the location thereof is conveyed to the skeletal frame generator **310**. The example skeletal frame generator **310** of FIG. **3** analyzes the three-dimensional data points to generate a representation of a current shape of the detected body. For example, the skeletal framework generator **310** of FIG. **3** generates a plurality of centerline points corresponding to detected body parts and the relation of the detected body parts to other body parts of the detected person. In some examples, the skeletal framework generator **310** determines a posture of the person. For example, the skeletal framework generator **310** may determine that the detected body is standing, sitting, lying down, etc.

Further, when the example body recognizer **308** of FIG. **3** determines that a body is present in the environment **100**, the body recognizer **308** and/or the skeletal framework generator **310** conveys information to the face recognizer **312**. In the illustrated example, the face recognizer **312** attempts to identify the detected body as belonging to one of a plurality of known people, such as a family of the household, frequent visitors of the household, etc. The example face recognizer **312** employs any suitable facial recognition technique and/or procedure based on three-dimensional data points. When the example face recognizer **312** identifies the detected body as corresponding to a known person, the example face recognizer **312** conveys the detected identity of the person (e.g., an identifier) to the example body tracker **304**. In the illustrated example of FIG. **3**, the identity of the detected body is stored in the frame database **318** in association with the appropriate frame of data and/or timestamp.

Further, when the example body recognizer **308** of FIG. **3** determines that a body is present in the environment **100**, the type of detected body part, the location of the detected body part, and/or data generated by the example skeletal framework generator **310** is conveyed to the gesture recognizer **314**. The example gesture recognizer **314** uses data associated with a single frame and/or data related to several consecutive frames to determine whether the detected body is making a known gesture (e.g., a gesture corresponding to one or more of a collection of predefined gestures). For example, the detected person may be in the act of making a gesture towards the information presentation device **102** in connection with the video game system **108** of FIG. **1**. Such gestures include, for example, hand motions, body motions, finger configuration, etc. In such instances, the example gesture recognizer **314** compares the three-dimensional data points to data known to correspond to certain gestures. In some examples, information generated by the example gesture recognizer **314** is conveyed to the example body tracker **304** for storage in, for example, the frame database **318** in association with a timestamp.

Thus, the example three-dimensional data analyzer **300** of FIG. **3** performs one or more 3D-based recognition analyses on data points determined to correspond to objects located within one or more threshold distances from the example three-dimensional sensor **204** of FIG. **2**A. In the illustrated example of FIG. **3**, the three-dimensional data analyzer **300** performs the 3D-based recognition analys(es) for ones of the data points captured by the three-dimensional sensor **204** having a depth value falling in the first or second detection areas **122** and **124** of FIG. **1**A (e.g., in the near range **112** or the mid-range **116**).

For ones of the data points having a depth value falling in the second detection area **124** or the third detection area of FIG. **1**, the example two-dimensional data analyzer **302** of FIG. **3** initiates one or more 2D-based recognition analyses. Further, as described above, the two-dimensional data analyzer **302** may initiate a 2D-based recognition analysis for data points located at a subset of distances in the near range of distances **112** (e.g., data points within one (1) foot of the image capturing device **104**, for which one or more 3D-based analysis are impractical (e.g., depending on the capabilities of the three-dimensional sensor **204**).

In the illustrated example of FIG. **3**, the two-dimensional data analyzer **302** includes a body recognizer **322** to implement one or more 2D-based recognition analyses on two-dimensional data captured by, for example, the two-dimensional sensor **206** of FIG. **2**A. Like the example body recognizer **308** of the three-dimensional data analyzer **300** of FIG. **3**, the example body recognizer **322** of the two-dimensional data analyzer **302** attempts to recognize objects present in the environment **100** as people. For example, the body recognizer **322** of FIG. **3** utilizes a plurality of comparison techniques and/or algorithms to detect shape(s) corresponding to body part(s) such as, for example, an arm, a leg, a hand, a head, etc. As described above, the example body recognizer **308** of the three-dimensional data analyzer **300** of FIG. **3** is more accurate and efficient than the example body recognizer **322** of the two-dimensional data analyzer **302** of FIG. **3** when the body recognizer **308** of the three-dimensional data analyzer **300** is analyzing data points having a depth value less than a threshold distance. However, the example body recognizer **322** of the two-dimensional data analyzer **302** is more accurate than the body recognizer **308** of the three-dimensional data analyzer **300** when the body recognizer **308** of the three-dimensional data analyzer **300** is analyzing data points having a depth value greater than the threshold distance. Accordingly, the example people analyzer **208** of FIG. **3**

**15**

utilizes the more accurate of the two body recognizers **308** and **322** depending on, for example, a depth value of an object to be analyzed.

When the example body recognizer **322** of FIG. **3** detects a body of a person in a particular frame of two-dimensional data, an indication of the recognition is conveyed to the example body counter **316** and/or the example frame database **318**. In the illustrated example of FIG. **3**, the example body counter **316** combines the body detections provided by the body recognizer **308** of the three-dimensional data analyzer **300** and the body detections provided by the body recognizer **322** of the two-dimensional data analyzer **302** corresponding to a common frame or frames to generate body counts for the respective frames. In some examples, the body counter **316** also executes one or more filters and/or check functions to avoid counting the same person more than once. Further, the example body recognizer **322** calculates and/or stores a location of the detected person in, for example, the frame database **318** in connection with a timestamp. In some examples, the location of the detected sent by the example body recognizer **322** is an x-y coordinate similar to the example coordinate **402** of FIG. **4**.

In addition to or in lieu of the example body recognizer **322**, the example two-dimensional data analyzer **302** of FIG. **3** includes a face recognizer **324** to obtain an identity of a person by analyzing two-dimensional data captured by, for example, the two-dimensional sensor **206**. The example face recognizer **324** of FIG. **3** utilizes any suitable technique(s) and/or algorithm(s) to perform one or more identity recognition analyses. The example two-dimensional data analyzer **302** of FIG. **3** can implement additional or alternative recognition analys(es) that are based on two-dimensional data.

In some examples, the 2D-based recognition analys(es) performed by the example two-dimensional data analyzer **302** are initiated for each frame of data. However, in the illustrated example of FIG. **3**, the two-dimensional data analyzer **302** includes an analysis trigger **326** to determine whether one or more of the 2D-based recognition analyses (e.g., the analysis performed by the body recognizer **322** and/or the analysis performed by the face recognizer **324**) are to be performed on a certain frame of data and/or what type of 2D-based recognition analysis is to be performed. In particular, the example analysis trigger **326** of FIG. **3** triggers 2D-based recognition analyses in different circumstances and/or in response to different events. For example, the analysis trigger **326** of FIG. **3** triggers a 2D-based recognition analysis in response to arrival of a scheduled time (e.g., elapsing of a predefined time interval, occurrences of an absolute time, such as five minutes after an event, etc.). Additionally or alternatively, the example analysis trigger **326** of FIG. **3** may trigger a 2D-based recognition analysis in response to the crossover detector **320** determining that a person has travelled away from the three-dimensional sensor **204** into, for example, the mid-range **116** and/or the far range **120** of FIG. **1**. Additionally or alternatively, the example analysis trigger **326** of FIG. **3** may trigger a 2D-based recognition analysis for a first frame in response to a 2D-based recognition of a second frame prior to the first frame resulting in detection of person. The example analysis trigger **326** of FIG. **3** may employ additional or alternative events, schedules, etc. for triggering one or more 2D-based recognition analysis.

Moreover, the example analysis trigger **326** of FIG. **3** initiates different types of 2D-based recognition analyses based on one or more factors and/or conditions. For example, the analysis trigger **326** of FIG. **3** sometimes triggers a full scan of the captured two-dimensional data (e.g., via the two-dimensional sensor **206**). Additionally or alternatively, the

**16**

example analysis trigger **326** of FIG. **3** triggers a scan of the captured two-dimensional data (e.g., via the two-dimensional sensor **206**) corresponding to area(s) of the environment **100** having depth values greater than a threshold distance. Such area(s) of the environment **100** correspond to, for example, the far range **120** and/or the mid-range **116**. Additionally or alternatively, the example analysis trigger **326** of FIG. **3** triggers a focused analysis that targets a subset of the captured two-dimensional data corresponding to a previously detected person.

The type of 2D-based recognition analysis triggered by the example analysis trigger **326** depends on, for example, which type of event or circumstance triggered the 2D-based recognition. For example, when the 2D-based recognition analysis is triggered in response to expiration of a first period of time or interval of a schedule elapsing, the example analysis trigger **326** of FIG. **3** selects a full scan of the two-dimensional data (e.g., via the face recognizer **324**, via the body recognizer **322**, etc.) that analyzes the entire environment **100** captured by the two-dimensional sensor **206**. Additionally, when the 2D-based recognition is triggered in response to a expiration of a second period of time or interval of the schedule elapsing, the example analysis trigger **326** of FIG. **3** selects a scan of areas of the environment **100** having a depth value (e.g., according to the three-dimensional data points) greater than a threshold distance. In some examples, when the 2D-based recognition analysis is triggered in response to a detection of a person crossing over into the third detection area **126** and/or the second detection area **124**, the example analysis trigger **326** of FIG. **3** selects a targeted scan (e.g., via the face recognizer **324**, via the body recognizer **322**, etc.) of the two-dimensional data focused on a particular area of the environment **100** corresponding to the detected person. In some examples, when the 2D-based recognition analysis is triggered for a first frame in response to a detection of a person in a second, prior frame via a 2D-based recognition analysis, the example analysis trigger **326** of FIG. **3** selects a targeted scan of the two-dimensional data focused on a particular area of the environment **100** corresponding to the previously detected person. The example analysis trigger **326** of FIG. **3** may employ and/or select additional or alternative types of 2D-based recognition analyses.

To implement the focused type of 2D-based recognition analysis that is limited to a particular area of the environment **100**, the example two-dimensional data analyzer **302** of FIG. **3** includes an analysis limiter **328**. The example analysis limiter **328** of FIG. **3** obtains location information associated with previously detected people to focus the 2D-based recognition analysis executed by the two-dimensional data analyzer **302** to certain area(s) of the environment **100**. For example, the analysis limiter **328** of FIG. **3** obtains a coordinate provided by the example crossover detector **320** that corresponds to a person crossing over into the second detection area **124** and/or the third detection area **126** of FIG. **1A**. In some instances, the coordinate used by the example analysis limiter **328** corresponds to the example coordinate **402** of FIG. **4**. As described above, a person recognized while located in the first detection area **122** (e.g., by the example body recognizer **308** of the three-dimensional data analyzer **300**) may be determined to have travelled outside the first detection area **122** (e.g., into the mid-range set of distances **116** and/or the far range set of distances **120**) and, thus, a 2D-based recognition analysis is selected by the people analyzer **208** to analyze such data (e.g., because the 2D-based recognition analysis is more accurate in detecting the person in subsequent frames than 3D-based recognition analysis for object located at certain depths of the environment). In such

US 9,020,189 B2

17

instances, the example analysis limiter **328** focuses the 2D-based recognition analysis in a certain area (e.g., the area where the person is expected to be) to avoid having to execute the 2D-based recognition analysis on the entire environment **100**, which is computationally expensive. Alternatively, when the triggered 2D-based recognition analysis corresponds to a person detected via a previous execution of the 2D-based face recognizer **324** in a prior frame, the location obtained by the example analysis limiter **328** of FIG. **3** is a coordinate generated by the example body recognizer **322**. That is, when the example face recognizer **324** of FIG. **3** (and/or body recognizer **322** of FIG. **3**) detects a person in a first frame, the face recognizer **324** records the location of the person (e.g., an x-y coordinate such as the coordinate **402** of FIG. **4**). In such instances, the example analysis trigger **326** may trigger the face recognizer **324** to execute a 2D-based recognition analysis for a second, subsequent frame. If so, the example analysis limiter **328** of FIG. **3** uses the location recorded in connection with the first frame to focus the 2D-based recognition analysis on a corresponding part of the second frame. The example analysis limiter **328** of FIG. **3** focuses recognition analyses by, for example, defining boundaries around the obtained location (e.g., coordinate) and using the boundaries to limit the 2D-based recognition analysis within the boundaries. Put another way, the example analysis limiter **328** of FIG. **3** selects a portion or subset of the two-dimensional data captured by the two-dimensional sensor **206** for the 2D-based recognition analysis performed by, for example, the face recognizer **324**.

The example analysis limiter **328** generates different types of boundaries that form different shapes around a focal point (e.g., the obtained coordinate in which analysis is to be performed). The shape created by the boundaries of the example analysis limiter **328** of FIG. **3** depends on, for example, which body part was detected by the body recognizer **322** in the previous frame. For example, when the body recognizer **322** has determined that an object in the environment **100** is likely a human head (and, thus, the focal coordinate is the center of the detected head), the example analysis limiter **328** of FIG. **3** defines boundaries that form a rectangle surrounding the obtained location point. Alternatively, when the body recognizer **322** has determined that an object in the environment **100** is likely a torso (and, thus, the focal coordinate is the center of the torso), the example analysis limiter **328** of FIG. **3** defines boundaries that form an oval surrounding the focal location point. The example analysis limiter **328** of FIG. **3** may use additional or alternative types of boundaries and/or shapes to focus the 2D-based recognition analysis performed by the example two-dimensional data analyzer **302** of FIG. **3** on specific area(s).

While the example people analyzer **208** of FIGS. **2** and/or **3** is described in the context of an audience measurement device system and the generation of exposure data for media, the example methods, articles of manufacture, and apparatus disclosed herein can be applied to additional or alternative environments, contexts, systems, measurements, applications, programs, problems, etc. That is, the example methods, articles of manufacture, and apparatus disclosed herein can be used in any application wherein detecting to determine how many people are located in a space or location would be beneficial (e.g., in security applications).

While example manners of implementing the people analyzer **208** of FIG. **2** have been illustrated in FIG. **3**, one or more of the elements, processes and/or devices illustrated in FIG. **3** may be combined, divided, re-arranged, omitted, eliminated and/or implemented in any other way. Further, the example three-dimensional analyzer **300**, the example two-

18

dimensional analyzer **302**, the example body tracker **304**, the example depth filter **306**, the example body recognizer **308**, the example skeletal frame generator **310**, the example face recognizer **312**, the example gesture recognizer **314**, the example body counter **316**, the example crossover detector **320**, the example body recognizer **322**, the example face recognizer **324**, the example analysis trigger **326**, the example analysis limiter **328**, and/or, more generally, the example people analyzer **208** of FIG. **3** may be implemented by hardware, software, firmware and/or any combination of hardware, software and/or firmware. Thus, for example, any of the example three-dimensional analyzer **300**, the example two-dimensional analyzer **302**, the example body tracker **304**, the example depth filter **306**, the example body recognizer **308**, the example skeletal frame generator **310**, the example face recognizer **312**, the example gesture recognizer **314**, the example body counter **316**, the example crossover detector **320**, the example body recognizer **322**, the example face recognizer **324**, the example analysis trigger **326**, the example analysis limiter **328**, and/or, more generally, the example people analyzer **208** of FIG. **3** could be implemented by one or more circuit(s), programmable processor(s), application specific integrated circuit(s) (ASIC(s)), programmable logic device(s) (PLD(s)) and/or field programmable logic device(s) (FPLD(s)), etc. When any of the system or apparatus claims of this patent are read to cover a purely software and/or firmware implementation, at least one of the example three-dimensional analyzer **300**, the example two-dimensional analyzer **302**, the example body tracker **304**, the example depth filter **306**, the example body recognizer **308**, the example skeletal frame generator **310**, the example face recognizer **312**, the example gesture recognizer **314**, the example body counter **316**, the example crossover detector **320**, the example body recognizer **322**, the example face recognizer **324**, the example analysis trigger **326**, the example analysis limiter **328**, and/or, more generally, the example people analyzer **208** of FIG. **3** are hereby expressly defined to include a tangible computer readable storage medium such as a storage device or storage disc storing the software and/or firmware. Further still, the example people analyzer **208** may include one or more elements, processes and/or devices in addition to, or instead of, those illustrated in FIG. **3**, and/or may include more than one of any or all of the illustrated elements, processes and devices.

FIGS. **5** and **6** are flowcharts representative of example machine readable instructions for implementing the example people analyzer **208** of FIGS. **2** and/or **3**. In the example flowcharts of FIGS. **5** and **6**, the machine readable instructions comprise program(s) for execution by a processor such as the processor **712** shown in the example processing platform **700** discussed below in connection with FIG. **7**. The program(s) may be embodied in software stored on a tangible computer readable storage medium such as a CD-ROM, a floppy disk, a hard drive, a digital versatile disk (DVD), a Blu-ray disk, or a memory associated with the processor **712**, but the entire program and/or parts thereof could alternatively be executed by a device other than the processor **712** and/or embodied in firmware or dedicated hardware. Further, although the example program(s) is described with reference to the flowcharts illustrated in FIGS. **5** and **6**, many other methods of implementing the example people analyzer **208** may alternatively be used. For example, the order of execution of the blocks may be changed, and/or some of the blocks described may be changed, eliminated, or combined.

As mentioned above, the example processes of FIGS. **5** and **6** may be implemented using coded instructions (e.g., computer readable instructions) stored on a tangible computer

readable storage medium such as a hard disk drive, a flash memory, a read-only memory (ROM), a compact disk (CD), a digital versatile disk (DVD), a cache, a random-access memory (RAM) and/or any other storage media in which information is stored for any duration (e.g., for extended time periods, permanently, brief instances, for temporarily buffering, and/or for caching of the information). As used herein, the term tangible computer readable storage medium is expressly defined to include any type of computer readable storage and to exclude propagating signals. Additionally or alternatively, the example processes of FIGS. **5** and **6** may be implemented using coded instructions (e.g., computer readable instructions) stored on a non-transitory computer readable medium such as a hard disk drive, a flash memory, a read-only memory, a compact disk, a digital versatile disk, a cache, a random-access memory and/or any other storage media in which information is stored for any duration (e.g., for extended time periods, permanently, brief instances, for temporarily buffering, and/or for caching of the information). As used herein, the term non-transitory computer readable medium is expressly defined to include any type of computer readable medium and to exclude propagating signals. As used herein, when the phrase "at least" is used as the transition term in a preamble of a claim, it is open-ended in the same manner as the term "comprising" is open ended. Thus, a claim using "at least" as the transition term in its preamble may include elements in addition to those expressly recited in the claim.

FIG. **5** begins with an initiation of the example people analyzer **208** of FIG. **3** (block **500**). The initiation of the people analyzer **208** coincides with, for example, activation of the information presentation device **102** and/or the video game system **108** of FIG. **1**. To begin analyzing the environment **100** of FIG. **1**, the three-dimensional sensor **204** of FIG. **2**A captures three-dimensional data representative of the environment **100** and the objects present in the environment **100** at a first time (block **502**). The example three-dimensional sensor captures a plurality of three-dimensional data points having a horizontal component, a vertical component, and a depth value component. The example depth filter **306** of FIG. **3** analyzes the data points to determine whether the respective depth values are within one or more threshold distances from the three-dimensional sensor **204** (block **504**). The threshold distance(s) correspond to, for example, the first and second threshold distances **114** and **118** of FIG. **1**. For those of the data points having a depth value, for example, between the threshold distances **114** and **118**, the example three-dimensional data analyzer **300** performs one or more 3D-based recognition analyses to detect people present in the environment **100** (block **506**). For example, the example body recognizer **308** of FIG. **3** executes a plurality of 3D-based recognition analyses to detect different body parts of a person, such as a head, an arm, a leg, etc. Additionally or alternatively, the example skeletal framework generator **310** of FIG. **3** generates a mapping of a detected body. Additionally or alternatively, the example face recognizer **312** of FIG. **3** identifies any known people present in the environment **100**. Additionally or alternatively, the example gesture recognizer **314** of FIG. **3** determines whether the detected people are making one or more known gestures (e.g., in connection with the video game system **108** and/or as feedback to the meter **106** in response to media currently being presented by the information presentation device **102**). As described above, the data points identified within the first threshold distance **114** from the sensor **104** may additionally or alternatively be subject to 2D-based recognition analysis.

If the example body recognizer **308** of FIG. **3** determines that one or more objects in the environment **100** correspond to

people (block **508**), the related information is stored in the example body tracker **304** of FIG. **3** (block **510**). For example, the body recognizer **308** of FIG. **3** conveys an indication of a detected person to the example body counter **316**. The example body counter **316** maintains records of body counts for different frames and/or periods of time such that people counts can be generated (e.g., for purposes of generating ratings information for media detected in the environment **100**). In the illustrated example, the body recognizer **308** also records the location information (e.g., an x-y coordinate) of any detected people and/or conveys the location information to the example crossover detector **320**.

The example analysis trigger **326** of FIG. **3** determines whether a 2D-based recognition analysis is to be triggered (block **512**). FIG. **6** illustrates an example implementation of block **512** of FIG. **5**. In the example of FIG. **6**, the analysis trigger **326** determines whether a predefined interval or period of time has elapsed according to, for example, a user configurable schedule (block **600**). If the predefined interval has elapsed in the example of FIG. **6** (block **600**), the example analysis trigger **326** initiates the face recognizer **324** to perform a full scan of the environment **100** or a scan of portions of the environment **100** having a depth value (e.g., according to the corresponding three-dimensional data points) greater than the threshold distance (e.g., the second threshold distance **118** of FIG. **1**) (block **602**).

Alternatively, when the predefined interval has not elapsed (block **600**), the example analysis trigger **326** determines whether a person has travelled from within the threshold distance to outside the threshold distance (block **604**). In the illustrated example, the analysis trigger **326** references the crossover detector **320** of FIG. **3**, which may convey an indication of such a detection to the analysis trigger **326**, to determine whether such a transition from one of the ranges **112**, **116** and **120** of FIG. **1** to another one of the ranges in a direction away from the three-dimensional sensor **204**. If a person is detected travelling outside the threshold distance, the example analysis trigger **326** of FIG. **3** triggers a targeted 2D-based recognition analysis on a location of the environment **100** corresponding to the detected person (block **606**). For example, the analysis trigger **326** may cause the face recognizer **324** of FIG. **3** to inspect a rectangle defined around a coordinate of the detected person to obtain an identity of the person.

In the illustrated example of FIG. **6**, the analysis trigger **326** also determines whether one or more previous 2D-based recognition analysis (e.g., performed by the example body recognizer **322**) of one or more immediately previous frames (e.g., one or more frames directly prior to a current frame in a chronological sequence) resulted in a detection of a person in the environment **100** (block **608**). The number of previous frames that a person detection can trigger a subsequent 2D-based recognition analysis is configurable and can be any suitable number of frames (e.g., five frames, ten frames, etc.) and/or a corresponding period of time (e.g., ten seconds, fifteen seconds, etc.). As described above, such detections are recorded in the example body tracker **304** of FIG. **3** along with related information, such as a location of the detected person (s) in the environment **100**. In the example of FIG. **6**, when a person was detected in a previous frame (block **608**), the example analysis trigger **326** of FIG. **3** triggers a targeted 2D-based recognition analysis for the location corresponding to the previously detected person (block **610**).

Alternatively, the example of FIG. **6** may lead to a determination that a 2D-based recognition analysis has not been triggered (block **612**). Control then returns to FIG. **5**. If a 2D-based recognition analysis has not been triggered (block

US 9,020,189 B2

21

514), control returns to block **502**. Otherwise, if a 2D-based recognition analysis has been triggered (block **514**), the example analysis trigger **326** determines what type of 2D-based recognition analysis has been triggered (block **516**). When the triggered 2D-based recognition is a targeted analysis (block **516**), the example analysis limiter **328** of FIG. **3** obtains the corresponding location in the environment **100** around which the analysis is to be focused (block **518**). Further, the example analysis limiter **328** of FIG. **3** defines boundaries to limit the analysis to a certain portion or subset of the two-dimensional data captured by the two-dimensional sensor **206** (block **518**). The focused 2D-based recognition analysis is then executed by, for example, the body recognizer **322** and/or the face recognizer **324** within the defined limit boundaries (block **520**). Results of the recognition analysis are stored in the example body tracker **304** of FIG. **3** (block **522**).

When the type of 2D-based recognition analysis that was triggered is a full scan of the environment **100** (block **516**), the example two-dimensional data analyzer **302** executes the corresponding one or more 2D-based analyses (e.g., via the face recognizer **324** and/or the body recognizer **322**) (block **524**). The results of the analys(es) are stored in the example body tracker **304** of FIG. **3** (block **522**). Control then returns to block **502**.

FIG. **7** is a block diagram of an example processor platform **700** capable of executing the instructions of FIGS. **5** and **6** to implement the example audience measurement device of FIGS. **1**, **2** and/or **3**. The processor platform **700** can be, for example, a personal computer, an Internet appliance, a DVD player, a CD player, a digital video recorder, a Blu-ray player, a gaming console, a personal video recorder, a set top box, or any other type of computing device.

The processor platform **700** of the instant example includes a processor **712**. For example, the processor **712** can be implemented by one or more microprocessors or controllers from any desired family or manufacturer.

The processor **712** includes a local memory **713** (e.g., a cache) and is in communication with a main memory including a volatile memory **714** and a non-volatile memory **716** via a bus **718**. The volatile memory **714** may be implemented by Synchronous Dynamic Random Access Memory (SDRAM), Dynamic Random Access Memory (DRAM), RAMBUS Dynamic Random Access Memory (RDRAM) and/or any other type of random access memory device. The non-volatile memory **716** may be implemented by flash memory and/or any other desired type of memory device. Access to the main memory **714** and the non-volatile memory **716** is controlled by a memory controller.

The example processor platform **700** of FIG. **7** also includes an interface circuit **720**. The interface circuit **720** may be implemented by any type of interface standard, such as an Ethernet interface, a universal serial bus (USB), and/or a PCI express interface.

In the example of FIG. **7**, one or more input devices **722** are connected to the interface circuit **720**. The input device(s) **722** permit a user to enter data and commands into the processor **712**. The input device(s) can be implemented by, for example, a keyboard, a mouse, a touchscreen, a track-pad, a trackball, isopoint and/or a voice recognition system.

In the example of FIG. **7**, one or more output devices **724** are also connected to the interface circuit **720**. The output devices **724** can be implemented, for example, by display devices (e.g., a liquid crystal display, a cathode ray tube display (CRT), a printer and/or speakers). The interface circuit **720**, thus, typically includes a graphics driver card.

22

The interface circuit **720** also includes a communication device such as a modem or network interface card to facilitate exchange of data with external computers via a network **726** (e.g., an Ethernet connection, a digital subscriber line (DSL), a telephone line, coaxial cable, a cellular telephone system, etc.).

The processor platform **700** also includes one or more mass storage devices **728** for storing software and data. Examples of such mass storage devices **728** include floppy disk drives, hard drive disks, compact disk drives and digital versatile disk (DVD) drives. The mass storage device **728** may implement the frame database **318** of FIG. **3**.

Coded instructions **732** of FIGS. **5** and/or **6** may be stored in the mass storage device **728**, in the volatile memory **714**, in the non-volatile memory **716**, and/or on a removable storage medium such as a CD or DVD.

In some example implementations, the example meter **106** of FIGS. **1**, **2** and/or **3** is implemented in connection with an XBOX® gaming system. In some examples, the one or more sensors associated with the example image capturing device **104** of FIGS. **1** and/or **2A** are implemented with KINECT® sensors (e.g., to capture images of an environment to count people). In some examples, some or all of the machine readable instructions of FIGS. **5** and/or **6** can be downloaded (e.g., via the Internet) to and stored on an XBOX® gaming console that implements the example meter **106** of FIGS. **1**, **2** and/or **3**. In some examples, the machine readable instructions of FIGS. **5** and/or **6** are downloaded prior to the retail point of sale and only activated upon receiving consent from a purchaser.

Although certain example apparatus, methods, and articles of manufacture have been disclosed herein, the scope of coverage of this patent is not limited thereto. On the contrary, this patent covers all apparatus, methods, and articles of manufacture fairly falling within the scope of the claims of this patent.

What is claimed is:

**1**. A tangible machine readable storage medium comprising instructions that, when executed, cause a machine to at least:

execute, in connection with a first frame of data, a three-dimensional recognition analysis on an object detected in an environment within a threshold distance from a sensor;

store a location of the object; and

in response to detecting that the first object has moved outside the threshold distance from the sensor in connection with a second frame subsequent to the first frame:

execute a two-dimensional recognition analysis on the object in the second frame; and

use the stored location of the object as a focal point for the two-dimensional analysis.

**2**. A storage medium as defined in claim **1**, wherein the instructions, when executed, cause the machine to use the stored location of the object as the focal point for the two-dimensional recognition analysis by limiting the two-dimensional recognition analysis to a portion of the second frame associated with the stored location of the object in the first frame.

**3**. A storage medium as defined in claim **1**, wherein the instructions, when executed, cause the machine to use the stored location of the object as the focal point for the two-dimensional recognition analysis by limiting the two-dimensional recognition analysis to a portion of the second frame corresponding to a shape and surrounding the stored location of the object in the frame.

US 9,020,189 B2

23

**4**. A storage medium as defined in claim **1**, wherein the instructions, when executed, cause the machine to store the location of the object by recording a two-dimensional coordinate in association with the first frame.

**5**. A storage medium as defined in claim **1**, wherein the instructions, when executed, cause the machine to analyze captured three-dimensional data of the environment to determine whether the object is within the threshold distance from the sensor.

**6**. A storage medium as defined in claim **1**, wherein the instructions, when executed, cause the machine to execute the two-dimensional recognition analysis in response to occurrence of a time event.

**7**. A storage medium as defined in claim **1**, wherein the three-dimensional and the two-dimensional recognition analyses determine whether the respective objects of the environment correspond to people.

**8**. A storage medium as defined in claim **7**, wherein the instructions, when executed, cause the machine to calculate a people count using results of at least one of the three-dimensional or the two-dimensional recognition analyses.

**9**. An audience measurement device, comprising:
a first data analyzer to execute a first recognition analysis on three-dimensional data representative of a first object within a threshold distance from a three-dimensional sensor;
a second data analyzer to execute a second recognition analysis on two-dimensional data representative of a second object outside the threshold distance from the three-dimensional sensor; and
a counter to combine a first detection of a first person provided by the first data analyzer and a second detection of a second person provided by the second data analyzer to generate a people count for an environment, wherein at least one of the first data analyzer, the second data analyzer or the counter is implemented via a logic circuit.

**10**. An apparatus as defined in claim **9**, further comprising a crossover detector to detect the first person travelling from within the threshold distance to outside the threshold distance, the crossover detector to record a location of the first person when the first person travelled outside the threshold distance.

**11**. An apparatus as defined in claim **10**, further comprising a limiter to focus the second recognition analysis on the location of the first person.

**12**. An apparatus as defined in claim **11**, wherein the limiter is to define a boundary within the two-dimensional data in

24

which to perform the second recognition analysis to areas adjacent to the location of the first person.

**13**. An apparatus as defined in claim **12**, wherein a shape of the boundary to be defined by the limiter depends on a type of body part detected by the first data analyzer.

**14**. A method comprising:
executing, via a processor, in connection with a first frame of data, a three-dimensional recognition analysis on an object detected in an environment within a threshold distance from a sensor;
storing a location of the object; and
in response to detecting that the first object has moved outside the threshold distance from the sensor in a second frame subsequent to the first frame:
executing, via the processor, a two-dimensional recognition analysis on the object in the second frame; and
using the stored location of the object as a focal point for the two-dimensional recognition analysis.

**15**. A method as defined in claim **14**, wherein the using of the stored location of the object as the focal point for the two-dimensional recognition analysis comprises limiting the two-dimensional recognition analysis to a portion of the second frame associated with the stored location of the object in the first frame.

**16**. A method as defined in claim **14**, wherein the using of the stored location of the object as the focal point for the two-dimensional recognition analysis comprises limiting the two-dimensional recognition analysis to a portion of the second frame corresponding to a shape and surrounding the stored location of the object in the frame.

**17**. A method as defined in claim **14**, wherein the storing of the location of the object comprises recording a two-dimensional coordinate in association with the first frame.

**18**. A method as defined in claim **14**, further comprising analyzing captured three-dimensional data of the environment to determine whether the object is within the threshold distance from the sensor.

**19**. A method as defined in claim **14**, wherein the executing of the two-dimensional recognition analysis is in response to occurrence of a time event.

**20**. A method as defined in claim **14**, wherein the three-dimensional and the two-dimensional recognition analyses determine whether the respective objects environment correspond to people.

**21**. A method as defined in claim **20**, further comprising calculating a people count using results of at least one of the three-dimensional or the two-dimensional recognition analyses.

* * * * *

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | C.A. No. _____ |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF VIRGINIA LEE

I, Virginia Lee, declare as follows:

## INTRODUCTION AND ENGAGEMENT

1.      I have been retained on behalf of The Nielsen Company (US), LLC ("Nielsen") to offer technical opinions relating to U.S. Patent Nos. 8,302,120 ("the '120 patent") and 9,020,189 ("the '189 patent") (collectively, "the Asserted Patents").

2.      I have no financial interest in either party to, or in the outcome of, the above-styled proceeding.  I am being compensated for my work as an expert on an hourly basis at my standard consulting rate.  My compensation is not dependent on the outcome of these proceedings or the content of my opinions.

## PERSON OF ORDINARY SKILL IN THE ART

3.      In my opinion, a person of ordinary skill in the art ("POSA") in the field of the Asserted Patents would have a working knowledge of the software and/or hardware of audience measurement and tracking systems.  The POSA would have gained this knowledge through an

1

undergraduate degree in an applicable engineering field (for example, electrical or computer engineering or computer science) and at least five years of work experience in relevant fields.

## MY EXPERTISE

4.      My CV, attached to this declaration as Exhibit A, demonstrates my expertise in the field of the Asserted Patents.  In particular, I have a bachelor's degree in Engineering Science, which is a multi-discipline, five-year undergraduate degree encompassing Computer Science, Electrical Engineering, and Mathematics.  I also have over a decade of relevant work experience in the field.  During that time, I led and took part in multiple design projects for enhancements to TV audience measurement systems, TV program collection and verification systems, and TV/Online advertising measurement systems.

## INFORMATION CONSIDERED

5.      I have reviewed the Asserted Patents as well as other materials referenced in Appendix A to this declaration.  Counsel has informed me that I should consider these materials through the lens of one skilled in the art of the field of the Asserted Patents at the time of the priority dates of the patents, and I have done so.  For the '120 patent, I have assumed the priority date is the date of the provisional application, filed on February 19, 2008.  However, my analysis would not change if the priority date were deemed to be the filing date of the non-provisional application, September 4, 2008, or another date close to the filing date of the provisional application.  For the '189 patent, I have assumed the priority date is the filing date, December 7, 2012.  In this declaration, I use the term "prior art" to refer to what was known and/or done before the priority date of the applicable patent.

6.      My analyses are based on my education and work experience, in addition to my investigation and study of materials listed in Appendix A.

**THE '120 PATENT**

7.      Claims 1 and 14 of the '120 patent and their dependent claims (including claims

2, 9, and 15) recite a method and system for monitoring media content.  This media content

could be, for example, an advertisement.  ('120 patent, 2:20-26.)  The method and system

include the determination of an association between the presentation of media content on a media

content presentation device (such as a television) and activity on a computing device different

from (and not in communication with) the media content presentation device.  ('120 patent,

Claims 1, 14, 2:20-26.)  This is accomplished in part by logging activity relating to the

computing device via an activity monitor.  ('120 patent, Claims 1, 14.)

8.      The determination of an association between the presentation of the media content

on a media content presentation device and activity on a computing device different from (and

not in communication with) the media content presentation device via computing device activity

logging ("the Determination Element"), as recited in claims 1 and 14 (and their dependent

claims), is inventive and novel.  As of the priority date of the '120 patent, this Determination

Element was not well-understood, routine, or conventional.

9.      In practice, for example, the Determination Element allows a determination of the

effectiveness of an advertisement.  ('120 patent, 10:1-33.)  Given a particular time that an

advertisement has been presented on a viewer's television, the Determination Element involves

an examination of the activities of the viewer on a computing device near that time.  (*Id.*)  This,

in turn, allows conclusions to be drawn regarding the effectiveness of the advertisement.  For

example, if the viewer visits the website for an advertised product shortly after presentation of

the advertisement, this association between the advertisement's presentation and the computer

activity leads to the conclusion that the advertisement was effective in influencing the viewer's

activity.  (*Id.*, 2:20-26, 10:1-33.)

10.     This Determination Element was not known or done in the prior art.  Before the priority date of the '120 patent, the association between media content and activity – for example, the association between presentation of an advertisement and the purchasing of the product – was determined by drawing inferences from general sales volumes.  For example, if sales of a product generally increased in the days after the airing of a television commercial, an inference was drawn that the commercial was effective in motivating product sales.  (*Id.*, 1:32-37.)

11.     Based on my experience in the measurement field, it is clear that determining the association between presentation of media content and viewer activity has been, since well before the priority date of the '120 patent, extremely important.  Using such associations to measure the effectiveness of the content (*e.g.,* advertisements) has been the holy grail of the industry.  As such, advertisers have been willing to spend enormous sums of money in the pursuit of making their advertising more effective.  Accordingly, there has long been a demand for improved ways of monitoring content and determining associations between that media content and the activities of users on their computing devices.

12.     The prior art method of drawing inferences based on the timing of sales volumes in relationship to the timing of advertising provided some insights regarding the effectiveness of advertising, but the method was not sufficiently precise.  At times, incorrect conclusions were drawn due to external factors (for example, the state of the economy, environmental conditions, or other factors).  Businesses realized this and focused on ways of improving their ability to determine the effectiveness of particular advertising.

13.     The Determination Element provided such an improvement.  By focusing on the

4

computer activity of users, shortly after being exposed to media content, the Determination Element allows much more precise associations between the media content and consumer activity. This is so because the Determination Element reduces or eliminates the effects of external factors that cause errors in the prior art approaches (*e.g.,* observing general sales volumes after the airing of particular advertisements) such as general economic or environmental factors, etc. By focusing on individuals' computer activity, the Determination Element also allows an interested party to gauge the effectiveness of an advertisement in terms of consumer activity other than just completed purchases (*e.g.,* an advertisement can be considered effective if it triggers visits to an advertiser's website even if the visits do not result in purchases).

14.     The Determination Element provides one specific way (an improved way) to associate media content with consumer activity. There are other ways to associate media content with consumer activity, including the prior art approach discussed above.

## THE '189 PATENT

15.     Claim 9 of the '189 patent recites an audience measurement device. The claim recites an element ("the Analyzer Element") that includes two data analyzers: one to execute a recognition analysis on three-dimensional data representative of a first object within a threshold distance from a three-dimensional sensor, and another to execute a second recognition analysis on two-dimensional data representative of a second object outside the threshold distance from the three-dimensional sensor. ('189 patent, Claim 9.) The claim also recites an element ("the Combination Element") that includes a counter to combine the detection of people by the two analyzers to generate a people count. (*Id.*)

16.     The Analyzer Element and the Combination Element are inventive and novel. As of the priority date of the '189 patent, these elements were not well-understood, routine, or

conventional.

17.     In practice, for example, the Analyzer Element may involve the use of three-dimensional data from a three-dimensional sensor such as an infrared ("IR") sensor to detect and count people who are in the area of a television set (*i.e.,* people who are exposed to particular media content being played on the television).  Such data can represent a skeletal framework of a detected person, and can thereby track the person's movements or gestures.  ('189 patent, 3:10-25.)  The capture and processing of three-dimensional data can also provide the ability to distinguish human beings from pictures that contain similar patterns (*e.g.,* a painting hanging on the wall).  (*Id.*)

18.     The Analyzer Element employs three-dimensional data when the object (for example, a person) is within a threshold distance from the three-dimensional sensor (for example, an IR sensor).  (*See, e.g., id.,* 3:32-49.)  When the object/person is outside of that threshold distance from the three-dimensional sensor, the Analyzer Element employs a two-dimensional sensor such as a camera to detect people who are in the area of the television set.  (*See id.*)  Accordingly, the Analyzer Element provides for the detecting and counting of people who are both close to (*i.e.,* within a threshold distance of) and farther away from (*i.e.* outside the threshold distance from) a television set with three-dimensional and two-dimensional sensors.  (*Id.,* 4:26-64.)  The Combination Element, in turn, provides for the combination of the results obtained from the three-dimensional and two-dimensional sensors to arrive at an accurate total people count.  (*Id.,* Claim 9.)

19.     The Analyzer Element and the Combination Element were not known or done in the prior art.  Before the priority date of the '189 patent, the use of two-dimensional data analysis by itself was the most common approach.  Such two-dimensional analysis was performed using a

camera that captured a two-dimensional image.  But this led to several problems, which in turn led to inaccuracies in counting people.  For example, the use of two-dimensional sensors and data often led to over-counting due to misinterpretation of images such as pictures hanging on the wall as actual human beings present in the room.  (*Id.,* 2:47-50.)  Other issues, such as poor lighting, also led to inaccuracies in counting via two-dimensional data.  (*Id.,* 2:33-38.)

20.     Alternatively, before the priority date of the '189 patent, some systems used three-dimensional data by itself.  (*Id.,* 3:10-12.)  Three-dimensional data analysis provided an improved ability over the two-dimensional approach to recognize and count people in certain circumstances. In particular, the three-dimensional approach provided greater accuracy in many instances.  For example, it could discern people from pictures better than the two-dimensional approach.  (*Id.,* 3:10-31.)  However, it was limited by the distance at which it could perform accurate detection of people.

21.     The Analyzer Element, which employs three-dimensional analysis for objects within a threshold distance and two-dimensional analysis for objects that are further away, reflects the recognition, disclosed in the '189 patent, that three-dimensional data analysis provides benefits over two-dimensional data analysis only when the objects being identified and counted are close to the three-dimensional sensor.  (*Id.,* 3:32-4:10.)  For objects that are farther away from the three-dimensional sensor, the Analyzer Element employs two-dimensional analysis, which the '189 patent discloses is better suited to objects that are farther from the sensor.  (*Id.*)  The Combination Element combines the results of both the three-dimensional and the two-dimensional analyses to arrive at an accurate count of the people present in the area of the television.  (*See id.,* Claim 9.)

22.     The Analyzer Element and the Combination Element provide an improvement

over the prior art by using three-dimensional analysis in a distance range that is best suited to three-dimensional analysis, using two-dimensional analysis in a distance range that is most suited to two-dimensional analysis, and combining the results of the analyses into a people count. This has led to much more accurate counting of people than is obtained by using three-dimensional data analysis alone or using two-dimensional data analysis alone.

23.     The Analyzer Element and the Combination Element provide one specific way (an improved way) to generate people counts.  There are other ways, including the prior art approaches discussed above.

## **CONCLUSION**

24.     I declare under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge.

Dated:  October 27, 2021

Virginia Lee

**APPENDIX A**

**MATERIALS CONSIDERED**

United States Patent No. 8,302,120

United States Patent No. 9,020,189

United States Patent No. 6,983,139

United States Patent No. 6,993,245

United States Patent No. 7,051,038

United States Patent No. 7,069,238

United States Patent No. 7,089,575

United States Patent No. 7,127,261

United States Patent No. 7,149,549

United States Patent No. 7,155,210

United States Patent No. 7,206,647

United States Patent No. 7,206,753

United States Patent No. 7,227,498

United States Patent No. 7,965,866

United States Patent No. 8,159,507

United States Patent No. 8,233,721

United States Patent No. 8,295,542

United States Patent No. 7,330,566

U.S. Patent Publication No. 2011/0286633

U.S. Patent Publication No. 2014/0254880

U.S. Patent Publication No. 2014/0282644

U.S. Patent Publication No. 2006/0106674

U.S. Patent Publication No. 2006/0287913

U.S. Patent Publication No. 2007/0288476

U.S. Patent Publication No. 2007/0294057

U.S. Patent Publication No. 2007/0294132

U.S. Patent Publication No. 2007/0294705

U.S. Patent Publication No. 2007/0294706

U.S. Patent Publication No. 2008/0077502

U.S. Patent Publication No. 2008/0086356

U.S. Patent Publication No. 2008/0134255

U.S. Patent Publication No. 2008/0319850

EP 1744276

WO 2006026736

WO 2008003089

# EXHIBIT A

**ecompCONSULTANTS**
INFORMATION TECHNOLOGY & PATENT LITIGATION
TELECOMMUNICATIONS ▪ INTERNET ▪ eFORENSICS

301 W Platt St, Suite 365, Tampa, FL 33606
vlee@ecompconsultants.com, (813) 334-6719,



Virginia Lee has extensive experience in engineering science with a concentration in computer engineering. Ms. Lee has been employed in various industries and as an independent consultant specializing in software product design, product management, and strategic consulting. Ms. Lee has provided consulting services in mobile application solutions, user interface and authentication methods, networked device monitoring and CRM/ERP systems for corporations such as: Nielsen Media, Verizon, United Airlines, ConEd, Dominion, Southwest Gas and Global Crossings. She holds degrees in Engineering and an MBA.

Ms. Lee has been a consulting and testifying expert for cases including patent litigation, trade secret and contract disputes for secure payment systems, cellular data technology and device monitoring.

**Professional Experience:**

| | | |
|---|---|---|
| 2006 to Present | **Expert Consultant** | |
| | ***eComp Consultants*** | ***Tampa, FL*** |

Provide consulting on design and development of software products and ecommerce technology. Provide technology consulting and expert support for telecommunications, internet, and ecommerce applications in the areas of:
- Patent portfolio evaluation, market valuation, and prior art analysis.
- Patent litigation for telecommunications, internet, gaming, and POS technology patents for validity/invalidity and infringement/non-infringement analysis.
- Software contract due diligence and functional analyses for disputes involving custom software, UI/website design, mobile technologies and ecommerce.
- Standards Team Lead: NIST Cyber Security Working Group for the SmartGrid

**2011 to 2020**     **VP, Technology**
*Nielsen*

Technology Leader focused on delivery of strategic global initiatives for the CIO. Managed development and delivery teams across multiple business units, led the Global Cyber Security team and owned M&A Technology Integration.
- Led M&A Integration for technology and infrastructure teams for Due Diligence, Acquisition Integration and Divestitures. Portfolio included 12-15 active global efforts in various stages of progress and size
- Advised on secure design training for metering team to secure metering devices being deployed globally.
- Adviser to the Audit team for matters involving controls regulated by the Media Ratings Council (MRC)
- Led application development for solutions providing user experience Nielsen panel and TV, Broadcasting and Syndicated providers.
- Worked closely with Engineering and Operations teams to develop software solutions bridging data ingestion from devices to reporting output.

*Virginia Lee*

- Managed 35+ direct reports & 50+ contractors (onshore/offshore) in delivery of measurement solutions for TV, Online, and Advertising products.
- Platform owner for 10+ disparate systems serving multiple global business units, including Local and National TV measurement, advertising measurement, and consumer products measurement.

**2006 to 2008**   **Independent Consultant**

*The Nielsen Company*                                                           *Oldsmar, FL*

High profile project included as part of enterprise-wide transformation and global convergence initiatives to develop web-based client services.

- Developed, championed and sold strategic business plan to support new opportunities in web-based solutions to TV measurement clients
- Developed prototypes for customer facing website and web-based functionality
- Led usability testing with clients and internal users for client website operations

*United Illuminating*                                                         *New Haven, CT*

- Project Manager for Outage Management System (OMS) Interface phase of the Mobile Upgrade project.  Managed five-person team and vendor representatives in development of requirements, use cases and integration specs for network device management.
- SME/Advisor for Mobility Upgrade project to provide feature and integration analysis, design and testing strategy for SAP and OMS interfaces.

*Enspiria Solutions, Inc.*                                                       *Denver, CO*

Project Engineer for systems integration services between Data Collection Devices and CRM, Call Center, and SCADA systems; including requirements, design and testing.

*ViryaNet, Inc.*                                                         *Southborough, MA*

Retained through 2006 as Account Manager for two major utility accounts.  Included preparation and presentation of proposals for services and customer liaison.

**2004 to 2006**   **Solutions Architect/Account Management**

*ViryaNet, Inc.*                                                         *Southborough, MA*

Provided consulting, pre-sales and account management support for ViryaNet's web-based Mobile Workforce Scheduling and Management System, Service Hub.

- Reviewed client environments to determine product fit to business requirements/embedded base, defined solution scope and designed product integration of web products into existing client environments.
- Designed and developed browser-based applications for wireless mobile platforms.

**2002 to 2004**   **Independent Consultant/Self Employed**

**United Illuminating**                                                       New Haven, CT

Provided consulting services specific to the integration and business processes associated with the SAP CRM, Mobile Workforce, Outage Management and EDI solutions.

- Reviewed SAP BluePrints, facilitated design sessions between client, SAP and Mobile Workforce vendor

*Virginia Lee*

- Developed detailed integration specifications between Mobile Workforce vendor and SAP workflows for Call Center staff
- Participated with the SAP team in performing detailed integration testing of SAP transactions, IDOCs, workflows, and call center user interface, etc.
- Developed detailed specifications for IBM's Websphere Data Interchange for the transformation of IDOCs from/to XML for Mobile Workforce Automation Project
- Project Manager for EDI project to meet State, DPUC and client requirements.

**2000 to 2002**     **Consultant**
*Tanning Technology Corporation*                                   *Denver, CO*
**United Airlines**
Lead on systems integration, web interface, rules design, testing methodology and application design for multi-phased website implementation for client booking engine, customer profiles, secure authentication and strategic campaign management.

**Global Crossings/Global Center**
Drove strategic design initiatives for incorporating ecommerce, network infrastructure monitoring and alerts, and change control processes to meet IPO requirements.

**Rhythms – DSL provider**
Lead on requirements for redesign of provisioning processes to integrate with Price Waterhouse CRM system and meet systems performance guidelines.

**Tanning Technology**
Product Manager for changing corporate business model to "productize" solutions in the Customer Marketing and Performance Technology areas. Focused on web-based support for industries such as Telecom/Utilities, Media, Logistics and Hospitality.

**1996 to 2000**     **Product Manager for Mobile Workforce Products**
*Utility Partners Inc.*                                            *Tampa, FL*
Provided direction for the development and support of standard product packages for special purpose components, such as: industry-specific and technology specific solutions:

- ISP solutions
- PDA/Wireless connectivity
- Multi-platform eCommerce and web-based technology

Provided consulting and professional services to clients for customization of mobile product functions for specific use, such as: enhanced outage, inspection and maintenance, eCommerce initiatives, GIS and ERP integration. Including Inspection and maintenance systems for monitoring and alerts of network attached devices.

Participated in cross-vendor consortium to design, prototype and present an end-to-end (ERP/CRM<->GIS) standard for call center, outage management and Mobile solutions.

**1987 to 1996**     **Product Manager / Sr. Advisory Systems Engineer –> Member Technical Staff**
*GTE/Verizon*                                          *Dallas, TX / Tampa, FL*
As Product Manager for Commercial Services, prepared full product plans, including:
- functional breakdowns, industry/competitive analysis, business models, distribution, pricing, packaging, staffing, marketing, and five year financial plans
As Systems Engineer, provided technology consulting, including:

---

*Virginia Lee*

- Platform workshops and presentations at International User Groups
- Specialized in call center systems for Customer Marketing Sales and Service, Network Infrastructure, Billing Systems integration, Distributed Systems Support
- Designed and developed EDI/B2B applications for Carrier Access Market and large scale custom CRM system for domestic Telco Call Centers
- Supported Disaster recovery (DRP) and outsourcing services for cellular clients
- Prototype development of human factors standards and workflow environments for GTE's commercial systems' platforms to support eCommerce initiatives and call center workflow for cross sell and up sell of telecom services
- Designed and published OO standards to all Domestic User Groups
- Evaluated data integration and deployment strategy in support of call center automation and CRM implementations
- Designed/developed intelligent agents for online customer access services and eCommerce, call center and CIS applications

**1984 to 1987**      **Software Engineer**
                   *Paradyne Corporation*                                              *Largo, FL*

Performed design, development, and testing activities for individual projects within telecommunications product group, specifically responsible for:
- TCP/IP communications integration with proprietary networking product
- OSI Session/Data Link protocol development for high-speed telecom product
- Session Error Recovery for OSI Session Layer for high-speed telecom product
- System generation software for high-speed telecommunications product
- Data emulation, capturing and user interface for channel-attached devices

**1982 to 1984**      **Software Application Designer**
                   *OmniData Corporation*                                            *Largo, FL*

Performed design, development, testing and operations activities for call center solutions to collect customer data for processing of non-profit marketing materials.
- Designed custom user interfaces for each customer
- Designed custom print formats for each customer
- Supported multiple data entry platforms including micro processors, PCs and early transportable platforms

**Education/Certifications:**

| | | |
|---|---|---|
| GSEC - Cyber Security Certification | 2015 | SANS Institute |
| Cyber Security: Critical Security Controls, Cloud and NW Security | 2014 | SANS Institute |
| MBA - Executive Master of Business Administration | 1992 | University of South Florida |
| BSES - Bachelor of Science in Engineering Science | 1984 | University of South Florida |

*Virginia Lee*

**Speaking/Publications**

- Keynote Speaker: SWE Local Annual Meeting
- University of Miami - Annual Commercial Symposium - Technology Career Center
- WITI Special Event Speaker: Cyber Security Essentials - Unit 1
- Business/Technology Analysis & Integration Strategy for ERP System: Surname Electric (EBS)
- Published: NISTR 7628 Guidelines for Smart Grid Cyber Security - Standards Working Group
- Recurring Speaker for eCommerce: US TV Networks – Nielsen Program Guidelines Committee
- Recurring Speaker for emerging eCommerce strategy: Nielsen Strategy and Planning Committee
- Recurring Speaker: Mobile Product Standardization/Workflow: Utility Partners Int'l User's Group
- Recurring Speaker: Client/Server Technology in CRM: GTEDS International User's Conference
- Recurring Speaker: Workflow in CRM Solutions: GTEDS International User's Conference
- Business Process Analysis and Business Plan: Local TV Programming Ops - Nielsen Media
- Program Names Guidelines – eCommerce Rules: Local TV Programming Ops - Nielsen Media
- Integration design for Outage Management and Mobile Data Solutions: United Illuminating
- Training for Workforce Automation and Advanced Scheduling for Field Operations: UI
- User Interface Design and Training Materials for Mobile Workforce Pilot: So Cal Edison
- Interface Design, Testing, & Training for EDI to SAP Integration for Alternate Supplier Initiative: UI
- Integration Strategy for CRM Migration (SAP) and Mobile Data Solutions: United Illuminating
- Business Process and eCommerce Strategy for Customer Profile Management: United Airlines
- Strategy and Scoring Rules for Loyalty Programs Awards: United Airlines
- Operations and Performance Engineering Analysis for DSL Provisioning Operations: Rhythms
- Market Analysis for emerging business model in eCommerce Websites: Tanning Technology
- Product Plan for standard Mobile Data to CRM Solutions for Utility Operations: Utility Partners
- Business/Technology Analysis & Integration Strategy for Mobile Data: Montana Dakota Utilities
- Business/Technology Analysis & Integration Strategy for CRM & Mobile Operations: EPCOR
- Technology Analysis & Integration Strategy for Inspection & Maintenance: Stadtwerks Goettingen
- User Interface Design/Integration Strategy for CRM & Mobile Data Operations: Dominion Power
- User Interface Design/Integration Strategy for CRM & Mobile Data Operations: Wisconsin Energy
- User Interface Design/Integration Strategy for CRM & Mobile Data Operations: NIPSCO

# EXHIBIT C

US008302120B2

## (12) United States Patent
### Ramaswamy

(10) Patent No.: **US 8,302,120 B2**
(45) Date of Patent: **Oct. 30, 2012**

(54) **METHODS AND APPARATUS TO MONITOR ADVERTISEMENT EXPOSURE**

(75) Inventor: **Arun Ramaswamy**, Tampa, FL (US)

(73) Assignee: **The Nielsen Company (US), LLC**, Schaumburg, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 513 days.

(21) Appl. No.: **12/204,297**

(22) Filed: **Sep. 4, 2008**

(65) **Prior Publication Data**

US 2009/0210892 A1     Aug. 20, 2009

**Related U.S. Application Data**

(60) Provisional application No. 61/029,744, filed on Feb. 19, 2008.

(51) **Int. Cl.**
**H04H 60/33**     (2008.01)

(52) **U.S. Cl.** ......................................... 725/10; 709/223

(58) **Field of Classification Search** ............... 725/9–21; 709/217–231
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,718,106 | A | 1/1988 | Weinblatt |
| 4,750,213 | A | 6/1988 | Novak |
| 4,973,952 | A | 11/1990 | Malec et al. |
| 5,287,266 | A | 2/1994 | Malec et al. |
| 5,457,807 | A | 10/1995 | Weinblatt |
| 5,532,732 | A | 7/1996 | Yuen et al. |
| 5,594,934 | A | 1/1997 | Lu et al. |
| 5,630,203 | A | 5/1997 | Weinblatt |
| 5,659,350 | A | 8/1997 | Hendricks et al. |
| 5,668,917 | A | 9/1997 | Lewine |
| 5,812,732 | A | 9/1998 | Dettmer et al. |
| 5,821,513 | A | 10/1998 | O'Hagan et al. |
| 5,872,588 | A | 2/1999 | Aras et al. |
| 5,948,061 | A | 9/1999 | Merriman et al. |
| 5,966,696 | A | 10/1999 | Giraud |
| 5,991,735 | A | 11/1999 | Gerace |
| 6,006,197 | A | 12/1999 | d'Eon et al. |
| 6,091,956 | A | 7/2000 | Hollenberg |
| 6,100,941 | A | 8/2000 | Dimitrova et al. |
| 6,108,637 | A | 8/2000 | Blumenau |
| 6,177,931 | B1 * | 1/2001 | Alexander et al. .............. 725/52 |
| 6,285,818 | B1 | 9/2001 | Suito et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          1045547          10/2000

(Continued)

OTHER PUBLICATIONS

European Search Report, issued in EP Application No. 09 002 372. 2-1238, completed May 25, 2009, 3 pages.

(Continued)

*Primary Examiner* — Annan Shang

(74) *Attorney, Agent, or Firm* — Hanley, Flight and Zimmerman, LLC

(57)     **ABSTRACT**

Methods and apparatus to monitor advertisement exposure are disclosed. An example method includes determining via a meter that a media content segment was presented at a media content presentation device and determining via an activity monitor different than the meter that a computing resource related to the media content segment was accessed by outputting an indication of an association between the computing resource access and the media content presentation after the presentation of the media content segment.

**24 Claims, 10 Drawing Sheets**



**US 8,302,120 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,370,629 B1 | 4/2002 | Hastings et al. | |
| 6,386,450 B1 | 5/2002 | Ogasawara | |
| 6,457,010 B1 * | 9/2002 | Eldering et al. | 1/1 |
| 6,470,386 B1 | 10/2002 | Combar et al. | |
| 6,477,508 B1 | 11/2002 | Lazar et al. | |
| 6,581,025 B2 | 6/2003 | Lehman | |
| 6,584,375 B2 | 6/2003 | Bancroft et al. | |
| 6,587,835 B1 | 7/2003 | Treyz et al. | |
| 6,606,605 B1 | 8/2003 | Kolls | |
| 6,647,269 B2 | 11/2003 | Hendrey et al. | |
| 6,698,020 B1 * | 2/2004 | Zigmond et al. | 725/34 |
| 6,708,335 B1 * | 3/2004 | Ozer et al. | 725/20 |
| 6,745,011 B1 | 6/2004 | Hendrickson et al. | |
| 6,837,436 B2 | 1/2005 | Swartz et al. | |
| 6,912,507 B1 | 6/2005 | Phillips et al. | |
| 6,912,545 B1 | 6/2005 | Lundy et al. | |
| 6,934,508 B2 | 8/2005 | Ceresoli et al. | |
| 6,944,447 B2 | 9/2005 | Portman et al. | |
| 6,958,710 B2 | 10/2005 | Zhang et al. | |
| 6,968,178 B2 | 11/2005 | Pradhan et al. | |
| 6,983,139 B2 | 1/2006 | Dowling et al. | |
| 6,993,245 B1 | 1/2006 | Harville | |
| 7,051,038 B1 | 5/2006 | Yeh et al. | |
| 7,069,238 B2 | 6/2006 | I'Anson et al. | |
| 7,089,575 B2 | 8/2006 | Agnihotri et al. | |
| 7,127,261 B2 | 10/2006 | Van Erlach | |
| 7,149,549 B1 | 12/2006 | Ortiz et al. | |
| 7,155,210 B2 | 12/2006 | Benson | |
| 7,206,647 B2 | 4/2007 | Kumar | |
| 7,206,753 B2 | 4/2007 | Bancroft et al. | |
| 7,227,498 B2 | 6/2007 | Soliman | |
| 2001/0037232 A1 | 11/2001 | Miller | |
| 2001/0039658 A1 * | 11/2001 | Walton | 725/51 |
| 2002/0002504 A1 | 1/2002 | Engel et al. | |
| 2002/0046104 A1 | 4/2002 | Kaddeche et al. | |
| 2003/0126013 A1 | 7/2003 | Shand | |
| 2003/0126597 A1 | 7/2003 | Darby et al. | |
| 2003/0226142 A1 | 12/2003 | Rand | |
| 2004/0073538 A1 | 4/2004 | Leishman et al. | |
| 2004/0073915 A1 | 4/2004 | Dureau | |
| 2004/0117259 A1 * | 6/2004 | Morrisroe et al. | 705/14 |
| 2005/0035857 A1 | 2/2005 | Zhang et al. | |
| 2005/0203798 A1 | 9/2005 | Jensen et al. | |
| 2005/0234774 A1 | 10/2005 | Dupree | |
| 2005/0264430 A1 | 12/2005 | Zhang et al. | |
| 2006/0106674 A1 | 5/2006 | Muller | |
| 2006/0287913 A1 | 12/2006 | Baluja | |
| 2007/0288476 A1 | 12/2007 | Flanagan, III et al. | |
| 2007/0294057 A1 | 12/2007 | Crystal et al. | |
| 2007/0294132 A1 | 12/2007 | Zhang et al. | |
| 2007/0294705 A1 | 12/2007 | Gopalakrishnan et al. | |
| 2007/0294706 A1 | 12/2007 | Neuhauser et al. | |
| 2008/0077502 A1 | 3/2008 | Boyd | |
| 2008/0086356 A1 | 4/2008 | Glassman et al. | |
| 2008/0134275 A1 * | 6/2008 | Ferris et al. | 725/62 |
| 2008/0319850 A1 * | 12/2008 | Shaul et al. | 705/14 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1326185 | 7/2003 |
| EP | 1744276 | 1/2007 |
| JP | 11008585 | 1/1999 |
| JP | 2000307530 | 11/2000 |
| JP | 2005086308 | 3/2005 |
| WO | 9831114 | 7/1998 |
| WO | 2006026736 | 3/2006 |
| WO | 2008003089 | 1/2008 |

## OTHER PUBLICATIONS

Written Opinion of the European Search Report, issued in EP Application No. 09 002 372.2-1238, completed May 25, 2009, 3 pages.

Patent Cooperation Treaty, "International Search Report," issued by the International Searching Authority in connection with counterpart PCT application No. PCT/US2007/072544, mailed Aug. 22, 2008 (2 pages).

Patent Cooperation Treaty, "Written Opinion of the International Searching Authority," issued by the International Searching Authority in connection with counterpart PCT application No. PCT/US2007/072544, mailed Aug. 22, 2008 (3 pages).

Yeung et al., "A Comparative Study on Location Tracking Strategies in Cellular Mobile Radio Systems," published on Nov. 14, 1995, pp. 22, 24, 26, 28.

Handy et al., "Lessons Learned from Developing a Bluetooth Multiplayer-Game," Institute of Applied Microelectronics and Computer Science, University of Rostock, 2nd International Conference on Pervasive Computing, Workshop on Gaming Applications in Ubiquitous Computing Environments, Wien, Österreich, Apr. 18-23, 2004 (7 pages).

Battiti et al., "Location-Aware Computing: A Neural Network Model for Determining Location in Wireless Lans", Department of Information and Communication Technology, University of Trento, Feb. 22, 2002 (17 pages).

Azondekon et al., "Service Selection in Networks Based on Proximity Confirmation Using Infrared", International Conference on Telecommunications (ICT), Beijing, 2002, pp. 1-4.

Bahl et al., "A Software System for Locating Mobile Users: Design, Evaluation, and Lessons", Technical Report MSR-TR-2000-12, Microsoft Research, Feb. 2000, pp. 1-13.

International Preliminary Report on Patentability, Issued in PCT/US2007/072544, mailed Jan. 6, 2009, 4 pages.

* cited by examiner



FIG. 1

U.S. Patent        Oct. 30, 2012        Sheet 2 of 10        US 8,302,120 B2



FIG. 2



FIG. 3

Case 1:21-cv-01592-CJB   Document 1-1   Filed 11/10/21   Page 46 of 153 PageID #: 71



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9

FIG. 10

US 8,302,120 B2

**1**

## METHODS AND APPARATUS TO MONITOR ADVERTISEMENT EXPOSURE

### RELATED APPLICATIONS

This patent claims the benefit of U.S. Provisional Patent Application No. 61/029,744, filed Feb. 19, 2008, entitled "METHODS AND APPARATUS TO MONITOR IN-HOME ADVERTISEMENT EXPOSURE" the disclosure of which is incorporated by reference in its entirety.

### FIELD OF THE DISCLOSURE

The present disclosure pertains to monitoring media content and, more particularly, to methods and apparatus to monitor advertisement exposure.

### BACKGROUND

Consumers are exposed to advertisements via many different sources. An example source of advertisements is television broadcasts. There are currently many methods for monitoring advertisements to determine how many consumers were exposed to advertisements. For example, a monitoring system may determine the number and identity of consumers in the same room as a source that is presenting media content (e.g., a television showing a television advertisement). Using this information an interested party can determine the number and demographics of consumers that were exposed to a particular advertisement.

Businesses that advertise products and services can analyze the effectiveness of advertisements by analyzing sales information prior-to and after advertisements have been presented. For example, a business can determine that an advertisement is effective if sales of a product or service increased following an advertisement. This analysis can be performed at a global, national, or market level depending on how specifically advertisement and sales information is monitored.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an example system to monitor advertisement exposure.

FIG. **2** is a block diagram of an example implementation of the meter of FIG. **1**.

FIG. **3** is a block diagram of an example implementation of the activity monitor of FIG. **1**.

FIG. **4** is a block diagram of an example implementation of the home server of FIG. **1**.

FIG. **5** is a block diagram of an example implementation of the central facility of FIG. **1**.

FIG. **6** is a flowchart representative of example machine readable instructions that may be executed to implement the meter of FIG. **1**.

FIG. **7** is a flowchart representative of example machine readable instructions that may be executed to implement the activity monitor of FIG. **1**.

FIG. **8** is a flowchart representative of example machine readable instructions that may be executed to implement the home server of FIG. **1**.

FIG. **9** is a flowchart representative of example machine readable instructions that may be executed to implement the central facility of FIG. **1**.

FIG. **10** is a block diagram of an example computer platform capable of executing the machine readable instructions illustrated in FIGS. **6**-**9** to implement the meter, the activity

**2**

monitor, the home server, and/or the central facility of FIG. **1**, and/or the other apparatus and/or methods disclosed herein.

### DETAILED DESCRIPTION

FIG. **1** is a block diagram of an example system **100** to monitor advertisement exposure. The example system **100** includes a source of media content **102**, a household **104**, a communication network **106**, and a central facility **108**. As described in further detail herein, according to the illustrated example, the exposure to television advertisements in the household **104** is monitored. In addition, activity at a computer **110** is monitored. Information about exposure to the television advertisements and the computer activity is sent via the communication network **106** to the central facility **108** for analysis. For example, according to an example implementation, exposure to information about the advertisements is compared with information about the computer activity to locate and report relationships among exposure to the advertisements and the computer activity. For example, a report may identify instances where the presentation of a television advertisement was shortly followed by a user visiting a webpage associated with the content of the television advertisement thereby suggesting that the presentation of the television advertisement was the impetus for the visit to the webpage.

The source of media content **102** of the illustrated example is one of a cable television network, an over-the-air distribution television network, or a satellite television distribution network that provides media content to the household **104**. Of course, the source of the media content **102** may alternatively include more than one source of media content and may include any other type of distribution system. For example, the source of media content **102** may include internet distributed media content (e.g., video and/or audio), a radio distribution network (e.g., satellite, over-the-air, etc.), a physical medium based media distribution network (e.g., media content distributed on a compact disc, a digital versatile/video disc, a flash memory, a Blu-ray™ disc, etc.), or any other type of distribution network.

The household **104** of the illustrated example is a home in which a user uses the computer **110** (e.g., to consume media content, to browse the internet, etc.) and consumes media content at a television **112**. While the household **104** of the illustrated example is a home, the household **104** may alternatively be a business location, a public location (e.g., a library), etc.

The example household **104** includes the computer **110**, the television **112**, a receiver **114**, a meter **116**, a home network **118**, and a home server **120**.

The computer **110** of the illustrated example is a personal computer that allows a user to consume media content, browse the internet, and execute applications. The computer **110** of the illustrated example may be a personal computer, a laptop computer, a personal digital assistant, a video gaming system, a mobile phone, a cellular phone, or any other type of computing device.

The computer **110** of the illustrated example includes an activity monitor **122**. The example activity monitor **122** is implemented by software installed on the computer **110** that monitors the activity of a user of the computer and transmits information about the activity to the home server **120**. For example, the activity monitor **122** monitors a user's offline activity (e.g., exposure to and/or consumption of media content, executing applications, etc.) and a user's online activity (e.g., browsing webpages on the internet). The software for the example activity monitor **122** may be software installed

US 8,302,120 B2

**3**

by a representative of a monitoring organization, software installed by a user that downloads the software from the internet, a plug-in executed in a browser, software that is installed by a user that installs the software from a storage medium (e.g., a floppy disk, a compact disc, a digital versatile disc, a flash memory, etc.), or by any other means. While the example activity monitor **122** is implemented by software installed on the computer **110**, the activity monitor **122** may alternatively be implemented by a standalone monitoring device that is associated with the computer (e.g., a device physically attached to the computer or a device that includes sensors that monitor the computer without being attached to the computer (e.g., a camera)). Additionally or alternatively, the activity monitor **122** may be integrated with another device (e.g., the home server **120** or the meter **116**). Example implementations of the activity monitor **122** are described in further detail in conjunction with FIGS. **3** and **7**.

The television **112** of the illustrated example receives media content for presentation from the example receiver **114**. The example receiver **114** (e.g., a set top box) receives media content from the content sources **102** and transmits the content to the television **112** in a format that the television can accept. For example, the receiver **114** may receive satellite broadcast signals, decode the satellite broadcast signals, decrypt the decoded signals, convert the decrypted signals to a digital television signal, and transmit the digital television signal to the television. Alternatively, the system **100** may not include a receiver **114** and the television **112** may receive media content directly from the content sources **102**. While the television **112** and the receiver **114** have been described as handling television signals (e.g., audio and video), the system **100** may additionally or alternatively handle other types of media content such as, for example, radio, internet media content broadcasts/streams, etc.

The meter **116** of the illustrated example monitors media content transmitted from the receiver **114** to the television **112**. Among other things, the example meter **116** analyzes the received media content to extract advertisements and/or identifying information associated with advertisements and sends the extracted information to the home server **120**. While the example meter **116** receives media content transmitted from the receiver **114** to the television **112** via a splitter or the like, the meter **116** may alternatively receive presented media content from the television **112** (e.g., using an output of the television **112**, using a camera directed at the television **112**, by detecting audio output by the television or by extracting one or more program identification codes associated with the media content and/or a characteristic signature of the media content, etc.) and/or media content directly from the content sources **102**. Additionally or alternatively, the meter **116** may be capable of detecting the state of the television **112** (e.g., whether the television is turned on or off) and/or of detecting and/or analyzing information about people watching the television and/or in the vicinity of the television.

An example implementation of the meter **116** is described in conjunction with FIGS. **2** and **6**.

The home network **118** of the illustrated example enables communication between network elements in the household **104**. For example, the home network **118** communicatively couples the computer **110**, the activity monitor **122**, the meter **116**, and the home server **120**. In addition, the home network of the illustrated example communicatively couples the network elements in the household **104** to the communication network **106** (e.g., the internet). For example, the home network **118** includes a gateway device that communicates with the communication network **106** via a service provider. While the example home network **118** is a local area network, the

**4**

home network **118** may be implemented by any type of wired or wireless network such as, for example, a wireless network implemented according to Institute of Electrical and Electronics Engineers (IEEE) standard 802.11, a Bluetooth® wireless network, an Ethernet network, a cellular telephone network, any other type of wide area network, any other type of local area network, etc.

The home server **120** of the illustrated example receives monitoring information (e.g., advertising information, program identification information, tuning information, etc.) from the meter **116** and activity information from the activity monitor **122** and stores the received information. The example home server **120** of the illustrated example includes a database for storing received information. Alternatively, as described in further detail herein, the home server **120** may include any type of storage. The home server **120** of the illustrated example periodically or aperiodically transmits received information to the central facility **108**. For example, the home server **120** may transmit the information according to a schedule, when the database is full, when a desired amount of information has been stored, upon a request from a user, upon a request from the central facility **108**, etc.

While the example home server **120** is illustrated as a stand-alone server located in the household **104**, the home server **120** may be integrated with another device in the household **104** or may be located at a location different from the household **104**. For example, the capabilities of the home server **120** may be integrated with the computer **110** (e.g., software implementing the home server **120** may be installed on the computer **110**).

An example implementation of the home server **120** is described in further detail in conjunction with FIGS. **4** and **8**.

The communication network **106** of the illustrated example enables communication between the home network **118** and the central facility **108**. In addition, the example communication network **106** enables communication to the internet from the home network **118**. While the example communication network **106** is a wide area network, the communication network **106** may be implemented by any type of wired or wireless network such as, for example, a wireless network implemented according to Institute of Electrical and Electronics Engineers (IEEE) standard 802.11, a Bluetooth® wireless network, an Ethernet network, a cellular telephone network, any type of service provider network, any other type of wide area network, and/or any other type of local area network.

The central facility **108** of the illustrated example receives monitoring information associated with the household **104** from the home server **120**. The example central facility **108** analyzes the received monitoring information to determine ratings information (e.g., how many people were presented with the advertisement or a program with which the advertisement is associated, how many people of a particular demographic were presented with the advertisement, and/or program etc.) for advertisements and/or programs presented at the household **104** and to associate advertisement information with activity information logged by the activity monitor **122**. For example, the example central facility **108** selects an advertisement and compares metadata associated with the advertisement to activity information that was logged within a desired timeframe (e.g., a 24-hour window) from the presentation of the advertisement. Based on the comparison, the example central facility **108** determines if the advertisement can be associated with any of the activity information (e.g., an advertisement for a computer maker can be associated with a visit to the website associated with the computer maker and/or with a competitor of the computer maker). The example

US 8,302,120 B2

5

central facility **108** then generates reports indicating the ratings information and/or the association between the advertisement information and the activity information.

An example implementation of the central facility is described in conjunction with FIGS. **5** and **9**.

FIG. **2** is a block diagram of an example implementation of the meter **116** of FIG. **1**. The meter **116** of the illustrated example includes a digitizer **202**, a segment analyzer **204**, an advertisement detector **206**, a program analyzer **208**, a commercial extractor **210**, a compressor **212**, a signature extractor **214**, a code collector **215**, a metadata builder **216**, and a data transmitter **218**.

The digitizer **202** of the illustrated example receives media content presented on a television (e.g., media content transmitted from the receiver **114** to the television **112** of FIG. **1**) and digitizes segments of the media content. For example, the example digitizer **202** receives 180 seconds of media content in analog format and generates a digital representation of the 180 seconds of analog media content. Alternatively, if the digitizer **202** receives media content that is already in a usable digital format, the digitizer **202** may break the digital media content into segments (e.g., of 180 seconds or any other desired length).

The example segment analyzer **204** receives digitized segments of media content from the digitizer **202** and determines if the segment contains one or more commercials. The example segment analyzer **204** may use any type of available analysis to determine if commercials are present. Example techniques include:

    a. monitoring for blank frames that indicate the start and end of a video clip,

    b. monitoring for silent audio segments that indicate the start and end of a video clip,

    c. monitoring for discontinuities in closed captioning data that indicates a change in the video clip,

    d. monitoring for the lack of closed captioning data that indicates an advertisement is playing rather than program content,

    e. monitoring for discontinuities in embedded audio codes (e.g., Nielsen's automated measurement of lineups (AMOL) codes or codes analogous thereto) that indicate a change in the video clip,

    f. monitoring for the lack of audio codes (e.g., program identification codes embedded and/or transmitted with content for audience measurements and/or other purposes) that indicates an advertisement is playing rather than a program,

    g. monitoring infrared or radio frequency commands sent by a remote control to the receiver **114** of the television **112** that indicate a change in channel, fast-forwarding, or rewinding,

    h. monitoring closed captioning data for information indicating that an advertisement is present,

    i. monitoring for embedded codes that are inserted only in commercials (e.g., codes inserted by the Audio Audit® system, codes inserted by the Nielsen® Sigma™ system, codes inserted by any Nielsen audio encoding system (NAES), or any other code insertion system), and/or

    j. determining one or more signature(s) for the segment and comparing the one or more signature(s) to a database of known advertisement signatures (e.g., a database that is updated by transmissions from the central facility **108**).

The segment analyzer **204** of the illustrated example is capable of employing any or all of these techniques and transmits the results it develops to the advertisement detector **206** for further analysis. The segment analyzer **204** may utilize all or fewer than all of the forgoing techniques and/or use

6

any number of additional techniques for generating an indication as to whether an advertisement is present in the segment.

The advertisement detector **206** of the illustrated example receives information from the segment analyzer **204** and detects whether the information indicates that an advertisement is present in a segment. For example, the example advertisement detector **206** weighs the results of some or all of the techniques used by the segment analyzer **204** to determine if the results indicate that one or more advertisements are present. If the advertisement extractor **206** determines that an advertisement is present, the advertisement detector **206** sends the segment and an identification to the advertisement detector **210**. For example, the advertisement detector **206** may send an identification including the time or index of the start of each advertisement and the time or index of the end of each advertisement in the segment. If the advertisement detector **206** determines that a commercial is not present in the segment (i.e., the segment is a media content program), the segment is transmitted to the program analyzer **208** instead of the advertisement extractor **210**.

When the program analyzer **208** of the illustrated example receives a segment from the advertisement detector **206** (e.g., when the segment does not include an advertisement), it analyzes the segment to extract information for determining the identity and/or source of the program. For example, the program analyzer **208** of the illustrated example extracts program codes using the Nielsen Active/Passive (A/P) encoding system. The codes may be program identification headers (PIDs) associated with digital television broadcasts or codes used for other purposes such as audience measurement. Alternatively, any technique for identifying media content programs and/or generating, extracting, and/or computing identifying information may be used. The example program analyzer **208** transmits the extracted information to the data transmitter **218**. The example program analyzer **208** of the illustrated example then deletes the segment. Alternatively, the program analyzer **208** may store the segment for later analysis and/or may transmit the segment to the data transmitter **218**.

When the advertisement extractor **210** of the illustrated example receives a segment from the advertisement extractor **206** (e.g., when the segment includes an advertisement), it extracts the advertisement from the segment. In other words, the example advertisement extractor **210** separates the portion of the segment associated with the advertisement from any portion(s) of the segment not associated with the advertisement. The advertisement extractor **210** then transmits the advertisement to the compressor **212**, the signature extractor **214**, the code collector **215**, and the metadata builder **216** of the illustrated example. Additionally or alternatively, the advertisement extractor **210** may extract a portion of an advertisement from another segment that is adjacent to the current segment in time (e.g., a segment prior to the current segment or a segment following the current segment) if an advertisement is detected at the edge of a segment. While the example implementations of the meter **116** includes an advertisement extractor **210**, alternative implementation of the meter **116** may not extract advertisements from segments and, thus, may not include the advertisement extractor **210**.

The compressor **212** of the illustrated example receives the extracted advertisement from the advertisement extractor **210** and compresses the audio and video associated with the advertisement to reduce the amount of storage space needed to store the advertisement. For example, the compressor **212** may decrease the resolution of the advertisement, may decrease the color-depth of the advertisement, may eliminate

US 8,302,120 B2

7

frames from the advertisement (e.g., keep only every fourth frame), may transcode the content to a compressed encoding (e.g., encode the content in a Motion Pictures Experts Group (MPEG) compressed format), etc. The compressed advertisement is sent to the data transmitter **218** and thereafter transmitted to a home server (e.g., the home server **120** of FIG. **1**) where the advertisement will be available for later analysis. For example, the advertisement may be viewed by a human to identify the advertisement (e.g., when automated detection techniques are not successful).

The signature extractor **214** of the illustrated example receives an advertisement from the advertisement extractor **210** and extracts and/or generates a signal representative of the advertisement (e.g., a fingerprint or signature) that preferably uniquely identifies the advertisement. In the illustrated example, the signature extractor **214** extracts one or more of an audio signature, a video signature, and/or a closed captioning signature from the advertisement. The signature extractor **214** sends the extracted signature to the data transmitter **118** for later transmission to, and analysis by, a central facility (e.g., the central facility **108** of FIG. **1**).

The code collector **215** of the illustrated example receives an advertisement from the advertisement extractor and extracts codes associated with the media content. The code collector **215** may extract any type of code associated with the advertisement such as, for example, a watermark, a PID header, or any other information embedded in the media content, etc. and/or may retrieve identifying information from an external source (e.g., retrieve identifying information from the receiver **116** of FIG. **1**). The code collector **215** sends the extracted code(s) to the data transmitter **118** for later transmission to, and analysis by, a central facility (e.g., the central facility **108** of FIG. **1**).

The metadata builder **216** of the illustrated example requests and/or receives information about the advertisement extracted by the advertisement extractor **206** and sends the metadata information to the data transmitter **218**. The example metadata information includes any information that: a) identifies the source of the advertisement, b) identifies the television channel or network on which the advertisement was shown, c) identifies the duration of the advertisement, d) identifies the time at which the advertisement was presented, e) identifies a user viewing the content, f) identifies a user's activity associated with the content (e.g., fast-forwarding through the advertisement), etc. For example, the example metadata builder **216** receives information from a signal transmitted from a receiver to a television (e.g., from the receiver **114** to the television **112**) including the channel to which the receiver is tuned and any user activity associated with the advertisement. In addition, the example metadata builder **216** extracts information from the received advertisement such as the duration of the advertisement and the time at which the advertisement was presented. The example metadata builder **216** sends the collected metadata to the data transmitter **218** for association with the data from the compressor **212**, the signature extractor **214** and/or the code collector **215**.

The data transmitter **218** of the illustrated example receives information from the program analyzer **208**, the compressor **212**, the signature extractor **214**, and/or the metadata builder **216** and transmits the information to a remote location (e.g., the home server **120** of FIG. **1**). The data transmitter **218** of the illustrated example is implemented by a wired or wireless network card. However, any other communication device may be used to communicatively couple the meter **116** to a network (e.g., the home network **118**).

8

FIG. **3** is a block diagram of an example implementation of the activity monitor **122** of FIG. **1**. The example activity monitor **122** includes an offline activity monitor **302**, an online activity monitor **304**, a clock **306**, and a data transmitter **308**.

The offline activity monitor **302** of the illustrated example logs activity at a computer (e.g., the computer **110** of FIG. **1**) where the activity is not online activity (e.g., not network related). For example, the offline activity monitor **302** may log a user executing a particular program on the computer, a user typing words or characters on the computer, a user configuring the computer, etc. The offline activity monitor **302** sends logged activity to the data transmitter **308**.

The online activity monitor **304** of the illustrated example logs network related activity at the computer. The example online activity monitor **304** logs webpages (e.g., URLs) that a user requests at the computer and/or which are pushed to the computer (e.g., pop-up windows). Alternatively, the online activity monitor **304** may log any other type of online activity or computing resource access that occurs at the computer such as, for example, purchases made by the user online, purchases made at a bricks and mortar business for which notifications are received online (e.g., via an online credit card statement or an email message), purchases monitored by an AC Nielsen Home Scanner, messages sent online (e.g., emails or instant messages), advertisements viewed on the internet, etc. The online activity monitor **304** sends logged activity to the data transmitter **308**.

The offline activity monitor **302** and the online activity monitor **304** of the illustrated example are separate. For example, the offline activity monitor **302** may be a software application that is installed on the computer and the online activity monitor **304** may be a plug-in that is installed in a browser. Alternatively, the offline activity monitor **302** and the online activity monitor **304** may be integrated as a single component. For example, the offline activity monitor **302** and the online activity monitor **304** may be implemented by a single software application installed on the computer.

The clock **306** of the illustrated example provides the current date and time (i.e., a timestamp) to the data transmitter **308** for association with log information received from the offline activity monitor **302** and/or the online activity monitor **304**. The clock **306** may be excluded from the meter **122** when, for example, the offline activity monitor **302** and the online activity monitor **304** include timestamp capabilities.

The data transmitter **308** of the illustrated example receives log information from the offline activity monitor **302** and the online activity monitor **304** and timestamp information from the clock **306**. The data transmitter **308** of the illustrated example is implemented by a wired or wireless network card. However, any other communication device may be used to communicatively couple the activity monitor **122** to a network (e.g., the home network **118**).

FIG. **4** is a block diagram of an example implementation of the home server **120** of FIG. **1**. The example home server **120** includes a data receiver **402**, a data store manager **404**, a demographic interface **406**, a data store **408**, and a data transmitter **410**.

The data receiver **402** of the illustrated example receives advertisement and/or program information from a meter (e.g., the meter **116** of FIG. **1**). The data receiver **402** also receives activity information from an activity monitor (e.g., the activity monitor **122** of FIG. **1**). The data receiver **402** transmits the information to the data store manager **404**. The data receiver **402** of the illustrated example is implemented by a wired or wireless network card. However, any other communication device may be used.

US 8,302,120 B2

9

The data store manager **404** of the illustrated example receives advertisement information, program information, and/or activity information from the data receiver **402**. The data store manager also receives demographic information from the demographic interface **406**. The data store manager **404** associates demographic information with the advertisement and/or program information and stores the associated information in the data store **408**. The data store manager **404** also forwards the stored information to the data transmitter **410** for transmission to a central facility.

The demographic interface **406** of the illustrated example receives demographic information from a user (e.g., a member of the household **104**, an agent from an audience measurement company, etc.) and transmits the demographic information to the data store manager **404** for association with monitoring information. In other words, the demographic interface **406** provides demographic information so that information about exposure to media content at the household **104** can be tied to demographic information associated with members of the household and guests. The demographic interface **406** may receive demographic information using any type of interface such as, for example, a graphical user interface provided at the home server **120**, a remotely accessible graphical user interface, a demographic file received from a user or an agent of an audience measurement company), a people meter, etc. While the example home server **120** includes the demographic interface **406**, the home server **120** may not include the demographic interface **406** when, for example, demographic interface is not desired or the data store manager includes an interface for receiving demographic information.

The data transmitter **410** of the illustrated example receives program information, advertisement information, activity information, and demographic information from the data store manager **404** and transmits the information to a central facility (e.g., the central facility **108**). The data transmitter **410** may additionally receive requests for information from a central facility and transmit the requests to the data store manager **404**. The data transmitter **410** of the illustrated example is implemented by a wired or wireless network card. However, any other communication device may be used to communicatively couple the home server **120** to a network (e.g., the home network **118**).

FIG. **5** is a block diagram of an example implementation of the central facility **108** of FIG. **1**. The example central facility **108** includes a data receiver **502**, an advertisement ratings generator **504**, a window selector **506**, a metadata comparator **508**, and a report generator **510**.

The data receiver **502** of the illustrated example receives program information, advertisement information, activity information, and demographic information from a monitored location (e.g., the household **104** of FIG. **1**). The data receiver **502** of the illustrated example is implemented by a wired or wireless network card. However, any other communication device may be used.

The advertisement ratings generator **504** of the illustrated example generates ratings information for received advertisements. Example ratings information indicates how many people have been presented with a particular advertisement. The ratings information may be generated by using any desired type(s) of formulas and/or techniques. In addition, the ratings information is grouped by demographic categories (e.g., ratings for ages 18-24, ratings for a particular race, ratings for particular gender, ratings for a particular geographic region, etc.). The generated ratings information is transmitted to the report generator **510**.

10

The window selector **506** of the illustrated example selects activity information (e.g., webpage browsing, purchasing events, purchasing habits, computer use activity, etc.) that is associated with a time that is within a window of time for each advertisement. In other words, for each advertisement, event, data entry, etc., the example window selector **506** selects activity information for activities that took place within an amount of time beginning at a time of presentation of the advertisement and ending at some later time. For example, if a particular advertisement was presented on Jan. 18, 2008 at 6:35 PM, the window selector **506** would select all activities that took place within an amount of time from the time of broadcast of that advertisement to a certain time later (e.g., activity that occurred during the 24 hours following the advertisement). The window selector **506** transmits the advertisement (and associated metadata) and the selected activities (and associated metadata) to the metadata comparator **508**. While the example window selector **506** selects activities that are within a certain time period, the window selector may alternatively transmit all activities to the metadata comparator **508** for analysis. Additionally or alternatively, the window selector **506** may operate in association with the metadata comparator **508** to select activities that include metadata identified by the metadata comparator **508**. For example, after the metadata comparator **508** has identified activities within a window that are associated with an advertisement, the metadata comparator **508** may request additional activities that are associated with identified metadata. Such an analysis can be used to identify trends in activities that are affected by an advertisement (e.g., a user did not visit a particular webpage for a month and then visited the webpage within an hour of a presentation of an advertisement associated with the webpage).

The metadata comparator **508** of the illustrated example receives metadata associated with an advertisement and metadata associated with activities (e.g., activities at the computer **110** recorded by the activity monitor **122** of FIG. **1**) and compares the metadata to identify associations. The example metadata comparator **508** determines if metadata associated with advertisements matches metadata associated with activity at the computer **110**. For example, the metadata comparator **508** will indicate to the report generator that an advertisement is associated with an activity where the advertisement is for a product from a particular company and the activity is a visit to the webpage of the company or a search for that product or company using, for example, a search engine. The metadata comparator **508** may alternatively identify an association between an advertisement and an activity based on any other type of association such as, for example, based on keywords associated with an advertisement, based on a user input indicating an association with an advertisement (e.g., a user input of an identifier or term identified in the advertisement), based on signatures extracted from the advertisement and the activity, based on codes extracted from the advertisements and the activity, based on a watermark extracted from the advertisement and the activity, etc.

The report generator **510** of the illustrated example receives the advertisement ratings from the advertisement ratings generator **504** and the advertisement-to-activity association information from the metadata comparator **508** and generates reports based on the information. The report generator **510** of the illustrated example generates an electronic report listing the ratings information for each advertisement and listing the associated activities for each advertisement. Alternatively, any other type or format of report may be generated such as, for example, a comma separated values (CSV) file including the ratings information and/or associa-

US 8,302,120 B2

**11**

tion information, a printed report hard copy, a report listing information grouped by household, a report listing information grouped by demographic, a report listing information grouped by the company associated with each advertisement, etc. The generated reports may be analyzed by an agent of an audience measurement company, may be automatically sent to the company associated with each advertisement, may be automatically sent to a television network/broadcaster, may be made available on an internet webpage, etc.

While an example system **100** to monitor advertisement exposure has been illustrated in FIGS. **1** to **5**, the devices, networks, systems, servers and/or processors illustrated in FIGS. **1** to **5** may be combined, divided, re-arranged, eliminated and/or implemented in any way. Further, the example the meter **116**, the activity monitor **122**, the home server **120**, and/or the central facility **108** of FIG. **1**; the digitizer **202**, the segment analyzer **204** the advertisement detector **206**, the program analyzer **208**, the advertisement extractor **210**, the compressor **212**, the signature extractor **214**, the code collector **215**, the metadata builder **216**, and/or the data transmitter **218** of FIG. **2**; the offline activity monitor **302**, the online activity monitor **304**, the clock **306**, and/or the data transmitter **308** of FIG. **3**, the data receiver **402**, the data store manager **404**, the demographic interface **406**, the data store **408**, and/or the data transmitter **410**; and/or the data receiver **502**, the advertisement ratings generator **504**, the window selector **506**, the metadata comparator **508**, and/or the report generator **510** and/or, more generally, the example system **100** may be implemented by hardware, software, firmware and/or any combination of hardware, software and/or firmware. Thus, for example, any or all of the example the meter **116**, the activity monitor **122**, the home server **120**, and/or the central facility **108** of FIG. **1**; the digitizer **202**, the segment analyzer **204** the advertisement detector **206**, the program analyzer **208**, the advertisement extractor **210**, the compressor **212**, the signature extractor **214**, the code collector **215**, the metadata builder **216**, and/or the data transmitter **218** of FIG. **2**; the offline activity monitor **302**, the online activity monitor **304**, the clock **306**, and/or the data transmitter **308** of FIG. **3**, the data receiver **402**, the data store manager **404**, the demographic interface **406**, the data store **408**, and/or the data transmitter **410**; and/or the data receiver **502**, the advertisement ratings generator **504**, the window selector **506**, the metadata comparator **508**, and/or the report generator **510** may be implemented by one or more circuit(s), programmable processor(s), application specific integrated circuit(s) (ASIC(s)), programmable logic device(s) (PLD(s)) and/or field programmable logic device(s) (FPLD(s)), etc. When any of the appended claims are read to cover a purely software and/or firmware implementation, at least one of the example the meter **116**, the activity monitor **122**, the home server **120**, and/or the central facility **108** of FIG. **1**; the digitizer **202**, the segment analyzer **204** the advertisement detector **206**, the program analyzer **208**, the advertisement extractor **210**, the code collector **215**, the metadata builder **216**, and/or the data transmitter **218** of FIG. **2**; the offline activity monitor **302**, the online activity monitor **304**, the clock **306**, and/or the data transmitter **308** of FIG. **3**, the data receiver **402**, the data store manager **404**, the demographic interface **406**, the data store **408**, and/or the data transmitter **410**; and/or the data receiver **502**, the advertisement ratings generator **504**, the window selector **506**, the metadata comparator **508**, and/or the report generator **510** are hereby expressly defined to include a tangible medium such as a memory, a digital versatile disc (DVD), a compact disc (CD), etc. storing the software and/or firmware. Further still, the example system **100** may include additional

**12**

devices, networks, systems, servers and/or processors in addition to, or instead of, those illustrated in FIGS. **1** to **5** and/or may include more than one of any or all of the illustrated devices, networks, systems, servers and/or processors.

The example flowchart of FIG. **6** begins when a meter (e.g., the meter **116** of FIG. **1**) receives a media content stream, broadcast, etc. (e.g., media content transmitted from the receiver **114** to the television **112**) (block **602**). The meter digitizes segments of the received content (e.g., using the digitizer **202** of FIG. **2**) (block **604**). For example, the example digitizer **202** receives 180 seconds of content and digitizes the content as a segment. The meter then analyzes the digitized segment for the presence of an advertisement (e.g., using the segment analyzer **204** and the advertisement detector **206**) (block **606**). If an advertisement is not detected (e.g., a television program is assumed to fill the entire segment) (block **608**), the meter analyzes the segment to determine program information (e.g., many techniques for metering television programs are known and the example program analyzer **208** may use any technique for metering the program) (block **610**).

If an advertisement is detected in the segment (block **608**), the advertisement is extracted from the segment (e.g., using the advertisement extractor **210**) (block **612**). Then, codes embedded in the media content are collected (e.g., using the code collector **506** and/or signatures of the advertisement are determined (e.g., using the signature extractor **214**) (block **614**). Next, the advertisement (or a copy thereof) is compressed to generate a copy of the advertisement having a reduced size (e.g., using the compressor **212**) (block **616**). Then, metadata associated with the advertisement is extracted from the advertisement and/or collected from the media content signal or equipment (e.g., the metadata builder **216** extracts metadata from the advertisement and the receiver **114** of FIG. **1**) (block **618**). The codes and/or signature information, the compressed advertisement, and collected metadata information are then sent to a home server via a home network (e.g., the data transmitter **218** transmits the information to the home server **120** via the home network **118**).

As shown in the example flowchart of FIG. **6**, after the program information is analyzed (block **610**) or information is transmitted to the home server (block **620**), control returns to block **602** to await the reception of further content. For example, a next segment of 180 seconds of content may be received and processed.

While FIG. **6** is described in conjunction with an example meter, the flowchart of FIG. **6** may alternatively be implemented by any other device such as, for example, the activity monitor **122**.

The flowchart of FIG. **7** begins when an activity monitor (e.g., the activity monitor **122** at the computer **110** of FIG. **1**) detects activity at the computer (e.g., using the offline activity monitor **302** and/or the online activity monitor **304** (block **702**). Then, the activity monitor retrieves a timestamp for the activity (e.g., the data transmitter **308** retrieves a timestamp from the clock **306**) (block **704**). The activity monitor then creates a log entry identifying the activity (e.g., including metadata associated with the activity) and including the timestamp (block **706**). The activity monitor then transmits the log entry to a home server (e.g., the home server **120**) via a home network (e.g., the home network **118**) (block **708**). The activity monitor may additionally store log entries until a desired amount of entries has been stored or an amount of time has passed and may then send the log entries to the home server. After the generated log entry has been transmitted (or stored), control returns to block **702** to await the detection of further activity at the computer.

US 8,302,120 B2

13

14

While FIG. 7 is described in conjunction with an example activity monitor, the flowchart of FIG. 7 may alternatively be implemented by any other device such as, for example, the meter 116.

The flowchart of FIG. 8 begins when a home server (e.g., the home server 120 of FIG. 1) receives data from a meter (e.g., the meter 116 of FIG. 1) and/or an activity monitor (e.g., the activity monitor 122 of FIG. 1) (block 802). The home server stores the received information in a data store (e.g., the data store 408 of FIG. 4) (block 804). The home server then determines if it is time to transmit information to a central facility (e.g., the central facility 108) (block 806). For example, the home server may determine that the data store has reached a maximum capacity, that a request to transmit information has been received from a central facility, that a time limit has expired, etc. If the home server determines that it is not time to transmit the information (block 806), control returns to block 802 to await the reception of further data.

If the home server determines that it is time to transmit the information (block 806), the home server transmits the data stored in the data store to the central facility via a communication network (e.g., the communication network 106 of FIG. 1) (block 808). Then, the home server transmits demographic information (e.g., demographic information received from the demographic interface 406) to the central facility via the communication network (block 810). Alternatively, block 810 may not be implemented if the demographic information is stored in the database and is transmitted to the central facility in block 808. After the information has been transmitted to the central facility (blocks 808 and 810), control returns to block 802 to await the reception of further data.

While FIG. 8 is described in conjunction with an example home server, the flowchart of FIG. 8 may alternatively be implemented by any other device such as, for example, the central facility 108, the meter 116, or the activity monitor 122.

The flowchart of FIG. 9 begins when a central facility (e.g., the central facility 108 of FIG. 1) receives data from a home server (e.g., the home server 120 of FIG. 1) (block 902). The central facility then generates advertisement ratings (e.g., using the advertisement ratings generator 504) (block 904). The central facility then selects a first advertisement in the data received from the home server (block 906). Then, the central facility selects activity data in the received data that is temporally close to a presentation time of the advertisement (e.g., using the window selector 506) (block 908). The central facility then compares metadata associated with each selected activity datum with metadata associated with the advertisement (e.g., using the metadata comparator 508) (block 910). If no matches between metadata associated with an activity datum and the metadata associated with the advertisement is determined (block 910), control proceeds to block 914, which is described in further detail below.

If a match between metadata associated with an activity datum and metadata associated with the advertisement is determined (block 910), the central facility associates the activity datum with the advertisement (e.g., stores a record identifying both the activity datum and the advertisement, attaches an index to both the activity datum and the advertisement, etc.) (block 912).

After determining that none of the activity data is associated with the advertisement (block 910) or after associating an advertisement with one or more of the activity data (block 912), the central facility determines if it is time to generate reports (block 914). For example, the central facility may generate a report at predetermined time intervals or upon a

user request. If it is not time to generate reports (block 914), control returns to block 902 to await further data from the home server.

If it is time to generate a report (block 914), the central facility generates a report of advertisement ratings and/or advertisements associated with activity information (block 918). Control then returns to block 902 to await further data from the home server. While the example flowchart of FIG. 9 illustrates that a report is generated after the receipt of data from a home server, a report may alternatively be generated after the reception of data from multiple home servers or during any other time.

While FIG. 9 is described in conjunction with an example central facility, the flowchart of FIG. 9 may alternatively be implemented by any other device such as, for example, the home server 120 of FIG. 1.

FIG. 10 is a block diagram of an example computer platform 1000 capable of executing the machine readable instructions illustrated in FIGS. 6-9 to implement the meter 116, the activity monitor 122, the home server 120, and/or the central facility 108 of FIG. 1, and/or the other apparatus and/or methods disclosed herein.

The computer platform 1000 of the instant example includes a processor 1012 such as a general purpose programmable processor. The processor 1012 includes a local memory 1014, and executes coded instructions 1016 present in random access memory 1018, coded instruction 1017 present in the read only memory 1020, and/or instructions present in another memory device. The processor 1012 may execute, among other things, the machine readable instructions represented in FIGS. 6-9. The processor 1012 may be any type of processing unit, such as a microprocessor from the Intel® Centrino® family of microprocessors, the Intel® Pentium® family of microprocessors, the Intel® Itanium® family of microprocessors, and/or the Intel XScale® family of processors. Of course, other processors from other families are also appropriate.

The processor 1012 is in communication with a main memory including a volatile memory 1018 and a non-volatile memory 1020 via a bus 1022. The volatile memory 1018 may be implemented by Synchronous Dynamic Random Access Memory (SDRAM), Dynamic Random Access Memory (DRAM), RAMBUS Dynamic Random Access Memory (RDRAM) and/or any other type of random access memory device. The non-volatile memory 1020 may be implemented by flash memory and/or any other desired type of memory device. Access to the main memory 1018, 1020 is typically controlled by a memory controller (not shown) in a conventional manner.

The computer 1000 also includes a conventional interface circuit 1024. The interface circuit 1024 may be implemented by any type of well known interface standard, such as an Ethernet interface, a universal serial bus (USB), and/or a third generation input/output (3GIO) interface.

One or more input devices 1026 are connected to the interface circuit 1024. The input device(s) 1026 permit a user to enter data and commands into the processor 1012. The input device(s) can be implemented by, for example, a keyboard, a mouse, a touchscreen, a track-pad, a trackball, isopoint and/or a voice recognition system.

One or more output devices 1028 are also connected to the interface circuit 1024. The output devices 1028 can be implemented, for example, by display devices (e.g., a liquid crystal display, a cathode ray tube display (CRT), a printer and/or speakers). The interface circuit 1024, thus, typically includes a graphics driver card.

US 8,302,120 B2

**15**

The interface circuit **1024** also includes a communication device such as a modem or network interface card to facilitate exchange of data with external computers via a network (e.g., an Ethernet connection, a digital subscriber line (DSL), a telephone line, coaxial cable, a cellular telephone system, etc.).

The computer **1000** also includes one or more mass storage devices **1030** for storing software and data. Examples of such mass storage devices **1030** include floppy disk drives, hard drive disks, compact disk drives and digital versatile disk (DVD) drives.

The example system **100** of FIG. **1** implements a system for correlating presentation of media content (e.g., an advertisement) with access to a communications network (e.g., webpages on the internet). The example system **100** enables an interested party (e.g., an advertiser) to monitor the effectiveness of advertisements at consumer locations by correlating presentation of an advertisement to a consumer with access of content available on the communications network (e.g., purchasing an item from a webpage) by the consumer. Accordingly, a direct cause an effect relationship can be determined. Information collected at consumer locations by the example system **100** can be transmitted to a central facility for aggregation and with other consumer locations further analysis of advertisement effectiveness.

Although certain methods, apparatus, and articles of manufacture have been described herein, the scope of coverage of this patent is not limited thereto. To the contrary, this patent covers all methods, apparatus, and articles of manufacture fairly falling within the scope of the appended claims either literally or under the doctrine of equivalents.

What is claimed is:

**1**. A method for monitoring media content, the method comprising:

  determining via a meter that a media content segment was presented at a media content presentation device;

  logging via an activity monitor different than the meter an occurrence of an activity on a computing device different than the content presentation device, wherein the computing device is not in communication with the media content presentation device; and

  determining an association between the occurrence of the activity on the computing device and the presentation of the media content segment at the media content presentation device.

**2**. A method as defined in claim **1**, wherein the activity comprises at least one of a accessing a webpage, a software application, or a media storage device.

**3**. A method as defined in claim **1**, further comprising determining that the activity occurred within a period of time after presentation of the media content segment.

**4**. A method as defined in claim **3**, wherein the period is less than or equal to twenty-four hours.

**5**. A method as defined in claim **1**, further comprising:

  outputting an indication of the association between the of the activity and the presentation of the media content segment; and

  storing the indication in an electronic storage device.

**6**. A method as defined in claim **1**, wherein logging the occurrence of the activity includes executing a software application on the computing device to monitor activity at the computing device.

**7**. A method as defined in claim **6**, further comprising transmitting information about activity at the computing device to a home server.

**8**. A method as defined in claim **1**, wherein determining that the media content was presented includes monitoring media

**16**

content transmitted from a media content receiver to the media content presentation device.

**9**. A method as defined in claim **1**, wherein the media content presentation device is at least one of a television or a radio.

**10**. A method as defined in claim **1**, wherein the computing device is at least one of a mobile computing device, a personal digital assistant, a cellular telephone, a laptop computer, or a desktop computer.

**11**. A method as defined in claim **1**, wherein determining the association between the occurrence of the activity on the computing device and the presentation of the media content segment includes comparing metadata associated with the occurrence of the activity to metadata associated with the presentation of the media content segment.

**12**. A method as defined in claim **1**, wherein determining the association between the occurrence of the activity on the computing device and the presentation of the media content segment includes comparing a code associated with the occurrence of the activity to a code extracted from the media content segment.

**13**. A method as defined in claim **1**, wherein determining the association between the occurrence of the activity on the computing device and the presentation of the media content segment includes:

  obtaining a first image associated with the activity;

  obtaining a second image in the media content segment; and

  comparing the first image to the second image.

**14**. A system for monitoring media content, the system comprising:

  an activity monitor to log an occurrence of an activity on a computing device;

  a meter different than the activity monitor to monitor a media content presentation device different than the computing device and to determine that a media content segment was presented at the media content presentation device, wherein the media content presentation device is not in communication with the computing device; and

  a central facility to determine an association between the occurrence of the activity on the computing device and the presentation of the media content segment on the media content presentation device, and to create a report based on the association.

**15**. A system as defined in claim **14**, wherein the activity comprises at least one of a accessing a webpage, a software application, or a media storage device.

**16**. A system as defined in claim **14**, wherein the central facility is to determine if the activity occurred within a threshold period of time after the presentation of the media content segment.

**17**. A system as defined in claim **14**, wherein the central facility is to store the report in an electronic storage device.

**18**. A system as defined in claim **14**, wherein the activity monitor is to indicate that the activity occurred by transmitting an indication to the central facility.

**19**. An apparatus for monitoring media content, the apparatus comprising:

  a data receiver to receive monitoring information about a presentation of a media content segment at a media content presentation device from a meter and to receive activity information associated with a computing device different than the media content presentation device from an activity monitor different than the meter, wherein the computing device is not in communication with the media content presentation device;

US 8,302,120 B2

17

a window selector to select a subset of the activity information associated with the computing device, wherein the subset excludes activity information that did not occur after the presentation of the media content segment at the media content presentation device;

a metadata comparator to determine, based on the subset of the activity information associated with the computing device, that an activity related to the media content segment occurred at the computing device; and

a report generator to indicate that the activity occurred.

**20**. An apparatus as defined in claim **19**, wherein the activity comprises at least one of a accessing a webpage, a software application, or a media storage device.

**21**. An apparatus as defined in claim **19**, wherein the window selector is further to exclude activity information that did not occur within a threshold period of time after the presentation of the media content segment.

**22**. A tangible machine readable medium storing instructions that, when executed, cause a machine to at least:

18

determine that a media content segment was presented at a media content presentation device;

log an occurrence of an activity on a computing device different than the content presentation device, wherein the computing device is not in communication with the media content presentation device; and

determine an association between the occurrence of the activity on the computing device and the presentation of the media content segment at the media content presentation device.

**23**. A machine readable medium as defined in claim **22**, wherein the instructions further cause the machine to determine that the activity occurred within a threshold period of time after the presentation of the media content segment.

**24**. A machine readable medium as defined in claim **22**, wherein the instructions further cause the machine to execute a software application on the computing device to monitor activity at the computing device.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.           : 8,302,120 B2                                   Page 1 of 1
APPLICATION NO.  : 12/204297
DATED                    : October 30, 2012
INVENTOR(S)         : Arun Ramaswamy

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification:

Column 15, line 21:
replace "Accordingly, a direct cause an effect relationship can be" with
--Accordingly, a direct cause and effect relationship can be--.

Column 15, line 24:
replace "for aggregation and with other consumer locations further" with
--for aggregation with other consumer locations for further--.

In the Claims:

Column 15, line 55, claim 5: after "between the" add --occurrence--.

Signed and Sealed this
Seventh Day of January, 2014

*Margaret A. Focarino*

Margaret A. Focarino
*Commissioner for Patents of the United States Patent and Trademark Office*

# EXHIBIT D

# TVision Insights: 'Ratings Only Tell Part Of The Story'

**ad** adexchanger.com/tv-and-video/tvision-insights-ratings-only-tell-part-of-the-story

March 16, 2020

If someone goes to the bathroom while a beautifully shot commercial plays full-screen on their TV, was it actually viewable?

Not so much, said Luke McGuinness, president and COO of TVision Insights, a TV analytics company that helps brands measure whether people are actually paying attention to their ads.

TVision, founded in 2014, started out by measuring attention on linear TV and moved into OTT more recently. It gathers its insights through a panel of 5,000 US homes, which represents roughly 14,000 people.



"Measuring viewability in the digital context is about whether an ad shows up in the field of view so that someone has the opportunity to see it," McGuinness said. "By and large, TV ads are showing up on the screen – but if no one is in the room to see them, they can't have an impact."

**Luke McGuinness,**
**President & COO**



TVision clients include AB InBev, MARS, Microsoft, PepsiCo, Duracell, Google and Nestlé.

AdExchanger spoke with McGuinness.

**AdExchanger: TVision in a nutshell is … finish that sentence.**

ADVERTISEMENT

LUKE MCGUINNESS: We're a data and analytics company that measures how people actually watch TV. If you're an advertiser spending $100 million a year on TV advertising and people are only in the room, say, 30% of the time and only a fraction of those people are actually paying attention – well, there's a tremendous opportunity there for advertisers to better optimize and allocate their TV dollars.

**How are you like Nielsen, and how are you not like Nielsen?**

We are like Nielsen in that we use a panel methodology, which is 100% opt-in, but we are unlike Nielsen in that we are creating a very different metric, although our data sets are actually complementary to ratings. But ratings only tell part of the story.

We found that ratings do not correlate at all to whether people are paying attention. We've seen highly rated shows with a fairly low attention rate, and plenty of shows with a relatively small but very engaged audience and low ratings. If you're trying to optimize your advertising

1/3

schedule on TV, you need to understand both. It's not just about the size of the audience but whether they are present and engaging with ads when they air.

**How does your technology work?**

Our panelists put our device in their homes next to their TV. It's about the size of an Apple TV and it does three key things. First, we use ACR [automatic content recognition] to determine what someone is watching on the TV. Is it "The Voice," "Stranger Things," a specific commercial?

Then we detect how the content got to the screen, whether the person is watching through live cable, the Hulu app, a Roku device, the NBCU app on Chromecast, whatever it happens to be. And then, third and most critically, our device has a camera. The technology only processes images – no video – to determine if there is anyone in the room and, if so, who. It recognizes the specific person, associates their demographics and can tell if they're paying attention to the TV or not.

**How do you define attention?**

Attention is our metric for engagement. We look to see whether the TV is on, which is akin to every other TV data provider out there. But then we also look at viewability, which means that the TV is on and there is at least one person in the room. Attention goes one step further: The TV is on, someone is in the room and they're actually looking at the TV. We collect this second by second but we use the MRC standard for digital video, which is two continuous seconds.

**Is TVision accredited by the Media Rating Council?**

We may at some point pursue accreditation, although we're not currently in the process. But we did partner with a company called Neutronian, which recently launched as a neutral auditor for data quality. They conducted a thorough audit of what we do and certified our practices as sound.

**Your device relies on ACR technology. How do you deal with privacy concerns?**

Our panel is 100% opt-in. Our panelists are signing nine-page contracts in order to opt in and we're very forthright in explaining how the technology works when we recruit them. We also architected our technology so that all of the data is processed on the device in the panelist's home. We're not pulling any audio or video into the cloud. Only summarized data comes back to us from the device.

**How can advertisers use your data?**

One way is as a complement to their existing ratings and CPM data as they head into upfront planning to optimize their TV investment for people who actually see and engage with their ads.

Some use our data to see how well attention correlates with the way they measure the outcomes of their advertising. For example, we have clients that look at brand lift on a weekly basis to measure brand health and awareness, but they never had a good way of understanding what is driving increases or decreases in awareness. Turns out when people pay attention to ads, brand lift tends to go up, and if they don't, it tends to go down. Seems logical, but they had no way to measure it.

The next logical step is to optimize for attention, for whichever networks, dayparts or specific shows their audience tends to be more engaged with. It's about allocating dollars and negotiating more effectively.

### Will we have a truly data-driven upfront season this year?

Over the last couple of years, there has been the start of an evolution toward advertisers using different data sets to measure the effectiveness of their TV buys, including the amount of attention people pay to their ads. Changes won't happen overnight, but there has been an acceleration in the pace of change, which has to do, at least in part, with consumer adoption of streaming.

We're seeing more flexibility and willingness on both the buy side and the sell side to work with each other and with new data sets.

*This interview has been edited and condensed.*

# EXHIBIT E

# AdAge - TVision is the go-to-choice for several Nielsen rivals

tvisioninsights.com/resources/adage-mrc-panel-data

Blog  |  Insights  |  News

August 30

*"TVision, a firm that originally built a panel to measure people's attention to ads, has become the go-to choice for several Nielsen rivals -- including  VideoAmp, iSpot, Xandr and 605 -- who need person-level data to calibrate the household data they track using millions of smart TVs, set-top boxes and other devices."*

AdAge Editor Jack Neff breaks down Nielsen's decision to pause accreditation with the Media Ratings Council in his feature "Nielsen Audience Measurement Hiatus Tests Media Ratings Council Relevance." He examines the potential impact of that decision on the MRC, the industry, and Nielsen itself.

Neff points out that TVision is emerging as the critical partner of Nielsen competitors for person-level data.  As big data rivals look to replace or augment Nielsen data as the currency standard for networks and advertisers, they are validating their census data with TVision's person-level panel data.

Neff writes, "Networks have been asking Nielsen competitors to provide person-level data, and licensing TVision's panel data could help competitors solve these problems."

Find more information about TVision's Advanced Audience Projections, person-level data solution here.



## Stay in the know.

Insights about how performance metrics can help your business delivered straight to your inbox. Sign up for updates.

# EXHIBIT F

# 4 challenges the industry will face as it breaks away from Nielsen

**campaignlive.com**/article/4-challenges-industry-will-face-breaks-away-nielsen/1726140

by Alison Weissbrot September 01, 2021



The door is open for a new era of TV measurement — but can the industry thrive on multiple currencies?

When NBCUniversal last week put out an RFP for measurement partners, it was the biggest sign yet that the industry has lost faith in Nielsen.

The RFP came after Nielsen put its Media Ratings Council (MRC) accreditation on hiatus after undercounting household viewership during the pandemic. The MRC, run by George Ivie, is a trusted independent industry body formed in 1964 with a stated mission "to secure for the media industry and related users measurement services that are valid, reliable and effective."

The service is the third from Nielsen to lose MRC accreditation in the past year, including its Digital Ad Ratings (DAR) service, which it paused in October 2020, and local TV ratings, which it suspended in January.

Case 1:21-cv-01592-CJB   Document 1-1   Filed 11/10/21   Page 73 of 153 PageID #: 97

Nielsen has placed its bets on Nielsen One, the cross-platform measurement framework it has promised to roll out in full by 2024. But stakeholders across the industry agree that 2024 is far too long to wait, given how quickly consumer viewing habits shifted during COVID, and especially now that Nielsen is no longer an accredited service.

Buyers began to move away from just using Nielsen for planning purposes years ago. VideoAmp, for example, powers Omnicom's TV planning tools, and from what I hear, is about to kick off a major test with holding companies after Labor Day to see how its currency matches up against Nielsen's. Sellers are looking for new partners as well; Comscore, for instance, is growing its remit with ViacomCBS.

Still, Nielsen gross ratings points (GRPs) remain the only independent TV currency in the market. Most buyers and sellers I've spoken with agree that NBCU's bold move is, for lack of a better term, the kick in the butt the industry needs to finally move forward.

But they're also waiting with bated breath for the massive changes, complexities and periods of confusion leading up to the new world order.

## 1. Juggling multiple currencies

Industry stakeholders agree that transacting on multiple currencies that correspond to advertiser business outcomes is the way forward. Jo Kinsella, president at TV measurement company TVSquared, pointed to the stock market, which trades on multiple currencies, such as futures and options, as an example. Similarly, she says, advertisers can transact on various branding and performance metrics.

Buyers are becoming more open to transacting against multiple currencies, says Michael Perlman, chief revenue officer at TVision, a TV measurement company that tracks attention. TVision recently worked with AB InBev, for example, to buy ads off of guaranteed attention metrics on A+E Network.

"There is room for multiple players," he says. "The goal of a particular campaign could dictate the right approach for deploying media."

Media buyers, however, are hesitant. Some worry that using multiple currencies will obscure the methodology to work in the networks' favor, which can choose to transact against whichever currency values their inventory the highest. Multiple currencies will also make it difficult to compare ratings across networks. And, agencies must deliver on strict pricing and savings guarantees from procurement, and multiple currencies could make it difficult to reconcile costs.

## 2. Getting stakeholders on board

While the industry applauds NBCU's bold stance, you'd be hard pressed to find a buyer that wants a major media seller determining TV's future currency.

Media buyers agree that any new currency adopted must receive cross-industry input and approval, as well as third-party accreditation from an independent body (most likely the MRC). Otherwise, as one buyer put it, the currency will feel "rigged." Another buyer pointed out that it will be difficult to make the case to clients to move away from Nielsen to a new currency dictated by a media seller.

Collaboration, however, is easier said than done; getting two parties on opposite sides of a transaction to agree is tricky. Many are banking on the MRC to endorse and validate a new currency as an independent body.

But the jury is still out on whether the MRC has the appetite to create new types of accreditation for multiple currencies. As one sell-side spokesperson said, if they don't do it, "I don't know who steps in."

### 3. Understanding demos

Despite Nielsen's issues, it's still the largest independent panel backed by demographic household data. The Nielsen panel, though imperfect, provides a critical foundation for understanding who is watching certain types of content, beyond just what is being watched.

There are, however, rising alternatives. TVision has a 15,000-person panel that tracks not just who is in the household, but also who is watching what, using facial recognition and eye tracking technology along with automatic content recognition (ACR) data. Many Nielsen contenders are licensing TVision's dataset to underpin their systems with demographics.

As the industry slowly moves away from broad, demo-based buys in favor of outcomes, Nielsen's panel may wane in importance. As one media buyer put it, demos become arbitrary when you can measure actual sales or business goals.

### 4. Moving past buy-side inertia

This, in my opinion, is the most significant hurdle, and it's what has held the industry back from adopting a new currency for years. As one media buyer put it, the challenge is large and "people hope it will get solved for them."

Nielsen's historical data backs into most clients' planning processes and helps them determine volume discounts and pricing. Demand and planning haven't evolved to rightsize pricing, as clients continue to rely on old media mix modeling formulas that are no longer accurate. Even just starting to translate Nielsen currencies to a new baseline of truth would be problematic for many clients.

Another barrier is cost. Agencies spend vast amounts of money with Nielsen (one buyer estimated the costs come in just behind rent and employee salaries). If the industry were to adopt multiple currencies, costs could skyrocket, and it would be difficult for agencies, already with razor-thin margins, to offset those costs to clients.

While tough, most agree these challenges are not insurmountable. Ready or not, the next era of measurement is upon us.

Tags

# EXHIBIT G

**The New York Times**   |   https://www.nytimes.com/2017/02/25/business/media/tv-viewers-tracking-tools.html

# For Marketers, TV Sets Are an Invaluable Pair of Eyes

**By Sapna Maheshwari**

Feb. 25, 2017

While Ellen Milz and her family were watching the Olympics last summer, their TV was watching them.

Ms. Milz, 48, who lives with her husband and three children in Chicago, had agreed to be a panelist for a company called TVision Insights, which monitored her viewing habits — and whether her eyes flicked down to her phone during the commercials, whether she was smiling or frowning — through a device on top of her TV.

"The marketing company said, 'We're going to ask you to put this device in your home, connect it to your TV and they're going to watch you for the Olympics to see how you like it, what sports, your expression, who's around,'" she said. "And I said, 'Whatever, I have nothing to hide.'"

Ms. Milz acknowledged that she had initially found the idea odd, but that those qualms had quickly faded.

"It's out of sight, out of mind," she said, comparing it to the Nest security cameras in her home. She said she had initially received $60 for participating and an additional $230 after four to six months.

TVision — which has worked with the Weather Channel, NBC and the Disney ABC Television Group — is one of several companies that have entered living rooms in recent years, emerging with new, granular ways for marketers to understand how people are watching television and, in particular, commercials. The appeal of this information has soared as Americans rapidly change their viewing habits, streaming an increasing number of shows weeks or months after they first air, on devices as varied as smartphones, laptops and Roku boxes, not to mention TVs.

Through the installation of a Microsoft Kinect device, normally used for Xbox video games, on top of participants' TVs, TVision tracks the movement of people's eyes in relation to the television. The device's sensors can record minute shifts for all the people in the room. The company then matches those viewing patterns to shows and commercials using technology that listens to what is being broadcast on the TV.

"The big thing for TV advertisers and the networks is: Are you actually looking at the screen or not?" said Dan Schiffman, the chief revenue officer of TVision (pronounced Tee-Vision). "What you looked at is interesting, but the fact that you looked away is arguably the most interesting."

Mr. Schiffman founded TVision, a 30-person start-up, with a classmate from the Sloan School of Management at M.I.T.



Dan Schiffman founded TVision, a 30-person start-up, with a classmate from the Sloan School of Management at M.I.T. Dolly Faibyshev for The New York Times

Companies spend around $69 billion a year on TV ads in the United States and are keen to find out how to best distribute that money in a fractured media landscape. Nielsen and its panel of 42,500 households have long determined how money is spent on TV advertising in the United States. The higher a show's ratings, the more networks can charge for advertising.

But some industry executives have criticized Nielsen's methods as outdated. Nielsen selects homes at random to represent the nation's viewing audience, and measures who is watching what shows, mostly through meters connected to the sets, as well as diaries in select markets and digital tracking of certain ad-supported programs on tablets and phones.

> **Daily business updates** The latest coverage of business, markets and the economy, sent by email each weekday. Get it sent to your inbox.

The company recently delayed the rollout of a new system that will count viewing across platforms and devices. The capability to do just that is a core selling point for upstarts like TVision, which promote their ability to measure how people are binge-watching shows on, say, Netflix and Amazon.

"Nielsen will remain the currency for the time being because it is agreed upon as the thing everyone uses," said Alan Wurtzel, an adviser at NBCUniversal and its former head of research. "But as the world becomes more complex, as it is, many more additional supplemental or complementary measures will come into play."

> **Business & Economy: Latest Updates ›**
> Updated 6 hours ago
> - A U.N. labor group blames unequal vaccine access for a widening global economic gap.
> - Britain prepares for a post-pandemic economy, and keeps spending.
> - Supply chain disruptions weigh on corporate leaders.

Information gathered by companies like TVision can help advertisers steer marketing toward shows with the most engaged audiences, not just the largest ones. And for networks, it could make a show with a committed and loyal audience as valuable as one that attracts a larger but more casual set of viewers.

TVision has recruited 2,000 households, or roughly 7,500 people, in the Boston, Chicago and Dallas-Fort Worth areas. The company said the information was transmitted without storing images or video and collected anonymously.

Mr. Schiffman said the data would show, for example, "Person No. 124 in Household 6 was paying attention this second and not paying attention the next to a certain program or advertisement."

Symphony Advanced Media has built a panel of 17,500 people in the United States who have installed its Media Insiders mobile app, mostly on Android phones. In exchange for about $5 to $12 a month, the app passively tracks how people use their phones, uses the device's microphone to hear what they are watching and asks them to complete surveys. The app can tell if someone streamed a show using headphones while on a bus or saw a commercial at a sports bar.

Symphony and TVision both use technology that can recognize shows and ads through the audio or digital tags the content contains. Consumers are most likely familiar with this type of technology through the song-recognition app Shazam.

A camera on top of a television tracks the movement of people's eyes in relation to the screen.  Dolly Faibyshev for The New York Times

Another ratings company, RealityMine, has assembled a panel of 5,000 people in the United States whom it said it paid less than $90 a year, who either have its app, a "home meter" plugged into their internet networks or both. In some instances, its meter may capture activity across 25 devices in a household, such as tablet, phone, Xbox, Wii, Apple TV and Google Chromecast.

The aim is "understanding what is the media day and the life of the consumer today," said Charlie Buchwalter, the chief executive of Symphony, which has worked with companies including NBCUniversal.

Mr. Schiffman said that while some people were wary of TVision's technology, they were often placated after learning that it was not storing images or videos.

During the Olympics, Ms. Milz wore a Fitbit so that NBC could see how her heart rate changed while she watched certain events.

"We're just trying to understand where people really are and what they're doing, what they're watching, how are they interacting, and ideally after that, how is that changing their behavior or affecting their behavior," said Jonathan Steuer, the chief research officer of Omnicom Media Group, which oversees media buying for advertisers.

Still, privacy can be a concern. This month, Vizio, one of the biggest makers of internet-connected televisions, said it would pay $2.2 million to settle charges that it had been collecting and selling viewing data from millions of smart TVs without the knowledge or consent of the sets' owners.

By measuring the level of attention a person is paying to a given show, TVision believes it can help bolster niche programs and smaller networks. For example, Mr. Schiffman said the company had found that the series "Lucifer," on Fox, commanded better attention metrics from viewers than "The Big Bang Theory," on CBS, even though "Big Bang" is one of the TV shows rated highest by Nielsen.

"People don't just tune into 'Lucifer.' They DVR it and watch it when they come home," he said, adding that viewers tend to be focused on the show and stay in the room when it is on.

The Weather Channel used TVision's data in the fall to give it an edge over the news and lifestyle shows it is normally compared against by advertisers. It showed its audience for weather news as "lean forward, lean-in viewers," said Indira Venkat, who oversees research at the channel.

"What is oftentimes missing is the quality of the audience," Ms. Venkat said about Nielsen viewing data. "Yes, you're getting audience, but what are they doing in today's era of multitasking?"

# EXHIBIT H



The InFOCUS Podcast: Scott McIntyre, BakerHostetler    The InFOCUS Podcast: Scott McIntyre, BakerHostetler

# For TV's Ad Future, All Eyes Are On Attention Metrics

By **Adam Jacobson**  ·  September 26, 2017



*Dan Schiffman, Chief Revenue Officer of TVision*

*RBR+TVBR INFOCUS*

Picture this: After an exhausting day, you're plopped yourself down on the couch and finally have time to see the series premiere of FOX's *The Orville*. About 15 minutes in, you're fast asleep, snoozing away while ignoring what will likely be a huge turkey from *Family Guy* creator and Frank Sinatra Sr. superfan Seth MacFarlane.

Nielsen may have a number to give FOX, because you "watched" it. New technology **TVision Insights** proves otherwise. What does this mean for the future of TV, and for "attention metrics"? TVision Insights Chief Revenue Officer **Dan Schiffman** spoke with RBR+TVBR from his Union Square offices to explain exactly how CMOs in charge of media budgets can adapt and embrace his company's technology. At the same time, TV networks and their affiliate stations have earned a wake-up call with respect to who is actually paying attention to their programming — and their commercials.

For Schiffman, TVision is helping both marketers and media companies understand how to attract advertisers — and the audiences that will pay attention to their messages — in a New World Order that can quantify to the millisecond if the consumer is actually listening or watching these messages.

"We are helping marketers to learn how to monetize," Schiffman says, describing one side of TVision's business model.

The other side of TVision's business is a wake-up call to the C-Suites overseeing networks, and those selling time on affiliate stations.

"The advertising that will completely interrupt your viewing experience has to change — in TV and in digital," Schiffman opines. "That mentality has to change."

With TVision's optics technology, an opt-in proprietary system presently available in select top DMAs, brands on the buy side of the equation are, in Schiffman's view, getting a boost in how to optimize their media buying and planning grids.

Meanwhile, TVision's data can help TV stations and networks in both the programming and the sales departments, as they'll know exactly when that Zzzz … and other attention-losing signs immediately start.

For the TV networks, TVision believes it is providing good ad sales research that has already led to noticeable changes.

As RBR+TVBR reported on Aug. 31,  the ultra-quick :06 commercial first used by **FOX** during its Aug. 13 *Teen Choice 2017* awards telecast will now be used in limited quantities by **FOX Sports**.



**Broadcasting**.

There's a simple reason for this, Schiffman believes. "We realize we have too many commercials," he says. Hence, some networks have reduced their commercial loads. What did TVision research indicate once these moves transpired?

"The reduction in commercial load means that the level of attention has been far greater — in excess of a 70% increase," Schiffman says. "You haven't destroyed the viewing experience."

For TV, Schiffman adds, there is no solution aside from GRPs when it comes to advertising and measurement.



That's unacceptable for him and the industry.

"The measurement system is broken, so they have used as much inventory as they can to get the greatest dollar amount," he says.

Doesn't that amount to changing an entire advertising model where one raises the rates while lowering the avails? Yes. What's the reaction been from the industry?

"It has been positive, so far… two TV networks have made that leap — FOX and Turner."

For Turner's truTV, a lower commercial load across the board has already led to positive changes, Schiffman says.

"If you look at our data on lower commercial load in general, it will decrease the value of an ad when you have more frequent interruptions," he says.

So, is TVision offering marketers and media executive metrics, or is it a guidance tool to go alongside data from the likes of Nielsen and/or comScore?

Schiffman says his company provides statistics on how viewability emerged in digital, and that "attention GRPs" are a matter of audience indexing, and not ratings.

How should one best use this data to adjust their marketing strategy and their overall buying and planning efforts?

Schiffman says TVision offers optimization and a suite of tools that can help marketers avoid "the trap" of placing ads on shows that may garner the highest attention but could have the lowest ratings.

"This helps to reshape how to address people, not households," he notes.

Therefore, a high attention show that may have a small but loyal audience can be brought into the media buying equation in the smartest way possible.

**A NATIONAL OPPORTUNITY**

TVision primarily works with national TV entities, but does work some O&Os. In particular, Schiffman believes TVision has "compelling data for local news."



TVision's passive measurement techniques help to provide a fuller picture of who's consuming the news, and fully paying attention to what's being screened. The same can be said for network programming, and syndicated shows

"Attention is a key component for how networks can think about their content and how it can be applied to existing ratings," Schiffman says.

And, unlike Nielsen, TVision measures all content regardless of how it is coming to the consumer, even over HD broadcast signals received through "bunny ears" to Roku devices.

At present, TVision Insights operates in just eight markets — Boston, Chicago, Dallas, New York, Philadelphia, Atlanta, Seattle and Los Angeles. Panel deployment does not require partnerships with stations or advertisers. The lone requirement for participation is that people sign-up and opt-in, and then have a device installed.

Panels in each market are formed based on Census Bureau demographics.

Asked about challenges in some of the markets TVision operates in, Schiffman was frank when talking about Hispanic panelist recruitment.

"Both Dallas and L.A. are hard and challenging markets to recruit panelists, as there are many Spanish-language households across many different economic groups," he says.

What about issues in some Hispanic households regarding the perceived monitoring of all activities, presenting a "Big Brother" scenario for some first-generation immigrants — in particular undocumented immigrants who may shun any sort of participation in such research?

Schiffman ensures that TVision technology allows "completely passive" data to be sent to its marketing and media clients, and that no personal information is being shared.

He says, "We're basically putting sensors and cameras in people's living rooms — we're transmitting zeroes and ones, and we are not collecting and storing any personal data. And, they get a check in the mail every month."

How much are TVision panelists getting paid to allow a Logitec-sized webcom affixed to their TV to submit attention data based on their viewing habits? Schiffman says it ranges from $20 to more than $50 per month, per home.

Panelists sign on for a two-year contract, and the "low" panel churn rate is 10%, he adds.

As a reporter finalized plans to view a televised sporting event with a large group of people this evening, the subject of co-viewing arose. Schiffman says there's a lot of network push back when it comes to co-viewing for different types of content.

"Sure, co-viewing numbers are high, but people are paying less for content when they watch in groups," he notes. "Our data is passively measuring everyone in the room, including guests. We can tell you who is paying attention."

TVision can also tell advertisers the number of people who are paying attention, or went to the bathroom during a commercial break — bringing added value to the ad buy.

The InFOCUS Podcast: Scott McIntyre, BakerHostetler



**FROM THE RBR+TVBR ARCHIVES:**

### Will Marketers Embrace 'Attention Ratings'?

**Adam Jacobson**

### 'Eyes On Screen' Study Spotlights Short-Attention Teens

**Adam Jacobson**

### Where The Eyeballs Are

**Adam Jacobson**

---

**Adam Jacobson**

Adam R Jacobson is a veteran radio industry journalist and advertising industry analyst with general, multicultural and Hispanic market expertise. From 1996 to 2006 he served as an editor at Radio & Records.

# EXHIBIT I

T>VISION

For Brands ▾    For Media Sellers ▾    For Data Partners    Company ▾    Resources ▾

## Increase the Impact of ⬚Every TV Ad Dollar

Using Attention as a Currency Makes Your Money Go More than **3x** as far.



Ads with
**High** Attention

Ads with
**Low** Attention



## Capturing Attention is Job Number One

In a world where people are constantly multi-tasking, getting and keeping consumer Attention is the priority across the TV and CTV industry.

TVision captures, at the person-level, exactly who is watching TV and CTV and how much attention they pay to the content and ads. We are on a mission to help brands and media sellers optimize for engagement.

T))VISION

For Brands ▾   For Media Sellers ▾   For Data Partners   Company ▾   Resources ▾



**BLOG | INSIGHTS**

The Shows and Ads That Captured Attention in September 2021

**BLOG | INSIGHTS**

### The Shows, Brands, and Ads That Captured Attention in August 2021

Here is our blog on top shows, brands and Ads for July 2021!

**READ MORE ⟩⟩⟩**

---

▽ **FILTER BY**   | Content Type ▾ |   | Press Enter to search 🔍 |

---



**BLOG | INSIGHTS**

### The IAB's CTV Ad Creative Report Features New Data on Ad Frequency from TVision

TVision included in the IAB's industry report on CTV Creative Best Practices.

**READ MORE ⟩⟩⟩**



**BLOG | NEWS**

### Variety: The State of Streaming 2021

Variety's streaming report leverages TVision's data to identify the top content on major apps in 2021.

**READ MORE ⟩⟩⟩**

**BLOG | INSIGHTS**

### Repeat CTV Ads: A Recipe for Attention or Risk for Wear Out?

TVision analyzes how seeing the same ad repeat on CTV ad impacts viewer attention and when it risks wearout.

**READ MORE ⟩⟩⟩**

**T⟩⟩VISION**

For Brands ▾    For Media Sellers ▾    For Data Partners    Company ▾    Resources ▾



BLOG | INSIGHTS

## The Shows, Brands, and Ads That Captured Attention in August 2021

Here is our blog on top shows, brands and Ads for July 2021!

**READ MORE ›››**

BLOG | INSIGHTS

### The Shows and Ads That Captured Attention in September 2021

---

▽  **FILTER BY**    Content Type ⌄    | Press Enter to search    🔍 |

---



**NEWS**

### Media Post: Dentsu Aegis Teams With TVision To Develop 'Attention Economy' Media Planning, Buying Metrics

Dentsu Aegis Teams With TVision To Develop 'Attention Economy' Media Planning, Buying Metrics

**READ MORE ›››**

**INSIGHTS**

### May: Top Shows, Brands, and Ads

Hulu's Mrs. America topped the Co-Viewing rate for May, Plus adds that address the pandemic are still breaking through and capturing viewers Attention.

**READ MORE ›››**

**INSIGHTS**

### How COVID-19 Has Changed TV Viewing Habits

The rapid shift in the way people have consumed content during the coronavirus pandemic underscores the need for actionable real-time TV engagement data.

**READ MORE ›››**

# EXHIBIT J



T▷VISION

For Brands ▾    For Media Sellers ▾    For Data Partners    Company ▾    Resources ▾

# Improve Your Ad Campaigns In-Flight

TVision's Campaign Performance Solution

**SCHEDULE A DEMO ⟩⟩**



## Maximize the Value of Every Ad Campaign

With TVision's Campaign Performance solution, marketers optimize their campaigns for maximum attention. In near real-time, marketers can identify ad wear-out and react with in-flight changes to improve effectiveness. Marketers also use the performance data to inform future campaigns and track and learn from competitor campaigns.

# EXHIBIT K

# The Future of Media Measurement: The Role of Panels in Big Data

›› **tvisioninsights.com**/resources/the-role-of-panels-in-big-data



By Yan Liu, CEO   |   June 16

As audiences increasingly migrate to CTV, the old norms of TV measurement no longer apply. A new approach is required - one that is best served through a combination of big data and calibration panels. While smaller in size than big data, the importance of calibration panels' role in ensuring the accuracy of future measurement solutions should not be underestimated. So what role will the panel play? This is a question we are asked often, afterall, we are one of the industry's only person-level panels. I was happy to get to the heart of this question at the Summer TV Data and Measurement Summit sponsored by NextTV where I discussed the future of the panel with industry gurus Nielsen's Mainak Mazumdar, Beth Rockwood of WarnerMedia, Peter Sedlarcik from Havas Media Group, and Howard Shimmel of Janus (former CRO of Turner). We all agreed panels are pivotal to the future of measurement.

As the WFA outlines in their Cross-Media Measurement Framework, effectively measuring media across digital, TV and CTV is a complex problem that will take multiple data sets to solve. Both census-level big data and panels will be part of the solution working together to provide the most comprehensive measurement of audience behavior and engagement with all types of media, whether digital or TV.

In this new model, big data is the foundation and panels are just one ingredient. The simple truth is that big data works better if it is calibrated by panels. Calibration panels can, and should be used to fine tune census-level data to remove biases, fill in gaps, and ensure accuracy by acting as a common source of truth.

**What Makes a Calibration Panel Effective for Unified Media Measurement**

At TVision, we've already begun supporting several big data providers who are looking to develop next-gen measurement solutions. We've found that in order for panels to work effectively as calibration data sets, as our does, they must meet these criteria:

- **Person-level data** - At TVision, we have a saying, "Households don't buy products, people do." Any effective measurement solution must accurately report the marketer's ability to reach specific decision-makers, and not a generic household. Person-level is a critical panel requirement because, unfortunately, a significant percentage of big data sets still rely on household-level information. Person-level data from panels enable big data sets to normalize their reported viewer behavior based on who is actually watching.  For example, household-level data might show ESPN to have an equal number of male and female viewers - assuming an equal number of males and females live in the household. Person-level insights from a panel can help calibrate the big data set to learn what percentage of ESPN viewers are typically male or female.

- **Second-by-second analysis** - With video commercial air times commonly less than 30 seconds, and increasingly just six seconds, the industry needs insight into second-by-second viewer behavior in order to effectively measure video ads. If data is only available on a minute-by-minute basis, measurement companies may assume a viewer has seen an ad when in fact they have tuned away. Second-by-second data is critical for accurately reporting metrics for ad delivery and engagement.

- **Single-source across devices -** Single-source panels measure the behavior of the same individuals across devices, regardless of if they are viewing linear or CTV. They enable apples-to-apples analysis and provide a comprehensive view of how people are consuming media. The WFA framework sums it up nicely: a single-source panel "acts as the arbiter of truth, providing benchmarks for the use and overlap of media consumption across channels and screens."

- **Passive measurement** - Measuring passive panelist behavior enables continuous, accurate understanding of viewer behavior. There is little opportunity for human error or biases to impact the data. For instance, passive measurement helps provide correct co-viewing metrics since it doesn't rely on the panelists to self-identify that they are in the room. Passive measurement can also be trusted to provide more accurate person-level identification of guests, children, and other non-heads of household.

- **Transparency** - Panel data shouldn't be a black box. If assumptions or adjustments have been made within the panel data in order to provide statistical significance, it needs to be clear what those are so they can be factored into the combined model. Upfront transparency is key for removing any bias that could be exaggerated as it gets scaled up within the larger data set.

- **Flexibility** - The future of measurement is complex. We need the entire industry to work together to solve our common problems. While some measurement companies may be looking for an out-of-the-box solution, innovation will be more likely if companies can manipulate the data on their own. For providers who want to focus on the unique value their solution provides, a one-size-fits-all panel data set will be too limiting. If panels provide access to sessionized data, the data scientists at these measurement companies can more efficiently work with the panel data to get what they need for their own models.

### A Future with Multiple Currencies for Media Measurement

This is an exciting time for our industry. We all know we're in desperate need of new currencies, ones that place value on the effectiveness of ads. While there is certainly a continued place for media ratings, I propose that we work toward a future that supports multiple currencies. After all, different marketers have different goals for their campaigns. Brand marketers care about attention, whereas direct marketers are more focused on immediate conversions. To align success, these varying goals need to be supported with currencies that are built into the campaign from media planning to measurement.

As TV embraces big data, every company should have as much runway as possible to contribute to our new path forward. Measurement providers shouldn't be boxed into one panel provider with one vision of measurement - there is room for multiple panels as we redefine how we measure and value media. Let's not forget, a multi-panel ecosystem is good not only for innovation, but also as a check and balance to ensure the wrong trends don't go unnoticed, or worse, expanded upon as big data is modeled up.

There is plenty of room for innovation and improvement. If our industry can unlock the power of big data, we can solve numerous problems. We don't need to have all our eggs in one basket, and frankly, the cost of panel data shouldn't eat up all the research budgets that could otherwise drive innovation. Our industry's best future will unfold when measurement providers have flexibility in their approach as they work to harness the power of big data and the accuracy of panels together.



# EXHIBIT L



Advanced Audience Projections

# TVision Advanced Audience Projections Powers Person-Level Ad Measurement

Advertisers are demanding more clarity in the TV measurement data. Go beyond household data from set-top boxes and Smart TVs to deliver person-level insights into how people really watch TV across linear and streaming. Meet the growing industry call for cross-platform measurement with person-level TV viewership and Attention data that matches digital-style clarity.

Tvision AAP is a flexible solution that allows measurement partners to maximize the benefits of the combination of their own data and TVision's unique person-level insights. Join the leading TV and advertising platforms already using Tvision's data to deliver more powerful insights:

»» TV Attribution - Tie person-level ad exposure data to outcome data with significantly greater accuracy.

»» Co-Viewing - Quantify the value of co-viewing in the room when the ad and content aired.

»» Reach and Frequency - Understand unduplicated reach and frequency as well as incremental reach for specific viewers.

»» Cross-Platform Measurement - Meet MRC and WFA standards for comparative measurement across TV and digital.

## Households do not watch TV.
## People watch TV.

Tvision's data gives the industry the clearest picture of who is actually watching TV.

The difference between measuring TV at the household-level and the person-level is dramatic and it can cost advertisers millions of dollars in wasted spending.

By knowing exactly who views the content and ad, the industry can more effectively value content.



ORACLE®     ✦xandr     VIDEOAMP     iSpot.tv

# EXHIBIT M

# TVision raises $6.8M to take on Nielsen with thermal eye and emotion tracking tech

**TC** techcrunch.com/2016/10/26/tvision-raises-6-8m-to-take-on-nielsen-with-thermal-eye-and-emotion-tracking-tech/

Ingrid Lunden

Ingrid Lunden @ingridlunden / 5 years



Another startup out of MIT built on computer vision and focused on eye-tracking technology has raised funding to build out its business: Boston-based TVision Insights, which tracks who is watching what on TV and how they are reacting to it, and then works with advertisers and broadcasters to provide them with that data to have better insights into their programming, has raised $6.8 million.

The funding — which brings the total raised by TVision to $9.65 million — comes from Accomplice (formerly known as Atlas Venture), along with Golden Venture Partners, Jump Capital, and ITOCHU Technology Ventures (which has backed the likes of Box but also Fab, among many more startups).

There are a lot of startups right now gaining attention for the way that they are using advances in computer vision and machine learning to track what your eyes are doing. Just yesterday, it was announced that Google acquired Eyefluence, most likely to boost its efforts

in emerging areas like virtual reality. Another startup that came out of MIT, Affectiva, started out focusing on emotional responsiveness to online videos and has more recently made some interesting inroads into robotics and automotive applications.

TVision is doing something a little different from these and has been built specifically to address the gap in how TV viewing is measured, CRO Dan Schiffman — who co-founded the company with CEO Yan Liu, Pongpun Pong Laosettanun, Alex Amis and Raymond Fu — explained to me.

The problem that TVision is solving is a well-known one in the TV world. There are a number of companies like Nielsen that already measure TV viewing, but many of them simply monitor when the TV is on, relying on the users themselves to indicate who is watching and when, and who is actually watching the TV rather than sitting on the sofa and playing on their phones instead. Variables like these can result in data that is not completely accurate.

And at a time when digital platforms are all about providing viewing data, and many users are already migrating away from tradition TV viewing, that reporting shortfall could eventually lead to advertising declines in a medium that has dominated advertising for decades but is facing a lot of competition from newer platforms like social media, mobile and streamed video.

"TVision provides an important solution for next-level analysis to an industry that is desperate for new and better ways to measure audience attention," said Ryan Moore, partner and founder at Accomplice, in a statement. "Yan and his team offer the TV industry and advertisers a solution to make high-value programming and advertising decisions based on data they simply did not have before."

The company starts with a small device that sits on top of and works with your ordinary television. It does not read the world as we see it with an optical camera alone; it uses lasers and thermal infra-red so that it can pick up more data even when lighting conditions are low (as they often are when you are watching TV). Its sensors and algorithms are capable of identifying not just who is watching in a family group, but also who is just sitting in the room but not watching TV (instead playing on, say, a mobile phone), and what viewers' reactions are to the show that is on at the time.

As Schiffman describes it, "we than translate all that data into ones and zeros, and figure out how to make sense of it."

TVision's devices are currently installed in some 7,000 homes in the U.S. and Japan as part of an opt-in, Nielsen-style panel, Schiffman said. The idea is to use some of the funding for business development to bring that number up to 15,000.

The startup already provides data to three of the largest broadcasters in the U.S., as well as many major advertsiers — although these are under NDA and so the names cannot be disclosed, Schiffman said.

Some of the funding will also go towards hiring more talent to expand beyond its current 19 employees, as well as for R&D. Schiffman told me that TVision already has applications in for two utility patents, one for its computer vision algorithm and another around its analytics.

# EXHIBIT N

US 20180007431A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2018/0007431 A1
Sidhu et al. (43) Pub. Date: Jan. 4, 2018

(54) **SYSTEMS AND METHODS FOR ASSESSING VIEWER ENGAGEMENT**

(71) Applicant: **TVision Insights, Inc.**, Boston, MA (US)

(72) Inventors: **Inderbir Sidhu**, Lexington, MA (US); **Yanfeng Liu**, Long Island City, NY (US); **Yun Fu**, Brookline, MA (US)

(21) Appl. No.: **15/702,229**

(22) Filed: **Sep. 12, 2017**

**Related U.S. Application Data**

(63) Continuation of application No. PCT/US2017/012531, filed on Jan. 6, 2017.

(60) Provisional application No. 62/275,699, filed on Jan. 6, 2016.

**Publication Classification**

(51) **Int. Cl.**
| | |
|---|---|
| H04N 21/442 | (2011.01) |
| H04N 21/422 | (2011.01) |
| H04N 21/4223 | (2011.01) |
| H04N 21/439 | (2011.01) |
| H04N 21/437 | (2011.01) |
| H04N 5/33 | (2006.01) |
| G06K 9/00 | (2006.01) |
| G06K 9/20 | (2006.01) |
| H04N 5/247 | (2006.01) |

(52) **U.S. Cl.**
CPC ... **H04N 21/44218** (2013.01); **H04N 21/4394** (2013.01); **H04N 21/42203** (2013.01); **H04N 21/4223** (2013.01); **H04N 21/437** (2013.01); G06K 9/00597 (2013.01); G06K 9/00369 (2013.01); G06K 9/00302 (2013.01); G06K 9/00288 (2013.01); G06K 9/00281 (2013.01); G06K 9/2018 (2013.01); G06K 9/00228 (2013.01); H04N 5/247 (2013.01); H04N 5/33 (2013.01); G06K 2009/00322 (2013.01)

(57) **ABSTRACT**

A system for quantifying viewer engagement with a video playing on a display includes at least one camera to acquire image data of a viewing area in front of the display. A microphone acquires audio data emitted by a speaker coupled to the display. The system also includes a memory to store processor-executable instructions and a processor. Upon execution of the processor-executable instructions, the processor receives the image data and the audio data and determines an identity of the video displayed on the display based on the audio data. The processor also estimates a first number of people present in the viewing area and a second number of people engaged with the video. The processor further quantifies the viewer engagement of the video based on the first number of people and the second number of people.





**FIG. 1**



200
Acquire images of a viewing area in front of the display showing a video 202
Estimate number of people in the viewing area 204
Estimate number of people in the viewing area who are engaged with the video 206
Determine viewing indices (Optional) 208
Determine demographic information (Optional) 210
Estimate viewers' emotions (Optional) 212
Adjust image acquisition rate (Optional) 214
Acquire audio samples of the video soundtrack 220
Identify the video based on the audio samples 222
Adjust audio sampling rate (Optional) 224
Overwrite/erase raw image and audio data 230
Store processed data 232
Select data transmission window(s) (Optional) 234
Transmit processed data to a remote server 236

FIG. 2A



FIG. 2B



FIG. 3A



**FIG. 3B**



**FIG. 4A**



FIG. 4B



**FIG. 5**



**FIG. 6**



**FIG. 7**



Case 1:21-cv-01592-CJB   Document 1-1   Filed 11/10/21   Page 114 of 153 PageID #: 139



G. Two mountains

**FIG. 8G**

F. No regularity

**FIG. 8F**



TV station 1
TV station 2
TV station 3
TV station 4
TV station 5
0%
20%
40%
60%
80%
100%
A
B
C
D
E
F
G

FIG. 9



FIG. 10



**FIG. 11**



FIG. 12



**FIG. 13**



FIG. 14



**FIG. 15**



1600
Panel members can choose how much information to share with us
Least
Most
1610
1620
1630
1640
1650
Video data
Social data
Multi-screen data (Smart phone, tablet, PC)
Voice data
Credit card transaction record
Basic plan ($50/month)
- Use facebook and twitter as way to login to app
- Able to analyze impact of TV ad via social network activity
Advanced plan($70/month)
- Able to capture the whole customer decision journey
- Able to understand distribution and preferences among multiple viewing platforms
Pro plan ($100/month)
- Able to analyze impact of TV ad via actual purchasing behavior

FIG. 16

# SYSTEMS AND METHODS FOR ASSESSING VIEWER ENGAGEMENT

## CROSS-REFERENCE TO RELATED APPLICATION(S)

[0001]   This application is a bypass continuation of PCT Application No. PCT/US2017/012531, filed Jan. 6, 2017, entitled "SYSTEMS AND METHODS FOR ASSESSING VIEWER ENGAGEMENT," which is hereby incorporated herein by reference in its entirety and which claims priority to U.S. Application No. 62/275,699, filed Jan. 6, 2016, entitled "SYSTEMS AND METHODS FOR ASSESSING VIEWER ENGAGEMENT," which is also hereby incorporated herein by reference in its entirety.

## BACKGROUND

[0002]   Conventional methods of TV audience measurements include using people meters and diaries to collect data from the audience. These methods typically try to recognize humans (potential audience members) in a room where a TV set is placed. The methods may also involve capturing a series of images (e.g., TV programs or commercial advertisements) playing on the TV. Then for each image, the number of people in the room at the time when a particular image is displayed can be estimated.

[0003]   These methods have several flaws. First, the data collected by these methods normally only include the number of people in the room where the TV is placed. The data typically gives no indication of how often the viewer is actually watching the TV (the measurement takes place when the TV is on). Second, the collected data may indicate how often people are tuning to specific channels. However, it does not gauge their reaction to the programs or advertisements and therefore provides no indication of the effectiveness of the programs or advertisements. Third, TV ratings are not given for specific demographics in the household or in the community.

## SUMMARY

[0004]   Embodiments of the present invention include apparatus, systems, and methods of assessing viewer engagement of a TV audience. In one example, a system for quantifying viewer engagement with a video playing on a display includes at least one camera, disposed to image a viewing area in front of the display, to acquire image data of the viewing area. A microphone is disposed in proximity to the display to acquire audio data emitted by a speaker coupled to the display. The system also includes a memory, operably coupled to the camera and the microphone, to store processor-executable instructions and a processor, operably coupled to the camera, the microphone, and the memory. Upon execution of the processor-executable instructions, the processor receives the image data from the camera and the audio data from the microphone and determines an identity of the video displayed on the display based at least in part on the audio data. The processor also estimates, based at least in part on the image data, a first number of people present in the viewing area and a second number of people engaged with the video in the viewing area. The processor further quantifies the viewer engagement of the video based at least in part on the first number of people and the second number of people.

[0005]   In another example, a method of quantifying viewer engagement with a video shown on a display includes acquiring, with at least one camera, images of a viewing area in front of the display while the video is being shown on the display. The method also includes acquiring, with a microphone, audio data representing a soundtrack of the video emitted by a speaker coupled to the display. The method further includes determining, with a processor operably coupled to the camera and the processor, an identity of the video based at least in part on the audio data and estimating, with the processor and based at least in part on the image data, a first number of people present in the viewing area while the video is being shown on the display and a second number of people engaged with the video in the viewing area. The method also includes transmitting, by the processor, the identity of the video, the first number of people, and the second number of people to a remote server.

[0006]   In yet another example, a system for assessing viewer engagement with a video playing on a display is disclosed. The display is coupled to a speaker emitting a soundtrack of the video. The system includes a visible camera to acquire visible images of a viewing area in front of the display at a first sample rate while the video is playing on the display. An infrared camera is included in the system to acquire infrared images of the viewing area in front of the display while the video is playing on the display at the first sample rate. A microphone is disposed in proximity to the display to acquire samples of the soundtrack emitted by the speaker while the video is playing on the display at a second sample rate lower than the first sample rate. The system also includes a processor, operably coupled to the visible camera, the infrared camera, and the microphone, to: (i) identify the video based on the samples of the soundtrack, (ii) estimate, based on the visible images and the infrared images, a number of people in the viewing area while the video is playing on the display and a number of people engaged with the video, and (iii) overwrite, erase, and/or discard the samples of the soundtrack, the visible images, and the infrared images. The system also includes a memory, operably coupled to the processor, to store representations of an identity of the video, the number of people in the viewing area while the video is playing on the display, and the number of people engaged with the video. The system further includes a network interface, operably coupled to the processor, to transmit the representations to a server.

[0007]   In yet another example, a method of quantifying viewer engagement for unique videos in a plurality of videos includes at each household in a plurality of households, acquiring image data of a viewing area in front of a display and determining if the display is showing a video in the plurality of videos. The method also includes, for each unique video in the plurality of videos, estimating (i) a viewing rate and (ii) a watching rate based on the image data and on demographic information about each household in the plurality of households. The viewing rate represents a ratio of a total number of people in the viewing areas to a total number of displays showing videos and the watching rate representing a ratio of a total number of people in households with display showing videos to a total number of people in the plurality of households. The method also includes, for each unique video in the plurality of videos, determining a viewability index based on the viewing rate and the watching rate.

[0008]   It should be appreciated that all combinations of the foregoing concepts and additional concepts discussed in greater detail below (provided such concepts are not mutually inconsistent) are contemplated as being part of the inventive subject matter disclosed herein. In particular, all combinations of claimed subject matter appearing at the end of this disclosure are contemplated as being part of the inventive subject matter disclosed herein. It should also be appreciated that terminology explicitly employed herein that also may appear in any disclosure incorporated by reference should be accorded a meaning most consistent with the particular concepts disclosed herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009]   The skilled artisan will understand that the drawings primarily are for illustrative purposes and are not intended to limit the scope of the inventive subject matter described herein. The drawings are not necessarily to scale; in some instances, various aspects of the inventive subject matter disclosed herein may be shown exaggerated or enlarged in the drawings to facilitate an understanding of different features. In the drawings, like reference characters generally refer to like features (e.g., functionally similar and/or structurally similar elements).

[0010]   FIG. **1** shows a schematic of a system for assessing viewer engagement of TV audiences.

[0011]   FIG. **2**A illustrates a method of quantifying user engagement using the system shown in FIG. **1**.

[0012]   FIG. **2**B illustrates a method of training a computer vision model for quantifying user engagement.

[0013]   FIG. **3**A illustrates methods of viewer engagement including facial and eyeball tracking, facial recognition, and sentimental analysis.

[0014]   FIG. **3**B illustrates the concepts of viewability index and attention index.

[0015]   FIG. **4**A illustrates a process for assessing viewer engagement including estimating viewability index.

[0016]   FIG. **4**B illustrates a process for assessing viewer engagement including estimating attention index.

[0017]   FIG. **5** illustrates a process for assessing viewer engagement including determining the orientation of the face of each person in a viewing area.

[0018]   FIG. **6** illustrates a process for detecting skeleton, face, identification, emotion, and engagement.

[0019]   FIG. **7** shows a schematic view of a data acquisition architecture in exemplary methods of viewer engagement assessment.

[0020]   FIGS. **8**A-**8**G show commercial message (CM) curves acquired using the architecture shown in FIG. **7**.

[0021]   FIG. **9** shows the ratios of the CM curves for each of the sampled TV stations.

[0022]   FIG. **10** shows a classification model through a decision tree with the determination results of the decision tree shown in TABLE 5.

[0023]   FIG. **11** illustrates the viewability rate with respect to the length of the CM.

[0024]   FIG. **12** shows the correlation between elapsed time since the start of the program and the viewability rate.

[0025]   FIG. **13** illustrates communication of viewer engagement data acquired using the technology illustrated in FIGS. **1**-**12**.

[0026]   FIG. **14** illustrates dissemination and use of viewer engagement data acquired using the technology illustrated in FIGS. **1**-**12**.

[0027]   FIG. **15** illustrates big data analysis and visualization of viewer engagement data acquired using the technology illustrated in FIGS. **1**-**12**.

[0028]   FIG. **16** shows a model for acquiring additional data to complement viewer engagement data acquired using the technology illustrated in FIGS. **1**-**12**.

## DETAILED DESCRIPTION

[0029]   To address shortcomings in conventional methods of TV audience measurements, systems and methods disclosed herein acquire image data of a viewing area in front of a display (e.g., a TV, computer, or tablet) that is playing a video (e.g., a TV show, movie, web show, advertisement, or other content). An example system determines how many people are in the viewing area and which of those people are actually watching the video from the image data. The system also samples the soundtrack of the video with a microphone and identifies the videos using the samples of the soundtrack. The system stores (and/or persists) information about the video, the number of people in the viewing area, and the number of people watching the video in a local memory and transmits the information to a remote server via an internet or other network connection.

[0030]   Unlike previous systems for measuring viewer engagement with videos, which identify videos based on digital watermarks embedded in the videos themselves, examples of the inventive system identify videos based on the videos' soundtracks. As a result, the inventive systems do not have to be connected to the display, the set-top box, or the cable connection at the viewer's premises. This makes them easier to install and remove (and thus more likely to be adopted). It also makes them less likely to malfunction or to record "false positive" impressions caused by leaving the set-top box on while the display is off.

[0031]   An inventive system also processes image data locally, i.e., on the viewer's premises, to determine the numbers of people in the viewing area and engaged with the video. It can also process audio data locally to identify the video being displayed while someone is in the viewing area. It stores this data locally, i.e., in a memory in or coupled to a local device on the viewer's premises. The processed image and audio data consumes far less memory than the raw image and audio data, so this local memory can store information covering longer time periods. In other words, an inventive device uses memory more efficiently because it stores processed data instead of raw data.

[0032]   The local device processes the raw image data, which may include both visual and depth information, acquired from the viewing area to assess viewer engagement. The local device can use artificial intelligence (AI) technology and machine learning techniques to analyze a viewer's body gestures, movements, and facial orientation. The local device can also recognize individual faces in the video audience and determine each viewer's emotions from the image data. In this processing, the individual's images are not transmitted outside of the individual's premises. The recognition can be performed on the local device on premises. Each individual in the household can receive a unique identifier during the on-boarding process for that household. When a match is made during the recognition process, this identifier is assigned to the match, and this identifier can then be transmitted to remote servers. In addition, the processing is carried out over the streaming video or audio

data (including images). In other words, the video or audio data is not persisted in local memory.

[0033] The local device processes the raw audio data by matching or comparing the raw audio data with samples in an audio database to identify the specific video (e.g., TV channel, program, or advertisement) that is being viewed. Alternatively, or additionally, the local device can submit a query based on the audio data to a third-party application programming interface (API), which identifies and returns an identification of the content to which the belongs. In some cases, the database or API may return multiple possible matches, and the remote server can select the best match using information about the TV schedule, subsequent audio samples, or data collected from other sources, including, but not limited to, the set-top box, cable/internet connection, or the content provider itself.

[0034] In some implementations, the local device does not store the raw image or audio data for later retrieval. Instead, the local device writes the raw image and audio data to one or more buffers that store the raw image and audio data for processing, then overwrites or erases the buffers after the raw image and audio data has been processed. Put differently, the local device holds the raw image and audio data merely transiently during processing. As used herein, "holding" of raw images and audio data in local devices refers to temporary storing of these data for a short time duration (e.g., less than 100 milliseconds, less than 80 milliseconds, less than 60 milliseconds, less than 50 milliseconds, or less than 40 milliseconds, including any values and sub ranges in between). Overwriting or erasing the raw image and audio data offers a number of advantages, including reducing the amount of memory required by the local device. It also enables easier compliance with data privacy laws by eliminating image or audio data that could be used to identify people, including children, in the viewing area or in range of the microphone.

[0035] Processing and storing image and audio data locally offers another technical advantage—it reduces the bandwidth required to convey information about viewing habits from the local device to the remote server. Compared to raw image and audio data, processed image and audio data consumes less memory and therefore requires less bandwidth for transmission. The processed image and audio data also fills a given memory more slowly than raw image and audio data and therefore can be transmitted to the remote server less frequently. A local device may take advantage of this flexibility by scheduling burst transmissions during times when network bandwidth usage is relatively low, e.g., late night or early morning. Transmitting processed image and audio data, which doesn't necessarily include information identifying people, including children, in the viewing area or in range of the microphone, also ensures or increases the ease of compliance with data privacy laws.

[0036] The remote server collects processed image and audio data from local devices in different households. It processes this data to assess viewer engagement across an entire community by statistically analyzing the viewer engagement information collected from the different households in the community. For example, the server can quantify the ratio of the viewer engagement from the highly granular data collected from each household to the total length of the programming that was detected.

[0037] The statistical analysis can further take into account demographic information (e.g., age, gender, house-

hold income, ethnicity, etc.) of the people watching the videos and/or the people in the household. Based on all this information, the server may calculate various indices, such as a viewability index and an attention index (both defined below), to quantify viewer engagement. These viewer engagement indices may be based on any and all information provided by the local devices, including information about the viewers' body gesture(s), movement(s), and facial orientation(s) of viewers, as well as the video information. These quantitative indices can indicate, among other things, (i) who is/are really watching display, (ii) how often an audience member looks at the display, and ii) the audience's reaction towards the programs and advertisements on the display.

[0038] The quantitative indices can then be transferred by the remote server to a central storage (e.g., a cloud-based database) where third parties, including but not limited to TV advertising agencies and TV networks, can access the indices and possibly other data as well. Alternatively, the raw data collected by the sensors can be transferred to a central storage on the cloud where it is analyzed by methods described herein and made available to interested third parties. A third party may optionally access the raw data through the system. The raw data in this example includes data collected after processing of the video and audio streams (instead of the video and audio streams themselves). Generally, speaking, the raw data can include unique identifiers of the viewers, the attentiveness of the viewer(s), and the programming being viewed by the viewer(s), on a sub second basis (e.g., every half second or less). More quantitative indices (see more details below) can be computed on the remote server using this raw data.

[0039] This acquired and analyzed data can allow a collection entity, such as a content provider or advertising agency, to accurately evaluate the impact of videos, including unprecedented measurements of individual demographics, which can be valuable to the advertisers. For example, advertising agencies can use the data to determine which commercial slots would be a best fit for their targeted audience. With demographic information, the data can be matched to the type of audience and can effectively lead to purchasing behavior, thereby increasing return on investment (ROI) in programming. TV networks can also benefit from the data as they can glean more accurate ratings of their TV programs, audience type, reactions, and predictive ad slot value. This further allows them to improve their programs to better fit the type of audience and eliminate less popular shows, in addition to determining which ad slots may have the highest value for a particular target demographic.

[0040] The acquired and analyzed data also allows various business models. For example, a collection entity can provide performance-based TV ratings data and raw data for analysis, which is collected from a motion-sensing device put into selected-user households that represent a national and/or local demographic, to TV networks, advertising agencies, and other interested third parties and indirectly to advertisers who obtain the data from advertising agencies.

[0041] Systems of Assessing Viewer Engagement

[0042] FIG. 1 illustrates a schematic view of a system 100 for assessing viewer engagement in a household, a sports bar, or other space with a display. The system 100 includes a local device 105 disposed in each household to collect viewer engagement data and a remote server 170, such as a

US 2018/0007431 A1

4

Jan. 4, 2018

cloud storage and computing device that includes a memory to store data and a processor (also called a remote processor) to analyze data. The local device **105** is communicatively coupled to the remote server **170** via a network connection **172**, such as an internet connection. For instance, the local device **105** may include a network interface **165**, such as a WiFi antenna or Ethernet port, for connecting to a household local area network (LAN). This LAN is in turn connected to a wide area network (WAN), e.g., via a cable or fiber optic connection provided by an Internet Service Provider (ISP).

[0043]   The local device **105** in FIG. **1** includes an infrared (IR) emitter **110** to illuminate a viewing area **101** in front of a display **11**, such as a television (TV), computer screen, tablet, or other device, with IR light. This IR light may be structured or modulated to produce an illumination pattern that scatters or reflects off objects (including the human audience) in the viewing area **101**. The local device **105** also includes an IR sensor **120** that detects the IR light reflected or scattered by these objects. A processor **150** (also called a local processor **150**) coupled to the IR emitter **110** and IR sensor **120** uses information about the illumination pattern and the detected IR light to produce one or more IR depth images or IR depth maps of the viewing area **101**. More specifically, the processor **150** converts information derived from the reflected beams into depth information measuring the distance between a viewer and the sensor **120**. The processor **150** uses these IR depth images to determine how many people are in the viewing area and which of those people are watching the display. The processor **150** may also derive information from the IR depth images about the identities of the people watching the display, possibly by recognizing their faces or gestures or determining their demographics (e.g., age, gender, etc.).

[0044]   The local device **105** further includes an RGB sensor **130** (also referred to as a visible camera) that captures color images of the viewing area **101**. The processor **150** is also coupled to the RGB sensor and may use the color images, alone or in combination with the IR depth images, to estimate the number of people are in the viewing area, the number of people engaged with the display, and information about the people in the viewing area. The color images can also be used for facial recognition. In some cases, the processor **150** uses both the color images and the IR depth images to improve the fidelity of the estimates of the numbers of people in the viewing area and engaged with the video.

[0045]   The local device **105** also includes one or more microphones **140** positioned to detect sound emitted by a speaker **13** coupled to the display **11**. In operation, the speaker **13** plays the soundtrack of the video shown on the display **11**. And the microphone **140** captures audio samples of the soundtrack played by the speaker **13**. The processor **150**, which is coupled to the microphone **140**, uses these audio samples to create an audio fingerprint of the video (soundtrack), which it compares with other audio fingerprints in a proprietary or third-party database to identify the video being shown on the display **11**.

[0046]   The system **100** can further include a Bluetooth receiver **180** matched with a Bluetooth transmitter **185**. In some cases, the Bluetooth transmitter **185** can be included in a wristband or a wristwatch worn by the viewer. In operation, the Bluetooth transmitter **185** transmits a low power Bluetooth beacon, which is received by the Bluetooth receiver **180**. The processor **150** can then gauge the viewer's distance from the display **11** based on the received Bluetooth beacon. In addition, each Bluetooth transmitter **185** can have a unique ID that can be recognized by the processor **150**. The transmitter ID can be further associated with a unique viewer (e.g., each viewer in the household has his or her own transmitter). In this manner, the identity of the viewer can also be determined.

[0047]   In some cases, the system **100** can include more than one Bluetooth receiver. These receivers can be disposed at different locations such that each receiver can receive different Bluetooth signal strength from the transmitter **185**. This configuration can allow the processor **150** to estimate not only the distance of the viewer from the display **11** but also the relative location of the viewer (e.g., to the left or right of the display **11**).

[0048]   The system **100** may include other motion-sensing devices, such as a 3-axis accelerometer to detect position and motion. The motion-sensing device can be connected, for example, via a USB cable with a data-analyzing and processing device such as a desktop machine.

[0049]   FIG. **1** shows the data collection components—here, the IR emitter **110**, IR sensor **120**, RGB sensor **130**, and microphone **140**—as part of the local device **105** (e.g., within the same housing). In other embodiments, one or more of these components may be implemented as separate devices that are coupled to the processor **150** by one or more wired connections, such as USB connections, RS 232 connections, Ethernet connections, fiber connections, or one or more wireless connections, such as WiFi connections, Bluetooth connections, other RF connections, or infrared connections. For instance, the IR emitter **110** and IR sensor **120** may be (in) a commercially available device, such as a Microsoft Kinect, that is connected to the processor **150**. Likewise, the microphone **140** may be implemented as an array of microphones that are placed around the viewing area or close to the speaker **13**. A microphone array may be better able to extract voice input from ambient noises. The local device **105** may include or be coupled to other sensors as well.

[0050]   The processer **150** in the system **100** is employed to process the raw data acquired by the sensors, including the IR emitter **110**, the IR sensor **120**, the RGB sensor **130**, and the microphone **140**. The processing can be carried out upon execution of processor-executable instructions that are stored in a memory **160** coupled to the processor **150**. In one example, a user can manually store the instructions in the memory **160** by downloading the instructions from the remote server **170**. In another example, the local device **105** can be configured to (routinely) check whether there are updated instructions available for downloading from the remote server **170**. If so, the local device **105** can automatically download the update via the network connection **172** and the network interface **165**. In yet another example, the remote server **170** can be configured to send a notification to the local device **105** when an update or a set of new instructions is ready for downloading. Upon receiving the notification, a user can decide whether to download and/or install the update. In yet another example, the remote server **170** can be configured to send update notification to another user device, such as a smartphone. Upon receiving the notification, the user can decide whether the download and/or install the update.

[0051]   The memory **160** in the local device **105** also stores the processed data (e.g., the estimate of the number of

US 2018/0007431 A1

5

Jan. 4, 2018

people in the viewing area, the estimate of the number of people engaged with the display, and the identification of the video, as well as any demographic information or indices derived from the raw image and audio data. Once the memory **160** has accumulated enough processed data, the processor **150** transmits the processed data to the remote server **170** via the network interface **165** and the network connection **172** for aggregation, further processing, and reporting. The local memory **160** also temporarily holds the image and audio data during the local processing. In some cases, this processing is completed in less than a quarter of a second.

[0052]   Collecting and Processing Image and Audio Data with a Local Device

[0053]   FIG. **2**A illustrates a process **200** for collecting and processing image and audio data acquired with a system like the system **100** shown in FIG. **1**. As described above, the system can include a visible sensor, an IR sensor, or both to images of the viewing area in front of the display (**202**). In one example, the RGB sensor **130** and the IR sensor **120** operate independently from each other; the sensors acquire images in an unsynchronized fashion. In another example, the image acquisition by the RGB sensor **130** and the IR sensor **120** is substantially synchronized. Each time the RGB sensor **130** acquires a visible image, the IR sensor **120** acquires an IR image, e.g., at the same time or in an interleaved fashion.

[0054]   A local processor (e.g., processor **150**) detects the number of people in the images of the viewing area (**204**) and also determines which of those people are engaged with the display (**206**). For instance, the local processor may use the techniques described below, including skeleton detection techniques, facial recognition techniques, and eye tracking techniques as known in the art of computer vision/image processing. In some cases, the local processor **150** can determine additional indices related to the duration of each viewer's presence in the viewing area, the duration of each viewer's engagement with the display, and the identity of the video being displayed (**208**), which can be derived from audio data as described below (**222**).

[0055]   The local processor can further identify each person detected in the viewing area **101**, on a demographic level (e.g., man aged 25-30, girl aged 12-15) (**210**). If the local processor **150** has access to information about the household where the local device **105** is placed, e.g., via the local memory **160** or the remote server **170**, it may use this demographic information to provide more confident demographic information estimates of each person detected in the viewing area **101**. The local processor may even identify the particular people in the household who are in the viewing area.

[0056]   The local processor **150** can also estimate the mood or emotion of each person detected in the viewing area **101** (**212**). The emotions that can be determined by the processor **150** can include, for example, happy, sad, or neutral. The classification of a viewer's emotion, when watching a video on the display **11**, can be used to gauge the viewer's reaction to the video, thereby facilitating targeted delivery of advertisement.

[0057]   To estimate the mood or emotion of each person, the local processor **150** can capture the visual information (e.g., from the images of the viewing area **101**) in real-time from both RGB and IR channels. The visual information can be further processed to extract patterns and features that can

be signatures of different mood or emotion states. The features extracted from both channels can be fused as a unified feature. A classifier can be trained to take such feature as input. Estimation of emotion/mood can be then made based on the classifier/s response to certain patterns in each time.

[0058]   In some cases, the estimation of mood or emotion can be achieved by the following method. The method includes collecting training images with people displaying various emotions, such as, smiling and frowning, among others. Features representative of each emotion are extracted (e.g., by a processor) from these training images. The features and the images are then used to train a classifier to correlate each feature to a corresponding emotion. In this manner, the classifier can assign these features to the various emotions. The method also includes deploying the classifier on the local device so as to recognize the viewers emotions in real time.

[0059]   In cases where the system collects visible and IR images in a synchronized fashion, the visible and IR cameras can collect images for training a computer vision model used by the processor to detect people (**204**), count engaged viewers (**206**), identify viewers demographically (**210**), and estimate mood (**212**). The training can be employed to establish a "ground truth." Having collected image data from both IR and RGB sensors almost in parallel, a human can annotate the people detected in each image. This manual data can be fed to a training algorithm, giving rise to two separate models, one trained on visible RGB spectrum, and the other on the IR spectrum. The detection rate of each model against the "ground truth" is then compared to select the model that performs better. More details of this training are described below with reference to FIG. **2**B.

[0060]   Synchronization of the two cameras (e.g., sensors **120** and **130** in FIG. **1**) can also allow the local processor to double-check the image processing. For example, the processor **150** can compare the number of people identified in each image or remove errors visible in one image and less visible or invisible in the other image. If the results are in agreement with each other, the processor **150** can record the results. If not, the processor **150** can then detect possible errors in at least one of the images. Alternatively, the processor **150** can generate an alert for a human to intervene. The processor **150** can also generate a flag associated with the data estimated from these two images, indicating that there this data might be less reliable. In subsequent analysis, this data may not be used at all, if images take shortly before or after this pair of images at issue can provide reliable people recognition.

[0061]   In one example, the local device **105** uses the visible and IR sensors **120** and **130** all the time to take image data. In another example, the local device **105** can use only one of the sensors **120** or **130** to take image data. In yet another example, the local device **105** can use one sensor as a default sensor and use the other sensor as a backup sensor. For example, the local device **105** can use the RGB sensor **130** most of the time for image taking. However, if the processor **150** has trouble satisfactorily analyzing the visible images (e.g., the analysis is not as reliable as desired), the processor **150** can turn on the IR sensor **120** as backup (or vice versa). This may occur, for example, when the ambient light level in the viewing area is low.

[0062]   The local processor may also adjust the image acquisition rate for the visible sensor, the IR sensor, or both

US 2018/0007431 A1

Jan. 4, 2018

6

based on the number of people in viewing area, their positions in the viewing area, and the identity of the video on the display (**214**). Generally, the image acquisition for either or both sensors can be substantially equal to or greater than about 15 frames per second (fps) (e.g., about 15 fps, about 20 fps, about 30 fps, about 50 fps or even greater, including any values and sub ranges in between). At this image acquisition rate, the sensor can detect eye movements well enough for the local processor to assess viewer engagement (**206**).

[0063]   The local processor may increase or decrease the image acquisition rate based on the number of people in the viewing area **101**. For example, if the processor determines that nobody is in the viewing area **101**, it may reduce the image acquisition rate to reduce power and memory consumption. Likewise, if the processor determines that the viewer(s) are not engaged with the video (e.g., because they appear to be sleeping), it may reduce the image acquisition rate to conserve power, memory, or both. Conversely, the processor may increase the image acquisition rate (e.g., to greater than 15 fps) if the viewers appear to be shifting their attention rapidly, if they are watching a fast-paced video (e.g., a football game or action movie), if they are changing channels rapidly (e.g., channel surfing), or if the content is changing relatively rapidly (e.g., during a series of advertisements).

[0064]   If the system includes both IR and visible image sensors, the local processor may also vary the image acquisition based on the lighting conditions or relative image quality. For instance, in low light conditions, the local processor may acquire IR images at a higher rate than visible images. Similarly, if the local processor gets better results processing visible images than IR images, it may acquire visible images at a higher rate than IR images (or vice versa if the opposite is true).

[0065]   The system also records samples of the video's soundtrack with the microphone **140** (**220**). Generally, the audio data acquisition rate or audio sampling rate is lower the image acquisition rate. For instance, the microphone acquires audio samples at a rate of once every 30 seconds. In each acquisition, the microphone **140** records an audio sample having a finite duration so as to allow identification of the video associated with the audio sample. The duration of the audio sample can be substantially equal to or greater than 5 seconds (e.g., about 5 seconds, about 6 seconds, about 8 seconds, about 10 seconds, about 20 seconds, or about 30 seconds, including any values and sub ranges in between).

[0066]   The local processor uses the audio samples recorded by the microphone **140** to identify the video being played on the display (**222**). For example, the processor **150** can create a fingerprint of the audio data and use the fingerprint to query a third-party application programming interface (API), which responds to the query with an identification of the video associated with the audio data. In another example, the processor **150** can compare the fingerprint against a local table or memory to determine the identity of the video.

[0067]   As mentioned above, using samples of the video soundtrack to identify the video offers several advantages over the digital watermarks used by conventional TV survey devices to identify videos. It does not require inserting digital watermarks into the video, which eliminates the need to coordinate with content producers and providers. This simplifies content production and distribution and makes it possible to identify and assess a wider range of video content, including producers and distributors who cannot or will not provide digital watermarks. And it eliminates the need to connect the local device to the cable or set-top box.

[0068]   In addition, using audio data instead of digital watermarks reduces the risk of "false positives," or instances where the system detects people in the viewing area and identifies a video that is not actually being watched even when the TV is off. This can happen with a conventional system hooked to set-top box if the household members leave their set-top box on even when their TV is off.

[0069]   In some examples, the local processor adjusts the audio sampling rate (**224**), e.g., based on the identity of the video, the number of people in the viewing area, the number of people engaged with the video, etc. For instance, if the local processor cannot identify the video from a single fingerprint (e.g., because the video soundtrack includes a popular song that appears in many different video soundtracks), the local processor and microphone may acquire samples at a higher rate or of longer duration to improve video resolve any ambiguity. The processor may also decrease the audio sampling rate if nobody is in the viewing area **101** or the viewer(s) are not engaged with the video (e.g., because they appear to be sleeping) to conserve power, memory, or both. Conversely, the processor may increase the audio sampling rate if the viewers are changing channels rapidly (e.g., channel surfing) or if the content is changing relatively rapidly (e.g., during a series of advertisements).

[0070]   Depending on the implementation, the microphone may record audio samples at regular intervals (i.e., periodically) or at irregular intervals (e.g., aperiodically or with a time-varying period). For instance, the microphone may acquire audio data throughout the day at a constant rate (e.g., about two samples per minute). In other cases, the microphone may operate at one sampling rate when the TV is on or likely to be on (e.g., early evening) and at another, lower sampling rate when the TV is off or likely to be off (e.g., early morning, mid-day). If the local processor detects that the TV has been turned on (off) from the audio samples, it may increase (decrease) the sample rate accordingly. The may also trigger the image sensors to start (stop) imaging the viewing area in response to detecting that the TV has been turned on (off) from the audio samples.

[0071]   As or once the raw image and audio data has been processed, the local processor overwrites the raw image and audio data or erases the raw image and audio data from memory (**230**). In other words, each image is held in the memory **150**, while the processor **150** detects and identifies humans and gauges their engagement and expressions. The detection, identification, and engagement data is collected per frame, and this information is persisted and eventually uploaded to the backend server **170**. Similarly, the audio data is also held in the memory **160**, while the third-party API is processing the audio fingerprint and returning the identity of the associated video. The identity is stored and/or uploaded to the backend server **170** as described below.

[0072]   By overwriting or erasing (or otherwise discarding) the raw image and audio data, the local processor reduces demands on the memory and reduces or eliminates the ability to identify the individuals in the viewing area. This maintains the individuals' privacy by exposing less information to potential attempts to hack the system. It also eliminates the possibility of transmitting images of the individuals to third parties. This is especially beneficial for

7

preserving the privacy of children in the viewing area in accordance with the Children's Online Privacy Protection Act.

[0073] In some cases, the local processor actively erases the raw image and audio data from the memory. In other cases, the local processor stores that raw image and data in one or more buffers in the memory that are sized not to store more than a predetermined amount of raw image and audio data (e.g., one image or one audio sample). The local processor analyzes the raw image and data in the time period between samples so that the next image or audio sample overwrites the buffer.

[0074] The local processor 150 also stores the processed data into the memory 160. The processed data may be stored in a relatively compact, such as comma-separated variable (CSV) format, to reduce memory requirements. The data included in the CSV or other file may indicate, for example, whether anyone is present in each image, the number of people in the viewing area 101 in each image, the number of people who are actually watching the display 11 in the viewing area 101, the classification of each viewer's emotion, and the identity of each viewer. The processed data may also include indications about the local device's operational state, including the IR image acquisition rate, visible image acquisition rate, audio sampling rate, current software/firmware update, etc.

[0075] The local processor transmits the processed data to the remote server (e.g., via a network interface) for storage or for further processing (236). Because the processed data is in a relatively compact format, the upload bandwidth is much lower than it would be for raw image and audio data. And because the transmitted data does not include images of the viewing area or audio samples that could include the viewers' voices, there is less risk of compromising the viewers' privacy. In addition, the audio and image portions of the processed data are more likely to be and remain synchronized because they are processed locally than if the raw image and audio image were transmitted to and processed by a remote server.

[0076] In some cases, the local processor may transmit the processed data to the remote as it is processed. In other cases, the local processor may identify transmission windows (234), e.g., based on the available upstream bandwidth, the amount of data, etc. These transmission windows may be predetermined (e.g., 2 am ET), set by a household member during local device installation, set by the remote server (e.g., via a software or firmware update), or determined by the local processor based on bandwidth measurements.

[0077] FIG. 2B illustrates a method of training a computer vision model for quantifying viewer engagement. At 241, both the RGB and IR sensors acquire video data, which undergoes two types of processing. At 242a, the video data is manually annotated to identify faces in each frame. At 242b, a current model (e.g., a default model or a model from previous use) is used to automatically detect faces in each frame. At 243b, a processor is used to compute accuracy of the automatic detection at 242b against the annotated videos acquired at 242a. At 244, if the accuracy is acceptable, the method 240 proceeds to 245, where the current model is set as the production model for facial recognition (e.g., used in the method 200). If the accuracy is not acceptable, the method 200 proceeds to 243a, where the videos are split into a training set of videos (246a) and a test set of videos (246b).

For example, the RGB videos can be selected as the training videos 246a and the IR videos can be selected as the test videos 246b (or vice versa).

[0078] The training videos 246a are sent to train a new model at 247a, while the test videos (246b) are sent to step 247b for testing the new model. At 247b, the training videos 246a and the test videos 246b are collected together so as to compute accuracy of the new model at 247c. At 249, the processor again computes the accuracy of the new model. If the accuracy is acceptable, the new model is set as the production model (245). If not, the method 240 proceeds to 248, where parameters of the new model are tuned. Alternatively, another new model can be built at 248. In any event, parameters of the new model are sent back to 247a, where the training videos 246a are used to training the new model. In this manner, a new model can be iteratively built to have an acceptable accuracy.

[0079] Remote Server Operation

[0080] In operation, the remote server 170 collects data transmitted from different local devices 105 disposed in different households. The remote server 170 can read the incoming data on a regular basis. The remote server 170 can also parse the received data and join the video recognition data with the audio recognition data using the timestamps of when each was saved.

[0081] The remote server 170 can also correct mislabeled data. For example, the remote server 170 can fix blips when a viewer is not identified or is misidentified using data from preceding and following timestamps. If a person is identified in an image preceding the image at issue and also in an image following the image at issue, the remote server 170 can determine that this person also appears in the image at issue.

[0082] The remote server 170 can also load data received from local devices 105 and/or data processed by the remote server 170 into a query-able database. In one example, the remote server 170 can also provide access to users, who can then use the stored data for analysis. In another example, the stored data in the query-able database can also facilitate further analysis performed by the remote server 170. For example, the remote server 170 can calculate attention index and viewer index using the database.

[0083] Assessing Viewer Engagement

[0084] FIGS. 3A-6 illustrate methods of quantifying viewer engagement with videos using measures such as viewability index and attention index. The following definitions may be helpful in understanding the inventive methods and apparatus for quantifying viewer engagement with videos:

[0085] Program Duration is defined as the total duration of a unique program, e.g., in seconds, minutes, or hours. The actual unit (seconds, minutes, or hours) used is immaterial as long as the durations of different programs can be compared.

[0086] Commercial Duration is defined as the total duration (e.g., in seconds or minutes) of a unique commercial.

[0087] Watching Duration (Seconds) is defined as the total duration (number of seconds) that are watched of a unique program or commercial per home. Alternatively, Watching Seconds can be defined as the total duration of program in seconds minus the total time (in seconds) during which no home watches the program.

[0088]   Aggregated Watching Duration (Seconds) is defined as the total duration (number of seconds) that are watched of a unique program or commercial across all homes.

[0089]   Positive Duration Ratio is defined as the percentage (%) of a program or commercial advertise that has been watched. More specifically, the Positive Duration Ratio of a program or advertisement can be calculated as the ratio of the Aggregated Watching Duration over total duration of the program or advertisement times the number of households.

[0090]   Viewer Count (VC) is defined as the total number of viewers in the viewing area across all homes with positive Watching Seconds for a given program or commercial advertisement.

[0091]   Watching Rate (WR) is defined as the ratio of the total number of people across all homes where the TV is on over the total number of people in all households. For example, if the methods take into account 100 households having a total number of 300 people. If 30 households having 100 people have their TV set on, the watching rate is then 33.3% (i.e., 100/300). However, if the same 30 households have 150 people, then the watching rate is 50% (i.e., 150/300).

[0092]   Viewing Rate (VR) is defined as the ratio of the total number of people in the viewing area across all homes over the total number of TV sets that are on. For example, if 100 people are in the viewing areas defined by 40 different TV sets (each TV set defines one viewing area), then the viewing rate is 2.5 (i.e., 100/40).

[0093]   Attention Rate (AR) is defined as the ratio of the total number of people attentive to the TV across all homes over the total number of people in the viewing area across all homes. For example, if 100 people are in the viewing areas across all individuals taken into account by the methods, but only 60 people are actually watching TV (the rest 40 people may just leave the TV on while doing other things), then the attention rate is 0.6 or 60%.

[0094]   Viewability Index (VI) is defined as the average of Viewing Rates (VRs) for each program and commercial.

[0095]   Attention Index is defined as the average of Attention Rates (ARs) for each program and commercial.

[0096]   FIG. **3A** illustrates a method **300** of assessing viewer engagement (e.g., box **206** in the method **200** of FIG. **2A**) including facial and eyeball tracking **310**, facial recognition **320**, and sentimental analysis **330**. A processor (e.g., the local processor **150** shown in FIG. **1**) can be used to implement the method **300**. The input data in method **300** can be the data acquired by the local device **105** shown in FIG. **1**, such as the image data, audio data, or depth data of the viewing area. Face and eyeball tracking **310** is employed to identify characteristic data points to track the face as it moves and determine if user is watching screen. Facial recognition **320** is employed to determine a viewer's identity using, for example, artificial intelligence. Sentimental analysis **330** is employed to determine a viewer's emotion using, for example, artificial intelligence to analyze facial features, gestures, and heart rate, among others.

[0097]   The acquired information, including whether a viewer is in fact watching the screen, the identity of the viewer, and the emotion of the viewer, is used to determine various video ratings **340**. In one example, the acquired information is used to estimate individual video rating for each household. In another example, the acquired information is used to estimate individual video rating for each

demographic region. In yet another example, the acquired information is used to estimate overall video rating for a group of videos. In yet another example, the acquired information is used to estimate audience reactions to specific videos (e.g., programs and advertisements). The acquired information can also be used to determine quantitative measures of viewer engagement, such as viewability index and attention index as described below.

[0098]   Steps **310**, **320**, and **330** in the method **300** can be achieved using pattern recognition techniques. These techniques can determine whether any viewer is present in the viewing area by, for example, recognizing one or more human faces. If there is indeed a face recognized, these techniques can further determine who the viewer is by, for example, comparing the recognized face with a database including the facial data of the household where the video is playing. Alternatively, these techniques may use extended database to include facial data of more people (e.g., the entire community if possible) in case the viewer is not from the household. These techniques can also trace the movement of the face and analyze the orientation of the face so as to determine, for example, whether the viewer is watching the videos.

[0099]   Artificial intelligence, machining learning, and trained neural network learning techniques can also be used to analyze the emotion of the viewer. To this end, these techniques analyze the body gestures (static gestures at certain time), body movements (change of gestures), facial orientations, direction/movement/positioning of faces, and heart rate, among others.

[0100]   In another example, the method **300** can first recognize a face from image data acquired by, for example, the RGB sensor **140** and IR sensor **120** shown in FIG. **1**. The method **200** can also detect the position of the face, identify characteristic points on the face (e.g., boundaries points of eyes and mouth as shown in FIG. **2A**), and track the face as it moves. Using eyeball tracking techniques, the method **300** can determine whether the view is actually watching the videos (or instead just sitting in the viewing area but doing something else). Then, using techniques of trained neural network learning, the method **300** can match the viewer with a known person in the household by comparing facial features from the database in a similar position. Once the viewer has been identified, the method **300** can continually track the viewer for notable facial configurations to determine the user's mood and/or emotion.

[0101]   The method **300** can also compare the audio data (e.g., acquired by the microphone **140** shown in FIG. **1**) with an audio database of videos (e.g., TV shows) and other audio so as to determinate which video is being played at a specific timing point. In one example, the video matching can determine which TV station is being viewed by the viewer(s) identified by the method **300**. In another example, the video matching can determine which TV program is being viewed by the viewer. In yet another example, the video matching can determine which commercial advertisement is being viewed. Alternatively, or additionally, the TV channel, program, or advertisement that is being viewed can be determined from data collected from other sources, including, but are not limited to, a cable or satellite set top box or other programming provider's hardware or broadcast signal.

[0102]   FIG. **3B** illustrates the concepts of viewability index and attention index that can be estimated via techniques described herein to quantify viewer engagement. In

US 2018/0007431 A1

Jan. 4, 2018

9

general, viewability index quantifies the propensity of what is on screen to bring people into the room. Attention index quantifies the propensity of what is on screen to engage a viewing audience. In other words, the viewability index can be regarded as the probability of a video (or other displayed content) to attract a viewer in the first place, while the attention index can be regarded as the probability of a video to keep a viewer in front of the display after the viewer is already in the viewing area. As illustrated in FIG. **3**B, the viewability index is dependent on the number of people present in the viewing area, while the attention index is dependent on the number people who are actually watching the display.

[0103]   Assessing Viewer Engagement with a Viewability Index and an Attention Index

[0104]   FIG. **4**A illustrates a method **401** of quantifying viewer engagement using viewability index. The method **401** can be implemented by a processor. The method **401** starts at step **411**, in which image data in acquired by the processor at each household in a plurality of households, which participate in the method via, for example, installing or using the local device **105** in the system shown in FIG. **1**. The image data includes images of a viewing area in front of a display which can play videos (e.g., TV programs, advertisement, user-request video, or any other video). In addition, the processor also determines if the display is showing a video at step **411**. At step **421**, the processor estimates the viewing rate and watching rate for each video that is played by the display. The viewing rate represents a ratio of a total number of people in the viewing areas to a total number of displays showing videos, as defined above. Similarly, the watching rate represents a ratio of total number of people in households with display showing videos to a total number of people in the plurality of households, as defined above.

[0105]   The estimation of the viewing rates and the watching rates is based on the image data acquired at step **411** and on demographic information about each household in the plurality of households. The demographic information can be stored in a memory operably coupled to the processor such that the processor can readily retrieve the demographic information. In another example, the processor can acquire the demographic information from another server. At step **330**, the processor determines a viewability index based on the viewing rate and the watching rate, for each unique video in the plurality of videos. The viewability index defined above as an average of viewing rate for each video, such as a program and a commercial.

[0106]   The method **401** can further include estimating the viewer count and the positive duration ratio of each video played by the display. The estimation is based on the image data and on demographic information about each household in the plurality of households. As defined above, the viewer count represents a total number of people engaged with each unique video, and the positive duration ratio represents a ratio of total time spent by people in the plurality of households watching the unique video to a duration of the unique video.

[0107]   Based on the viewer count and the position duration ratio, a balanced viewability index can be determined. In one example, the balanced viewability index can be calculated as the weighted average of viewability index (VI) by factoring in the viewer count and positive duration Ratio for each given program and commercial. In another

example, the balanced viewability index can be calculated by normalizing the viewability index across the unique videos in the plurality of videos.

[0108]   The method **401** can further include averaging the viewability index across all programs and commercials for a finite period of time so as to produce an average viewability index. The viewability index of each program and commercial can be divided by the average viewability index (e.g., computed on a daily, weekly, or monthly basis) so as to produce a final viewability index (dimensionless quantity) for users, such as advertising agencies, TV stations, or other content providers. In one example, the finite period of time is about two weeks. In another example, the finite period of time is about one month. In yet another example, the finite period of time is about three months.

[0109]   The image data can be acquired at various acquisition rates. In one example, the image data can be taken 50 times per second (50 Hz). In one example, the image data can be taken 30 times per second (30 Hz). In yet another example, the image data can be taken every second (1 Hz). In yet another example, the image data can be taken every 2 seconds (0.5 Hz). In yet another example, the image data can be taken every 5 seconds (0.2 Hz). In addition, the method **300** can take and categorize image data for each viewer in the viewing area so as to derive viewer engagement information taking into account demographic information of the household.

[0110]   FIG. **4**B illustrates a method **402** of quantifying user engagement with videos using attention index. The method **402** includes step **412**, at which image data of a viewing area in front of a display is taken for each household participating in the viewer engagement assessment. At step **412**, a processor determines whether the display is showing any video when the image data is taken (e.g., via audio data acquired by the microphone **140** in the local device **105** shown in FIG. **1**). At step **422**, for each video played by the display, the processor estimates an attention rate based on the image data and on demographic information about the household. As defined above, the attention rate represents a ratio of a total number of people engaged with the video to a total number of people in the viewing areas. Based on the attention rates of videos, an attention index is determined at step **432** to indicate the effectiveness of the video.

[0111]   The method **402** can further include estimating viewer count and positive duration ratio of the video(s) played by the display. Similar to the method **401**, the method **402** can determine the viewer count and positive duration ration based on the image data and on demographic information about each household. Using the viewer count and positive duration ration, the processor can then determine a balanced attention index. The method **402** can include producing a normalized attention index by normalizing the attention index across the unique videos in the plurality of videos over a given period of time (e.g., one week, or one month).

[0112]   The method **402** can further include averaging attention index across all programs and commercials for a finite period of time so as to produce an average attention index. The attention index of each program and commercial can be divided by the average attention index so as to produce a final attention index (dimensionless quantity) for customers, such as advertising agencies, TV stations, or other content providers.

US 2018/0007431 A1

Jan. 4, 2018

10

[0113]   Assessing Viewer Engagement Using Facial Recognition Techniques

[0114]   FIG. **5** illustrates a method of assessing viewer engagement with videos using facial recognition techniques and other artificial intelligence techniques. The method **500** starts at step **510** where images of a viewing area in front of a display are captured (e.g., using the system shown in FIG. **1**). For each acquired image, the number of people in the viewing area is estimated at step **520**. In one example, the estimation can be performed using, for example, facial recognition techniques. In another example, the estimation can be performed based on body skeleton detection.

[0115]   At step **530**, with respect to the display, the orientation of the face of each person in the viewing area is determined. For example, the orientation of the face can be toward the display, indicating that the viewer is actually watching the videos on the display. Alternatively, the orientation of the face can be away from the display, indicating that the viewer is not watching the video, although he or she is within the viewing area of the display. Therefore, based on the orientation of the viewers' faces, a processor can assess whether each person in the viewing area is actually engaged with the video, at step **540**. By distinguishing people actually watching the videos from those who are not watching, the processor can make more accurately determination of the effectiveness of the video. The effectiveness of the video can be quantified by, for example, how long the video can keep the viewer in an engaged state.

[0116]   Detecting Skeleton, Face, Identification, Emotion, and Engagement

[0117]   FIG. **6** is a flowchart illustrating a method **600** to detect skeleton, face, identification, emotion, and engagement, which in turn can be used for viewer engagement assessment described above. The method **600** can be implemented by a processor (e.g., the processor **150** or the processor in the remote server **170**). The method **600** starts at step **610**, where image data of a viewing area in front of a display is provided (e.g., by a memory or directly from the image taking device, such as the RGB sensor **130** shown in FIG. **1**). At step **620**, the processor acquires a skeleton frame (i.e., an image frame including image of at least one possible viewer, see, e.g., **230** in FIG. **2**A) from the image data. At step **630**, a processing loop is initiated, where the processor uses six individual skeleton data points/sets for each skeleton frame for further processing, including facial recognition, emotion analysis, and engagement determination. Once the skeleton data has been processed, the method **600** returns to skeleton frame acquisition at step **620** via a refreshing step **625**.

[0118]   Step **635** in the method **600** is a decision step, at which the processor determines whether any skeleton is detected in the selected skeleton data in the skeleton frame. If not, the method **600** returns to step **630**, where a new skeleton data is picked up for processing. If at least one skeleton is detected, the method **600** proceeds to step **640**, where a bounding box is generated to identify head area of viewers in the image data. The bounding box can be generated based on, for example, the skeleton information, e.g., by identifying the head from the overall skeleton.

[0119]   Step **645** again is a decision step, where the processor determines whether a bounding box is generated (i.e., whether a head area is detected). It is possible that an image includes an overall skeleton of a viewer but the head part of the viewer is obstructed and therefore is absent from the

image. In this case, the method **600** again returns to step **630**, where the processor picked up new skeleton data. If a bounding box is detected, the method **600** goes to step **650**, where the processor carries out a second level facial recognition (also referred to as face detection). At this step, the processor attempts to detect human face within the bounding box generated at step **640**. The face detection can be performed using, for example, Haar Feature-based Cascade Classifier in OpenCV. More information can be found in U.S. Pat. No. 8,447,139 B2, which is incorporated herein by reference in its entirety.

[0120]   At step **655**, the processor determines whether a face is detected at step **650**. If not, a first level facial recognition is performed at step **660**. This first level facial recognition step can be substantially similar to the second level facial recognition performed at step **650**. Performing another round of face detection may reduce the possibility of accidental failure of the facial recognition techniques. Step **665** is a decision step similar to step **655**, where the processor determines whether a face is detected.

[0121]   If a face is detected at either first level facial recognition or second level facial recognition, the method **600** proceeds to step **670** to perform facial landmark detection, also referred to as facial feature detection or facial key points detection. The step **670** is employed to determine locations of different facial features (e.g. corners of the eyes, eyebrows, and the mouth, the tip of the nose, etc.). More information of facial landmark detection can be found in U.S. Patent Publication No. 2014/0050358 A1 and U.S. Pat. No. 7,751,599 B2, which are incorporated herein in their entireties.

[0122]   At step **672**, the processor determines whether any facial landmark is detected at step **670**. If not, the method **600** returns to step **630** to select another skeleton data for further processing. If at least one facial landmark is detected, the processor further determines, at a decision step **674**, whether any face is detected at the second level facial recognition in step **650**. If yes, the method **600** proceeds to step **690**, where the detected face is identified (i.e., determining who the viewer is), after which the method goes to step **680**, where emotion of the face based on the facial landmark is predicted. If, at step **674**, the processor finds that no face was detected at step **650**, the method **600** directly proceeds to step **680** for the processor to estimate emotion of the viewer. Emotion analysis can be performed using, for example, a Support Vector Machine (SVM) in Open CV. More information can be found in U.S. Pat. No. 8,488,023, which is incorporated herein in its entirety.

[0123]   In one example, the methods illustrated in FIGS. **3-6** analyze all available videos (including TV programs and advertisement) regardless of the duration of the video or viewer count of the video. In another example, the methods illustrated in FIGS. **3-6** perform preliminary filtering to exclude videos that are either too short or have too small a viewer count before performing the quantitative analysis of viewer engagement. In this way, the quantitative analysis can result in more statistically reliable results. For example, videos that are watched for less than a finite amount of time (e.g., less than 30 seconds, less than 20 seconds, or less than 10 seconds) can be excluded. In addition, videos that are watched by less than certain number of people (e.g., less than 20 people, less than 15 people, or less than 10 people) over a finite period (e.g., 1 month, two weeks, or one week) can also be excluded.

[0124]   In one example, the methods illustrated in FIGS. 3-6 are performed over live TV programs. In another example, the methods illustrated in FIGS. 3-6 are performed over recorded TV programs. If it is recognized that the timing of a program is greater than 10 minutes shifted from its original "finger creation timestamp" (e.g., from database of TV stations), the program is determined as recorded watching. Otherwise, the program is determined as live watching.

[0125]   Experimental Assessment of the Commercial Message (CM) Effect

[0126]   This section describes accurate viewing data collection and analysis to examine commercial message (CM) effect management. An index termed "viewability" indicates when a person is "in front of the TV". The viewability index is created for this description and the survey that generates the data. The survey conducted for two weeks with a sample of 84 people from 30 households. CM curves are defined as patterns that show the time series curves of viewability rates between two scenes. Although the personal viewing rate of CM between scenes can be constant, the viewability rate may change. The findings show that there are 7 patterns of the CM curve. The variables of the length of CM and viewability rate can significantly contribute to the shape of the CM curve. In addition, multinomial logit model can be help in determining the CM curve.

[0127]   This experiment investigated the relationship between commercial messages (CM), programs, and human viewing attitudes. The experiment also characterized the systems and methods described above. The correlation between program information, such as broadcast timing and TV stations, and viewing attitudes using statistical methods were analyzed. Currently, the personal audience rating survey used in Japan registers people through a colored button on the TV remote control and records when they press the colored button at the start and end of TV viewing. Further, the People Meter (PM) indicator records what the TV audience watched and who watched the programs (Video Research Ltd. (2014): "TV rating handbook", available at the VIDEOR.COM website in PDF format, incorporated herein by reference). However, this audience rating survey usually does not allow one to distinguish between focused and casual viewing even if the audience rating is accurately captured.

[0128]   Hiraki and Ito (Hiraki, A. & Ito, K. (2000): Cognitive attitudes to television commercials based on eye tracking analysis combined with scenario, *Japanese Journal of Human Engineering*, Vol. 36, pp. 239-253, incorporated herein by reference) proposed a method for analyzing the impact of CM on image recognition using visual information based on eye movement analysis. They conducted CM viewing experiments with real CM in an environment of recreated viewing situations. According to them, auditory and visual information may interfere with commodity understanding.

[0129]   In this experiment, besides personal audience ratings, an indicator of physical presence captured by the system was used to measure viewing attitudes. For example, during CM, people may leave their seats and turn their attention to one another without sitting in front of the TV. Thus, viewing attitudes during CM was statistically analyzed using two indexes-personal audience ratings and physical presence. The latter index is referred to herein as "viewability."

[0130]   The viewing attitude survey experiment of 84 individuals from 30 households was conducted from mid-November to the end of November in 2014. Data was obtained 24 hours per day over 14 days.

[0131]   FIG. 7 shows a schematic view of a data acquisition system 700 that measures engagement of viewers in a viewing area 701 with a program or advertisement shown on a TV 702 or other display. The system 700 includes an image sensor 710 that captures images of the viewing area 701 while the TV 702 is on. The system 700 also includes a computing device 750 that stores and processes image data from the image sensor 710 and communicates the raw and/or processed image data to a server (not shown) via a communication network.

[0132]   In some cases, the computing device 750 and/or the server measures viewability in addition to personal audience ratings. Viewability indicates "being in front of the TV," and this term is defined as the audience within a distance of about 0.5 m to about 4 m from the TV with the face towards the front of the TV between 70° to the left and the right. In one example, viewability is captured at the rate of 1 second, and it denotes the number of samples for one second divided by the all the samples (84 in this case).

[0133]   FIGS. 8A-8G shows seven different shapes of CM curves, which denote the transition in the value of viewability divided by the personal audience rating. This value can indicate the percentage of people who are actually watching the TV.

[0134]   To explain the differences in the shape of CM curves, classification and modeling of the data can be performed. The methods of analysis employed in this experiment are discussed below. First, the multinomial logit model (see, e.g., Agresti, A. Categorical data analysis. John Wiley & Sons (2013), incorporated herein by reference) can be employed for data modeling. Then, non-hierarchical clustering can be performed using the K-means method, at least because the sample size (1,065) is large. Next, a decision tree can be constructed. Explanatory variables are used and all samples are classified using stepwise grouping. In general, the decision tree is a classification model that expresses the plurality of classification rules in a tree structure. The Gini coefficient was used as a non-purity function.

[0135]   When determining the shape of the CM curve using these methods, the analysis also considers approaches or variables that are closely related to determining the shape of the CM curve. Thus, any variables that are observed substantially simultaneously with the CM broadcast can also be included.

[0136]   Data from a high viewability time range of the day is used, which, in this experiment, is six hours-from 18:00 to 24:00. The viewing attitudes towards CM from five TV stations are analyzed. The ratios of the CM curves for every TV station are shown in FIG. 9.

[0137]   In the analysis, the shape of the CM curve is the dependent variable, and it is categorized from A to G, as shown in FIGS. 8A-8G. The explanatory variables are length of CM, television station, genre, elapsed time since the start of the program, average personal audience rating for the CM, average viewability rate of the CM, average personal audience rating for the previous scene, average viewability of the previous scene, viewability rate of the current scene divided by the personal audience rating, viewability rate of the previous scene divided by the personal audience rating, and date and day of the week. The previous scene refers to the scene between the CM and the previous CM.

[0138]   The discrimination results based on the multinomial logit model are shown in TABLE 1. The discrimination rate in the multinomial logit model is 20% higher than the discrimination rate at random. The discrimination rate is particularly high when the shape of the CM curve is B or G.

[0139]   In this model, seven explanatory variables are used: length of CM, TV stations, elapsed time since the start of the program, average personal audience rating for the

US 2018/0007431 A1

12

Jan. 4, 2018

CM, viewability rate, viewability rate of the CM divided by the personal audience rating, and viewability rate of the previous scene divided by the personal audience rating. Of the seven variables, length of CM and TV station contribute the most to the discrimination rate.

namely, TV station, elapsed time since the start of the program, average personal audience rating for the CM, viewability of the CM, viewability of the previous scene, and viewability of the previous scene divided by the personal audience rating. In the non-monotonic shape types, the

TABLE 1

| Result of the multinomial logit model | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| True/Prediction | A | B | C | D | E | F | G | Sum |
| A | 34 | 14 | 13 | 13 | 48 | 13 | 1 | 136 |
| B | 11 | 114 | 2 | 44 | 31 | 15 | 2 | 219 |
| c | 14 | 11 | 21 | 12 | 17 | 4 | 4 | 83 |
| D | 8 | 57 | 7 | 86 | 38 | 7 | 0 | 203 |
| E | 17 | 30 | 10 | 43 | 110 | 18 | 0 | 228 |
| F | 17 | 42 | — | 17 | 36 | 37 | 3 | 152 |
| G | 0 | 16 | 1 | 4 | 7 | 8 | 8 | 44 |
| Sum | 101 | 284 | 54 | 219 | 287 | 102 | 18 | 1065 |
| Discrimination Rate | 33.66 | 10.14 | 38.89 | 39.27 | 38.33 | 36.27 | 44.44 | 38.50 |

[0140]  The explained variables of the seven shapes can also be stratified. Although several different kinds of stratifications can be considered, for efficient examination, the following two kinds of stratifications were compared.

[0141]  Stratification 1: Monotonic shape types (C/D/E) and non-monotonic shape types (A/B/F/G). First, monotonic

six variables selected are length of CM, TV stations, elapsed time since the start of the program, average personal audience rating for the CM, viewability rate of the CM, and viewability rate of the previous scene. Length of CM, which contributes to the multinomial logit model without stratification, is not selected in the monotonic shape types.

TABLE 2

| Discrimination results of stratification 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| True/Prediction | A | B | C | D | E | F | G | Sum |
| A | 67 | 42 | 0 | 0 | 0 | 26 | I | 136 |
| B | 26 | 169 | 0 | 0 | 0 | 24 | 0 | 219 |
| C | 0 | 0 | IS | 25 | 43 | 0 | 0 | 83 |
| D | 0 | 0 | 10 | 139 | 54 | 0 | 0 | 203 |
| E | 0 | 0 | 14 | 63 | 151 | 0 | 0 | 228 |
| F | 30 | 75 | 0 | 0 | 0 | 26 | 4 | 152 |
| G | 4 | 22 | 0 | 0 | 0 | 14 | 4 | 44 |
| Sum | 127 | 308 | 39 | 227 | 248 | 90 | 6 | 1065 |
| Discrimination Rate | 52.76 | 54.87 | 38.46 | 61.23 | 60.89 | 28.89 | 66.67 | 53.62 |

shape types that do not have extreme values and non-monotonic shape types that do have extreme values were stratified. The multinomial logit model to each group is applied, and then the discrimination rate for each group can be calculated. The discrimination results of stratification 1 are shown in TABLE 2. The discrimination rate of the monotonic shape type is 59.34%, while that of the monotonic shape type is 51.72%, and the overall discrimination rate is 53.62%.

[0142]  After stratifying the monotonic and non-monotonic shape types, the overall discrimination rate is 15% higher than that in the multinomial logit model without stratification. Compared to the multinomial logit model without stratification, the difference in the discrimination rates between the shapes of the CM curve could be determined correctly (D/E/G) and incorrectly (C).

[0143]  The selected explanatory variables are as follows. In the monotonic shape types, six variables are selected,

[0144]  Stratification 2: Simple shape types (A/B/C/D/E) and complicated shape types (F/G). Second, simple shape types can be stratified, which have at most one extreme value, and complicated shape types, which have more than one extreme value. The discrimination results of stratification 2 are shown in TABLE 3. The discrimination rate of the simple shape type is 46.50%, while that of the complicated shape type is 77.55%, and the overall discrimination rate is 52.21%.

[0145]  For the simple shape types, nine variables are selected-length of CM, TV station, elapsed time since the start of the program, average personal audience rating for the CM, viewability rate of the CM, average personal audience rating of the previous scene, viewability rate divided by the personal audience rating of the CM, viewability of the previous scene divided by the average personal audience rating, and date. Further, for the complicated shape types, only one variable is selected-TV stations. As this model has only one variable, all samples are classified under F. For the simple shape types, the selected variables are similar to that of the multinomial logit model without stratification.

TABLE 3

| Discrimination results of stratification 2 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| True/Prediction | A | B | C | D | E | F | G | Sum |
| A | 39 | 19 | 13 | 20 | 45 | 0 | 0 | 136 |
| B | 15 | 121 | 2 | 46 | 35 | 0 | 0 | 219 |
| C | 12 | 15 | 23 | 12 | 21 | 0 | 0 | 83 |
| D | 11 | so | 7 | 103 | 32 | 0 | 0 | 203 |
| E | 22 | 38 | 10 | 40 | 118 | 0 | 0 | 228 |
| F | 0 | 0 | 0 | 0 | 0 | 152 | 0 | 152 |
| G | 0 | 0 | 0 | 0 | 0 | 44 | 0 | 44 |
| Sum | 99 | 243 | 55 | 221 | 251 | 196 | 0 | 1065 |
| Discrimination Rate | 39.39 | 49.79 | 41.82 | 46.61 | 47.01 | 77.55 | 0.00 | 52.21 |

[0146]   Cluster analysis using the explanatory variables can be performed. The discrimination results of the cluster analysis are shown in TABLE 4. The discrimination rate is 15.77%, and there is no difference in the discrimination rate between cluster analysis and random selection. In other words, in the nonhierarchical cluster analysis, the CM curve could not be classified.

TABLE 4

| Discrimination results of cluster analysis | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| True/Prediction | A | B | C | D | E | F | G | Sum |
| A | 10 | 21 | 10 | 14 | 58 | 14 | 9 | 136 |
| B | 22 | 25 | 19 | 11 | 116 | 16 | 10 | 219 |
| C | 6 | 10 | 4 | 11 | 38 | 10 | 4 | 83 |
| D | 17 | 28 | 6 | 10 | 110 | 25 | 7 | 203 |
| E | 32 | 29 | 10 | 13 | 109 | 28 | 7 | 228 |
| F | 11 | 29 | 7 | 16 | 76 | 9 | 4 | 152 |
| G | 4 | 7 | 2 | 3 | 26 | 1 | 1 | 44 |
| Sum | 102 | 149 | 58 | 78 | 533 | 103 | 42 | 1065 |
| Discrimination Rate | 9.80 | 16.78 | 6.90 | 12.82 | 20.45 | 8.74 | 2.38 | 15.77 |

[0147]   FIG. 10 shows a classification model through a decision tree. The determination results of the decision tree are shown in TABLE 5. The discrimination rate of the decision tree is 40%. From TABLE 5, one can see that the discrimination rate of G is 0%, but that of D is higher than that of other CM curves by as much as 73%. The discrimination rate of the decision tree is slightly higher than that of the multinomial logit model without stratification.

[0148]   From FIG. 10, the characteristics of each shape of the CM curve can be identified. Shape A occurs when the viewability rate is high. Shape B occurs when the viewability rate is low and the length of CM is long. Shape C occurs when the viewability rate of a scene is not very different from that of the previous scene. Shape D occurs when the viewability rate is low and the length of CM is short. Shape E occurs when the viewability rate of the previous scene is low and the length of CM is short. Shape F occurs when the viewability rate of a scene is low while the viewability rate of the previous scene is high.

TABLE 5

| Discriminant results of the decision tree | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| True/Prediction | A | B | C | D | E | F | G | Sum |
| A | 17 | 10 | 14 | 0 | 32 | 63 | 0 | 136 |
| B | 4 | 121 | 5 | 8 | 46 | 35 | 0 | 219 |
| C | 5 | 3 | 31 | 1 | 34 | 9 | 0 | 83 |
| D | 6 | 70 | 4 | 30 | 68 | 25 | 0 | 203 |
| E | 5 | 17 | 8 | 2 | 128 | 68 | 0 | 228 |
| F | 6 | 29 | 2 | 0 | 16 | 99 | 0 | 152 |
| G | 2 | 11 | 2 | 0 | 7 | 22 | 0 | 44 |
| Sum | 45 | 261 | 66 | 41 | 331 | 321 | 0 | 1065 |
| Discrimination Rate | 37.78 | 46.36 | 46.97 | 73.17 | 38.67 | 30.84 | 0.00 | 40 |

US 2018/0007431 A1

Jan. 4, 2018

14

[0149]   Comparison and consideration. The discrimination rate by each method is summarized in TABLE 6. The method of stratification 1 has the highest rate among all methods. However, since the explained variables were stratified, it is impossible to verify the entire connection.

TABLE 6

| Summary of discrimination rates | | | | |
|---|---|---|---|---|
| Multiple Logit | Stratification1 | Stratification2 | Cluster Analysis | Decision Tree |
| 38.5 | 53.62 | 52.21 | 15.77 | 40 |

[0150]   The discrimination rate of the multinomial logit model without stratification is almost the same as the rate of the decision tree. Because the decision tree is determined by whether or not the viewability rate is higher than a fixed value, it is difficult to understand intuitively, and the fixed value is not replicable. Therefore, the most suitable method to determine the CM curve is the multinomial logit model without stratification.

[0151]   In all the methods, the variables of length of CM and viewability rate contribute the most to determining the CM curve. Therefore, TV viewing attitudes do not depend on the genre and broadcast time of the program, but on the length of CM and the viewability rate of the current and previous scenes.

[0152]   In these five methods, the variables of length of CM and viewability rate greatly contribute to determining the CM curve. In this regard, two points are considered: 1) the relationship between the length of CM and viewability rate, and 2) in what kinds of situations the viewability rate is high.

[0153]   The relationship between the length of CM and viewability rate is illustrated in FIG. 11. In general, the shorter the length of CM, the higher the viewability rate is. The longer the CM, the lower the viewability rate, because people will become uninterested and stop looking at the TV.

[0154]   Further, what kinds of situations lead to a high viewability rate was investigated. When little time elapses after the program begins (depending on the genre), the viewability rate is high. As TABLE 7 shows, there are noticeable differences between the average viewability rates of each genre. The viewability rate of news programs is low, whereas that of movies and music is high. FIG. 12 shows the correlation between elapsed time since the start of the program and the viewability rate. From FIG. 12, one can see that the viewability rate is higher when shorter time has elapsed since the start of the program.

TABLE 7

| Average viewability rate by genre | |
|---|---|
| Genre | Viewability |
| Animation/Tokusatsu | 0.706 |
| Sports | 0.668 |
| Documentary | 0.907 |
| Drama | 0.807 |
| News | 0.814 |
| Variety shows | 0.988 |
| Film | 1.252 |
| Music | 1.359 |
| Hobby/Education | 0.816 |

TABLE 7-continued

| Average viewability rate by genre | |
|---|---|
| Genre | Viewability |
| Tabloid shows | 0.776 |
| All | 0.939 |

[0155]   This experimental study elucidates the relationship between CM, programs, and human viewing attitudes using an exemplary embodiment of the hardware and software components of the present invention. The most suitable method to determine the CM curve is the multinomial logit model.

[0156]   The variables are analyzed that can be observed during CM to examine the relationship between the CM curve and these variables. In all the method employed, the variables of length of CM and viewability rate contribute the most to determining the CM curve. Since the discrimination rate of the monotonic shape type is high, discrimination is easier, whether unchanged or changed. In other words, the shape of the CM curve is not relevant to program characteristics such as genre and date. This indicates that when the CM broadcast time is longer, the audience gets tired of watching. Moreover, if the previous scene of the program is uninteresting to the audience, then they do not watch the next CM.

[0157]   Applications of Viewer Engagement Data

[0158]   FIG. 13 illustrates a system of communication of data acquired using the methods and systems described herein. The system 1300 stores and processes raw data 1310 captured from TV audience panels through the motion-sensing devices, which is transferred to the computing device 1320 such as, but without limitation, the desktop machine. Then, methods of assessing viewer engagement can be performed on, for example, desktop machines to analyze and processes the data. The methods transform the after-analyzed data into performance-based TV ratings data that can be used to determine (1) who is really watching TV (who is in the audience), (2) how often the audience members look at the TV, and (3) the audience's reaction towards the TV programs and advertisements. This processed and/or summarized data is then transferred to a central storage location 1330, such as a server, on the cloud where third parties, including but not limited to TV advertising agencies 1340, TV networks 1350, and any other potential clients 1360 that might find the data useful, can conveniently access the data anytime, through the collection entity's software, an application programming interface, or a web portal, specifically developed for the collection entity's clients. Alternatively, the raw data 1310 collected by the sensors of the hardware component is transferred to a central storage 1330 on the cloud directly or indirectly through an Internet connection where it is analyzed by the software component and made available to interested third parties 1340-1360. A third party may optionally access the raw data through the system.

[0159]   FIG. 14 illustrates basic elements of an example system 1400 that can utilize the data acquired and analyzed by the systems and methods described herein. The collection entity 1430 (e.g., TVision Insights) may compensate panel members 1410 (e.g., household members) who, in exchange for compensation or volunteering, allow for the placement of the hardware components depicted in FIG. 1 to be placed

atop televisions in their household for the purpose of TV viewership data collection. Panel members may be asked to provide additional information **1420**, including but not limited to, credit card transaction data, demographic and socioeconomic information, social media account logins, and data from tablets, smartphones, and other devices. This data is collected, video and IR images are recorded using the system depicted in FIG. **1**, and the video can be analyzed by the methods described in FIGS. **2**-**6**. Once analyzed, data describing the video may be transmitted to the collection entity **1430**, which may then sell or otherwise provide the data to advertisers **1440**, TV stations **1460**, TV agencies **1450**, and other interested third parties. Optionally, the collection entity **1430** may provide access to raw collected data for separate analysis. As part of the disclosed business model, the collection entity **1430** can motivate advertisers **1440** to encourage their TV agencies **1450** to purchase this data.

[0160] FIG. **15** illustrates big data analysis and visualization based on data acquired in methods of assessing viewer engagement. In these models **1500**, the collection entity **1520** (e.g., TVision INSIGHTS shown in FIG. **15**) can collect data from households **1510** having TV sets. In return, the participating households **1510** can receive monetary compensation (or other benefit) from collection entity **1520**. The collection entity **1520** then analyzes the data collected from the participating households using big data analysis **1530**_a_ and visualization techniques **1530**_b_ to derive information such as the effectiveness of certain TV program or advertisement. This data can be then provided to advertisers, advertising agencies, TV stations, or other content providers or promoters (collectively referred to as customers **1540**) to instruct them to improve the effectiveness of their programs. In one example, the customers **1540** can subscribe this data service to the collection entity **1520** on a monthly basis with monthly fees. In another example, the customers **1540** can buy data relating to a particular video (e.g., campaign video, special advertisement during sports events, etc.) from the collection entity **1520**.

[0161] FIG. **16** illustrates examples of collection of additional information **1600** from individuals and households (TV audiences) participating in viewer engagement data collection. The TV audiences can represent national and/or local demographics useful to interested third parties. The collection entity can collect video data **1610** and the demographic information and, packaged with data gathered by the system and analyzed by the methods regarding TV viewership, provide this information to customers for compensation. Examples of information that may be collected from TV audiences include any and all information that can be obtained through social media profiles **1620** such as, but not limited to, TWITTER, Instagram, FACEBOOK, among others. The information can further include video data and audio data **1640** obtained from the systems (including both television audio and audio such as conversation originating from individuals in the household), multi-screen data **1630** including smartphone and tablet search habits, internet search history, email account information, and credit card transaction data **1650**. This list is not exhaustive, and should not be interpreted as limiting.

[0162] The collected information and data enables a collection entity to accurately evaluate the impact of TV advertisements-including unprecedented measurements of individual demographics, which are valuable to the adver-

tisers. The advertisers can use the data to determine which ad slots would be a best fit for their targeted audience. The message can also be more pertinent to the type of audience and can effectively lead to purchasing behavior, increasing return of investment (ROI) for the advertisers.

[0163] TV networks can also benefit from the disclosed invention as they will be able to glean more accurate ratings of their TV programs, audience type, reactions, and predictive ad slot value. This will allow them to improve their programs to better fit the type of audience and eliminate non-popular ones, in addition to determining which ad slots will have the highest value for a particular target demographic. The data can also be used to compare programs across multiple channels at the same or different time slots for a comparative evaluation of programs and advertising. Similarly, TV audience data and behavior can be collected and compared for any given programming time slot to streaming content. TV pilot programs can also be evaluated using the system before ordering episodes.

## CONCLUSION

[0164] While various inventive embodiments have been described and illustrated herein, those of ordinary skill in the art will readily envision a variety of other means and/or structures for performing the function and/or obtaining the results and/or one or more of the advantages described herein, and each of such variations and/or modifications is deemed to be within the scope of the inventive embodiments described herein. More generally, those skilled in the art will readily appreciate that all parameters, dimensions, materials, and configurations described herein are meant to be exemplary and that the actual parameters, dimensions, materials, and/or configurations will depend upon the specific application or applications for which the inventive teachings is/are used. Those skilled in the art will recognize, or be able to ascertain using no more than routine experimentation, many equivalents to the specific inventive embodiments described herein. It is, therefore, to be understood that the foregoing embodiments are presented by way of example only and that, within the scope of the appended claims and equivalents thereto, inventive embodiments may be practiced otherwise than as specifically described and claimed. Inventive embodiments of the present disclosure are directed to each individual feature, system, article, material, kit, and/or method described herein. In addition, any combination of two or more such features, systems, articles, materials, kits, and/or methods, if such features, systems, articles, materials, kits, and/or methods are not mutually inconsistent, is included within the inventive scope of the present disclosure.

[0165] The above-described embodiments can be implemented in any of numerous ways. For example, embodiments of designing and making the technology disclosed herein may be implemented using hardware, software or a combination thereof. When implemented in software, the software code can be executed on any suitable processor or collection of processors, whether provided in a single computer or distributed among multiple computers.

[0166] Further, it should be appreciated that a computer may be embodied in any of a number of forms, such as a rack-mounted computer, a desktop computer, a laptop computer, or a tablet computer. Additionally, a computer may be embedded in a device not generally regarded as a computer but with suitable processing capabilities, including a Per-

sonal Digital Assistant (PDA), a smart phone or any other suitable portable or fixed electronic device.

[0167] Also, a computer may have one or more input and output devices. These devices can be used, among other things, to present a user interface. Examples of output devices that can be used to provide a user interface include printers or display screens for visual presentation of output and speakers or other sound generating devices for audible presentation of output. Examples of input devices that can be used for a user interface include keyboards, and pointing devices, such as mice, touch pads, and digitizing tablets. As another example, a computer may receive input information through speech recognition or in other audible format.

[0168] Such computers may be interconnected by one or more networks in any suitable form, including a local area network or a wide area network, such as an enterprise network, and intelligent network (IN) or the Internet. Such networks may be based on any suitable technology and may operate according to any suitable protocol and may include wireless networks, wired networks or fiber optic networks.

[0169] The various methods or processes outlined herein may be coded as software that is executable on one or more processors that employ any one of a variety of operating systems or platforms. Additionally, such software may be written using any of a number of suitable programming languages and/or programming or scripting tools, and also may be compiled as executable machine language code or intermediate code that is executed on a framework or virtual machine.

[0170] In this respect, various inventive concepts may be embodied as a computer readable storage medium (or multiple computer readable storage media) (e.g., a computer memory, one or more floppy discs, compact discs, optical discs, magnetic tapes, flash memories, circuit configurations in Field Programmable Gate Arrays or other semiconductor devices, or other non-transitory medium or tangible computer storage medium) encoded with one or more programs that, when executed on one or more computers or other processors, perform methods that implement the various embodiments of the invention discussed above. The computer readable medium or media can be transportable, such that the program or programs stored thereon can be loaded onto one or more different computers or other processors to implement various aspects of the present invention as discussed above.

[0171] The terms "program" or "software" are used herein in a generic sense to refer to any type of computer code or set of computer-executable instructions that can be employed to program a computer or other processor to implement various aspects of embodiments as discussed above. Additionally, it should be appreciated that according to one aspect, one or more computer programs that when executed perform methods of the present invention need not reside on a single computer or processor, but may be distributed in a modular fashion amongst a number of different computers or processors to implement various aspects of the present invention.

[0172] Computer-executable instructions may be in many forms, such as program modules, executed by one or more computers or other devices. Generally, program modules include routines, programs, objects, components, data structures, etc., that perform particular tasks or implement par-

ticular abstract data types. Typically, the functionality of the program modules may be combined or distributed as desired in various embodiments.

[0173] Also, data structures may be stored in computer-readable media in any suitable form. For simplicity of illustration, data structures may be shown to have fields that are related through location in the data structure. Such relationships may likewise be achieved by assigning storage for the fields with locations in a computer-readable medium that convey relationship between the fields. However, any suitable mechanism may be used to establish a relationship between information in fields of a data structure, including through the use of pointers, tags or other mechanisms that establish relationship between data elements.

[0174] Also, various inventive concepts may be embodied as one or more methods, of which an example has been provided. The acts performed as part of the method may be ordered in any suitable way. Accordingly, embodiments may be constructed in which acts are performed in an order different than illustrated, which may include performing some acts simultaneously, even though shown as sequential acts in illustrative embodiments.

[0175] All definitions, as defined and used herein, should be understood to control over dictionary definitions, definitions in documents incorporated by reference, and/or ordinary meanings of the defined terms.

[0176] The indefinite articles "a" and "an," as used herein in the specification and in the claims, unless clearly indicated to the contrary, should be understood to mean "at least one."

[0177] The phrase "and/or," as used herein in the specification and in the claims, should be understood to mean "either or both" of the elements so conjoined, i.e., elements that are conjunctively present in some cases and disjunctively present in other cases. Multiple elements listed with "and/or" should be construed in the same fashion, i.e., "one or more" of the elements so conjoined. Other elements may optionally be present other than the elements specifically identified by the "and/or" clause, whether related or unrelated to those elements specifically identified. Thus, as a non-limiting example, a reference to "A and/or B", when used in conjunction with open-ended language such as "comprising" can refer, in one embodiment, to A only (optionally including elements other than B); in another embodiment, to B only (optionally including elements other than A); in yet another embodiment, to both A and B (optionally including other elements); etc.

[0178] As used herein in the specification and in the claims, "or" should be understood to have the same meaning as "and/or" as defined above. For example, when separating items in a list, "or" or "and/or" shall be interpreted as being inclusive, i.e., the inclusion of at least one, but also including more than one, of a number or list of elements, and, optionally, additional unlisted items. Only terms clearly indicated to the contrary, such as "only one of" or "exactly one of," or, when used in the claims, "consisting of," will refer to the inclusion of exactly one element of a number or list of elements. In general, the term "or" as used herein shall only be interpreted as indicating exclusive alternatives (i.e., "one or the other but not both") when preceded by terms of exclusivity, such as "either," "one of," "only one of," or "exactly one of" "Consisting essentially of," when used in the claims, shall have its ordinary meaning as used in the field of patent law.

US 2018/0007431 A1                                                                                    Jan. 4, 2018

17

[0179]   As used herein in the specification and in the claims, the phrase "at least one," in reference to a list of one or more elements, should be understood to mean at least one element selected from any one or more of the elements in the list of elements, but not necessarily including at least one of each and every element specifically listed within the list of elements and not excluding any combinations of elements in the list of elements. This definition also allows that elements may optionally be present other than the elements specifically identified within the list of elements to which the phrase "at least one" refers, whether related or unrelated to those elements specifically identified. Thus, as a non-limiting example, "at least one of A and B" (or, equivalently, "at least one of A or B," or, equivalently "at least one of A and/or B") can refer, in one embodiment, to at least one, optionally including more than one, A, with no B present (and optionally including elements other than B); in another embodiment, to at least one, optionally including more than one, B, with no A present (and optionally including elements other than A); in yet another embodiment, to at least one, optionally including more than one, A, and at least one, optionally including more than one, B (and optionally including other elements); etc.

[0180]   In the claims, as well as in the specification above, all transitional phrases such as "comprising," "including," "carrying," "having," "containing," "involving," "holding," "composed of," and the like are to be understood to be open-ended, i.e., to mean including but not limited to. Only the transitional phrases "consisting of" and "consisting essentially of" shall be closed or semi-closed transitional phrases, respectively, as set forth in the United States Patent Office Patent Manual of Patent Examining Procedures, Section 2111.03.

**1**. A method of quantifying viewer engagement with a video shown on a display, the method comprising:

acquiring, with at least one camera, images of a viewing area in front of the display while the video is being shown on the display;

acquiring, with a microphone, audio data representing a soundtrack of the video emitted by a speaker coupled to the display;

determining, with a processor operably coupled to the at least one camera and the processor, an identity of the video based at least in part on the audio data;

estimating, with the processor and based at least in part on the image data, a first number of people present in the viewing area while the video is being shown on the display and a second number of people engaged with the video in the viewing area; and

transmitting, by the processor, the identity of the video, the first number of people, and the second number of people to a remote server.

**2**. The method of claim **1**, wherein acquiring the images comprises acquiring a first image of the viewing area using a visible camera and acquiring a second image of the viewing area using an infrared (IR) camera.

**3**. The method of claim **2**, wherein estimating the first number of people in the viewing area comprises:

estimating a first raw number of people from the first image data and a second raw number of people from the second image data; and

comparing the first raw number with the second raw number to detect possible error in at least one of the first raw number or the second raw number.

**4**. The method of claim **1**, wherein acquiring the image data comprises acquiring images of the viewing area at a frame rate substantially equal to or greater than 20 frames per second.

**5**. The method of claim **1**, wherein acquiring the audio data comprises acquiring the audio data at an acquisition rate of about 0.1 Hz.

**6**. The method of claim **1**, wherein determining the identity of the video is based on audio signal fingerprinting.

**7**. The method of claim **1**, wherein estimating the first number of people present in the viewing area is based on body skeleton detection.

**8**. The method of claim **1**, wherein estimating the second number of people engaged with the at least on video is based on eye tracking.

**9**. The method of claim **1**, further comprising:

quantifying the viewer engagement of the video based at least in part on the first number of people and the second number of people at each house household in the plurality of households.

**10**. The method of claim **9**, wherein quantifying the viewer engagement comprises:

estimating an attention rate for the video, the attention rate representing a ratio of the second number of people engaged with the video to the first number of people in the viewing area; and

for each unique video in the plurality of videos, determining an attention index based on the attention rates of the videos in the plurality of videos.

**11**. The method of claim **10**, wherein the video is a unique video in a plurality of videos and the method further comprises:

estimating a viewer count and a positive duration ratio based on the image data and on demographic information about each household in the plurality of households, the viewer count representing the second number of people engaged with each unique video and the positive duration ratio representing a ratio of total time spent by people in the plurality of households watching the unique video to a duration of the unique video.

**12**. The method of claim **9**, further comprising:

determining an identity of each person present in the viewing area based at least in part on the image data,

wherein quantifying the viewer engagement of the video comprises quantifying the viewer engagement for each identified person.

**13**. The method of claim **9**, further comprising:

transmitting the first number of people and the second number of people to a remote server, wherein quantifying the viewer engagement is carried out at the remote server.

**14**. The method of claim **9**, further comprising:

determining whether a predetermined video in the plurality of videos is being displayed on the display based at least in part on the audio data, wherein quantifying the viewer engagement is based at least in part on whether the predetermined video is being displayed.

**15**. The method of claim **1**, further comprising:

storing the first number of people and the second number of people in a memory operably coupled to the processor; and

erasing and/or overwriting the image data.

US 2018/0007431 A1

Jan. 4, 2018

18

**16**. The method of claim **1**, further comprising:

estimating an emotion of each person present in the viewing area.

**17**. The method of claim **1**, further comprising:

estimating demographic information for each person in the viewing area from the image data.

**18**. The method of claim **17**, wherein estimating the demographic information comprises estimating age, gender, ethnicity group, and facial expression.

**19**. A method of quantifying viewer engagement for unique videos in a plurality of videos, the method comprising:

at each household in a plurality of households, acquiring image data of a viewing area in front of a display;

determining if the display is showing a video in the plurality of videos;

for each unique video in the plurality of videos, estimating (i) a viewing rate and (ii) a watching rate based on the image data and on demographic information about each household in the plurality of households, the viewing rate representing a ratio of a total number of people in the viewing areas to a total number of displays showing videos and the watching rate representing a ratio of a total number of people in households with display showing videos to a total number of people in the plurality of households; and

for each unique video in the plurality of videos, determining a viewability index based on the viewing rate and the watching rate.

**20**. The method of claim **19**, further comprising:

for each unique video in the plurality of videos, estimating (iii) a viewer count and (iv) a positive duration ratio based on the image data and on demographic information about each household in the plurality of households, the viewer count representing a total number of people engaged with each unique video and the positive duration ratio representing a ratio of total time spent by people in the plurality of households watching the unique video to a duration of the unique video; and

weighting the viewability index based on the viewer count and the positive duration ratio.

**21**. The method of claim **20**, further comprising:

normalizing the viewability index across the unique videos in the plurality of videos.

**22**. The method of claim **19**, wherein acquiring the image data comprises acquiring a first image of the viewing area using an optical camera and acquiring a second image of the viewing area using an infrared (IR) camera.

**23**. The method of claim **19**, wherein determining if the display is showing the video is based at least in part on audio data of the viewing area via signal fingerprinting technique.

**24**. The method of claim **19**, further comprising:

transmitting the viewing rate and the watching rate to a remote server, wherein the viewability index is estimated by the remote server.

**25**. A system for quantifying viewer engagement with a video playing on a display, the system comprising:

at least one camera, disposed to image a viewing area in front of the display, to acquire image data of the viewing area;

a microphone, disposed in proximity to the display, to acquire audio data representing a soundtrack of the video emitted by a speaker coupled to the display;

a memory, operably coupled to the at least one camera and the microphone, to store processor-executable instructions; and

a processor, operably coupled to the at least one camera, the microphone, and the memory, wherein upon execution of the processor-executable instructions, the processor:

determines an identity of the video based at least in part on the audio data;

estimates, based at least in part on the image data, a first number of people present in the viewing area while the video is being shown on the display and a second number of people engaged with the video in the viewing area; and

transmits the identity of the video, the first number of people, and the second number of people to a remote server.

**26**. The system of claim **25**, wherein the video comprises a television program provided via a set-top box and the processor is not connected to the set-top box.

**27**. The system of claim **25**, wherein the at least one camera comprises a visible camera and an infrared camera and the image data comprises a first image acquired by the visible camera and a second image acquired by the infrared camera.

**28**. The system of claim **27**, wherein upon execution of the processor-executable instructions, the processor further:

estimates a first raw number of people from the first image and a second raw number of people from the second image; and

compares the first raw number with the second raw number to detect possible error in at least one of the first raw number or the second raw number.

**29**. The system of claim **25**, wherein upon execution of the processor-executable instructions, the processor:

stores the first number of people and the second number of people in the memory; and

erases and/or overwrites the image data.

**30**. The system of claim **25**, further comprising:

a network interface, operably coupled to the processor, to transmit the first number of people and the second number of people to a remote server.

\*   \*   \*   \*   \*

# EXHIBIT O

# TVision raises $16M to measure viewer attention on connected TVs

TC techcrunch.com/2020/11/02/tvision-funding/

Anthony Ha



TVision is building what its team hopes will become the standard for measuring streaming viewership — and to accelerate those efforts, it's raised $16 million in new funding.

The New York City startup started by measuring traditional TV viewing, using webcams to determine whether viewers were actually paying attention to the ads. More recently, it's launched a solution focused on connected TVs, where co-founder and CEO Yan Liu said there's no standard measurement.

"What I've found is that in streaming, there's no such thing called a TV rating," he said. "There's no good currency, per se, in the industry."

Partly, that's because the large players like Netflix and Disney+ are subscription-based, rather than ad-supported, so they have little incentive to work with third-party measurement firms.

Liu also said that the measurement solutions currently in the market are largely limited to tags — an approach that allows advertisers to measure how widely their ads were seen, but doesn't show them how their performance stacks up against industry benchmarks or

competitors.

> Nielsen is revamping the way it measures digital audiences

So instead of relying on tags, TVision has built up a panel of connected TV watchers. In some ways, this is a very old-fashioned approach — it's the core of how Nielsen measures TV audiences — but Liu said it's harder than it looks, which is why you don't see many other ad measurement companies building panels of their own.

He added that TVision (not to be confused with the T-Mobile streaming bundles of the same name) has built new technology that uses data like Wi-Fi signals to determine whether an ad is being played on a streaming service or on linear TV.

And Liu said it's doing all of this in a regulation-compliant and privacy-friendly way, preventing any personally identifiable information from being uploaded and ensuring that panelists understand what data they are sharing.

TVision's measurement platform is focused on connected TVs, rather than desktop/laptop computers or mobile devices. However, Liu said it can offer cross-platform insights through a partnership with Oracle's Moat.

The startup is already working with customers like Pepsi, Anheuser-Busch, Hulu, AMC and Dentsu Aegis Network, and it has raised a total of $39 million in funding. The new round was led by SIG Asia Investments, an affiliate of global trading firm Susquehanna International Group. Existing investors Accomplice, Golden Ventures and Jump Capital also participated.

> Pandemic accelerated cord cutting, making 2020 the worst-ever year for pay TV

# EXHIBIT P

# TVision Insights Partners with Data Plus Math to Tie TV Attention Data to Outcomes

>>> tvisioninsights.com/resources/tvision-insights-partners-data-plus-math-tie-tv-attention-data-outcomes



March 26

*The partnership empowers TVision and Data Plus Math clients to understand how targeting plus attention leads to sales*

Today, TVision Insights, the leader in measuring eyes-on-screen attention™ to every second of programming and advertising on television, announced a partnership with Data Plus Math, the leader in cross-screen TV attribution. The two companies are marrying attention and outcome data for clients in order to understand where target audiences are paying attention, and how targeting plus attention leads to sales. TVision's ability to report commercial-level impact at a person-level enhances attribution accuracy and answers why campaigns are succeeding in-market.

"As brands calculate their return on advertising spend they need to match real exposures to outcomes. This is what makes the TVision + Data Plus Math partnership so powerful. With TVision's attention data integrated into Data Plus Math's attribution platform, marketers can see the causal relationship between ad engagement to sales," said Dan Schiffman, Chief Revenue Officer and Co-Founder of TVision Insights. "We've performed multiple studies that prove the link between audience attention and outcomes such as tune-in and store visits. This partnership with Data Plus Math ties attention to outcomes while campaigns are in-flight. For products with longer sales cycles, such as automobiles, attention can be used as a leading indicator of campaign performance."

Data Plus Math looks at the entire customer journey from product awareness to eventual purchase, and measures the conversion power of the various elements of the campaign. The company then uses that data to provide recommendations on optimal frequency for campaign goals, effectiveness by creative, and sales data by customer segment.

"The Data Plus Math platform enables programming networks and marketers to better understand what aspects of their campaigns are driving real world marketing results," said John Hoctor, CEO and Co-Founder of Data Plus Math. "This partnership with TVision enables us to layer in actual eyes-on-screen attention scores to further enhance our understanding of why certain programs or creatives are driving more conversions than others."

TVision Insights' opt-in panel has installed proprietary, privacy-safe hardware and software that allows for passive monitoring of television viewing behavior. The result is person-level measurement data reported second-by-second.

"This fusion of attention and attribution data is a game changer for the TV industry," said Tim Hanlon, Founder and CEO at The Vertere Group. "While other players are ascertaining whether an ad ran, or using signals like channel changes to approximate attention, TVision Insights is measuring actual eyes-on-screen attention. Fusing attention into the leading attribution platform will help brands, their agencies, and TV networks understand what really impacts the bottom line."



# EXHIBIT Q

# Privacy Policy

Effective date: December 18, 2018

Please read the following Privacy Policy to learn more about the information TVision Insights, Inc. ("TVision") collects and how we process and store this information. **By using our audience engagement measurement equipment (the "System") as a participant in the program (the "Program"), you acknowledge that you accept the practices and policies outlined in this Privacy Policy, and you have consented to our information practices, including the collection, use, and sharing of your information and your children's information, if applicable.**

## SCOPE

This Privacy Policy covers TVision's treatment of information that alone or in combination may be used to identify you ("Personal Information"). The System collects information from you and individuals you identify as part of your household when you access or use our System, as well as any individuals incidentally in the vicinity of the System during your participation in the Program, such as guests to your home.

## CHILDREN'S INFORMATION

Because our services record and track viewing of content for users of all ages, we may collect photos of children under thirteen (13) through the System.  Accordingly, pursuant to the Children's Online Privacy Protection Act ("COPPA"), if you have children who are under 13 residing in your household we will obtain prior verifiable consent from the parent or legal guardian of each child before such collection, unless the collection of information falls within an exception that is permitted by applicable law.  The photos will be collected to as necessary for the child to participate in the Program, and it will only be retained as is reasonably necessary to allow your child to participate in the Program, or as required by law.  In addition, these photos will only be used for internal business purposes.

Parents or legal guardians may contact us as set forth below to ask if we have collected their child's Personal Information, to review the information or request that it be deleted, or to withdraw their consent for us to collect such information.  We reserve the right to verify that the requester is in fact the child's parent or legal guardian.  In any correspondence such as e-mail or mail, please include the child's name and the parent's email address and telephone number.

TVision Insights, Inc.

955 Massachusetts Avenue

Suite 157

Cambridge, MA  02139

United States

[570-884-4357]

cs@tvisioninsights.com

## CHANGES TO OUR PRIVACY POLICY

From time to time we may change this Privacy Policy and we will alert you to changes by sending you an email.

## INFORMATION WE COLLECT

*Information You Provide to Us:*

We receive and store the following Personal Information that you provide to us when you decide to participate in the Program:

- First and last name;

- Email address;

- Physical address;

- Date of birth;

- Demographic information (gender, age, race, ethnicity, city and state);

- Information about your media consumption habits; and

- Phone number.

*Other Information*

Whenever you or others interact with the System (including passively, by simply being in the vicinity of the System when it is on), we automatically receive and capture certain information from the System. This information may include

- certain audience media consumption data;

- certain audio data, allowing us to recognize media (TV, video, other) being consumed;

- photos, images, and face geometry (a biometric identifier used for facial recognition); and

- color and depth sensory data.

We use this data to generate information about your engagement with media and share it as described below.

We may also collect information from third-party partners to augment what we know from the System and what you provide to us.

## USE OF YOUR INFORMATION

We use your Personal Information and other information we collect in connection with our System and the Program, including to: (1) gather information about audience engagement and provide that information to our clients, partners and affiliates; (2) improve our services; (3) allow you to set up a user account and profile; (4) contact you; (5) respond to your service requests; and (6) analyze how you use the System. In certain cases, we may share Personal Information with third parties as described below.

## DISCLOSURE OF YOUR INFORMATION

We may share your Personal Information and other information that we collect through the System with third parties as follows:

- De-identified Information: We may provide Personal Information and other information, in a de-identified manner, to our partners for use for business and marketing purposes. We may also provide aggregate usage data to our partners, who may use this data to understand how often and in what ways people use our System, so that they, too, can provide you with an optimal viewing experience.

- Vendors and Service Providers: We may employ third party vendors and service providers to perform tasks on our behalf, or to enable the System technology. We may share your information with these parties to enable them to perform these functions. For example, we may use a data hosting service to store and process information that we collect through the System. Unless you are otherwise informed, these third parties do not have any right to use Personal Information we share with them beyond what is necessary to assist us.

- Business Transfers: Your information may be transferred in the event of a merger, acquisition, reorganization, bankruptcy, receivership, sale of company assets, transition of service to another provider. Your information may be transferred to a successor or affiliate alone or as part of that transaction along with other assets.

- Legal Requirements: We may disclose your information if required to do so by law or in the good faith belief that such action is necessary to (i) comply with a legal obligation, (ii) protect and defend the rights or property of TVision, (iii) act in urgent circumstances to protect the personal safety of users of the System or the public, or (iv) protect against legal liability.

- With Your Consent: We may also share any information from or about you, including Personal Information and television and video viewing information, with any party when we have your consent.

## SECURITY

We store, transmit, and protect Personal Information using a reasonable standard of care within the industry and in a manner that is the same or more protective than the manner in which we store, transmit, and protect other confidential information.  However, the Internet cannot be guaranteed to be fully secure and we cannot ensure or warrant the security of any information you provide to us in connection with your participation in the Program.

RETENTION

*Retention and Destruction of Face Geometries*

TVision will destroy your biometric identifier (specifically, face geometries used for facial recognition in conjunction with the Program) when the purpose for collecting the identifier has expired or been satisfied, or within three years of your last interaction with TVision, whichever occurs first.

*Retention of other Personal Information*

We retain information about your media consumption habits for one year after your participation in the program concludes and you return the System to TVision.  We may retain non-video viewing and non-biometric Personal Information only for as long as is reasonably necessary to accomplish the purposes for which it was collected.

## ACCESS

You may contact us at cs@tvisioninsights.com to update the following information:

- name

- email address

- location

- household demographic information

## YOUR CHOICES

You may always opt not to disclose information to us, but keep in mind some information may be needed to register with us or to use the System.

We may communicate with you by email to send you information about other products and services that may be of interest to you. These emails will contain an easy-to-use opt-out mechanism if you no longer want to receive them. You may also contact cs@tvisioninsights.com in order to opt-out. Please note that you may continue to receive emails from us concerning your participation in the Program after you opt out of receiving promotional messages from us.

You may withdraw your consent for TVision to share your media consumption information with third parties at any time by emailing us at cs@tvisioninsights.com.  Please note that withdrawing your consent may result in termination of your participation in the Program.

## THIRD PARTY APPLICATIONS AND SERVICES

This Privacy Policy applies only to the services provided by TVision. The policies and procedures we described here do not apply to any third-party applications or services.

## CONTACT US

If you have any questions or concerns regarding this privacy policy, please send email to: cs@tvisioninsights.com, and we will be happy to answer any questions.

