IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1592-LPS |
| | ) |
| TVISION INSIGHTS, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT TVISION INSIGHTS, INC.'S MOTION TO DISMISS COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101, defendant TVision Insights, Inc. ("TVision") respectfully moves to dismiss the Complaint (D.I. 1). The grounds for this motion are fully set forth in TVision's Opening Brief in Support of Its Motion to Dismiss Complaint, filed contemporaneously herewith.

WHEREFORE, TVision respectfully requests that the Court enter the attached order granting this motion.

|  |  |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | John W. Shaw (No. 3362) |
| | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | SHAW KELLER LLP |
| Ajay S. Krishnan | I.M. Pei Building |
| Julia L. Allen | 1105 North Market Street, 12th Floor |
| Bailey W. Heaps | Wilmington, DE 19801 |
| Reaghan E. Braun | (302) 298-0700 |
| KEKER, VAN NEST & PETERS LLP | jshaw@shawkeller.com |
| 633 Battery Street | nhoeschen@shawkeller.com |
| San Francisco, CA 94111-1809 | *Attorneys for Defendant* |
| (415) 391-5400 | |

Dated: January 7, 2022