**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TVISION INSIGHTS, INC., )<br>)<br>Defendant. ) | C.A. No. 21-1592-CJB<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF PARTIAL DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Nielsen Company (US), LLC ("Nielsen") hereby gives notice that it dismisses without prejudice Count II (Infringement of U.S. Patent No. 8,302,120) of its Complaint for Patent Infringement (D.I. 1). Dismissal is proper because the opposing party has served neither an answer nor a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (authorizing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Michael J. Weil
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Malavika Rao
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

Paul H. Berghoff
James L. Lovsin
Gavin J. O'Keefe
Gregory M. Huffman
James L. Korenchan
MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
Tel: (312) 913-0001

Dated: June 7, 2022
10167458 / 14944.00004

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
　　David E. Moore (#3983)
　　Bindu A. Palapura (#5370)
　　Brandon R. Harper (#6418)
　　Carson R. Bartlett (#6750)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, DE 19801
　　Tel: (302) 984-6000
　　dmoore@potteranderson.com
　　bpalapura@potteranderson.com
　　bharper@potteranderson.com
　　cbartlett@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*