

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Bindu A. Palapura
Partner
Attorney at Law
sobyrne@potteranderson.com
302 984-6092 Direct Phone

June 9, 2022

**VIA ELECTRONIC-FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      Re:    *The Nielsen Company (US), LLC v. TVision Insights, Inc.*
              C.A. No. 21-1592-CJB

Dear Judge Burke:

      The parties in the above-referenced matter write to inform the Court of the dismissal of Count II (Infringement of U.S. Patent No. 8,302,120) of Plaintiff's Complaint. The Notice of Partial Dismissal was filed June 7, 2022 (D.I. 38).

      This dismissal moots Defendant TVision Insights, Inc.'s ("TVision's") Motion To Dismiss Complaint (D.I. 11) as it relates to the '120 Patent. Consequently, it will not be necessary to address this issue at the hearing scheduled for July 8, 2022. TVision's motion remains live as to the '189 patent, which the parties will be prepared to address on July 8.

      Counsel remain available at the Court's convenience should Your Honor have any questions.

                                          Respectfully,

                                          */s/ Bindu A. Palapura*

                                          Bindu A. Palapura

BAP:nmt/10167798/14911.00004

cc:      Counsel of Record (via electronic mail)