IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

THE NIELSEN COMPANY (US), LLC,  )
                                )
            Plaintiff,          )   **Redacted – Public Version**
                                )
     v.                         )   C.A. No. 21-1592-CJB
                                )
TVISION INSIGHTS, INC.,         )
                                )
            Defendant.          )

## LETTER TO THE HONORABLE CHRISTOPHER J. BURKE FROM JOHN W. SHAW

John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

OF COUNSEL:
Ajay S. Krishnan
Julia L. Allen
Bailey W. Heaps
Reaghan E. Braun
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
(415) 391-5400

Dated: August 24, 2022



John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701
jshaw@shawkeller.com

August 24, 2022

**VIA CM/ECF & HAND DELIVERY**      Redacted - Public Version
The Honorable Christopher J. Burke
United States District Court
J. Caleb Boggs Federal Building      
844 N. King Street
Wilmington, DE  19801

Re:      *The Nielsen Company (US), LLC v.  TVision Insights Inc.*, C.A. No. 21-1592-CJB

Dear Judge Burke:

Defendant TVision Insights, Inc. ("TVision") submits this brief in response to Plaintiff The Nielsen Company (US) LLP's ("Nielsen's") Motion to Compel Discovery (D.I. 51). Nielsen's Motion raises the discovery dispute identified in the Joint Scheduling Order: "whether Nielsen is entitled to any further discovery on the Logitech-based system." D.I. 32 at 20 n. 2. Nielsen bears the burden to show that it is entitled to production of the requested material. *Delaware Display Grp. LLC v. Lenovo Grp. Ltd.*, C.A. No. 13-2108-RGA, 2016 U.S. Dist. LEXIS 21461, at *6 (D. Del. Feb. 23, 2016).

The scope of discovery is set by the complaint, Fed. R. Civ. P. 26(b)(1), not by a litigant's list of 'accused products' provided as part of the discovery process.  Nielsen's Complaint makes clear that it only accused products with ***both*** a 2-D camera ***and*** a 3-D sensor:

> Defendant's infringing technology relies on more than an optical camera. In addition to using a camera to capture two-dimensional color images, Defendant's infringing technology also uses infrared ("IR") sensors to capture three dimensional images.

D.I. 1, (Compl.), ¶ 49 (internal citations omitted).  Nowhere in the Complaint does Nielsen accuse a product containing ***only*** a 2-D camera.

Nielsen confirmed its allegations in the Complaint when opposing TVision's Section 101 motion.  Nielsen repeatedly argued that "Claim 9… combine[s] the use of a three-dimensional sensor at close range with the use of a two-dimensional sensor at long range." D.I. 16 at 15; *see also id.* at 16 ("TVision's posited abstract idea improperly captures many approaches that are not covered by the claim. For instance, it covers the prior art approaches of using two-dimensional sensors alone or using three-dimensional sensors alone."); *id.* ("Claim 9 uses inputs from two sensors (a two-dimensional sensor and a three-dimensional sensor) and combines them to determine a final measurement (a people count)").

Moreover, the Court ***accepted*** Nielsen's argument in denying TVision's Section 101 motion.  Specifically, the Court accepted that Claim 9 requires both a 2-D and a 3-D sensor. D.I. 47 at 8 ("The claim first uses a three-dimensional sensor at close range . . .  second, it uses a

SHAW KELLER LLP

The Honorable Christopher J. Burke
Page 2

two-dimensional sensor at long range") ("The claim . . . is about . . . using two-dimensional and
three-dimensional sensors set up to capture data at two different distances."). And the existence
of a 3-D sensor was part of the Court's reasoning. *Id.* at 9 ("For one thing, claim 9 uses, among
other things, a three-dimensional sensor[—]not a person's eyesight or pair of binoculars[—]to
count objects.  It is not clear to the Court that a human could do what a three-dimensional sensor
could do. . . . The entire reason a claim like claim 9 exists is because technology is being asked
to fill a void that humans reasonably cannot.").

        In stark contrast, there is no dispute that the Logitech device has only a single 2-D
camera.  It is a publicly available camera, it only produces frames (*i.e.*, 2-D data sets) of RGB
data, and Logitech itself is clear that "***it is not possible to get the depth information from a
C920 camera frame***."  *See* Ex. A (print-out of https://support.logi.com/hc/en-
us/community/posts/ 7758115162007-Is-it-possible-to-get-depth-information-from-a-C920-
camera-frame-).  Nielsen does not argue otherwise in its Motion. Given that the Logitech device
is publicly available, Nielsen had every opportunity to purchase one, test it, and argue to the
contrary if it believed that the Logitech device ***does*** contain 2-D and 3-D sensors.  So the first
problem with Nielsen's position is that its accusation of the Logitech device is outside the scope
of its own pleadings.  The information Nielsen seeks is not relevant and not discoverable under
Federal Rule of Civil Procedure 26(b)(1).

        If Nielsen believed that 2-D cameras infringed, it should have said so in its complaint.
But Nielsen limited its allegations in an effort to preserve patent eligibility.  What Nielsen's
Motion incorrectly dubs a "claim construction dispute" is really Nielsen's way of saying that, at
claim construction, it intends to construe "3-D sensor" to include 2-D cameras—a position
directly in conflict with its past assertions in this litigation.  Nielsen seeks to read its claim on a
2-D camera, which like a human, lacks a 3-D sensor.  And if Nielsen now contends that a single
2-D camera can satisfy claim 9 so long as it has the proper software, then the claim truly is
abstract.  "A patent may not, like a nose of wax, be twisted one way to avoid [ineligibility under
101] and another to find infringement."  *Amazon.com, Inc. v. Barnesandnoble.com, Inc.*, 239
F.3d 1343, 1351 (Fed. Cir. 2001) (citations and internal quotation marks omitted).  But that is
precisely what Nielsen seeks to do here.

        Even if the Court accepts for now Nielsen's "up is down" argument that a 2-D camera
can satisfy Claim 9's requirement of a "3-D sensor," Nielsen still lacks a basis to assert
infringement. Nielsen now contends: "a single piece of hardware ***can*** (1) generate two-
dimensional data when it operates in two-dimensional mode (*i.e.*, serve as a two-dimensional
sensor); and (2) generate three-dimensional data when it operates in three-dimensional mode
(*i.e.*, serve as a three-dimensional sensor)."  D.I. 51 at 2 (emphasis added).  Nielsen at best can
only speculate that TVision's Logitech device has both a "two-dimensional mode" and a "three-
dimensional mode."  Nielsen itself admits as much where it argues only that "discovery may
very well reveal that the Logitech-based system infringes Claim 9 of the '189 Patent."  Mot. at
3.  *Invensas Corp. v. Renesas Elecs. Corp.*, 287 F.R.D. 273, 287 (D. Del. 2012) ("requested
information is not relevant . . . if the inquiry is based on the party's mere suspicion or
speculation"); *Ethicon LLC v. Intuitive Surgical, Inc.*, C.A. No. 17-871-LPS-CJB (D. Del. Feb.
12, 2018) (slip op. at 4-6) (same).

SHAW KELLER LLP

The Honorable Christopher J. Burke
Page 3

Nielsen argues that the existence of "auto-focus" means that the Logitech device has a "three-dimensional mode." Mot. at 3. But most cameras can "auto-focus" as single-lens auto-focus has existed since 1978. Ex. B at 1 (Deshayes, *et. al.*, "State-of-the-Art of Infrared Technology" in Reliability, Robustness and Failure Mechanisms of LED Devices, 2016 at § 1.4.2.). Under Nielsen's sweeping new theory (that appears nowhere in the patent), it has a reasonable basis for alleging infringement by literally ***any*** single-camera device with autofocus that counts people—*i.e.*, ***most of the prior art***. *See* D.I. 1 (Compl.), ¶¶ 21–22 (noting the problems with the prior art devices that used only 2-D or only 3-D cameras).

As for Nielsen's point that TVision's privacy policy indicates that it collects "depth sensory data," that is merely a result of the fact that TVision does have a different device that does collect depth sensory data—but that isn't the Logitech device.[1]

In sum, this is ***not*** a case where the plaintiff has accused a product of infringement and is therefore entitled to technical information and other discovery on "unaccused products [that] can be said to be 'reasonably similar' to the accused products." *Invensas*, 287 F.R.D. at 284. Even if Nielsen were to try to reframe this motion as regarding unaccused products, it would fail. To do so, it would need to establish:

> 1) as to relevance, the specificity with which the plaintiff has articulated how the unaccused products are relevant to its existing claims of infringement (and how they are thus "reasonably similar" to the accused products at issue in those claims); (2) whether the plaintiff had the ability to identify such products via publicly available information prior to the request and (3) the nature of the burden on defendant(s) to produce the type of discovery sought.

*Invensas Corp. v. Renesas Elecs. Corp.*, 287 F.R.D. 273, 282 (D. Del. 2012).

Nielsen makes no attempt to carry its burden on these points. ***First***, Nielsen makes no effort to articulate how products containing both 2-D and 3-D cameras are reasonably similar to devices using only one. In fact, one of Nielsen's primary points in its motion to dismiss opposition was that having both represented a notable improvement over the prior art. *See, e.g.*, D.I. 16 at 13, 18–19. ***Second***, prior to Nielsen identifying the Logitech device as an accused product in its Paragraph 4(a) Disclosures, TVision had already identified for Nielsen the specific Logitech cameras it uses. As just explained, Nielsen could and should have obtained such a camera and determined that it did not have the characteristics it had accused of infringing in its complaint. ***Third***, although admittedly not insurmountable, there is an inherent burden in producing technical data for a device that does not and cannot infringe, especially given Nielsen's demonstrated penchant for opportunistically expanding its infringement allegations.

Accordingly, for the foregoing reasons—none of which are claim construction arguments—Nielsen's motion to compel should be denied.

---

[1] TVision does have a second device, the "Kinect device," which does use a 2-D and a 3-D sensor, and for which TVision has produced core technical information.

Sʜᴀᴡ Kᴇʟʟᴇʀ LLP

The Honorable Christopher J. Burke
Page 4

Respectfully submitted,

*/s/ John W. Shaw*

John W. Shaw (No. 3362)

cc:   Clerk of Courts (via CM/ECF & Hand Delivery)
      All counsel of record (via CM/ECF & Email)

# Exhibit A

Case 1:21-cv-01592-CJB Document 59 Filed 08/31/22 Page 7 of 31 PageID #: 856

  *Support*

# Is it possible to get depth information from a C920 camera frame? answered

Follow 2



**Magnum Marauder**
1 month ago


0

Hello,

Is the C920 webcam capable of returning pixel level depth data in addition to the RGB data for the frames captured by it?

Thank you.

---

# Comments

2 comments

Sort by ▾

---

**Amogha A**
1 month ago

Official comment



⚙

Hi there,

Thanks for reaching out. Our team is internally reviewing this query and we'll get back to you with an update at the earliest.

Regards,
Amogha
Logi Support

---

**Amogha A**
1 month ago




1


⚙

Hi there,

Thanks for your patience! Please be informed that it is not possible to get the depth information from a C920 camera frame.

In case you need any additional support, please write back to us.

Regards,
Amogha
Logi Support

---

Please **sign in** to leave a comment.

## Didn't find what you were looking for?

Hi there! How can I help you? ✕

New post

## LOGITECH SUPPORT

Business Support Home

Support Home

Downloads & Apps

Spare Parts

MyHarmony Support

Ultimate Ears Support

Community Forums

Compliance Certificates

Warranty Information

Privacy + Security

Accessibility

Contact Us

---

© 2021 Logitech. All rights reserved

Hi there! How can I help you?

x

# Exhibit B

ScienceDirect

# Autofocus

The point autofocus instrument irradiates the laser beam on to a specimen surface that causes the laser beam to scatter in various directions due to the surface roughness of the specimen.

From: Fundamental Principles of Engineering Nanometrology (Second Edition), 2014

Related terms:

Synthetic Aperture Radar, Ultrasonics, Phase Gradient, Focus Function, Motion Compensation

View all Topics

# State-of-the-Art of Infrared Technology

Yannick Deshayes, Laurent Béchou, in Reliability, Robustness and Failure Mechanisms of LED Devices, 2016

## 1.4.2 Autofocus

Autofocus or AF is the autofocus function that accompanies most cameras today. This device can automatically adjust the sharpness of the subject, which ensures successful and sharp images in 90% of the cases.

Before the invention of autofocus, it was necessary to establish manual focus to take a photo of a point. This autofocus system has made significant progress for amateur photographers by reducing the number of failed photographs. It has standardized photography where less technical competence is required to succeed in taking photos. The first model equipped with this innovation was the Konica C35 AF released in 1977. This was followed by Polaroid SX-70 in 1978, which was the first autofocus SLR single lens unit. The first SLR autofocus 35 mm was released in 1981 under the name of Pentax ME-F. Today, automatic developments provide compact cameras, digital and argentics SLR cameras as well as camcorders and mobile phones.

Autofocus is divided into two categories:

– active autofocus, commonly used in compact cameras; they are effective in taking a photograph of a point with little contrast;
– passive autofocus, equipping SLR devices; in this category, the most common type is the autofocus "phase contrast" or "phase detection". This system is very effective in case of low light or low contrast.

Before speaking about autofocus, we will make a detour to a type of focus at the old point system that is still found in some high-end devices. These are developed by rangefinder systems. The principle of the rangefinder uses two optical systems to make two images of the same subject from two different perspectives. Figure 1.28 schematically illustrates such a device.



Figure 1.28. Rangefinder principle

Two optical systems capture the image of a subject on two different screens. When the subject approaches (it goes from A to B), one of the images is shifted in one direction (A' → B') and the other one in the other direction (A" → B"). By comparing the position of the images on both screens, we can find out the distance between the subject and the camera.

In practice, images are not present on screens but appear as virtual images in the viewfinder. The comparison of positions is done using a set of mirrors that allow for superimposing the two images. We will not go further into the details in relation to telemetric systems because only the principle outlined above is of interest for the study of phase contrast autofocus.

Autofocus uses the rangefinder principle to perform the focus through the shooting lens. We may wonder how it is possible to use this principle when we have a single objective and not two, like in a real rangefinder. The solution is to consider the objective as having two halves, each of which can be considered as one of the "windows" of the rangefinder.

To simplify the problem, we will consider from now on that the subject is a specific light source in the axis of the shooting. Figure 1.29 shows the image that provides an objective of a specific source when the focus is good (in B) and when it is shifted in a direction (in A) or the other way (in C).



Figure 1.29. Basic principle of autofocus

Here we used two different colors to distinguish the beams that pass through each half of the lens. To the right of each diagram, we see the image of the point source as it appears on the screen (or the movie or the focusing screen). It should be noted that:

– when the focus is correct, the image of the point source is a point;

– when the focus is incorrect, the image on the screen is a disc;

– the arrangement of colors on the disc depends on the offset's direction of the focus.

We can observe these images with a bicolor filter. This requires having a quasi-specific source of intense light, for example, the Sun's reflection on a metal ball. By placing the filter on the lens of an SLR device and observing the specific source point in the viewfinder setting the offset point, we will see a bicolor disc, as shown in Figure 1.29. By shifting the focus in the other direction, we will note that the disc's colors will be reversed.

We have to imagine that we have a way to distinguish the part of the image produced by each half of the lens, as shown in Figure 1.29. Such means could consist, for example, of a set of flaps alternatively masking each of the halves. We could then achieve an autofocus system operating as follows:

– the two images are collected on a CCD sensor;

– their positions are compared;

– if the image produced by the left half of the lens is on the left side of the CCD (case C in the figure), the lens must be removed from the CCD;

– if the image produced by the left half of the lens is on the right side of the CCD (case A in the figure), the lens must be moved closer to the CCD;

– if the two images coincide, the focus is good (case B).

> Read full chapter

# Computer-Assisted Microscopy

Fatima A. Merchant, Kenneth R. Castleman, in The Essential Guide to Image Processing, 2009

## 27.5.2.1 Autofocus

Autofocus is done by a two-pass algorithm designed to determine first whether the field in question is empty or not, and then to bring the image into sharp focus. The first pass of the algorithm examines images at three Z-axis positions to determine whether there is enough variation among the images to indicate the presence of objects in the field to focus on. The sum over the image of the squared second derivatives described by Groen *et al.* [18] is used as the focus function $f(x)$;

(27.6)

where $g(i, j)$ is the image intensity at pixel $(i, j)$. A second-order difference is used to estimate the second-order derivative (Laplacian filter):

(27.7)

The Laplacian filter strongly enhances the higher spatial frequencies and proves to be ideal for our application. At the point of maximal focus value, the histogram is examined above a predetermined threshold to determine the presence of cells in the image.

Once the coarse focus step is complete, a different algorithm brings the image into sharp focus. The focus is considered to lie between the two Z-axis locations that bracket the location that gave the highest value in the course focus step. A hill-climbing algorithm is then used with a "fine focus" function based on gradients along 51 equispaced horizontal and vertical lines in the image. Images are acquired at various Z-locations, "splitting the difference" and moving toward locations with higher gradient values until the Z-location with the highest gradient value is found, to within the depth of focus of the optical system. To ensure that the background image of all the color channels is in sharp focus, the fine focus value is taken to be the sum of the fine focus function outputs for each of the three (or four) color channels.

The coarse focus routine determines the plane of focus (3 frames) and is followed by a fine focus algorithm that finds the optimal focus plane (). The total number of images analyzed during the fine focus routine depends upon how close the coarse

focus algorithm got to the optimal focus plane. The closer the coarse focus comes to the optimal focus position, the fewer steps are required in the fine focus routine. The <u>autofocus</u> technique works with any objective by specifying its <u>numerical aperture</u>, which is needed to determine the depth of focus, and focus step size. It is conducted at the beginning of every scan, and it may be done for every scan position or at regular intervals as defined by the user. A default interval of 10 scan positions is programmed. We found that the images are "in-focus" over a relatively large area of the slide, and frequent refocusing is not required. For an integration time of 0.5 seconds we recorded an average autofocus time of  seconds. The variability in the focusing time is due to the varying number of image frames captured during the fine focus routine. The total time for autofocus depends upon image content (which will affect processing time), and the integration time for image capture.

The autofocusing method described above is based on image analysis done only at the resolution of the captured images. This approach has a few shortcomings. First, the high-frequency noise inherent in <u>microscope images</u> can produce an unreliable autofocus function when processed at full image resolution. Second, the presence of multiple peaks (occurring due to noise) may result in a local maximum rather than the global maximum being identified as the optimal focus or at least warrant the use of <u>exhaustive search</u> techniques to find optimum focus. Third, computing the autofocus function values at full resolution involves a much larger number of pixels than computing them at a <u>lower image resolution</u>. To address these issues, a new approach based on multiresolution image analysis has been introduced for microscope autofocusing [14].

Unlike its single-resolution counterparts, the multiresolution approach seeks to exploit salient image features from image representations not just at one particular resolution but across multiple resolutions. Many well-known image transforms, such as the <u>Laplacian pyramid</u>, B-splines, and <u>wavelet transforms</u>, can be used to generate multiresolution representations of microscope images. <u>Multiresolution analysis</u> has the following characteristics: (1) salient image features are preserved and are correlated across multiple resolutions, whereas the noise is not, (2) it yields generally smoother autofocus function curves at lower resolutions than at full resolution, and (3) if the autofocus measurement and search are carried out at lower resolutions, the computational load is reduced exponentially. A wavelet-transform-based method to compute autofocus functions at multiple resolutions has been developed by our group and is described in detail elsewhere [14].

> Read full chapter

# Computer-Assisted Microscopy

Fatima A. Merchant, Kenneth R. Castleman, in Handbook of Image and Video Processing (Second Edition), 2005

# 5.2.1 Autofocus

Autofocus is done by a two-pass algorithm designed to determine first whether the field in question is empty or not, and then to bring the image into sharp focus. The first pass of the algorithm examines images at three z-axis positions to determine whether there is enough variation among the images to indicate the presence of objects in the field to focus on. The sum over the image of the squared second derivatives described by Groen et al. [16] is used as the focus function $f(x)$;

(6)

A second-order difference is used to estimate the second-order derivative (Laplacian filter).

(7)

Where $g(i, j)$ is the image intensity at pixel $(i, j)$.

The Laplacian filter strongly enhances the higher spatial frequencies and proves to be ideal for our application. At the point of maximal focus value, the histogram is examined above a predetermined threshold to determine the presence of cells in the image.

Once the coarse focus step is complete, a different algorithm brings the image into sharp focus. The focus is considered to lie between the two z-axis locations that bracket the location that gave the highest value in the course focus step. A hill-climbing algorithm is then used with a "fine-focus" function based on gradients along 51 equispaced horizontal and vertical lines in the image. Images are acquired at various z-locations, "splitting the difference" and moving toward locations with higher gradient values until the z-location with the highest gradient value is found, to within the depth of focus of the optical system. To ensure that the background image of all the color channels are in sharp focus, the fine-focus value is taken to be the sum of the fine-focus function outputs for each of the three (or four) color channels.

The coarse focus routine determines the plane of focus (three frames), and is followed by a fine-focus algorithm that finds the optimal focus plane (approximately five to eight frames). The total number of images analyzed during the fine-focus routine depends upon how close the coarse focus algorithm got to the optimal focus plane. The closer the coarse focus comes to the optimal focus position, the fewer steps are required in the fine-focus routine. The autofocus technique works with any

objective by specifying its numeric aperture, which is needed to determine the depth of focus, and focus step size. It is conducted at the beginning of every scan, and it may be done for every scan position or at regular intervals as defined by the user. A default interval of ten scan positions is programmed. We found that the images are "in-focus" over a relatively large area of the slide, and frequent refocusing is not required. For an integration time of 0.5 seconds we recorded an average autofocus time of 28 ± 4 seconds. The variability in the focusing time is due to the varying number of image frames captured during the fine-focus routine. The total time for autofocus depends on image content (which will affect processing time), and the integration time for image capture.

> Read full chapter

# SYNTHETIC APERTURE RADAR SPECIFIC ASPECTS

PHILIPPE LACOMME, ... ERIC NORMANT, in Air and Spaceborne Radar Systems, 2001

## 16.6.5 ASYMPTOTIC PERFORMANCE OF AUTOFOCUS

Autofocus has become a major contributor to SAR processing. Image quality of a very high-resolution SAR imaging system can only be assessed if the performance of autofocus is quantified. In this respect it is interesting to predict the PSLR as a function of the frequency of a sinusoidal phase error:

So that the procedure is compatible with any of the previous autofocus algorithms and with both strip-map and spotlight modes, the Doppler rate is retained as the prime measure of autofocus. The instantaneous error in Doppler rate associated with the previous phase error is given as

Thus, let $\sigma fdr$ be the standard deviation of the assumed unbiased estimator. The residual phase error at $f_c$ after autofocusing becomes

From previous results, we know that the PSLR associated with such residual phase error is

Now the asymptotic variance of the Doppler rate estimator may be evaluated through the computation of its Cramer-Rao lower bound. The signal under analysis has the form

where $\theta = (\theta, \theta, \theta_1, \theta_2)T$ is the vector of the unknown parameters, $n$ is a complex Gaussian noise whose correlation matrix is given by , and $T_a$ denotes the duration of analysis.

To compute the Cramer-Rao lower bound we first derive the expression for the components of the Fisher information matrix, $J_{k,n}$, such that

where $Q$ denotes the conditional likelihood given by

By differentiating this expression twice, we get

By computing the elementary derivatives we also have

From this we immediately derive the expression for the Fisher information matrix as

By examining this last expression we see that the position of the target (given by $\theta_1$) and its amplitude have no influence on the accuracy of the estimate of $\theta_2$. Conversely the uncertainty about the phase of the target degrades the performance of estimation. By inverting the Fisher information matrix we finally get

where SNR denotes the signal-to-noise ratio after SAR processing.

Thus the Cramer-Rao lower bound of the Doppler rate is given by

The signal-to-noise ratio for the estimator is dependent on the scene content. To proceed we need to fix a scenario for the target distribution. Let us assume that the autofocus algorithm can rely on targets with an average radar cross section, , each one surrounded by clutter of average backscatter coefficient, . Let us denote $K$ as the contrast at the ultimate resolution of the image under analysis, such that

For the current frequency of the phase error, $f_e$, the associated illumination time, $T_a$, for which the phase error may be approximated by a parabola is about $1/4f_e$. At this current resolution, the SNR for the estimator can be expressed as

where $T_e$ denotes the illumination time at the ultimate resolution of the image under analysis.

The variance of the Doppler rate estimator may thus be derived as a function of the current frequency of the phase error:

Finally, the PSLR can be written as

If the analysis of inertial motion compensation is carried out in the same way, we get two PSLR curves as a function of $f_e$ that cross at $f_{e\text{-}cross}$, as illustrated in Figure

16.19. Above $f_{e\text{-}cross}$, the image quality performance is provided by the inertial motion compensation. Below $f_{e\text{-}cross}$, the imaging SAR system relies on the presence of bright isolated scatterers to get the required image quality.

FIGURE 16.19. AUTOFOCUS VERSUS INERTIAL MOTION COMPENSATION

> Read full chapter

# Surface Topography Measurement Instrumentation

Richard Leach, in Fundamental Principles of Engineering Nanometrology (Second Edition), 2014

## 6.7.2.3 Point autofocus profiling

A point autofocus instrument measures surface topography by automatically focusing a laser beam on a point on the specimen surface, moving the specimen surface in a fixed measurement pitch using an $xy$ scanning stage and measuring the specimen surface height at each focused point.

Figure 6.21 illustrates a typical point autofocus instrument operating in beam offset autofocus mode. A laser beam with high focusing properties is generally used as the light source. The input beam passes through one side of the objective, and the reflected beam passes through the opposite side of the objective after focusing on a specimen surface at the centre of the optical axis. This forms an image on the autofocus sensor after passing through an imaging lens.



Figure 6.21. Schema of a point autofocus instrument.

Figure 6.21 shows the in-focus state. The coordinate value of the focus point is determined by the *xy* scanning stage position and the height is determined from the Z-positioning sensor.

Figure 6.22 shows the principle of point autofocus operation. Figure 6.22(a) shows the in-focus state, where the specimen is in focus, and Figure 6.22(b) shows the defocus state, where the specimen is out of focus. The surface being measured is displaced downward ($-Z$), and the laser beam position on the autofocus sensor changes accordingly ($W$). Figure 6.22(c) shows the autofocus state where the autofocus sensor detects the laser spot displacement and feeds back the information to the autofocus mechanism in order to adjust the objective back to the in-focus position. The specimen displacement, $Z1$, is equal to the moving distance of the objective, $Z2$, and the vertical position sensor (typically a linear scale is used) obtains the height information of the specimen [113,114].



Figure 6.22. Principle of point autofocus operation. (a) In-focus. (b) Defocus (c)Autofocus

The disadvantage of the point autofocus is that it requires a longer measuring time than other non-contact measuring methods since it must obtain the coordinate values of each point by moving the mechanism of the instrument (as with chromatic confocal – see Section 6.7.2.2.1). Also, the accuracy of the instrument will be determined by the laser spot size (see Section 6.7.1) because of the uneven optical intensity within the laser spot (speckle) that generates focal shift errors [115].

Point autofocus instruments can have relatively high resolution. The lateral resolution is potentially diffraction limited, but the axial resolution is determined by the resolution of the master scale, which can be down to 1 nm. The range is determined by the $xy$ and $z$ scanner and can be typically 150 mm×150 mm×10 mm. The method is almost immune to the surface reflectance properties since the autofocus sensor detects the position of the laser spot (the limit is typically a reflectivity of 1%). The point autofocus instrument irradiates the laser beam on to a specimen surface that causes the laser beam to scatter in various directions due to the surface roughness of the specimen. This enables the measurement of surface slope angles that are greater than the half aperture angle of the objective (less than 90°) by capturing the scattered light that is sent to the autofocus sensor.

> Read full chapter

# Tiny dual full-bridge Piezo motor driver operates from low input voltage

Wei Gu, in Analog Circuit Design, Volume Three, 2015

# Introduction

Piezoelectric motors are used in digital cameras for autofocus, zooming and optical image stabilization. They are relatively small, lightweight and efficient, but they also require a complicated driving scheme. Traditionally, this challenge has been met with the use of separate circuits, including a step-up converter and an oversized generic full-bridge drive IC. The resulting high component count and large board space are especially problematic in the design of cameras for ever shrinking cell phones. The LT3572 solves these problems by combining a step-up regulator and a dual full-bridge driver in a 4mm × 4mm QFN package. Figure 116.1 shows a typical LT3572 Piezo motor drive circuit. A step-up converter is used to generate 30V from a low voltage power source such as a Li-Ion battery or any input power source within the part's wide input voltage range of 2.7V to 10V. The high output voltage of the step-up converter, adjustable up to 40V, is available for the drivers at the $V_{OUT}$ pin. The drivers operate in a full-bridge fashion, where the OUTA and OUTB pins are the same polarity as the PWMA and PWMB pins, respectively, and the  and  pins are inverted from PWMA and PWMB, respectively. The step-up converter and both Piezo drivers have their own shutdown control. Figure 116.2 shows a typical layout.



Figure 116.1. Typical Circuit



Figure 116.2. Typical Layout for the Figure 116.1 Converter

> Read full chapter

# Design and Applications

B. Koc, K. Uchino, in Comprehensive Composite Materials, 2000

## 6.34.5 Applications of piezoelectric ultrasonic motors

Piezoelectric ultrasonic motors are of increasing interest in high-tech industry. High torque, light weight, no electromagnetic induction interference, high efficiency, and low-speed operation without a gear mechanism are some of the attractive characteristics which motivate the study of these motors. With these characteristics, ultrasonic motors have been used in various industrial applications such as drives for autofocusing camera lenses. They also have potential for other applications.

### 6.34.5.1 Actuators for Consumer Goods

Ultrasonic motors have been commercialized for drive mechanisms in camera autofocus lenses and computer-related equipment such as disk drives. They are also used in applications where a large number of motors are incorporated but only few are used regularly and the rest occasionally.

### 6.34.5.2 Actuators for Precise Positioning Devices

Piezoelectric motors are used in rapid-positioning devices with accuracy of the order of nanometers. An important application includes semiconductor production. Inevitable backlash due to the use of a gear transmission system makes it difficult to achieve high accuracy with electromagnetic motors.

### 6.34.5.3 Actuators for Miniaturized Machines

Electromagnetic motors cannot be miniaturized because of saturation of the magnetic circuit and the number of windings required. The smallest electromagnetic motor is several millimeters in diameter (Stefanini *et al.*, 1996).

### 6.34.5.4 Actuators for Machines Used in Space

Efficient miniature actuators that are compact and consume low power are needed to drive telerobotic devices and outer space mechanisms for future NASA missions (Bar-Cohen *et al.*, 1998). Actuators for space mechanisms need to be small, light, and energy efficient. Actuators meeting the aforementioned requirements can be used for telerobotic devices that include robotic arms, rovers, release mechanisms,

antenna and instrument deployment mechanisms, positioning devices and aperture opening and closing devices. Piezoelectric ultrasonic motors have the potential to meet these NASA requirements.

### 6.34.5.5 Actuators for Medical Uses

Piezoelectric motors can also be used for intravascular ecographic systems. In addition to being small (2–3 mm in diameter), the motor must be disposable and the price should be low.

> Read full chapter

# Holographic Microscopy Techniques for Multifocus Phase Imaging of Living Cells

Biomedical Optical Phase Microscopy and Nanoscopy, 2013

## 6.7 Cell Tracking in 3D Environments

The analysis of cell migration processes is an important aspect for the understanding of morphogenesis and cancer metastasis. Thus, investigations of the applicability of digital holographic autofocus tracking for 3D cell migration monitoring were performed [83]. Therefore, human fibrosarcoma tumor cells (HT-1080) within non-denatured collagen fibers as a 3D tissue model were observed in a Petri dish with a DHM setup as shown in Figure 6.1. The preparation of the sample was carried out by following the approach of Friedl and Brocker [86]. Different from Ref. [86], a slightly diluted collagen concentration of 1.28 mg/ml was used to decrease light-scattering effects. In analogy to the experiments described in Section 6.6, the temperature was stabilized to 37 °C using an incubation chamber. A series of 61 holograms of three HT-1080 cells within the field of view that were identified as separated under white light illumination was recorded with fixed mechanical focus (40× magnification microscope lens) for a period of 180 min ($\Delta t$=3 min). For each cell, the lateral position is determined from the automatically refocused phase contrast images as described in Section 6.6, while the axial sample displacement is obtained from the autofocus distance (see Section 6.3.4). Figure 6.16 shows the obtained results for $t$=0, 60, 120, and 180 min. Figure 6.16A shows bright-field images of the sample under white light illumination. The corresponding digital holographic phase contrast images are shown in Figure 6.16B and C.



Figure 6.16. Time-dependent digital holographic 3D migration monitoring of human fibrosarcoma HT-1080 tumor cells in collagen. (A) Bright-field images under white light illumination; (B) quantitative digital holographic phase contrast images with autofocus tracking ROI set to cell C, as marked with a dashed box; (C) quantitative digital holographic phase contrast images with autofocus tracking ROI set to cell A, as marked with a dashed box; (D) temporal dependency of the axial positions

of cells A, B, and C; (E) time-resolved lateral $x,y$ tracking of cells A, B, and C; and (F) resulting 3D trajectories. *Source:* Modified from Ref.[83].

The tracked cells are denoted as A, B, and C. The dotted white squares in the phase contrast images mark the applied ROIs that were used for holographic autofocusing and 2D tracking. In the white light images, cells B and C are only slightly defocused during the experiment. Cell A is located in a different layer and thus appears only marginally visible due to a large defocus. In Figure 6.16A, the ROI for digital holographic autofocusing tracking was set to cell C, which appears sharply focused in the reconstructed quantitative phase contrasts images and even <u>subcellular</u> structures such as the nucleoli are visible. As the axial position of cell B is close to the layer in which cell C is located, this cell is also displayed with comparable image sharpness. In contrast, cell A is far out of focus. In Figure 6.16C, the ROI was set to cell A. After digital holographic autofocusing, cell A is sharply resolved in each phase distribution and cellular motions as well as deformations and thickness changes during the process of migration become clearly visible. Figure 6.16D and E shows the resulting temporal dependencies of the relative $z$ positions $\Delta g$ as well as the corresponding (lateral) $x$, $y$ coordinates for all three cells A, B, and C. The 3D trajectories resulting from the combination of the data in Figure 6.16D and E are plotted in Figure 6.16F. In Figure 6.16D–F, data with phase-unwrapping errors were not considered. For cells B and C, 74% (45 of 61 phase images) were faultlessly determined. For cell A, 77% (47 of 61 images) was obtained. The reason for different percentages of phase distributions without unwrapping errors is the mutual influence by unfocused structures outside the ROI. Cells B and C are stationary in position and shape. In contrast, cell A is located in a layer approximately 80 μm below cells B and C and migrates within the collagen. During the observed migration process through the network of collagen fibers, the cell undergoes permanent shape changes in a multistep cascade of coordinated adhesion and contraction which can clearly be observed in Figure 6.16C.

In summary, the results in Figure 6.16 illustrate the ability of DHM for 3D particle and cell tracking. However, it has to be mentioned that due to the underlying principles of the presented DHM configurations integral information is obtained. Thus, specimens in different planes at the same lateral position with <u>axial distances</u> near the depth of field of the applied imaging system cause diffraction patterns. This can lead to misinterpretations in the image sharpness quantification process that is used for the determination of the axial sample displacements. Furthermore, these disturbances affect the correct determination of the lateral object position from the quantitative phase contrast images. This limits the density of objects under investigations to an amount in which the specimens are imaged laterally separated. Nevertheless, label-free 3D tracking with DHM prospects new application areas

of quantitative phase imaging for particle and cell tracking in fluidics and 3D cell migration monitoring in cancer research [54].

> Read full chapter

# Synthetic Aperture Radar Algorithms

Ron Goodman, Walter Carrara, in Handbook of Image and Video Processing (Second Edition), 2005

## 3.1 Autofocus Algorithms

The synthetic aperture achieves fine cross-range resolution by adjusting the relative phase among signals received from various pulses and coherently summing them to achieve a focused image. A major source of uncertainty in the relative phase among these signals is the exact location of the radar antenna at the time of transmission and reception of each pulse. Location accuracy on the order of a fraction of a wavelength is necessary, perhaps to a few millimeters in the case of X-band operation at 10-GHz center frequency. Without this location accuracy, phase errors will exist across the azimuth signal aperture and cause image distortion, defocus, and loss of contrast. Other hardware and software sources of phase error also are likely to be present even in a well-designed system.

The high probability of significant phase error in the azimuth channel of a SAR system operating at fine resolution (typically better than 1-m azimuth resolution) necessitates the use of algorithms during or following image formation to measure and remove this phase error. We refer to the process that automatically estimates and compensates for phase error as autofocus. We describe two common autofocus algorithms in this chapter, the mapdrift algorithm and phase gradient autofocus (PGA). The mapdrift algorithm is ideal for detecting and removing low-frequency phase error that causes image defocus. By low frequency, we mean phase error that varies slowly (for example, a quadratic or cubic variation) over the aperture. PGA is an elegant algorithm designed to detect both low-frequency phase error and high-frequency phase error that varies rapidly over the aperture. High-frequency phase error primarily degrades image contrast.

Originating at Hughes Aircraft Corporation in the mid 1970s, the mapdrift algorithm became the first robust autofocus procedure to see widespread use in operational SAR systems. While mapdrift estimates quadratic and cubic phase errors best, it also extends to higher frequency phase error [9]. With the aid of Fig. 16, we illustrate use of the mapdrift concept to detect and estimate an azimuth quadratic phase error with center-to-edge phase of Q over an aperture of duration $T_a$. This error has the form *exp*

($j2\pi k_q x_2$) where $x$ is the azimuth coordinate and $k_q$ is the quadratic phase coefficient being measured. In its quadratic mode, mapdrift begins by dividing the signal data into two halves (or subapertures) in azimuth, each of length $T_a/2$. Mapdrift forms separate, but similar, images (or *maps*) from each subaperture. This process degrades the <u>azimuth resolution</u> of each map by a factor of two relative to the full-aperture image. Viewed separately over each subaperture, the original phase effect includes identical constant and quadratic components but a linear component of opposite slope in each subaperture. Mapdrift exploits the fact that each subaperture possesses a different <u>linear phase</u> component. A measurement of the difference between the linear phase components over the two <u>subapertures</u> leads to an estimate of the original quadratic phase error over the full aperture. The constant phase component over each subaperture is inconsequential, while the quadratic phase component causes some defocus in the subaperture images that is not too troublesome.

FIGURE 16. Subaperture phase characteristics in mapdrift concept.

By the Fourier shift theorem, a linear phase in the signal domain causes a proportional shift in the image domain. By estimating the shift (or *drift*) between the two similar maps, the mapdrift algorithm estimates the difference in the linear phase component between the two subapertures. This difference is directly proportional to Q. Most implementations of mapdrift measure the drift between maps by locating the peak of the cross-correlation of the intensity (magnitude squared) maps. After mapdrift estimates the error, a subsequent step removes the error from the full data aperture by multiplying the original signal by a complex exponential of unity magnitude and phase equal to the negative of the estimated error. Typical implementations improve algorithm performance by iterating the process after removing the current error estimate. Use of more than two subapertures to extend the algorithm to higher frequency phase error is rare because of the availability of more capable higher order techniques, such as the PGA algorithm.

The PGA entered the SAR arena in 1989 as a method to estimate higher order phase errors in complex SAR signal data [10, 11]. Unlike mapdrift, PGA is a nonparametric technique in that it does not assume any particular functional model (for example, quadratic) for the phase error. PGA follows an iterative procedure to estimate the derivative (or *phase gradient*) of a phase error in one dimension. The underlying idea is simple. The phase of the signal that results from isolating a dominant scatterer within an image and inverse Fourier transforming it in azimuth is a measure of the azimuth phase error in the signal data.

The PGA iteration cycle begins with a complex image that is focused in range but possibly blurred in azimuth by the phase error being estimated. The basic procedure isolates (by windowing) the image samples containing the azimuth impulse response of the dominant scatterer within each range bin and inverse Fourier transforms the windowed samples. The PGA implementation estimates the phase error in azimuth by measuring the change (or gradient) in phase between adjacent samples of the inverse transformed signal in each range bin, averaging these measurements over all range bins, and integrating the average. The algorithm then removes the estimated phase error from the original SAR data and proceeds with the next iteration. A number of techniques are available for selecting the initial window width. Typical implementations of PGA decrease the window width following each iteration of the algorithm.

Figure 17 demonstrates use of PGA to focus a 0.3-m resolution stripmap image of the University of Michigan engineering campus. The image in Fig. 17A contains a higher order phase error in azimuth that seriously degrades image quality. Figure 17B shows the focused image that results after three iterations of the PGA algorithm. This comparison illustrates the ability of PGA to estimate higher order phase errors accurately. While the presence of numerous dominant scatterers in this example

eases the focusing task considerably, PGA also exhibits robust performance against scenes without dominant scatterers.



(A)                              (B)

FIGURE 17. Phase gradient autofocus algorithm example: (**A**) Input image degraded with simulated phase errors; (**B**) output image after autofocus.

> Read full chapter

# Bistatic SAR motion compensation

Jianyu Yang, in Bistatic Synthetic Aperture Radar, 2022

## 5.4.3 Autofocus

After the aforementioned motion compensation, it can be considered that most of the errors have been compensated for, but there are usually residual motion errors due to the limitation of measurement data accuracy and other factors. In addition, in some cases, such as small drones, there is no motion-sensing device or the accuracy is low, and only echo data can be relied on for motion compensation.

Autofocus is a method of estimating residual error from echo data and compensating. It iteratively adjusts parameters to achieve good focus on image quality. In terms of classification, it belongs to motion compensation based on echo data. However, the definition of autofocus is slightly different from that in the previous chapter, which focuses on the estimation of Doppler frequency, namely, the estimation of quadratic phase error. Here the compensation for residual higher-order phase errors is considered. For specific autofocus methods, the phase gradient autofocus algorithm is the most common. It does not depend on the phase error model and

can estimate and compensate for the phase error of any order, but it has specific requirements for the imaging scene [11].

Autofocus essentially estimates and compensates for the phase error. Therefore the existing monostatic SAR autofocus method can also be applied to bistatic SAR. However, due to the flexibility of the bistatic configuration, more spatial variances will be introduced, which will be the focus of bistatic SAR autofocusing.

For example, for translational variant bistatic side-looking SAR with parallel flight paths, the two-dimensional spatial variant of echo will cause a spatial variant phenomena of the linear, quadratic, and third-order term for time delay migration. If the migration of the linear term cannot be properly corrected, it will directly affect the quality of subsequent autofocus [12, 13]. The quadratic term and third-order migration generally do not cross the time delay resolution unit, which reduces the complexity of processing to some extent. However, for the spatial variant of the quadratic phase, equilibrium operation (nonlinear CS, etc.) is usually required, and the spatial variance of the third-order phase is not considered.

In this chapter, an autofocusing method is introduced using the translational invariant bistatic side-looking SAR with parallel flight paths as an example. First, the slow-time dechirp function is constructed and multiplied with the echo data after fast-time compression and fine migration correction to realize the slow-time dechirp. The discretization is expressed as $y_{m,n}(m = 1, 2, 3, \ldots, M, n = 1, 2, 3, \ldots, N)$, where $M$ is the number of fast-time sampling points and $N$ is the number of slow-time sampling points. Let $y_{m,n}$ represent the echo data without phase error, and perform the $y_{m,n}$ discrete Fourier transform in the slow-time direction to obtain the imaging result. Due to the error, there is a phase error $\Box = (\Box_1, \Box_2, \Box_3, \Box, \Box_N)$ in the slow-time direction of echo data, where $\Box_n$ $(n = 1, 2, 3, \ldots, N)$ represents the phase error of the $n$th slow-time sampling point; then the actual slow-time dechirp result can be expressed as

(5.23)

On this basis, the slow-time direction discrete Fourier transform is carried out, and the imaging results are affected by the error. In order to get a well-focused image, it is necessary to estimate the error of each slow-time sampling point. In practice, error estimation can be realized by evaluating image contrast or entropy. For example, the best estimation of the phase error vector $\Box$ can be expressed as:

(5.24)

where $C(\Box)$ is the image contrast function.

For Eq. (5.24), an iterative algorithm based on coordinate descent can be used to estimate the error vector. The basic idea is to keep the error estimates of other

slow-time sampling points fixed in each iteration and to conduct a one-dimensional search for the errors of a specific slow-time sampling point [14]. Due to the huge amount of calculation, Newton method, conjugate gradient, coordinate projection, and other optimization algorithms can be used to accelerate the solving process [15].

Fig. 5.17 shows the imaging results before and after autofocusing. It can be seen that after autofocus processing, the image quality has been significantly improved.



(a)  Before processing          (b)  After processing

Fig. 5.17. Autofocus results.

It needs to be added that since the autofocus method combined with the frequency-domain imaging algorithm has a strong dependence on the quality of migration correction, the idea of migration correction and error estimation iteration, or the two-dimensional autofocus method, is generally adopted. However, the autofocus method combined with the BP algorithm does not need migration correction and can be used for differential compensation of points in different positions in the scene, which not only can adapt to the situation of spatial variant error but also have no error-transmission phenomenon. This is also suitable for bistatic SAR autofocus motion compensation [16].

> Read full chapter

 ScienceDirect is Elsevier's leading information solution for researchers.

Copyright © 2018 Elsevier B.V. or its licensors or contributors. ScienceDirect ® is a registered trademark of Elsevier B.V. Terms and conditions apply.

RELX Group™