IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1592-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| | ) | |
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-057-CJB |
| v. | ) | |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO EXTEND TIME**

The Court previously entered a Joint Scheduling Order governing the two above-identified cases. The parties hereby stipulate and agree, subject to the approval of the Court, that the following deadlines are extended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Defendant produces initial invalidity contentions for each asserted claim of the '889 Patent and the known related invalidating references | October 10, 2022 | October 24, 2022 |
| Plaintiff produce initial claim chart relating each known Logitech-based accused product to the asserted claims each such product allegedly infringes | NA | October 31, 2022 |

| | | |
|---|---|---|
| Defendant produces initial invalidity contentions for each asserted claim of the '189 Patent and the known related invalidating references | October 10, 2022 | November 21, 2022 |
| Parties exchange list of claim term(s)/phrase(s) proposed for construction and proposed constructions | January 9, 2023 | January 16, 2023 |
| Parties file Joint Claim Construction Chart | January 25, 2023 | Unchanged |
| Plaintiff serves opening claim construction brief | February 10, 2023 | February 15, 2023 |
| Defendant serves answering claim construction brief | March 3, 2023 | March 7, 2023 |
| Plaintiff serves reply claim construction brief | March 17, 2023 | March 21, 2023 |
| Defendant serves sur-reply claim construction brief | March 31, 2023 | April 4, 2023 |
| Parties file Joint Claim Construction Brief | April 14, 2023 | Unchanged |

No other deadlines are affected by this stipulation.

/s/ Bindu A. Palapura
David E. Moore (No. 3983)
Bindu A. Palapura (No. 5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteraderson.com
*Attorneys for Plaintiff*

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

Dated: September 23, 2022


SO ORDERED this _____ day of _____, 2022.


_____
J.