# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TVISION INSIGHTS, INC.,  )<br>  )<br>Defendant.  ) | C.A. No. 21-1592-CJB<br><br>**JURY TRIAL DEMANDED** |
| THE NIELSEN COMPANY (US), LLC,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TVISION INSIGHTS, INC.,  )<br>  )<br>Defendant.  ) | C.A. No. 22-57-CJB<br><br>**JURY TRIAL DEMANDED** |

## JOINT APPENDIX TO CLAIM CONSTRUCTION BRIEF

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Brandon R. Harper (#6418)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
bharper@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant TVision Insights, Inc.*

Dated: April 14, 2023
10642621 / 14944.00004

## TABLE OF EXHIBITS

## EXHIBITS TO JOINT CLAIM CHART ("JCC" D.I. 82)

| EXHIBIT | DESCRIPTION |
|---|---|
| A | U.S. Patent 7,783,889 B2 |
| B | U.S. Patent 9,202,189 B2 |
| C | Excerpts of File History of U.S. Patent 7,783,889 B2 |
| D | U.S. Patent 6,061,793 B2 |
| E | U.S. Patent 8,489,884 B2 |

## EXHIBITS TO JOINT APPENDIX ("JA")

| EXHIBIT | DESCRIPTION |
|---|---|
| F | Microsoft Computer Dictionary 318 (5th ed. 2002) |
| G | Barron's Dictionary of Computer and Internet Terms (11th Ed. 2012) |
| H | Declaration of David Anderson |
| I | Declaration of Pierre Moulin |
| J | Ruben Puche-Panadero et al., R., *New Method for Spectral Leakage Reduction in the FFT of Stator Currents: Application to the Diagnosis of Bar Breakages in Cage Motors Working at Very Low Slip.*, 70 IEEE Trans. Instrum. Meas. 1–11 (2021) |
| K | Answering Declaration of David Anderson |
| L | Mar. 16, 2023 E-mail from Andrew Russell to Steven Yovits |

10642621