# EXHIBIT F



**PUBLISHED BY**
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
        p. cm.
     ISBN 0-7356-1495-4
     1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.


    AQ76.5. M52267   2002
    004'.03--dc21                                              200219714

Printed and bound in the United States of America.

2 3 4 5 6 7 8 9    QWT    7 6 5 4 3 2

Distributed in Canada by H.B. Fenn and Company Ltd.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com*.

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes


Body Part No. X08-41929

**game tree** *n.* A tree structure representing contingencies in a game and used by game developers for design purposes. Each node in a game tree represents a possible position (for example, the configuration of pieces on a chessboard) in the game, and each branching represents a possible move. *See also* computer game.

**gamut** *n.* The complete range of colors a display or printer is capable of producing. If a color falls outside the gamut of a device, it cannot be accurately displayed or printed from that device.

**gamut alarm** *n.* A feature in graphics programs that alerts the user if a chosen color will fall outside the currently selected gamut. *See also* gamut.

**Gantt chart** *n.* A bar chart that shows individual parts of a project as bars against a horizontal time scale. Gantt charts are used as a project-planning tool for developing schedules. Most project-planning software can produce Gantt charts.

**gap** *n. See* inter-record gap.

**garbage** *n.* **1.** Incorrect or corrupted data. **2.** Gibberish displayed on screen, either due to faulty hardware or software or because a program is unable to display a file's content. For example, an executable file is not meant to be displayed by a text editor and so is indecipherable on screen.

**garbage collection** *n.* A process for automatic recovery of heap memory. Blocks of memory that had been allocated but are no longer in use are freed, and blocks of memory still in use may be moved to consolidate the free memory into larger blocks. Some programming languages require the programmer to handle garbage collection. Others, such as Java, perform this task for the programmer. *See also* heap (definition 1).

**garbage in, garbage out** *n.* A computing axiom meaning that if the data put into a process is incorrect, the data output by the process will also be incorrect. *Acronym:* GIGO.

**gas-discharge display** *n.* A type of flat-panel display, used on some portable computers, containing neon between a horizontal and a vertical set of electrodes. When one electrode in each set is charged, the neon glows (as in a neon lamp) where the two electrodes intersect, representing a pixel. *Also called:* gas-plasma display. *See also* flat-panel display, pixel.

**gas-plasma display** *n. See* gas-discharge display.

**gate** *n.* **1.** An electronic switch that is the elementary component of a digital circuit. It produces an electrical output signal that represents a binary 1 or 0 and is related to the states of one or more input signals by an operation of Boolean logic, such as AND, OR, or NOT. *Also called:* logic gate. *See also* gate array. **2.** The input terminal of a field-effect transistor (FET). *Also called:* gate electrode. *See also* drain (definition 1), FET, MOSFET, source (definition 2). **3.** A data structure used by 80386 and higher microprocessors to control access to privileged functions, to change data segments, or to switch tasks.

**gate array** *n.* A special type of chip that starts out as a nonspecific collection of logic gates. Late in the manufacturing process, a layer is added to connect the gates for a specific function. By changing the pattern of connections, the manufacturer can make the chip suitable for many needs. This process is very popular because it saves both design and manufacturing time. The drawback is that much of the chip goes unused. *Also called:* application-specific integrated circuit, logic array.

**gated** *adj.* **1.** Transmitted through a gate to a subsequent electronic logic element. **2.** Transmitted through a gateway to a subsequent network or service. For example, a mailing list on BITNET may be gated to a newsgroup on the Internet.

**gate electrode** *n. See* gate (definition 2).

**gateway** *n.* A device that connects networks using different communications protocols so that information can be passed from one to the other. A gateway both transfers information and converts it to a form compatible with the protocols used by the receiving network. *Compare* bridge.

**gateway page** *n. See* doorway page.

**gating circuit** *n.* An electronic switch whose output is either on or off, depending on the state of two or more inputs. For example, a gating circuit may be used to pass or not pass an input signal, depending on the states of one or more control signals. A gating circuit can be constructed from one or more logic gates. *See also* gate (definition 1).

**gatored** *vb.* To have been the victim of a hijackware program that seized control of an Internet shopping or surfing experience and caused the victim's browser to display ads and Web sites chosen by the program. Users may be

**logic array** *n. See* gate array.

**logic board** *n.* Another name for motherboard or processor board. The term was used in conjunction with older computers to distinguish the video board (*analog board*) from the motherboard. *See also* motherboard.

**logic bomb** *n.* **1.** A logic error in a program that manifests itself only under certain conditions, usually when least expected or desired. The term *bomb* implies an error that causes the program to fail spectacularly. *See also* logic error. **2.** A type of Trojan horse that executes when certain conditions are met, such as when a user performs a specific action. **3.** *See* Year 2000 problem. **4.** *See* fork bomb.

**logic chip** *n.* An integrated circuit that processes information, as opposed to simply storing it. A logic chip is made up of logic circuits.

**logic circuit** *n.* An electronic circuit that processes information by performing a logical operation on it. A logic circuit is a combination of logic gates. It produces output based on the rules of logic it is designed to follow for the electrical signals it receives as input. *See also* gate (definition 1).

**logic diagram** *n.* A schematic that shows the connections between computer logic circuits and specifies the expected outputs resulting from a specific set of inputs.

**logic error** *n.* An error, such as a faulty algorithm, that causes a program to produce incorrect results but does not prevent the program from running. Consequently, a logic error is often very difficult to find. *See also* logic, semantics, syntax.

**logic gate** *n. See* gate (definition 1).

**logic operation** *n.* **1.** An expression that uses logical values and operators. **2.** A bit-level manipulation of binary values. *See also* Boolean operator.

**logic programming** *n.* A style of programming, best exemplified by Prolog, in which a program consists of facts and relationships from which the programming language is expected to draw conclusions. *See also* Prolog.

**logic-seeking printer** *n.* Any printer with built-in intelligence that lets it look ahead of the current print position and move the print head directly to the next area to be printed, thus saving time in printing pages that are filled with spaces.

**logic symbol** *n.* A symbol that represents a logical operator such as AND or OR. For example, the symbol + in Boolean algebra represents logical OR, as in A + B (read, "A or B," not "A plus B").

**logic tree** *n.* A logic specification method that uses a branching representation. Each of the tree's forks represents a decision point; the ends of the branches denote actions to be taken.

**login** *n. See* logon.

**log in** *vb. See* log on.

**Logo** *n.* A programming language with features that are heavily drawn from LISP. Logo is often used to teach programming to children and was developed originally by Seymour Papert at MIT in 1968. Logo is considered an educational language, although some firms have sought to make it more widely accepted in the programming community. *See also* LISP, turtle, turtle graphics.

**logoff** *n.* The process of terminating a session with a computer accessed through a communications line. *Also called:* logout.

**log off** *vb.* To terminate a session with a computer accessed through a communications line—usually a computer that is both distant and open to many users. *Also called:* log out. *Compare* log on.

**logon** *n.* The process of identifying oneself to a computer after connecting to it over a communications line. *Also called:* login.

**log on** *vb.* To gain access to a specific computer, a program, or a network by identifying oneself with a username and a password. *Also called:* log in. *Compare* log off.

**logon script** *n.* A file assigned to certain user accounts on a network system. A logon script runs automatically every time the user logs on. It can be used to configure a user's working environment at every logon, and it allows an administrator to influence a user's environment without managing all aspects of it. A logon script can be assigned to one or more user accounts. *Also called:* login script. *See also* user account.

**logout** *n. See* logoff.

**log out** *vb. See* log off.

**LOL** *n.* Acronym for **l**aughing **o**ut **l**oud. An interjection used in e-mail, online forums, and chat services to express

# Exhibit G



**BARRON'S**

BUSINESS
GUIDES

# Dictionary of Computer and Internet Terms

### Eleventh Edition

More than 3,200 terms defined and explained, many with
helpful illustrations and tables

Practical guidance for business software users includes
information on computer security law and ethics

Computer science principles and programming, with
examples in several computer languages

New material on Windows, Mac OS X, iOS, tablets,
digital photography and audio, social networking, Linux,
mobile devices, and latest developments

Douglas Downing, Ph.D., Michael Covington, Ph.D.,
Melody Covington, Catherine Anne Barrett,
and Sharon Covington

TVSN_NLSN_00003538

# Dictionary of Computer and Internet Terms

## Eleventh Edition

Douglas A. Downing, Ph.D.
School of Business and Economics
Seattle Pacific University

Michael A. Covington, Ph.D.
Artificial Intelligence Center
The University of Georgia

Melody Mauldin Covington
Covington Innovations
Athens, Georgia

Catherine Anne Barrett, B.F.A.
University of Kentucky Law School
Lexington, Kentucky

Sharon Covington, B.A.
Covington Innovations
Athens, Georgia



BARRON'S

## ABOUT THE AUTHORS

Douglas Downing teaches economics and quantitative methods at the School of Business and Economics at Seattle Pacific University. He is the author of several books in both Barron's E-Z and Business Review series. He is also the author of *Java Programming the Easy Way* and *Dictionary of Mathematics Terms*, published by Barron's Educational Series, Inc. He holds the Ph.D. degree in economics from Yale University.

Michael Covington is Associate Director of the Artificial Intelligence Institute at the University of Georgia. He is the author of several books and over 250 magazine articles. He holds the Ph.D. degree in linguistics from Yale University.

Melody Mauldin Covington is a graphic designer living in Athens, Georgia. She is the author of *Dictionary of Desktop Publishing* (published by Barron's).

Catherine Anne Barrett is a graduate of the Lamar Dodd School of Art (University of Georgia) and a student at University of Kentucky Law School.

Sharon Covington is a graduate of Emory University.

© Copyright 2013, 2009, 2006, 2003, 2000, 1998, 1996, 1995, 1992, 1989, and 1986 by Barron's Educational Series, Inc.

All rights reserved.
No part of this publication may be reproduced or distributed in
any form or by any means without the written permission
of the copyright owner.

Barron's books are available at special quantity discounts to use as premiums and sales promotions, or for use in corporate training programs. For more information, please write to the Special Sales Manager, Barron's Educational Series, Inc., at the mailing address indicated below.

*All inquiries should be addressed to:*
Barron's Educational Series, Inc.
250 Wireless Boulevard
Hauppauge, NY 11788
**www.barronseduc.com**

ISBN: 978-0-7641-4755-5

*Library of Congress Control Number:* 2012021295

**Library of Congress Cataloging-in-Publication Data**
Dictionary of computer and internet terms / Douglas A. Downing . . . [et al.]. – Eleventh ed.
    p.   cm.
  Includes bibliographical references and index.
  ISBN 978-0-7641-4755-5 (alk. paper)
  1. Computers–Dictionaries.   2. Internet–Dictionaries.   I. Downing, Douglas.
  QA76.15.D667   2012
  004.03–dc23

2012021295

PRINTED IN CHINA
9  8  7  6  5  4

cellular service. Many cellular telephones are supplied locked to the company that provided them but can be unlocked to work with other companies. *See also* JAILBREAK.

**2.** to mark a file "read-only" so that software cannot change it. In the Macintosh, this is done by checking the "Locked" box in the "Get Info" window.

**3.** to mark a variable, an open file, or other resource so that other concurrent tasks cannot use it. *See* MULTITASKING.

**log** abbreviation for LOGARITHM. In some languages and spreadsheets, log(x) is the common (base-10) logarithm and ln(x) is the natural (base-$e$) logarithm. In other languages, log(x) calculates the natural logarithm and log10(x) calculates the common logarithm.

**log in** *see* LOG ON.

**log on** (or log in) to identify yourself as an authorized user of a computer or a network at the beginning of a work session.

**logarithm** the power to which a number must be raised in order to give another number.

If $y = a^x$, then $x$ is the logarithm of $y$ to the base $a$ (written as $x = \log_a y$). The most commonly used bases for logarithm functions are 10 and $e$ (approximately 2.718). Base-10 logarithms are called *common logarithms;* base-$e$ logarithms, *natural logarithms* (because integrals and derivatives are simpler with base $e$ than with any other base). For example, the common logarithm of 10,000 is 4 ($\log_{10} 10,000 = 4$) because $10^4 = 10,000$.

If no base is specified in the expression log $a$, then usually base 10 is meant; the natural logarithm of $a$ is written $\log_e a$ or ln $a$.

**logged drive** *see* CURRENT DRIVE.

**logic circuits** electronic circuits that accept binary digits (bits) as inputs and produce an output bit according to a specified rule. For examples *see* AND GATE; OR GATE; NAND GATE; NOR GATE; NOT GATE; FLIP-FLOP. For information on how logic circuits are used, *see* BINARY ADDITION; COMPUTER ARCHITECTURE; DECODER; XOR GATE.

A typical computer represents 1 (logic "true") as +5 volts and 0 as 0 volts. More precisely, 1 is represented by a connection to the +5-volt power supply (directly or through a resistance), and 0 is represented by a connection to ground. Note that 0 is not merely the absence of a voltage; logic circuits differ as to how they handle an unconnected input.

Basically, logic circuits are switching circuits. Figure 159(A) shows a NOT gate implemented as a switch. The output is +5 volts (binary 1, logic "true") whenever the switch is *not* closed. (When the switch is closed, the resistor dissipates the voltage and the output is connected to ground.) That is, the output is the negation of the state of the switch.

For this to be usable in a computer, the switching has to be controlled by an electrical signal. Figure 159(B) shows what happens when the

**logic circuits**                                                    298

switch is replaced by a switching transistor. The transistor conducts when its base is at least 0.6 volts above ground (i.e., when its input is binary 1). When the transistor is conducting, the effect is the same as the closed switch, and the output is 0. Thus, the output is the negation of the input, and the NOT gate works correctly.



(A)                                                    (B)

FIGURE 159. NOT gate built with a switch (A) and a transistor (B)

Figure 160 shows how to build a NAND gate out of two diodes, two resistors, and a transistor. This circuit is very similar to what is used inside TTL integrated circuits. The output is 0 ("false") if and only if both of the inputs are binary 1 (+5 volts). In that situation, the diodes do not conduct, the base of the transistor receives current through the resistor, and the transistor conducts. But if even one of the inputs is binary 0 (connected to ground), the base of the transistor is held low and the transistor does not conduct, so the output is binary 1. To understand this circuit, it is very important to remember that binary 0 is represented by a connection to ground, not merely the absence of a voltage. Like real TTL ICs, this circuit happens to treat disconnected inputs as binary 1.



FIGURE 160. NAND gate built with transistors and diodes

TVSN_NLSN_00003542

NAND gates are important because all the other gates can be built from them (Figure 161). A NOT gate is simply a NAND gate with only one input, or with all its inputs tied together; an AND gate is a NAND gate followed by a NOT gate; and so on. In a similar way, all the types of gates can be built from NOR gates.



FIGURE 161. Logic circuits made from NAND gates

Instead of TTL circuits, newer ICs use CMOS (complementary metal-oxide semiconductor) switching transistors, which come in pairs that respond to opposite polarities, so that one switches off whenever the other switches on. This makes it easy to connect the output either to +5 volts or to ground depending on the input. However, the circuits inside practical CMOS gates are too complicated to diagram here.

**logic diagram** an electronic circuit diagram that shows gates and other components that affect logic signals, but does not show the power supply or other non-digital electronic subsystems. *See* ELECTRONIC CIRCUIT DIA-GRAM SYMBOLS.

**logic programming** a method of writing computer programs based on the mathematical study of logical reasoning. Logic programming is used in the computer modeling of human thinking. For examples, *see* PROLOG.

**logical**
   1. possessing or pertaining to logic (in any of various senses).
   2. described from the viewpoint of software. For example, if a single disk drive is divided into two partitions which the computer handles separately, it can be said to comprise two logical disk drives.

# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1592-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-057-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DAVID ANDERSON**

I, David Anderson, declare as follows:

1.      I have been asked by counsel for TVision Insights, Inc. ("TVision") to provide my opinions regarding the meaning of certain claim terms U.S. Patent Nos. 7,783,899 (the "'889 patent") and 9,020,189 (the "'189 patent").

2.      I am being compensated at an hourly rate of $450. I am also being reimbursed for any out-of-pocket expenses. My compensation does not depend in any way on the particular testimony or opinions that I express in this declaration or on the outcome of this litigation.

3.      I submit this declaration after having reviewed the '889 patent, the '189 patent, their file histories, the Joint Claim Construction Statement, and The Nielsen Company (US) LLC's ("Nielsen") Opening Claim Construction Brief. I also reviewed the material specifically cited within this declaration.

4.      All of the opinions stated in this declaration are based upon my own personal knowledge. If called as a witness in this matter, I am prepared to testify competently about them.

5.      My qualifications as an expert are detailed in my curriculum vitae, which is attached hereto as Exhibit A.

6.      I am a professor in the School of Electrical and Computer Engineering at the Georgia Institute of Technology ("Georgia Tech") in Atlanta, Georgia.  I have been a professor at Georgia Tech since 1999.  In 2009 I served as a visiting professor in the Department of Computer Science at Korea University in Seoul, South Korea.

7.      I received my Ph.D. in Electrical and Computer Engineering from Georgia Tech in 1999. I received my B.S. and M.S. in Electrical Engineering from Brigham Young University in 1993 and 1994, respectively.

8.      In my employment prior to Georgia Tech as well as in my subsequent studies and research, I have worked extensively in areas related to the research, design, and implementation of speech and audio processing systems, as well as in signal processing, including work on face recognition, optical flow (analysis of movement in video images), and imaging. I have also taught graduate and undergraduate level courses at Georgia Tech on the implementation of human-centered computing applications.  For example, I have taught courses on machine learning for speech, pattern recognition, multimedia processing and systems, software design, real-time signal processing systems, and applications of signal processing (covering topics in audio processing and speech recognition).  I have also designed and taught a course on signal processing in the context of human perception.  These courses and my research have covered many topics relevant to the subject matter of the patents at issue and the prior art cited therein.

9.      I also have extensive experience with software design for embedded systems and various aspects of real-time signal processing.  For example, I supervised the student development of an ultra-low-power hotword detector using a micro-power analog processing front end with a low-power microcontroller for recognition.  This system was designed to wake up a more powerful processor upon detection of a hotword.  In 2004, I received the Presidential Early Career Award for Scientists and Engineers, presented by then-President George W. Bush, for my work on ultra-low-power signal processing system design.

10.      I have served as principal investigator or co-principal investigator in numerous multi-disciplinary research projects including "Improved Speech Analysis, Coding, and Enhancement using Microradars," "Low–Power Analog Image Processing Using Transform Imagers," "The behavioral simulation results of the optical flow estimation algorithm for CADSP system design," "Blind Source Separation for Audio," "Audio Classification," "Auditory Scene Analysis," "Hearing Aid Audio Processing," "Speaker Driver Sound Enhancement," "I-Vector Based Voice Quality," "Analysis of Voice Exercise Using Signal Processing," and "Smart Homes for Effective and Safe Remote Work During a Pandemic and Beyond."

11.      I have published over 200 book chapters and papers in reviewed journals and conferences. Topics include those such as "A physiologically inspired method for audio classification," "Checkerboard-type filtering for a low-power gradient-based optical flow estimation system," "The wavelet-based multi-resolution motion estimation using temporal aliasing detection," "Improved wavelet-based embedded image coding using a dynamic index reordering vector quantizer," "Compressive sensing on a CMOS separable transform image sensor," "Improved wavelet-based embedded image coding using a dynamic index reordering

3

vector quantizer," "Modulation features: In pursuit of invariant representations of music with application to unsupervised source identification," "Online tensor robust principal component analysis," "Distributed acquisition and processing systems for speech and audio," "A missing data-based feature fusion strategy for noise-robust automatic speech recognition using noisy sensors," "Learning distances to improve phoneme classification," "Identification of voice quality variation using i-vectors," "Varying time-constants and gain adaptation in feature extraction for speech processing," "Low bit-rate coding of speech in harsh conditions using non-acoustic auxiliary devices," "Multi-sensor spectro-temporal comb filtering for speech enhancement," "Evaluation of a hearing compensation algorithm," "Speech analysis and coding using a multi-resolution sinusoidal transform," "Biologically inspired auditory sensing system interfaces on a chip," "Cascade classifiers for audio classification," and "A multi-channel temporal attention convolutional neural network model for environmental sound classification." I have also contributed book chapters for treatises such as "Independent Component Analysis for Audio and Biosignal Applications," and written a book on Fixed-Point Signal Processing which is related to the practical implementation of systems for processing sound and other signals.

12.     I am a named inventor on eight patents, including "Speech activity detector for use in noise reduction system, and methods therefor" (U.S. Patent No. 6,351,731), and "Analog audio signal enhancement system using a noise suppression algorithm" (U.S. Patent No. 7,590,250).

13.     I am a Senior Member of the Institute of Electrical and Electronics Engineers ("IEEE") and have been a Member since 1991. I am also a Member of the IEEE Signal Processing Society and Communications Society.  From 1994 to 2016, I was also a member of

the Acoustical Society of America. In 2003, I served as the Co-Chair for the NSF Symposium on Next Generation Automatic Speech Recognition.

14.     I have won numerous awards for my work including the Presidential Early Career Award for Scientists and Engineers, being named a US Frontiers of Engineering Fellow by the National Academy of Engineering, and being named a Frontiers of Science Fellow by the National Academy of Science.

## I.     U.S. PATENT NO. 7,783,889 B2

### A.     Fast Fourier Transform Operations

15.     Counsel for TVision has asked me to explain the operation of a Fast Fourier Transform ("FFT").

16.     An FFT is a mathematical operation that converts a signal from the time domain to the frequency domain. FFT operations are well known in the signal processing field, and are not unique to the '889 patent.

17.     To aid in describing the operation of an FFT, I created several example depictions of an audio signal. The first, shown below, depicts the signal as recorded in the time domain:



*Figure 1: Time Domain Audio Signal*

18.     The audio signal shown in Figure 1 consists of a number of samples captured over a period of time.

19.     Performing an FFT of the signal shown in Figure 1 returns the frequency content of a signal, resulting in a frequency spectrum consisting of the magnitude and phase for each

FFT frequency bin. Audio signals are real-valued, that is, the samples can be expressed using real numbers instead of complex numbers.  For such signals, an FFT having a size parameter, *N,* will return *N* values; but only N/2+1 of those values contains unique information.  Therefore, in the discussion below and consistent with standard practice, only the N/2+1 unique values will be shown and discussed.  The other values correspond to "negative frequencies" and only have significance for complex valued signals.

20.     Figure 2 shows the result of an FFT of the signal shown in Figure 1, showing the magnitude of each FFT bin.



*Figure 2: Result of FFT*

21.     Each of the red circles in Figure 2 shows the magnitude of a frequency component corresponding to a frequency "bin." Each bin is numbered with an index (0, 1, 2, 3, and so on). In the example shown in Figure 2, the bins are numbered 0 through 64.  The spectral power of each frequency component is a function of its magnitude.

22.     The number of bins returned by the FFT depends on the parameters of the FFT operation, not on the content of the signal analyzed. For signals that are longer than the FFT length, *N*, the signal may be divided into shorter sections and analysis may then be performed on those short sections (often called blocks, frames, or windows). The FFT shown in Figure 2, for example, will always return 65 evenly-spaced bins, regardless of the signal, for the positive frequency portion of the spectrum as shown in Figure 2. The magnitude of each frequency

6

component, on the other hand, will vary depending on the content of the underlying signal.  For some signals, some of the frequency components may have no magnitude or spectral power at all (a value of zero).

23.     A signal may include an infinite number of frequencies and may contain components of any frequency of up half of the frequency at which the signal was sampled. However, there are only a finite number of frequency bins with which to represent that variety of frequencies.  As a result, each bin represents the contribution of a range or band of frequencies in the original signal.

24.     An FFT can be performed in such a way that it returns any number of bins.  As the number of bins increase, the portion of the underlying frequencies each bin represents will decrease. The person or software performing the FFT determines the number of bins.

25.     Figure 3 illustrates which frequencies contribute to a particular FFT output value (in this example, bin 4) and the relative weight or contribution strength of each frequency:



*Figure 3: An FFT Component Overlaid with the Range of Frequencies that Contribute to It*

26.     The bin number can be converted to a frequency if the original sampling frequency is known.

27.     For example, if the original signal was sampled at 16 kHz, then the spacing between each bin shown in Figure 3 is 16000/(16*2)=500 Hz, where 16 is the FFT length

divided by two.[1]  For this example, the value of FFT bin 4 represents, primarily, the contribution of frequencies between 1500 Hz and 2500 Hz.

28.     Thus, each FFT bin represents the frequency content in the original signal over a range of frequencies.

29.     An FFT is a mathematical operation. It does not choose or select frequency components. Instead, it results in a frequency spectrum showing the contribution of the frequency components of the underlying signal corresponding to predetermined bins.

**B.     Concatenation**

30.     The specification of the '889 patent refers to "concatenating" the descriptors of a descriptor set. *See, e.g.*, '889 patent, 16:12-15.

31.     As used in the art, in this context, concatenation means to join the numbers or characters together.

32.     For example, the following descriptor set consists of 8 bits: 1, 0, 1, 1, 1, 0, 1, 1. Concatenating those bits results in an 8-bit signature of 10111011.

**II.     U.S. PATENT NO. 9,020,189 B2**

33.     The '189 patent, titled Methods and Apparatus to Monitor Environments, is a patent in the image sensing and signal processing field of electrical engineering aimed at, among other things, counting the number of people who are in the presence of sensors. The patent describes itself as relating to "audience measurement" and "monitor[ing] environments." A focus of the patent, particularly as it relates to the asserted Claim 9, is using two image sensors—a two-dimensional ("2D") sensor and a three-dimensional ("3D") sensor—to count the number of people in an audience.

---

[1] As explained above, for a length 32 FFT, only the bins 0-16 bins would provide unique information for a real signal.

34.     Based on my review of the specification, a person of ordinary skill in the art,
would have a bachelors degree in electrical engineering (or a related field, such as computer
engineering or even computer science, assuming that there is coursework in circuits and
hardware, which is common in computer science curricula), or its equivalent, with course work
in signal processing (which is standard in electrical engineering curricula) and image sensors or
optics (which is common in electrical engineering curricula), and would likely have
approximately a year of practical work or research experience in optics, image processing, or
image sensing, or its equivalent. More practical work or research experience could compensate
for a lower level of educational experience or vice versa. This level of skill is apparent from the
depth of discussion of 2D and 3D image-sensing devices and associated signal processing
throughout the specification, which would be within the grasp of entry level masters or graduate
students in electrical engineering, as well as the various forms of implementation (e.g., hardware
or software). Given the patent's focus on image sensing or optics in the patent, I have suggested
that a person of ordinary skill in the art would also have a year of practical (work or research)
experience in those areas, although it is also plausible that a student who has completed
undergraduate coursework in image sensing and optics would not need the additional year of
practical experience. I more than satisfied these requirements as of the 2012 filing date of the
patent (and, indeed, well before). When referencing those of ordinary skill in the art for purposes
of the '189 patent, I am referring to the class of people I describe in this paragraph,[2] as of the
2012 filing date.[3]

---

[2] I note, however, that even if the person of ordinary skill in the art is found to have significantly more experience or expertise, as I do, that would not be material to the opinions I provide herein.

[3] Likewise, this specific reference date is not material to the opinions I provide herein. For instance, the opinions I provide herein would also be valid for a 2005 reference date or a 2017 reference date.

35.    One issue I was asked to opine on was whether a person of ordinary skill in the art would understand the terms "first data analyzer" and "second data analyzer," as used in Claim 9, to refer to the name of a structure, or if instead, those phrases would be understood to recite a function, without necessarily reciting a structure. In my view, phrases like "first data analyzer" and "second data analyzer," as used in the '189 patent (or even otherwise) certainly are ***not*** names for structures to those of ordinary skill in the art.

36.    A "data analyzer," as used in the '189 patent, and as understood by those of skill in the art, is a generic term for some module that analyzes data. The term "data analyzer" is not used in the common parlance of those of skill in the art to refer to the name of any particular structure or set of structures. As the patent itself makes clear, the "analyzer" may be implemented by "hardware, software, firmware, and/or any combination" thereof, and that this expressly includes "a tangible computer readable storage medium such as a storage device or storage disc storing the software and/or firmware." '189 patent at 10:11-41, 17:66-18:11, 18:36-39. Those options seem to cover the entire universe of possible ways to build anything in electrical engineering (not just a data analyzer)—without providing any name or indication of a particular structure. A person of ordinary skill in the art would understand that the data analyzer has the function of analyzing data (which I address more specifically below), but would otherwise not have any understanding as to what structure is contemplated, and indeed, would understand that there is no limitation on the structure (so long as it is able to perform the data analyzing function). This would be akin to describing a component of a mechanical invention as an "attaching mechanism" (or, perhaps even more analogously, an "attacher"), and specifying that it could be made of a solid, liquid, gas, plasma, subatomic particles, or any combination thereof. The "attaching mechanism" or "attacher" would be understood to be anything (e.g., a

screw, a nail, a staple, scotch tape, solder, the application of heat, etc.) that performs the function of attaching, without any indication of what the specific structure is.

37.     I have performed a search for the term "data analyzer" in IEEE Xplore—which contains academic articles and various technical dictionaries for electrical engineering (which includes the specialization of signal processing) and computer science from 1994 to 2012—and the search results were consistent with what I've described above. "Data analyzer" simply is not used as a term of art to name a particular structure. The electrical engineering dictionaries do not even include the term "data analyzer." As for the academic articles, in the context of a particular electronic device or piece of software, a "data analyzer" may refer to a specific hardware, software, or firmware (which is really just a form of software) implementation. But any of these is possible, which is consistent with the guidance in the '189 specification.

38.     In terms of the function that the "data analyzers" are expected to perform, that information appears to be laid out in claim 9 itself. The first data analyzer is expected to "execute a first recognition analysis on three-dimensional data representative of a first object within a threshold distance from the three-dimensional sensor" and the second data analyzer is expected to "execute a second recognition analysis on two-dimensional data representative of a second object outside the threshold distance from the three-dimensional sensor."

39.     Notably, however, the remainder of claim 9 does provide further information on the nature of the "first recognition analysis" (effectively for recognizing a first object) and the "second recognition analysis" (effectively for recognizing a second object). This is because ultimately, the results of the first recognition analysis and the second recognition analysis are fed into the claimed "counter." Specifically, claim 9 states: "a counter to combine a first detection of a first person provided by the first data analyzer and a second detection of a second person

provided by the second data analyzer to generate a people count for an environment." It is therefore clear that the first and second recognition analyses must ***at least*** be adequate to detect people. I understand that the function of the data analyzer terms is written more broadly, however, because those analyzers may also need to be able to identify objects that are ***not*** people, so that the audience measurement device knows not to count them. *See, e.g.*, '189 patent at 2:47-50 (describing, with respect to the prior art, that "a non-human object, such as a picture of a human face hanging on a wall, is sometimes mistaken for a human face in such known systems, thereby improperly inflating the tally for the corresponding frame").

40.     Among other things, I reviewed the specification citations for both parties in the Joint Claim Construction Chart, for the purpose of determining what disclosed structure or algorithm performs these functions described above, and found none.

41.     Specifically, with respect to the data analyzers, Figure 3 does include a disclosure on the "first data analyzer" (*i.e.*, a "3D Data Analyzer 300") and the "second data analyzer" (*i.e.*, a "2D Data Analyzer 302"). However, this figure does not include adequate detail to determine how the data analyzers perform a recognition analysis on either 3D or 2D data representative of objects within or outside a threshold distance. At most, Figure 3 provides high-level modules that each data analyzer contains. For the 3D analyzer, Figure 3 discloses a depth filter, body recognizer, skeletal frame generator, face recognizer, gesture recognizer, and crossover detector. And for the 2D analyzer, Figure 3 discloses a body recognizer, face recognizer, analysis trigger, and analysis limiter. But how the data analyzers would recognize an object (let alone a person) is not explained. To provide an analogy, if a claim were to recite a "hot dog preparer" for the function of "preparing a hot dog" and the specification were to disclose a grilling mechanism with a "heating component," "holding component" "movement component," and "timing

12

component," such a disclosure would not provide an adequate disclosure of the structure of the claimed device.

42.     I then reviewed the text describing the 3D Data Analyzer 300 and 2D Data Analyzer 302 of Figure 3 ('189 patent at 11:4-18:44), even though significant portions of these disclosures were not cited by either party in the Joint Claim Construction Chart. With respect to the 3D Data Analyzer 300, the relevant text regularly references "one or more 3D-based recognition analyses on objects appearing in the environment" (*id.* at 11:5-8,), "a 3D-based recognition analysis" (*id.* at 11:53-54), "one or more 3D-based recognition analyses capable of identifying a set of data points as corresponding to a body and/or a body part of a person" (*id.* at 12:27-30), "[t]he recognition analyses implemented by the example body recognizer 308 of FIG. 3" (*id.* at 12:38-40) "a 3D-based recognition analysis" (*id.* at 13:18-20). *See also id.* at 14:20-30. But the text provides scant to no detail of how these 3D recognition analyses are actually performed ***in order to detect a person*** (as required by the claim). The only details that are provided are: an example 3D recognition analysis is "based on, for example, three-dimensional shapes known to correspond to the corresponding body part(s) and/or a training algorithm that improves over time based on learned information" (*id.* at 12:38-42). But this is hardly enough detail to glean an algorithm ***for recognizing a person***. The purported "training algorithm that improves over time" is not disclosed at all. And the correspondence of 3D shapes to body parts is not nearly sufficient to detect an object. There is no disclosure of how to deal with false positives or false negatives (*e.g.*, 3D shapes that resemble body parts but that aren't body parts), how to disambiguate and correlate body parts into bodies (if there are four arms, does that represent 2 front-facing bodies, 4 bodies facing sideways, or some combination of the two, such that there are three bodies?), or how to even select which image data from the 3D sensor resulted in a

13

shape in the first place (e.g., if someone is wearing a sweater, how do you identify where the arm ends and the torso begins, so as to identify a shape in the first place?). None of these algorithmic basics (among others) for executing a recognition analysis that is capable of detecting a person are disclosed.

43.     The disclosures for the second data analyzer (the 2D data analyzer) are similar. There are regular references to "one or more 2D-based recognition analyses" (*id.* at 14:44-46, 15:30-32, 15:35-44, 15:55-58, 15:62-64, 16:11-14, 16:26-27, 16:34, 16:40-42, 16:44-45, 17:1-6, 17:19-20, 17:23-24). And while the specification does disclose, when to perform these analyses, how to trigger these analyses, and in what portion of the frame to perform these analyses, the 2D-based recognition analyses themselves (i.e., the function described in the claim), are not disclosed, and certainly not at a level adequate to detect a person, as Claim 9 requires.

44.     Further discussion and references of the 2D and 3D recognition analyses are included in Figures 5 and 6 and their corresponding text, but again, there is no disclosure of a any particular algorithm for such an analysis that is sufficient to detect a person. Accordingly, in my opinion, there is no adequate disclosure of a structure or algorithm of a data analyzer for performing the stated functions of executing the first or second recognition analyzes, which are capable of detecting a person.

45.     Another (somewhat related) issue that I was asked to opine on was what it means for a certain component of the "audience measurement device" described in Claim 9 to be "implemented via a logic circuit." Specifically, Claim 9 states "wherein at least one of the first data analyzer, the second data analyzer or the counter is implemented via a logic circuit." I agree with TVision's proposed construction that this phrase means: "Wherein the logic of at least one

of the first data analyzer, the second data analyzer or the counter is implemented in the circuitry of a logic circuit."

46.     When a function or module is "implemented via a logic circuit," the logic of the function or module is implemented in the logic circuit's circuitry. By contrast, when a function or module is implemented in software, the logic of the function or module is implemented in the software's instructions.

47.     This is a straightforward issue, particularly in light of the above discussion on data analyzers. As the patent clearly contemplates, many of the components of the audience measurement device can be implemented in a wide variety of hardware, software, or combined forms:

> "the example three-dimensional analyzer 300, the example two-dimensional analyzer 302, the example body tracker 304, the example depth filter 306, the example body recognizer 308, the example skeletal frame generator 310, the example face recognizer 312, the example gesture recognizer 314, the example body counter 316, the example crossover detector 320, the example body recognizer 322, the example face recognizer 324, the example analysis trigger 326, the example analysis limiter 328, and/or, more generally, the example people analyzer 208 of FIG. 3 *may be implemented by hardware, software, firmware and/or any combination of hardware, software and/or firmware*. Thus, for example, any of the example three-dimensional analyzer 300, the example two-dimensional analyzer 302, the example body tracker 304, the example depth filter 306, the example body recognizer 308, the example skeletal frame generator 310, the example face recognizer 312, the example gesture recognizer 314, the example body counter 316, the example crossover detector 320, the example body recognizer 322, the example face recognizer 324, the example analysis trigger 326, the example analysis limiter 328, and/or, more generally, the example people analyzer 208 of FIG. 3 *could be implemented by one or more circuit(s), programmable processor(s), application specific integrated circuit(s) (ASIC(s)), programmable logic device(s) (PLD(s)) and/or field programmable logic device(s) (FPLD(s)), etc. When any of the system or apparatus claims of this patent are read to cover a purely software and/or firmware implementation*, at least one of the example three-dimensional analyzer 300, the example two-dimensional analyzer 302, the example body tracker 304, the example depth filter 306, the example body recognizer 308, the example skeletal frame generator 310, the example face recognizer 312, the example gesture recognizer 314, the example body counter 316, the example crossover detector 320, the example body recognizer 322, the example face recognizer 324, the example analysis trigger 326, the example analysis limiter 328, and/or, more generally, the example people analyzer 208 of FIG. 3 *are hereby expressly defined to include a tangible computer readable storage medium such as a storage device or storage disc storing the software and/or firmware*."

15

'189 patent 17:64-18:39; *see also* 10:6-11:47. Although claim 9's specific recitation of a logic circuit is not specifically recited in the laundry list of potential implementations in column 10, lines 11-30, that list does include "one or more circuit(s)," and a "logic circuit" is a known form of circuit. This passage begins with a general description that any of the listed components can be implemented in hardware, software, firmware, or a combination thereof; it then lists a set of hardware and combined hardware/firmware implementation options (starting with "one or more circuit(s) and ending with FPLD's). And finally, it references "purely software and/or firmware implementations," which are stored on tangible computer readable storage media.

48.    To clarify some terminology, firmware is a type of software that uses lower-level commands to program and control hardware functionality. Non-firmware software is higher-level in that it is typically focused on algorithm implementation. It is written in well-known software languages like C, C++, Java, Python, HTML, Pascal, etc. By contrast, firmware is typically much harder for human programmers to program in or read directly, because it often uses lower-level commands (such as, for instance, storing individual bits of data in specific locations). For example, in a camera system, the firmware may control how data is extracted from the image sensor which non-firmware software may be focused on the image analysis. Additionally, FPLDs are integrated circuits composed of logic elements which, when configured, form logic circuits.

49.    As described further below, a logic circuit is a type of hardware implementation. Logic circuits use logic gates (most commonly implemented by transistors) to perform logic functions. Well known logic gates are AND gates (that perform an "AND" function), OR gates (that perform an "OR" function), NOT gates (that perform a "NOT" function), and gates that can be derived therefrom, namely, XOR gates (that perform the exclusive-OR function), and NAND

and NOR gates (that perform "NAND" and "NOR" functions, respectively). These gates each operate on binary data, returning binary output(s) based on the outcome of a specific operation. For example, a two-input AND gate has two inputs whose values represent either 0 or 1. If both inputs are '1' then the output is '1,' otherwise the output is '0.'

50.     Using logic gates as basic building blocks, complicated functionality can be realized. For example, using only a NAND gates, it is well-understood how to build logic circuits that implement the operations of adding, counting, multiplying, and comparing for numbers represented as binary data. These logic circuits can have further functionality such as a binary input to a counter that causes the counter to reset or another input that causes the counter to count up or down. Such logic circuits are very resource efficient in terms of power consumed, space required, and speed of operation. However, their functionality is "baked-in" at design time and not subject to change by software. For example, a counter circuit cannot be changed into another type of logic circuit by use of software. Rather, it would have to be redesigned and remade to change its functionality.

51.     For example, the Barron's Business Guides Dictionary of Computer and Internet Terms (11th Ed. 2012) defines "logic circuit" as "electronic circuits that accept binary digits bits as input and produce an output bit according to a specified rule For examples see AND GATE; OR GATE; NAND GATE; NOR GATE; NOT GATE; FLIP-FLOP…." The Dictionary goes on to provide a helpful discussion of how these types of logical gates perform logical operations.

52.     There are some important observations about the patent's discussion of the various types of implementations, as well as the claims. First, as discussed above, when the patent discusses purely software and/or firmware implementations, these are implementations that require the software instructions to be stored on a computer readable storage medium.

Second, the specification expressly contemplates that even though many different implementations are possible for any specific component, the patent claims may specify a form of implementation. *See* '189 patent at 18:25-27 ("When any of the system or apparatus claims of this patent are read to cover a purely software and/or firmware implementation…."). It therefore does not appear to be inconsistent with the specification that Claim 9 specifies a particular form of implementation. Third, I note that Claim 1 and its dependent claims are written in a format to require a "machine readable storage medium"—so this seems to be the scenario that the specification was referring to where "claims of this patent are read to cover a purely software and/or firmware implementation." Fourth, in contrast to Claim 1 and its dependent claims, Claim 9 expressly seems to be a different type of claim, where the required implementation is in a "logic circuit" (as opposed to in software). Fifth, notably, Claim 9 requires only one of three different components (the first data analyzer, the second data analyzer, and the counter) to be implemented via a logic circuit. So in any particular claimed device, two of the three components can be implemented completely in software. And Claim 9 is broad enough to cover devices where any of the three components is implemented completely in software just so long as another of the components is implemented via a logic circuit.

53.    I disagree with Nielsen's proposed construction that "implemented via a logic circuit" means "implemented via one or more electronic circuits that process information by performing logical operations on the information."

54.    The problem with Nielsen's proposed construction is that it appears to sweep in software implementations. The specification makes clear—consistent with the understanding of those of skill in the art—that "purely software and/or firmware implementations" are not implemented in circuits; instead, the instructions for a purely software or firmware

implementation are stored in a storage device (*i.e.*, a tangible computer readable medium). '189 patent 17:64-18:39; *see also* 10:6-11:47.

55.     The ambiguity that Nielsen's construction seems to rely on is the fact that when persons of skill in the art talk about a "software implementation" they do not consider the circuitry associated with the general-purpose processor that executes the software to be part of the implementation. If you counted the processor circuitry as part of the implementation, then there would never be any such thing as a "purely software implementation" because software (i.e., a set of computer instructions) always needs hardware (e.g., a processor, with circuitry) to execute it. So, when Claim 9 recites a certain component being "implemented via a logic circuit," it is not referencing the logic circuit that might be part of a general-purpose processor that is running a software implementation. Instead, it is referencing a situation where the logic of that component is implemented in the circuitry of a logic circuit. The problem with Nielsen's construction is that it does not specify where the logic of the listed component (i.e., the first data analyzer, the second data analyzer, or the counter) resides. Instead, it would allow for a situation where the logic of all three components resides entirely in software, and where the only circuitry involved is the general-purpose computer processor circuitry that executes the software. That is inconsistent with how a person of ordinary skill in the art would read the claim.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 7, 2023 in Atlanta, Georgia.

David Anderson

# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TVISION INSIGHTS, INC., <br><br> *Defendant.* | C.A. No. 1:21-cv-01592-CJB <br> Magistrate Judge Christopher J. Burke <br><br> **JURY TRIAL DEMANDED** |
| THE NIELSEN COMPANY (US), LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> TVISION INSIGHTS, INC., <br><br> *Defendant.* | C.A. No. 1:22-cv-0057-CJB <br> Magistrate Judge Christopher J. Burke <br><br> **JURY TRIAL DEMANDED** |

## <u>Declaration of Pierre Moulin</u>

I, Pierre Moulin, declare as follows:

1.      I have been retained by The Nielsen Company (US), LLC ("Nielsen") to provide

an independent opinion regarding certain issues relating to the meaning of terms to a person of

ordinary skill in the art in the field of U.S. Patent Nos. 7,783,889 ("the '889 Patent") and

9,020,189 ("the '189 patent").

2.      I am not an employee of Nielsen or any affiliate or subsidiary of Nielsen. Nor do I

have a financial interest in Nielsen or the outcome of this case. I am being compensated for my

work at my standard consulting rate. My compensation is not dependent on the outcome of this case or on the content of my opinions.

3.        In my opinion, a person of ordinary skill in the art in the field of the '889 Patent would have a working knowledge of basic computer technology and automatic content recognition technology. The person would gain this knowledge through either (i) an undergraduate Bachelor of Science degree in Computer Science or Electrical Engineering or a comparable field, and at least three years of work experience in relevant fields; or (ii) a Master's degree in Computer Science or Electrical Engineering and at least one year of work experience in relevant fields. I base these statements on my experience, including my knowledge of colleagues and others at the time of the invention of the '889 and '189 Patents.

4.        Unless otherwise noted, the statements made in this Declaration are based on my personal knowledge, and if called to testify about this declaration, I could and would do so competently and truthfully.

5.        A detailed record of my professional qualifications, including cases in which I have been an expert witness, attached to this Declaration as Exhibit A.

6.        The opinions expressed in this Declaration are a result of my years of experience in the field.

7.        I am not a legal expert and offer no opinions on the law.

8.        I am a Professor at the University of Illinois ("UIUC") in the Department of Electrical and Computer Engineering, a Research Professor in the Coordinated Science Laboratory, and a faculty member in the Beckman Institute for Advanced Science and Technology and its Image Formation and Processing Group. I am also a member of the

Information Trust Institute and the founding director of the Center for Information Forensics, a multidisciplinary research center.

9.      I am an experienced researcher and educator in the field of computer engineering, with expertise in signal processing, audio and video processing, information theory, machine learning, and large data systems.

10.      I have experience and expertise in numerous areas including information theory, audio and video processing, spectral analysis, statistical signal processing and modeling, decision theory, information hiding and authentication, and the application of multi-resolution signal analysis, optimization theory, and fast algorithms to these areas. As part of my professional research, I have studied automated content filtering, commonly referred to as digital "fingerprinting," as it applies to both video and audio electronic content.

11.      I have more than 35 years of experience in the field of electrical and computer engineering since receiving my bachelor's degree in 1984. I have 26 years of experience as a professor in the Electrical and Computer Engineering Department of UIUC.

12.      During this time, I have led, overseen, and contributed to numerous research projects involving technical concepts that are closely related to the technology at issue in the '889 Patent. For example, I am a co-researcher/co-author on the following papers, full details of which are set forth in Exhibit A:

- F. Zhang and P. Moulin, "A New Variational Method for Deep Supervised Image Hashing," *Proc. ICASSP*, Barcelona, Spain, May 2020.

- H. Yu and P. Moulin, "SNR Maximization Hashing," *IEEE Trans. Information Forensics and Security*, Vol.10, No. 9, pp. 1927-938, Sep. 2015.

- H. Yu and P. Moulin, "Multi-Feature Hashing Based on SNR Maximization," *Proc. ICIP*, Quebec City, Canada, Sep. 2015.

- V. E. Liong, J. Lu, G. Wang, P. Moulin, and J. Zhou, "Deep Hashing for Compact Binary Codes Learning," *Proc. CVPR*, June 2015.

- H. Yu and P. Moulin, "Regularized Adaboost Learning for Identification of Time-Varying Content," *IEEE Trans. on Information Forensics and Security*, Vol. 9, No. 10, pp. 1606-1616, Oct. 2014.

- R. Naini and P. Moulin, "Fingerprint Information Maximization for Content Identification," *Proc. ICASSP*, Florence, Italy, pp. 3809-3813, May 2014.

- H. Yu and P. Moulin, "Regularized Adaboost for Content Identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

- H. Yu, P. Moulin and S. Roy, "RGB-D Video Content Identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

- P. Moulin, "Statistical Modeling and Analysis of Content Identification and Retrieval," *Proc. Information Theory and Applications Workshop*, San Diego, CA, Feb. 2010.

- J. L. Cannons and P. Moulin, "Design and Statistical Analysis of a Hash-Aided Image Watermarking System," *IEEE Trans. on Image Processing*, Vol. 13, No. 10, pp. 1393-1408, Oct. 2004.

- R. Venkatesan, M. Jakubowski, S.-M. William Koon and P. Moulin, "Robust Image Hashing," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

- P. Moulin, "A Multiscale Relaxation Technique for SNR Maximization in Nonorthogonal Subband Coding," *IEEE Trans. on Image Processing*, Vol. 4, No. 9,

pp. 1269-1281, Sep. 1995 (IEEE Signal Processing Society 1997 Senior Best Paper Award).

- P. Moulin, "Wavelet Thresholding Techniques for Power Spectrum Estimation," *IEEE Trans. on Signal Processing,* Vol. 42, No. 11, pp. 3126-3136, Nov. 1994.

13.     I have taught numerous courses on technology relating to audio and video processing, digital signal processing, information theory, and detection and estimation theory. I have developed courses in image and video processing, machine learning, and large data computing.

14.     In my career field, I have received numerous accolades for my contributions to electrical and computer engineering, including being elected as Fellow of the IEEE in 2003 and being awarded the IEEE Signal Processing Society 1997 Senior Best Paper Award for a paper in the area of multiresolution analysis and subband signal coding. In 2018, I was honored to receive the Ronald W. Pratt Faculty Outstanding Teaching Award. I served on the IEEE Signal Processing Society Board of Governors from 2005-2007 and the IEEE Information Theory Society Board of Governors from 2016-2018. I also served as IEEE Signal Processing Society Distinguished Lecturer from 2012-2013.

15.     I received my D.Sc. in Electrical Engineering (Washington University, St. Louis, 1990); M.Sc. in Electrical Engineering (Washington University, St. Louis, 1986); and Ingénieur Civil Electricien (Faculté Polytechnique de Mons, Belgium, 1984). The D.Sc. is equivalent to a Ph.D. and is recognized as such within academic and research communities.

16.     After receiving my D.Sc. degree, I worked as a Research Scientist at Bell Communications Research, Morristown, NJ from 1990-1995.

17.     My work as an academic began in 1996, when I joined the University of Illinois as Assistant Professor. In 1999, I was promoted to Associate Professor, and, in 2003, I was promoted to the position of Professor of Electrical and Computer Engineering and Statistics.

18.     During sabbaticals from University of Illinois, I have held visiting positions at the National Taiwan University (2019), the Chinese University of Hong Kong (2010 and 2014), MIT (2005), and Microsoft Research (2001).

19.     I have received funding from numerous agencies, foundations, and companies for my research on electrical and computer engineering, including image and signal processing. The sources of funding for this research include the National Science Foundation (NSF), the Defense Advanced Research Projects Agency (DARPA), Microsoft, HP Labs, Xerox, and the North Atlantic Treaty Organization (NATO).

20.     I have served in a number of leadership roles for the IEEE, including as an Editorial Board member for the Proceedings of the IEEE (2007-2012), as Co-founder and Editor-in-chief for IEEE Transactions on Information Forensics and Security (2005-2008), and as Area Editor for IEEE Transactions on Image Processing (2002-2006).

21.     I have been an invited lecturer at academic institutions and organizations including MIT, Stanford, Berkeley, Carnegie-Mellon, Harvard, Bell Labs, IBM Research, and Microsoft Research, among others.

22.     I have graduated thirteen Ph.D. students and educated 9 post-doctoral students. Three of my Ph. D. students became associate professors upon graduation, and one became a professor upon graduation. My other Ph.D. students have joined companies such as Intel Research, Qualcomm, and Google. Seven of my post-doctoral students began careers in academia in professorial positions.

23.     I have researched and written about spectral transforms including Fourier, subband, and wavelet transforms, video and audio processing, video and audio hashing, video and audio identification, large data systems, and other topics related to video and audio processing.

24.     During the course of my career, I have authored or co-authored more than 65 scientific articles, one book, and six book chapters. I have presented and/or published 194 conference papers. I have also been awarded two U.S. patents. These, and other aspects of my qualifications, are summarized in my curriculum vitae accompanying this declaration as Exhibit A.

**Background Information**

25.     A sound can be represented by a waveform that shows how the sound pressure (or amplitude of the sound) changes over time. A sample sound waveform might look like the following:



This waveform shows the amplitude of the sound (the vertical axis) over time (the horizontal axis). Thus, this is known as a "time domain" representation of the sound.

26.     A waveform such as the one depicted above can generally be expressed as the sum of many sine waves of different frequencies, amplitudes and phases. The "frequency" of a sine wave is the number of times the sine pattern repeats per second. The number of times the pattern repeats per second is expressed in Hertz (or Hz), where a "Hertz" is a cycle per second. The "amplitude" of a sine wave is the height of its peaks. The "phase" of a sine wave quantifies how much the wave is shifted along the x-axis (i.e., horizontal axis).

### Frequency domain transforms

27.     There are mathematical operations that allow conversion of waveforms from a time domain representation (expressing the waveform as a function of time) to a frequency domain representation (a set of frequency components with particular amplitudes and phases). A universally-used time-domain-to-frequency-domain operation (or "transform") is the Fourier Transform (including several varieties).

28.     When operating in the digital realm, a discrete-time transform is performed on samples of the time domain signal. Fourier Transforms that are performed on sampled time domain data are known as Discrete Fourier Transforms, or DFTs. The DFT can be efficiently computed using the Fast Fourier Transform, or FFT.

29.     When decomposing a waveform into its frequency components, it is necessary to look at the waveform over a period of time. It is not possible to determine what frequencies are present in a waveform at a single instant in time. Accordingly, frequency domain transforms break a signal into multiple time segments (which can sometimes be called "windows" or "frames" in the case of an audio signal) and perform a frequency domain transform on each

segment or frame. That way, the time information of the segment or frame (which is a range of times rather than a single time point) can be associated with the frequency components obtained from the transform operation. The longer the time period covered by the frame, the more precise the frequency information obtained by the transform, and shorter the time frame, the less precise the frequency information is.

30.     In the physical world, continuous-time signals (analog signals) come with a bewildering variety of characteristics. To understand, process, and analyze these signals, scientists and engineers have for centuries decomposed them into elementary components such as sinusoids, which are convenient mathematical abstractions. For instance, the alternative current (AC) delivered to outlets in US households is essentially a sinusoid at the (analog) frequency of 60 Hz (i.e., 60 cycles per second). In audio and music, a sinusoid is called a pure tone. More complex musical tones such as those produced by instruments are the sum of harmonically related sinusoidal components. In other words, the audio is formed from summing multiple sinusoidal waves.

31.     To allow processing by computers and other digital processors, continuous-time signals can be sampled at a rate that is sufficient to preserve most information in the signal. For instance, sounds above a maximal frequency of 20 kHz (i.e., 20,000 cycles per second) cannot be perceived by the human auditory system. Under the Shannon-Nyquist-Whittaker theorem, the sampling rate $F_S$ must be at least twice the maximal frequency $F_{max}$ to preserve the information in the original signal. The Audio Engineering Society recommends a sampling frequency of 48 kHz for most audio processing applications.

32.     The sampled signal can be represented as a sequence $x(n)$ where n is the time index. For instance, the number of samples used to represent a song of 200 seconds duration

sampled at 48 kHz is 200 x 48,000 = 9,600,000. A sampled signal of the above audio wave might look like:



33.     Spectral representations of sampled signals are widely used for applications such as audio compression (to reduce storage and transmission requirements), audio restoration, and audio shaping.

34.     The classical tool used to spectrally represent finite-length sampled signals is the Discrete Fourier Transform (DFT). A DFT is a mathematical operation on a sampled time domain signal that results in a set of "coefficients" (also known as "frequency components").

35.     Each DFT frequency component (or coefficient) has a magnitude and a phase. The magnitude of each coefficient can be squared to obtain the spectral power associated with the coefficient.

36.     Because a DFT is performed on a limited set of samples of the original time domain signal (instead of the full time domain signal), a DFT coefficient does not correspond to (*i.e.,* its value is not solely influenced by) a precise frequency present in the time domain signal. Instead, a coefficient is influenced by all the frequencies present in the time domain signal.

37.     First, each coefficient is influenced by the information in its corresponding "frequency bin," which is defined as follows. First, the sampling frequency (*i.e.,* the rate at

which samples are taken) is divided by the number of samples taken. As an example, if the sampling frequency is 48,000 samples per second (48 kHz), and the number of samples taken is 128, then this ratio is 48,000/128 = 375 Hz. The frequency bin associated with the first DFT coefficient (referred to as coefficient 0) is then the frequency interval 0 – 375 Hz (which is 375 Hz wide). The next bin (coefficient 1) is the frequency interval 375-750 Hz, which again has width equal to 375 Hz. The next bin has the same width, and so on.

38.     Thus, each DFT frequency component (coefficient) is influenced by lumped-together, aggregate information from its corresponding bin.

39.     In addition, each DFT coefficient is influenced by information that is "leaked" (or spilled over) from all other frequencies. This is known as "spectral leakage."

40.     Figure 3 of Dr. Anderson's declaration (p. 7) is an apparent attempt to illustrate the classical effect of spectral leakage. Dr. Anderson provides no explanation as to how the figure was generated or what precisely it represents, but it appears to suggest that example coefficient number 4 contains significant contributions from not only its own bin, but also from all the other bins. Because Dr. Anderson does not provide a clear description of the figure, it is difficult to comment on its correctness. But the point that it apparently tries to make regarding spectral leakage – that each frequency component is significantly influenced by all the other frequencies – is correct.



41.     A better illustration of the effect of spectral leakage is the figure below, where the x-axis represents the coefficient (*i.e.,* frequency component) number and the y-axis represents spectral magnitude. The graph shows the first half of a DFT of 128 samples of a pure tone at frequency 5 kHz. The sampling frequency is 48 kHz. Note that all frequency bins (marked by the vertical lines on the graph) have width 48,000/128 = 375 kHz. Also, the pure tone frequency 5 kHz (5,000 Hz) lies within the frequency bin of DFT component 13, which is 4875-5250 Hz (13 x 375 = 4875 and 4875 + 375 = 5250). Thus, the highest vertical line in the graph appears at component 13. In other words, the pure tone strongly influences DFT component 13. But it also influences the values of all other DFT components in the graph. That influence diminishes with increased distance from component 13, such that, for example, the influence on components 12 and 14 is greater than the influence on components 11 and 15.



42.     Accordingly, any single DFT coefficient is influenced by (a) a lumped-together aggregate information over a bin; and (b) "leaked" information from all frequencies present in the time-domain signal.

43.     As noted above, leaked energy levels generally decrease with distance from a given frequency index. For example, coefficient number 4 will generally be influenced more by bins 3 and 5 than by bins 2 and 6. But coefficient 4 will be influenced by every other bin (and correspondingly, information associated with all frequencies present in the continuous time-domain signal). For this reason, it cannot be said that each DFT coefficient (*i.e.,* "frequency component") corresponds to a defined "band" or "range" of frequencies present in the time domain signal. Instead, each DFT coefficient is influenced by all frequencies present in the time domain signal.

44.     As illustrated by the example given above, the spectral leakage effect is very significant. The total energy leaked into coefficients other than coefficient 13 exceeds the energy of coefficient 13 itself.

45.     The spectral leakage phenomenon is due to the finite length of the sampled signal and can be avoided only in very special cases such as pure tones whose cycles in continuous time correspond exactly to cycles in discrete time.

46.     Signals such as audio exhibit wildly varying frequency characteristics. For instance, an audio signal could feature a succession of bass music, silence, high-pitched voices, car engine sounds, etc. The DFT is then applied to short signal segments, also called windows. A typical choice for audio sampled at 48 kHz would be N=1024, corresponding to a duration of 1024/48,000 seconds, which is approximately 21 milliseconds. The spectral representation of the entire audio signal consists of the collection of frequency components for each signal segment.

**'889 patent**

47.     The field of the '889 patent is, for purposes relevant to this Declaration, automated identification of media information. Automated identification is commonly done using signature-matching techniques, where a digital signature is extracted from sample media content and compared with digital signatures from a reference library.

48.     I understand that TVision and Nielsen disagree about the meaning of the term "frequency component" ('889 patent, claims 1, 8, 13, 14 and 17), and that the parties' positions are as follows:

| Nielsen's Proposed Construction | TVision's Proposed Construction |
|---|---|
| Plain and ordinary meaning.<br><br>To the extent construction is necessary, Nielsen proposes the following construction:<br><br>Component of a signal generated by transforming the signal data from the time domain to the frequency domain | Plain meaning, i.e., a single frequency or single band of frequencies |

49.     I understand that the priority date of the '889 Patent is August 18, 2004. As of that date and forward, the term "frequency component" is and has been understood by one of ordinary skill in the art in the field of the '889 patent to mean "component of a signal generated by transforming the signal data from the time domain to the frequency domain."

50.     As explained above, DFT frequency components cannot be said to correspond to a "band" or "range" of frequencies. In other words, a "frequency component" would not be understood by one of ordinary skill in the art in the field of the '889 patent to mean a "band of frequencies."

51.     Nor would one of ordinary skill in the art in the field of the '889 patent understand "frequency component" to mean simply a "single frequency" since such a definition would omit magnitude and phase information. A frequency component is not the same as a frequency. A "frequency component" is characterized not just by a frequency index but also by a magnitude and a phase.

52.     I have read the '889 patent. One of ordinary skill in the art in the field of the '889 patent would understand that the '889 patent uses the term "frequency component" in the same way that one of ordinary skill in the art would normally use it in general (independently of the '889 patent).

53.     In particular, at 3:6-13, the '889 specification states that "[f]requency <u>components</u> of an audio signal are typically <u>generated by transforming the audio signal data</u> (e.g., an audio stream) <u>from the time domain to the frequency domain</u> using, for example, a Fourier Transform." (Emphasis added.) This is precisely the definition that I have indicated above would be attributed to the term "frequency component" by one of ordinary skill in the art in the field of the '889 patent even if that person had not read the patent ("component of a signal generated by transforming the signal data from the time domain to the frequency domain").

54.     Other parts of the specification similarly indicate that the '889 patent uses the term "frequency component" in the same way as one of ordinary skill in the art in the field of the '889 patent would use it even if that person had not read the patent. (*See, e.g.,* '889 patent, 13:34-45 ("As is known by one having ordinary skill in the art, an FFT may be used to convert a time domain signal (*e.g.*, the example audio streams 202 and 302 of FIGS. 2 and 3) into a frequency domain representation of the same signal which may then be used to analyze the ***frequency components*** of the converted signal.") (emphasis added); 16:19-60; 22:31-65 ("The sliding FFT

module 906 may be configured to perform a sliding FFT using the audio samples obtained from the sample generator 902. … The frequency identifier 908 may then be configured to communicate indexes identifying the ***frequency components*** of the frequency pairs to the spectral power value identifier 910. The spectral power value identifier 910 may be configured to obtain the indexes associated with the ***frequency components*** of the frequency pairs from the frequency identifier 908. The spectral power value identifier 910 may then determine or identify the spectral power of each ***frequency component*** of the frequency pairs by retrieving the spectral power value for each ***frequency component*** from the frequency spectrum data generated by the sliding FFT module 906. The spectral power values may then be communicated to the comparator 912.") (emphasis added).)

55.    I have reviewed U.S. Patent No. 6,061,793 ("Tewfik"). In my opinion, Tewfik does not disclose spectral power, descriptors generally, or comparing spectral powers.

56.    In my opinion, one of skill in the art would understand Nielsen's proposed construction to be the same as the plain and ordinary meaning of "frequency component."

57.    I understand that TVision and Nielsen disagree about the meaning of the term "identify[ing] a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples" ('889 Patent, claim 1, 8 and 14), and that the parties' positions are as follows:

| Nielsen's Proposed Construction | TVision's Proposed Construction |
|---|---|
| Plain and ordinary meaning:<br><br>Generate first and second frequency components by performing a spectral transform operation on the first frame of media samples | This claim term requires selecting at least two frequency components to the exclusion of others; more than just "performing a spectral transform operation on the first frame of media samples" |

58.     In the system described in the specification, no matter how many frequency components are identified or generated, a monitored signal's signature can still be generated that can be compared to a reference signature.

59.     "Performing a spectral transform operation on the first frame of media samples" results in all the frequency components corresponding to the spectral transform operation. A spectral transform, such as an FFT, results in a set of frequency components.

60.     In my opinion, one of skill in the art would understand Nielsen's proposed construction to be the same as the plain and ordinary meaning of this claim term.

**'189 patent**

61.     I understand that TVision and Nielsen disagree about the meaning of the term "data analyzer" ('189 patent, claim 9), and that the parties' positions are as follows:

| Nielsen's Proposed Construction | TVision's Proposed Construction |
|---|---|
| Not a means plus function term.<br><br>Hardware, software, firmware, and/or any combination thereof that executes an analysis tasked with recognizing and/or detecting one or more aspects of image data representative of an environment and/or occupants of the environment.<br><br>This expressly includes a tangible computer readable storage medium such as a storage device or storage disc storing software and/or firmware executing this operation. | Indefinite. Means plus function term with no corresponding structure.<br><br>Function: "to execute a first/second recognition analysis on three-dimensional/two-dimensional data representative of a first/second object within/outside a threshold distance from a three-dimensional sensor, where such recognition analysis is able to detect a first/second person" |

62.    I have searched for uses of the term "data analyzer" in the art. In particular, I performed a Google search of the term "data analyzer." Exhibit B is a true and accurate representation of the results of my Google search. I reviewed several of the products that appear in the results of this search. The results of my search show that one of skill in the art would consider "data analyzer" to refer to software, firmware, and hardware structures.

63.    In addition, I performed a search for "data analyzer" in IEEExplore. This is the same search that Dr. Anderson mentions in his declaration. Exhibit C is a true and accurate representation of the results of my IEEExplore search. I reviewed several of the papers in the results of this search. The results of this search show that one of skill in the art would consider "data analyzer" to refer to software, firmware, and hardware structures.

64.    In my opinion, one of skill in the art would understand Nielsen's proposed construction to be the same as the plain and ordinary meaning of "data analyzer."

65.    I understand that TVision and Nielsen disagree about the meaning of the term "wherein at least one of the first data analyzer, the second data analyzer or the counter is

implemented via a logic circuit" ('189 patent, claim 9), and that the parties' positions are as follows:

| Nielsen's Proposed Construction | TVision's Proposed Construction |
|---|---|
| Plain and ordinary meaning.<br><br>To the extent a construction is needed, Nielsen proposes the following construction:<br><br>Wherein at least one of the first data analyzer, the second data analyzer or the counter is implemented via one or more electronic circuits that process information by performing logical operations on the information. | Wherein the logic of at least one of the first data analyzer, the second data analyzer or the counter is implemented in the circuitry of a logic circuit |

66.     I have read the '189 patent and noted its identification of "programmable logic device(s) (PLD(s)) and/or field programmable logic device(s) (FPLD(s))." ('189 patent, 18:21-25.) These devices utilize logic gates and circuitry. As their names indicate, these devices are not "configured at the time they are designed." Rather, these devices are programmable hardware solutions and are either programmed when the system in which they are utilized is designed or programmed later during use of that system.

67.     In my opinion, one of skill in the art would understand Nielsen's proposed construction to be the same as the plain and ordinary meaning of "logic circuit."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: <u>March 19, 2023</u>

_Pierre Moulin_
_____
Pierre Moulin

# EXHIBIT A

# PIERRE MOULIN

University of Illinois                                     tel (217) 244–8366
Coordinated Science Laboratory                            fax (217) 244–8371
1308 W. Main St.                                          Email: *moulin@ifp.uiuc.edu*
Urbana, IL 61801                                          WWW: *www.ifp.uiuc.edu/~moulin*

| Education | | |
|---|---|---|
| | D.Sc. in Electrical Engineering, *Washington University, St Louis* | 08/1987–05/1990 |
| | M.Sc. in Electrical Engineering, *Washington University, St Louis* | 08/1985–05/1986 |
| | Ingénieur Civil Electricien, *Faculté Polytechnique de Mons, Belgium* | 09/1979–07/1984 |

**Professional Experience**

| | | |
|---|---|---|
| | Professor of ECE and Statistics, *University of Illinois*, Urbana, IL | 08/2003–present |
| | Associate Professor, *University of Illinois*, Urbana, IL | 08/1999–08/2003 |
| | Assistant Professor, *University of Illinois*, Urbana, IL | 01/1996–08/1999 |
| | Research Scientist, *Bell Communications Research*, Morristown, NJ | 10/1990–12/1995 |
| | Research Assistant, *Washington University*, St Louis, MO | 10/1987–05/1990 |
| | Research Engineer, *Faculté Polytechnique de Mons, Belgium* | 10/1984–06/1985 |
| | Summer Intern, *Standard Telecommunications Laboratories Ltd.*, U.K. | 07/1983–08/1983 |

**Professional Activities**

Senior Editorial Board member of *IEEE Journal of Selected Topics in Signal Processing*, 2019—present

Editorial Board member for *Proceedings of IEEE*, 2007-2012

Co-Founder and Editor in Chief for *IEEE Transactions on Information Forensics and Security*, 2005-2008

Area Editor for *IEEE Transactions on Image Processing*, 2002-2006.

Guest Editor for *IEEE Transactions on Signal Processing* supplements on secure media, 2004-2005.

Guest Associate Editor for *IEEE Transactions on Signal Processing*'s special issue on Data Hiding, Apr. 2003.

Guest Associate Editor for *IEEE Transactions on Information Theory*'s special issue on Information-theoretic imaging, Aug. 2000

Associate Editor for *IEEE Transactions on Image Processing*, 1999—2002

Associate Editor for *IEEE Transactions on Information Theory*, 1996—1998

Member, IEEE Image and Multidim. Signal Processing Technical Committee, 1998-2003

Co-chair, Allerton Conference 2007, 2008

Member, Technical Program Committee of miscellaneous major IEEE conferences

Invited organizer, NSF Workshop on Signal Authentication, Orlando, FL, 2002.

Organizer, special sessions on watermarking at Allerton (10/01, 02, 03) and on information-theoretic imaging at Asilomar (11/02)

Invited lectures at MIT, Stanford, Berkeley, Carnegie-Mellon, Harvard, Illinois, Purdue, Michigan, UC San Diego, UC Santa Barbara, Maryland, National U. of Singapore, Nanyang Tech. U. (Singapore), Chinese U. Hong Kong, Hong Kong U. of Science and Technology, Hong Kong Polytechnic, National Taiwan U., Academia Sinica, National Chiao Tung U. (Taiwan), KAIST (Korea), INRIA Sophia-Antipolis (France), Delft (Netherlands), Louvain (Belgium), Tech. U. Munich (Germany), Bell Labs, IBM Research, Microsoft Research, KLA-Tencor, Qualcomm.

Keynote/Plenary talks at Int. Workshop on Digital Watermarking (IWDW), Seoul, Korea, 2002; Int. Symp. on Image and Signal Processing and Analysis (ISPA), Rome, 2003; Wavila Challenge, Barcelona, Spain, 2005; IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP), Toulouse, France, 2006; Workshop on Multimedia Content Representation, Classification and Security (MRCS), Istanbul, Turkey, 2006; 3rd Int. Conf. on Intelligent Information Hiding and Multimedia Signal Processing (IIH-MSP), Kaohsiung, Taiwan, 2007; IEEE Int. Conf. on Image Processing (ICIP), Brussels, Belgium, 2011; EUROCON, Zagreb, Croatia, 2013; ICSIPA, Melaka, Malaysia, 2013; VCIP, Singapore, 2015; ISPACS, Taipei, 2019.

Tutorial lecturer at ICIP'01, ICASSP'02, ICIP'04, and ISIT'06.

Co–Chair, IEEE Info Theory Workshop in Detection, Classif. & Imaging (Santa Fe, 2/99); Allerton Conf. (Monticello, IL, 9/06, 9/07); IEEE Workshop on Information Forensics and Security (Tenerife, Spain, 11/12); Tech. Program co-chair, IEEE Symp. on Information Theory (Hong Kong, 6/15).

Member, *IEEE Int. Conf. on Image Processing* Organizing Committee (Chicago 1998; Technical Program Co-chair, Brussels 2011)

Reviewer and panelist for National Science Foundation, reviewer for IEEE Trans. on SP, IP, IT, COM, NN and JOSA, CVGIP, JVCIP, Addison–Wesley, IEEE Press, SIAM, and Annals of Statistics.

Consultant and expert witness

Founding Director of *Center for Information Forensics*, UIUC.

**Honors and Awards**

Ronald W. Pratt Faculty Outstanding Teaching Award, 2018
IEEE Information Theory Society Board of Governors, 2016—2018
IEEE Signal Processing Society Distinguished Lecturer, 2012–2013
UIUC Sony Faculty Scholar, 2005—2007
IEEE Signal Processing Society Board of Governors, 2005—2007
IEEE Fellow, 2003
Beckman Associate in UIUC Center for Advanced Study, 2003
Co-author, IEEE Signal Processing Society 2002 Young Author Best Paper Award
IEEE Signal Processing Society 1997 Best Paper Award
NSF Career award, 1998-2001
UIUC Incomplete List of Teachers Rated as Excellent, 1996, 1999, 2000, 2005, 2007, 2009, 2011, 2012, 2016, 2019
Rotary International Scholar, 1985-1986
A. Dosin Award Recipient, 1984
Co-winner 1989 US Amateur Team Chess Championship

**University Service**

Chair, ECE Faculty Search Committee, 2019—Present
ECE Promotions and Tenure Committee, 2009-Present
Chair, ECE Signal Processing and Circuits Area, 2007-2017
ECE Faculty Search Committee, 2006—2012 and 2015—Present
ECE Graduate Committee, 1997—2008 and 2011—2014
ECE Representative to Research Board, 2007-2008
Elected Member, UIUC Faculty Senate, 2004-2005
Member, Information Trust Institute educational committee, 2004 - 2006
Elected Member, ECE Faculty Advisory Committee, 2002-2003
Member, Computer Resources and Education Committee, 1999—2002
Chair, ECE Graduate Seminar Committee, 1998—1999
Member, ECE Graduate Seminar Committee, 1996—2003

**Ph.D. Graduates**

|     | Name | Year | Placement |
| --- | --- | --- | --- |
| 1. | Juan (Julia) Liu | 2001 | Research Scientist, PARC, Palo Alto, CA |
| 2. | Prakash Ishwar | 2002 | Prof., Boston U. |
| 3. | Kivanc Mihcak | 2002 | Assoc Prof., Bogazici U., Istanbul, Turkey |
| 4. | Shawn C. Herman | 2002 | Numerica Inc., Fort Collins, CO. |
| 5. | Tie Liu | 2006 | Assoc. Prof., Texas AM |
| 6. | Ying (Grace) Wang | 2006 | Flarion Qualcomm, NJ |
| 7. | Negar Kiyavash (co-advisor) | 2006 | Assoc. Prof., UIUC |
| 8. | Maha El Choubassi | 2008 | Intel Research, Santa Clara, CA |
| 9. | Shankar Sadasivam | 2011 | Qualcomm, San Diego, CA |
| 10. | Yen-Wei Huang | 2013 | Google |
| 11. | Honghai Yu | 2015 | A*STAR, Singapore |
| 12. | Patrick Johnstone | 2017 | Postdoc, Rutgers U. |
| 13. | Amish Goel | 2022 | |

**Postdocs**

|     | Name | Year | Placement |
| --- | --- | --- | --- |
| 1. | Aaron Lanterman | 1998-2001 | Prof, Georgia Tech |
| 2. | Sviatoslav Voloshnykovskiy | 1999 | Assoc. Prof., U. of Geneva |
| 3. | Jong C. Ye | 1999-2001 | Prof, KAIST, Korea |
| 4. | Natalia Schmid | 2001 | Assoc. Prof., U. of West Virginia |
| 5. | Bing Bing Ni | 2010-2015 | Asst. Prof., Shanghai Jiaotong U., China |
| 6. | Jiwen Lu | 2012-2015 | Asst. Prof., Tsinghua U., Beijing, China |
| 7. | Gang Wang | 2012-2015 | Assoc. Prof., Nanyang Tech. U., Singapore |
| 8. | Zhang Le | 2016- | ADSC Singapore |
| 9. | Jagan Varadarajan | 2013 - 2016 | ADSC Singapore |

**Funding**      NSF, DARPA, ARO, ONR, NATO, A*STAR, Microsoft, HP Labs, Xerox, KLA-Tencor

**Sabbatical Leaves**

National Taiwan University, 2019

Chinese University of Hong Kong, 2010 and 2014

MIT, 2005

Microsoft Research, 2001

**Course Development**

1. ECE418, Introduction to Image and Video Processing, 1996-1998

2. ECE544 Wavelets, 1998

3. ECE544 Statistical Image and Video Processing, 2006-2008

4. ECE544 Statistical Learning, 2012, 2015, 2016

5. ECE598PM (now ECE566) Computational Inference and Learning, 2014-2017

6. ECE398BD (now ECE314) Making Sense of Big Data, 2014.

**Other Teaching**

Introduction to Image and Video Processing (ECE418), Digital Signal Processing II (ECE551), Information Theory (ECE563), Random Processes (ECE534), Detection and Estimation Theory (ECE561)

## Journal Papers

A. Goel and P. Moulin, "Fast Locally Optimal Detection of Targeted Universal Adversarial Perturbations," *IEEE Trans. on Information Forensics and Security*, Vol. 17, pp. 1757—1770, 2022.

P. R. Johnstone and P. Moulin, "Faster Subgradient Methods for Functions with Hölderian Growth," *Mathematical Programming*, Vol. 180, pp. 418—450, 2020.

R. Trabelsi, J. Varadarajan, L. Zhang, I. Jabri, Y. Pei, F. Smach, A. Bouallegue, and P. Moulin, "Understanding the Dynamics of Social Interactions: A Multi-Modal Multi-View Approach" ACM Transactions on Multimedia Computing, Communications, and Applications, Feb. 2019.

R. W. Yeung, C. Chen, Q. Chen, and P.Moulin, On Characterizations of Markov Random Fields and Subfields, *IEEE Trans. Information Theory*, Aug. 2018.

P. Moulin, "The Log-Volume of Optimal Codes on Memoryless Channels, Asymptotically Within a Few Nats," *IEEE Trans. Information Theory*, Vol. 63, pp. 2278—2313, April 2017.

P. R. Johnstone and P. Moulin, "Local and global convergence of a general inertial proximal splitting scheme for minimizing composite functions," *Computational Optimization and Applications*, Feb. 2017.

J. Lu, G. Wang and P. Moulin, "Localized Multi-Feature Metric Learning for Image Set Recognition," *IEEE Trans. Circ. Syst. Video Technology*, Vol. 26, No. 3, pp. 529—540, March 2016.

B. Ni, V. R. Paramathayalan, T. Li, and P. Moulin, "Multiple Granularity Modeling: A Coarse-to-Fine Framework for Fine-grained Action Analysis," *International Journal on Computer Vision* (IJCV), March 2016.

H. Yu and P. Moulin, "SNR Maximization Hashing," *IEEE Trans. Information Forensics and Security*, Vol.10, No. 9, pp. 1927—1938, Sep. 2015.

B. Ni, G. Wang, and P. Moulin, "Order Preserving Sparse Coding" *IEEE Trans. on Pattern Recognition and Machine Intelligence*, Aug. 2015, Vol. 37, No. 8, pp. 1615—1628.

H. Yu and P. Moulin, "Regularized Adaboost Learning for Identification of Time-Varying Content," *IEEE Trans. Information Forensics and Security*, Vol. 9, No. 10, pp. 1606—1616, Oct. 2014.

Y.-W. Huang and P. Moulin, "On the Fingerprinting Capacity Games for Arbitrary Alphabets and Their Asymptotics," *IEEE Trans. Information Forensics and Security*, Vol. 9, No. 9, pp. 1477—1490, Sep. 2014.

B. Ni, P. Moulin and S. Yan, "Pose Adaptive Motion Feature Pooling for Human Action Analysis," *International Journal on Computer Vision* (IJCV), July 2014.

J. Lu, G. Wang and P. Moulin, "Human Identity and Gender Recognition from Gait Sequences with Arbitrary Walking Directions," *IEEE Trans. on Information Forensics and Security*, Vol. 9, No. 1, pp. 41—51, Jan. 2014.

B. Ni, Y. Pei, S. Yan, and P. Moulin, "Multi-Level Depth and Image Fusion for Human Activity Detection," *IEEE Transactions on System, Man and Cybernetics*, Part B (T-SMC-B), Vol. 43, No. 5, pp.1383—1394, 2012.

Y.-W. Huang and P. Moulin, "On the Saddle-point Solution and the Large-Coalition Be-

havior of Fingerprinting Games," *IEEE Trans. on Information Forensics and Security*, Vol. 7, No. 1, pp. 160—175, 2012.

S. Sadasivam, P. Moulin and T. P. Coleman, "A Message Passing Approach to Combating Desynchronization Attacks," *IEEE Trans. on Information Forensics and Security*, Vol. 6, pp. 894–905, 2011.

J.-F. Jourdas and P. Moulin, "High-Rate Random-Like Fingerprinting Codes with Linear Decoding Complexity," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 4, Dec. 2009.

N. Kiyavash, P. Moulin and T. Kalker, "Regular Simplex Fingerprints and Their Optimality Properties," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 3, pp. 318—329, Sep. 2009.

N. Kiyavash and P. Moulin, "Performance of Orthogonal Fingerprints Under Worst-Case Noise Attacks," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 3, pp. 293—301, Sep. 2009.

M. El Choubassi and P. Moulin, "On Reliability and Security of Randomized Detectors Against Sensitivity Analysis Attacks," *IEEE Trans. Information Forensics and Security*, Vol. 4, No. 3, pp. 273—283, Sep. 2009.

S. Sadasivam and P. Moulin, "On Estimation Accuracy of Desynchronization Attack Channel Parameters," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 3, pp. 284—292, Sep. 2009.

P. Moulin, "A Neyman-Pearson Approach to Universal Erasure and List Decoding," *IEEE Trans. Information Theory*, Oct. 2009.

Y. Wang and P. Moulin, "Perfectly Secure Steganography: Capacity, Error Exponents, and Code Constructions," *IEEE Transactions on Information Theory*, Special Issue on Security, Vol. 54, No. 6, pp. 2706—2722, June 2008.

M. El Choubassi and P. Moulin, "Noniterative Algorithms for Sensitivity Analysis Attacks," *IEEE Trans. Information Forensics and Security*, Vol. 2, No.3, pp. 113—126, June 2007.

P. Moulin and Y. Wang, "Capacity and Random-Coding Exponents for Channel Coding with Side Information," *IEEE Trans. on Information Theory*, Vol. 53, No. 4, pp. 1326—1347, Apr. 2007.

Y. Wang and P. Moulin, "Optimized Feature Extraction for Learning-Based Image Steganalysis," *IEEE Trans. Information Forensics and Security*, Vol. 2, No. 1, pp. 31—45, March 2007.

P. Moulin, "Signal Transmission with Known-Interference Cancellation," *IEEE Signal Processing Magazine*, Lecture Notes, Vol. 24, No. 1, pp. 134—136, Jan. 2007.

J. C. Ye, P. Moulin and Y. Bresler, "Asymptotic Global Confidence Regions for Parametric 3-D Shape Estimation," *IEEE Trans. Image Processing*, Vol. 15, No. 10, pp. 2904—2919, Oct. 2006.

P. Moulin and A. K. Goteti, "Block QIM Watermarking Games," *IEEE Trans. Information Forensics and Security*, Vol. 1, No. 3, pp. 293–310, Sep. 2006.

S. Jana and P. Moulin, "Optimality of KLT for Encoding Gaussian Vector-Scale Mixtures: Application to Reconstruction, Estimation and Classification," *IEEE Trans. on Informa-*

*tion Theory*, Vol. 52, No. 9, pp. 4049—4067, Sep. 2006.

T. Liu, P. Moulin and R. Koetter, "On Error Exponents of Modulo Lattice Additive Noise Channels," *IEEE Trans. on Information Theory*, Vol. 52, No. 2, pp. 454-471, Feb. 2006.

P. Moulin and R. Koetter, "Data-Hiding Codes," invited tutorial paper, *Proc. IEEE*, Vol. 93, No. 12, pp. 2083–2127, Dec. 2005.

P. Ishwar and P. Moulin, "On the Existence and Characterization of the Maxent Distribution Under General Moment Inequality Constraints," *IEEE Trans. on Information Theory*, Vol. 51, No. 9, pp. 3322–3333, Sep. 2005.

J. L. Cannons and P. Moulin, "Design and Statistical Analysis of a Hash-Aided Image Watermarking System," *IEEE Trans. on Image Processing*, Vol. 13, No. 10, pp. 1393—1408, Oct. 2004.

P. Moulin and M. K. Mıhçak, "The Parallel-Gaussian Watermarking Game," *IEEE Trans. on Information Theory*, Vol. 50, No. 2, pp. 272-289, Feb. 2004.

P. Moulin, "Comments on "Why Watermarking is Nonsense," IEEE Signal Processing Magazine, Vol. 20, No. 6, pp. 57-59, Nov. 2003.

P. Moulin and A. Ivanović, "The Zero-Rate Spread-Spectrum Watermarking Game," *IEEE Transactions on Signal Processing*, Vol. 51, No. 4, pp. 1098-1117, Apr. 2003.

P. Moulin and J. A. O'Sullivan, "Information-Theoretic Analysis of Information Hiding," *IEEE Trans. on Information Theory*, Vol. 49, No. 3, pp. 563-593, March 2003.

P. Ishwar and P. Moulin, "On the Equivalence Between Set-Theoretic and Maxent MAP Estimation," *IEEE Trans. on Signal Processing*, Vol. 51, No. 3, pp. 698-713, March 2003.

J. C. Ye, Y. Bresler and P. Moulin, "Cramer-Rao Bounds for Parametric Shape Estimation in Inverse Problems," *IEEE Trans. on Image Processing*, Vol. 12, No. 1, pp. 71-84, Jan. 2003.

J. C. Ye, Y. Bresler and P. Moulin, "A Self-Referencing Level-Set Method for Image Reconstruction from Sparse Fourier Samples," invited paper, *Int. J. of Computer Vision*, special issue on level-set methods, Dec. 2002.

P. Moulin and M. K. Mıhçak, "A Framework for Evaluating the Data-Hiding Capacity of Image Sources," *IEEE Trans. on Image Processing*, Vol. 11, No. 9, pp. 1029–1042, Sep. 2002.

A. Jain, P. Moulin, M. I. Miller and K. Ramchandran, "Information-Theoretic Bounds on Target Recognition Performance Based on Degraded Image Data," *IEEE Trans. on Pattern Analysis and Machine Intelligence*, Vol. 24, No. 9, pp. 1153—1166, Sep. 2002.

J. Liu and P. Moulin, "Information-Theoretic Analysis of Interscale and Intrascale Dependencies Between Image Wavelet Coefficients," *IEEE Trans. on Image Processing*, Vol. 10, No. 10, pp. 1647—1658, Nov. 2001.

P. Moulin, invited discussion of "Regularization of Wavelet Approximations," by A. Antoniadis and J. Fan, *Journal of the American Statistical Association*, Vol. 96, No. 455, pp. 959—960, Sep. 2001.

P. Moulin, "The Role of Information Theory in Watermarking and Its Application to Image Watermarking," invited paper, *Signal Processing*, Vol. 81, No. 6, pp. 1121—1139, June 2001.

J. Liu and P. Moulin, "Complexity-Regularized Image Denoising," *IEEE Trans. on Image Processing*, Vol. 10, No. 6, pp. 841—851, June 2001.

J. C. Ye, Y. Bresler and P. Moulin, "Cramer-Rao Bounds for Parametric Boundaries of Targets in Inverse Scattering Problems," *IEEE Trans. on Antennas and Propagation*, May 2001.

M. K. Mıhçak, P. Moulin, M. Anitescu, and K. Ramchandran, "Rate–Distortion–Optimal Subband Coding Without Perfect Reconstruction Constraints," *IEEE Trans. on Signal Processing*, Vol. 49, No. 3, pp. 542—557, Mar. 2001.

P. Ishwar and P. Moulin, "On Spatial Adaptation of Motion Field Smoothness in Video Coding," *IEEE Trans. Circ. Syst. Video Tech.*, Vol. 10, No. 6, pp. 980–989, Sep. 2000.

P. Moulin and J. Liu, "Statistical Imaging and Complexity Regularization," *IEEE Trans. on Information Theory*, Special issue on information-theoretic imaging, Vol. 46, No. 5, pp. 1762—1777, Aug. 2000.

J. C. Ye, Y. Bresler and P. Moulin, "Asymptotic Global Confidence Regions in Parametric Shape Estimation Problems," *IEEE Trans. on Information Theory*, Special issue on information-theoretic imaging, Vol. 46, No. 5, pp. 1881–1895, Aug. 2000.

P. Moulin, M. Anitescu, and K. Ramchandran, "Theory of Rate–Distortion–Optimal, Constrained Filter Banks — Application to FIR and IIR Biorthogonal Designs," *IEEE Trans. on Signal Processing*, Vol. 48, No. 4, pp. 1120–1132, April 2000.

M. K. Mıhçak, I. Kozintsev, K. Ramchandran and P. Moulin, "Low-Complexity Image Denoising Based on Statistical Modeling of Wavelet Coefficients," *IEEE Signal Processing Letters*, Vol. 6, No. 12, pp. 300—303, Dec. 1999.

R. Krishnamurthy, J. W. Woods and P. Moulin, "Frame Interpolation and Bidirectional Prediction of Video Using Compactly-Encoded Optical Flow Fields and Label Fields," *IEEE Trans. Circ. Syst. Video Tech.*, Vol. 9, No. 5, pp. 713—726, Aug. 1999.

P. Moulin and J. Liu, "Analysis of Multiresolution Image Denoising Schemes Using Generalized–Gaussian and Complexity Priors," *IEEE Trans. on Info. Theory*, Special Issue on Multiscale Analysis, Vol. 45, No. 3, pp. 909-919, Apr. 1999.

V. Pavlovic, P. Moulin and K. Ramchandran, "An Integrated Framework for Adaptive Subband Image Coding," *IEEE Trans. on Signal Processing*, Vol. 47, No. 4, pp. 1024-1038, Apr. 1999.

P. Moulin and M. K. Mıhçak, "Theory and Design of Signal-Adapted FIR Paraunitary Filter Banks," *IEEE Trans. on Signal Processing*, Special Issue on Wavelets and Filter Banks, Vol. 46, No. 4, pp. 920—929, Apr. 1998.

P. Moulin, R. Krishnamurthy, "Multiscale Modeling and Estimation of Motion Fields for Video Coding, *IEEE Trans. on Image Processing*, Vol. 6, No. 12, pp. 1606—1620, Dec. 1997.

P. Moulin, M. Anitescu, K.O. Kortanek and F. Potra, "The Role of Linear Semi–Infinite Programming in Signal–Adapted QMF Bank Design," *IEEE Trans. on Signal Processing*, Vol. 45, No. 9, pp. 2160—2174, Sep. 1997.

P. Moulin, "A Multiscale Relaxation Technique for SNR Maximization in Nonorthogonal Subband Coding," *IEEE Trans. on Image Processing*, Vol. 4, No. 9, pp. 1269—1281, Sep. 1995.

P. Moulin, A.T. Ogielski, G. Lilienfeld and J.W. Woods: "Video Signal Processing and Coding on Data–Parallel Computers," *Digital Signal Processing: A Review Journal*, Vol. 5, No. 2, pp. 118—129, Apr. 1995.

P. Moulin, invited discussion of "Wavelet Shrinkage: Asymptotia?" by D. Donoho and I. Johnstone, *Journal of the Royal Statistical Society B*, Vol. 57, No. 1, 1995.

P. Moulin, "Wavelet Thresholding Techniques for Power Spectrum Estimation," *IEEE Trans. on Signal Processing*, Vol. 42, No. 11, pp. 3126–3136, Nov. 1994.

P. Moulin, "A Wavelet Regularization Method for Diffuse Radar–Target Imaging and Speckle–Noise Reduction," *Journal of Mathematical Imaging and Vision*, Special Issue on Wavelets, Vol. 3, No. 1, pp. 123–134, 1993.

J. A. O'Sullivan, P. Moulin, and D. L. Snyder, "An Application of Splines to Maximum Likelihood Radar Imaging," *International Journal of Imaging Systems and Technology*, Vol. 4, pp. 256–264, 1993.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "A Method of Sieves for Multiresolution Spectrum Estimation and Radar Imaging," *IEEE Trans. on Information Theory*, Special Issue on Wavelets and Multiresolution Analysis, pp. 801–813, Mar. 1992.

**Book**
P. Moulin and V. Veeravalli, *Statistical Inference for Engineers and Data Scientists*, Cambridge University Press, 2019.

**Book Chapters**
B. Ni, G. Wang, and P. Moulin, "RGBD-HuDaAct: A color-depth video database for human daily activity recognition," Consumer Depth Cameras for Computer Vision: Advances in Computer Vision and Pattern Recognition, pp 193-208, Springer-Verlag, 2013.

P. Moulin, "Information-Hiding Games," Springer-Verlag Lecture Notes in Computer Sciences, Vol. 2613, 2003.

P. Moulin, "Multiscale Image Decompositions and Wavelets," Handbook of Image and Video Processing. A. C. Bovik, Ed., Academic Press, 2000.

K.O. Kortanek and P. Moulin, "Using Semi–Infinite Programming in Orthogonal Wavelet Filter Design," *Semi–Infinite Programming and Its Applications*, Kluwer Academic series on Nonconvex Optimization and its Applications, 1998.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "A Sieve–Constrained Maximum–Likelihood Method for Target Imaging," in *Radar and Sonar II*, Springer–Verlag, The IMA Volumes in Mathematics and Its Applications, Vol. 39, Eds. F. Grunbaum et al., pp. 95–122, 1992.

P. Moulin, "Adaptive Multiresolution Image Restoration and Compression," in *IEEE Case Studies in Medical Instrument Design*, Eds. H. Troy Nagle and W.J. Tomkins, pp. 247–254, IEEE, New York, 1992.

**Conference Papers**
A. Rakin, Y. Wang, S. Aaron, T. Koike-Akino, P. Moulin and K. Pearsons, "Towards Universal Adversarial Examples and Defenses," Proc. IEEE Information Theory Workshop, Kanazawa, Japan, Oct. 2021.

Ye Wang, Shuchin Aeron, Adnan Rakin, Toshiaki Koike-Akino and P. Moulin, "Robust Machine Learning via Privacy/Rate-Distortion Theory," Proc. IEEE Int. Symp. On Information Theory, Melbourne, Australia, July 2021.

A. Goel and P. Moulin, "Locally Optimal Detection of Stochastic Targeted Universal Adversarial Perturbations," Proc. ICASSP, Toronto, Canada, May 2021.

F. Zhuang and P. Moulin, "Deep Semi-Supervised Metric Learning Via Identification of Manifold Memberships" Proc. IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP), Toronto, Canada, May 2021.

T. Jayashankar, P. Moulin, and J. Le Roux, "Detecting Audio Attacks on ASR Systems with Dropout Uncertainty," Proc. Interspeech, Oct. 2020.

F. Zhang and P. Moulin, "A New Variational Method for Deep Supervised Image Hashing," Proc. ICASSP, Barcelona, Spain, May 2020.

P. Moulin, "Game-theoretic design of universal adversarial perturbation detectors," presented at Information Theory and Applications, San Diego, CA, Feb. 2020.

T. Jayashankar, P. Moulin, T. Blu, C. Gilliam, LAP-Based Video Frame Interpolation, Proc. ICIP 2019, Taipei, Taiwan, Sep. 2019.

P. Moulin and A. Goel, " Random Ensemble of Locally Optimum Detectors for Detection of Adversarial Inputs," IEEE GlobalSIP Conf., Signal Processing for Adversarial Machine Learning, Anaheim, CA, Nov. 2018.

P. Moulin, "Gaussian Mixture Models for Detection of Adversarial Inputs," Information Theory and Applications, San Diego, CA, Feb. 2018.

P. Moulin and A. Goel, " Locally Optimal Detection of Adversarial Inputs to Image Classifiers," Proc. ICME, Hong Kong, July 2017.

R. W. Yeung, C. Chen, Q. Chen, and P.Moulin, Information-Theoretic Characterizations of Markov Random Field and Subfield, Proc. ISIT, Aachen, Germany, June 2017.

P. Moulin, "Source Coding with Distortion Profile Constraints", Proc. ISIT, Aachen, Germany, June 2017.

P. Moulin,"Lower Bounds on Rate of Fixed-Length Source Codes under Average- and $\epsilon$-Fidelity Constraints," Proc. ISIT, Aachen, Germany, June 2017.

Zhang Le, J. Varadarajan, P. N. Suganthan, N.Ahuja, and P. Moulin, "Robust Visual Tracking Using Incremental Oblique Random Forest," CVPR, June 2017.

J. Varadarajan, R. Subramanian, N. Ahuja, P. Moulin, J.-M. Odobez, "Active Online Anomaly Detection Using Dirichlet Process Mixture Model and Gaussian Process Classification," Proc. Winter Conference on Applications of Computer Vision, Santa Rosa, CA, March 2017.

P. R. Johnstone and P. Moulin, "Convergence Rates of Inertial Splitting Schemes for Nonconvex Composite Optimization," Proc. ICASSP, New Orleans, LA, March 2017.

P. Moulin, "Refined asymptotic analysis of source coding under excess-distortion constraint," ITA, San Diego, CA, Feb. 2017.

P. Moulin, "Asymptotically Achievable Error Probabilities for Multiple Hypothesis Testing," Proc. IEEE Int. Symp. Information Theory, Barcelona, Spain, July 2016.

P. Moulin, "Strong Large Deviations for Composite Multiple Hypothesis Testing," ITA, San Diego, CA, Feb. 2016.

H. Yu and P. Moulin, "Multi-Feature Hashing Based on SNR Maximization," *Proc. ICIP*, Quebec City, Canada, Sep. 2015.

T. Blu, P. Moulin, and C. Gilliam, "Approximation Order of the LAP Optical Flow Algorithm," *Proc. ICIP*, Quebec City, Canada, Sep. 2015.

P. Moulin, "Coding Redundancy of Finite-Blocklength Universal Channel Coding," *Proc. IEEE Int. Symp. Information Theory*, Hong Kong, June 2015.

P. Moulin and P. R. Johnstone, "Strong Large Deviations for GLRT and Variants in Composite Hypothesis Testing," *Proc. IEEE Int. Symp. Information Theory*, Hong Kong, June 2015.

J. Lee, M. Raginsky, and P. Moulin, "On MMSE Estimation from Quantized Observations in the Nonasymptotic Regime," *Proc. IEEE Int. Symp. Information Theory*, Hong Kong, June 2015.

B. Ni and P. Moulin, "Motion Part Regularization: Improving Action Recognition via Trajectory Selection," *Computer Vision and Pattern Recognition (CVPR)*, June 2015.

J. Lu, G. Wang, W. Deng, P. Moulin, and J. Zhou, "Multi-Manifold Deep Learning for Image Set Classification," *Proc. CVPR*, June 2015.

V. E. Liong, J. Lu, G. Wang, P. Moulin, and J. Zhou, "Deep Hashing for Compact Binary Codes Learning," *Proc. CVPR*, June 2015.

H. Yu and P. Moulin, "SNR Maximization Hashing," *Proc. ICASSP*, Brisbane, Australia, Apr. 2015.

P. R. Johnstone and P. Moulin, "Convergence of an Inertial Proximal Method for $L_1$ Regularized Least Squares," *Proc. ICASSP*, Brisbane, Australia, Apr. 2015.

S. D. Chen and P. Moulin, "A Classification Centric Quantizer for Efficient Encoding of Predictive Feature Errors," *Proc. Asilomar Conf.*, Monterrey, CA, Nov. 2014.

J. Lu, G. Wang, W. Deng, and P. Moulin, "Simultaneous feature learning and dictionary learning for image set base face recognition," *ECCV*, Lecture Notes in Computer Science Vol. 8689, pp. 265—280, Zurich, Switzerland, Sep. 2014.

Y. Zhou, B. Ni, S. Yan, P. Moulin, and Q. Tian, "Pipelining Localized Semantic Features for Fine-Grained Action Recognition," *ECCV*, Lecture Notes in Computer Science Vol. 8692, pp. 481—496, Zurich, Switzerland, Sep. 2014.

V. Tan and P. Moulin, "Second- and Higher-Order Asymptotics For Erasure and List Decoding," *Proc. ISIT*, Honolulu, HI, pp. 1887—1891, July 2014.

Y.-W. Huang and P. Moulin, "Strong Large Deviations for Composite Hypothesis Testing," *Proc. ISIT*, Honolulu, HI, pp. 556—560, July 2014.

B. Ni, T. Li, and P. Moulin, "Beta Process Multiple Kernel Learning," *CVPR*, Colombus, OH, pp. 963—970, June 2014.

B. Ni, V. R. Paramathayalan and P. Moulin, "Multiple Granularity Analysis for Fine-Grained Action Detection," *CVPR*, Colombus, OH, pp. 756—763, June 2014.

S. D. Chen and P. Moulin, "A Two-Part Predictive Coder for Multitask Signal Compression," *Proc. ICASSP*, Florence, Italy, pp. 2035—2039, May 2014.

R. Naini and P. Moulin, " Fingerprint Information Maximization for Content Identification," *Proc. ICASSP*, Florence, Italy, pp. 3809—3813, May 2014.

P. Moulin and P. R. Johnstone, "Kullback-Leibler Divergence and the Central Limit Theorem," *Proc. ITA*, San Diego, CA, Feb. 2014.

J. Lu, G. Wang, and P. Moulin, "Image set classification using holistic multiple order statistics features and localized multi-kernel metric learning," *IEEE International Conference on Computer Vision* (ICCV), pp. 329—336, 2013.

B. Ni and P. Moulin, "Manipulation Pattern Discovery: A Nonparametric Bayesian Approach," *ICCV*, 2013.

P. Moulin, "Asymptotic Neyman-Pearson Games for Converse to the Channel Coding Theorem," *Proc. ISIT*, Istanbul, July 2013.

P. R. Johnstone, A. Emad, P. Moulin, and O. Milenkovic, "RFIT: A New Algorithm for Matrix Completion," *Proc. SPARS*, Lausanne, Switzerland, July 2013.

D. Sungatullina, J. Lu, G. Wang, and P. Moulin, "Multiview discriminative learning for age-invariant face recognition," *IEEE Int. Conf. on Automatic Face and Gesture Recognition*, pp. 1—6, Shanghai, China, Apr. 2013.

H. Yu and P. Moulin, "Regularized Adaboost for Content identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

H. Yu, P. Moulin and S. Roy, "RGB-D Video Content Identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

D. Sungatullina, J. Lu, G. Wang, and P. Moulin, "Multiview Discriminative Learning for Age-Invariant Face Recognition," *Proc. 10th IEEE International Conference on Automatic Face and Gesture Recognition*, Shanghai, China, Apr. 2013.

P. Moulin, "A New Metaconverse and Outer Region for Finite-Blocklength MACs," *Proc. Information Theory and Applications (ITA) Workshop*, San Diego, CA, Feb. 2013.

A. Singh, N. Ahuja, P. Moulin, "Online learning with kernels: Overcoming the growing sum problem," *Proc. IEEE Machine Learning for Signal Processing (MLSP)*, Santander, Spain, pp. 449-454, Sep. 2012.

B. Ni, M. Xu, J. Tang, S. Yan, and P. Moulin, "Omni-range spatial contexts for visual classification," *Proc. CVPR*, pp. 3514-3521, Providence, RI, June 2012.

B. Ni, P. Moulin, S. Yan, "Order-Preserving Sparse Coding for Sequence Classification," *Proc. ECCV* pp. 173-187, Providence, RI, June 2012.

B. Ni, N. C. Dat, P. Moulin, "RGBD-camera based get-up event detection for hospital fall prevention," *Proc. ICASSP*, pp. 1405-1408, Kyoto, Japan, March 2012.

R. Dubey, B. Ni, and P. Moulin, "A Depth Camera Based Fall Recognition System for the Elderly," *Proc. 9th Int. Conf. Image Analysis and Recognition (ICIAR)*, LNCS Vol. 7325, pp. 106-113, Aveiro, Portugal, June 2012.

P. Moulin, "The log-volume of optimal constant-composition codes for memoryless channels, within O(1) bits," *Proc. ISIT*, pp. 826-830, Cambridge, MA, July 2012.

Y.-W. Huang and P. Moulin, "Finite blocklength coding for multiple access channels," *Proc. ISIT*, pp. 831-835, Cambridge, MA, July 2012.

Y.-W. Huang and P. Moulin, "On fingerprinting capacity games for arbitrary alphabets and their asymptotics," *Proc. ISIT*, pp. 2571-2575, Cambridge, MA, July 2012.

R. Naini and P. Moulin, "Real Adaboost for content identification," *Proc. IEEE Stat. Signal Processing Workshop*, Ann Arbor, MI, Aug. 2012.

R. Naini and P. Moulin, "Model-based decoding metrics for content identification," *Proc. ICASSP*, pp. 1829-1832, Kyoto, Japan, March 2012.

P. Moulin, "The log-volume of optimal codes for memoryless channels, Up to a Few Nats," *Proc. Information Theory and Applications Workshop*, San Diego, CA, Feb. 2012.

B. Ni, G. Wang, and P. Moulin, "RGBD-HuDaAct: A color-depth video database for human daily activity recognition," *Proc. 1st IEEE workshop on Consumer Depth Cameras for Computer Vision*, held in conjunction with *Int. Conf. on Computer Vision (ICCV) Workshop*, pp. 1147-1153, Barcelona, Nov. 2011.

S. Sadasivam and P. Moulin, "A Universal Divergence-Rate Estimator for Steganalysis in Timing Channels," *Proc. 2nd Workshop on Information Security and Forensics*, Seattle, WA, Dec. 2010.

Y.-W. Huang and P. Moulin, "On the Saddle-point Solution and the Large-Coalition Behavior of Fingerprinting Games," *Proc. 2nd Workshop on Information Security and Forensics*, Seattle, WA, Dec. 2010.

R. Naini and P. Moulin, "Interference Management through Mobile Relays in Ad Hoc Networks," *Proc. ASILOMAR Conf.*, Pacific Grove, CA, Nov. 2010.

G. Gigaud and P. Moulin, "A Geometrically Resilient SURF-Based Image Fingerprinting Scheme," *Proc. IEEE Int. Conf. Image Processing* (ICIP), Hong Kong, Sep. 2010.

G. Gigaud and P. Moulin, "Traitor Tracing Aided by Compressed SURF Features," *Proc. Conf. Info. Sci. and Sys.*, Princeton, NJ, March 2010.

P. Moulin, "Statistical Modeling and Analysis of Content Identification and Retrieval," *Proc. Information Theory and Applications Workshop*, San Diego, CA, Feb. 2010.

Y.-W. Huang and P. Moulin, "Capacity-Achieving Fingerprint Decoding," *Proc. 1st Workshop on Information Security and Forensics*, London, UK, Dec. 2009.

S. Sadasivam and P. Moulin, "Combating Desynchronization Attacks on Blind Watermarking Systems: A Message Passing Approach," *Proc. ICIP*, Cairo, Egypt, Nov. 2009.

I. Ezzeddine and P. Moulin, *Proc. IEEE Information Theory Workshop*, Taormina, Italy, Oct. 2009.

S. D. Chen, V. Monga, and P. Moulin, "Meta-classifiers For Multimodal Document Classification," *Proc. IEEE Multimedia Signal Processing Workshop*, Rio de Janeiro, Brazil, Oct. 2009.

Y.-W. Huang and P. Moulin, Saddlepoint Solution of the Fingerprinting Capacity Game under the Marking Assumption, *Proc. Int. Symp. Information Theory*, Seoul, Korea, July 2009.

P. Moulin, "A Strong Converse for the Gel'fand-Pinsker Channel," *Proc. Int. Symp. Information Theory*, Seoul, Korea, July 2009.

P. Moulin, "Optimal Gaussian Fingerprint Decoders" *Proc. ICASSP*, Taipei, Taiwan, Apr. 2009.

P. Moulin and Y. Wang, "Information-Theoretic Analysis of Spherical Fingerprinting," Proc. ITA Workshop, San Diego, CA, Feb. 2009.

M. El Choubassi and P. Moulin, "Joint Estimation-Detection Games for Sensitivity Analysis Attacks," *Proc. SPIE Conf.*, San Jose, CA, Jan. 2009.

P. Moulin, "A Neyman-Pearson Approach to Universal Erasure and List Decoding," *Proc. IEEE Symp. Information Theory*, pp. 61—65, July 2008.

P. Moulin, "Universal Fingerprinting: Capacity and Random-Coding Exponents," *Proc. IEEE Symp. Information Theory*, pp. 220—224, July 2008.

J.-F. Jourdas and P. Moulin, "Towards Optimal Design of Multimedia Fingerprinting Codes," *Proc. ICASSP*, Las Vegas, NV, pp. 1649—1652, April 2008.

J.-F. Jourdas and P. Moulin, "A Low-Rate Fingerprinting Code And Its Application To Blind Image Fingerprinting," *Proc. SPIE*, San Jose, CA, Jan. 2008.

J.-F. Jourdas and P. Moulin, "A High-Rate Fingerprinting Code," *Proc. SPIE*, San Jose, CA, Jan. 2008.

S. Sadasivam, P. Moulin, and R. Koetter, "Graphical Models for Desynchronization-Resilient Watermark Decoding," *Proc. IEEE Int. Conf. on Image Proc.*, San Antonio, TX, pp. V.477—480, Sep. 2007.

M. El Choubassi and P. Moulin, "Sensitivity Analysis Attacks Against Randomized Detectors," *Proc. IEEE Int. Conf. on Image Proc.*, San Antonio, TX, pp. II.129—132, Sep. 2007.

N. Kiyavash and P. Moulin, "Digital Fingerprinting: on Colluders Worst-Case Noise," *IEEE Workshop on Statistical Signal Processing*, Madison, WI, July 2007.

P. Moulin and N. Kiyavash, "Expurgated Gaussian Fingerprinting Codes," *Proc. IEEE Int. Symp. on Information Theory*, Nice, France, June 2007.

P. Moulin and N. Kiyavash, "Performance of Random Fingerprinting Codes Under Arbitrary Nonlinear Attacks," *Proc. ICASSP*, Honolulu, HI, pp. II.157—160, April 2007.

N. Kiyavash and P. Moulin, "Sphere Packing Lower Bound on Fingerprinting Error Probability," *Proc. SPIE*, San Jose, CA, Jan. 2007.

Y. Wang and P. Moulin, "Capacity and Optimal Collusion Attack Channels for Gaussian Fingerprinting Games," *Proc. SPIE*, San Jose, CA, Jan. 2007.

S. Sadasivam and P. Moulin, "Cramer-Rao Bound on Watermark Desynchronization Parameter Accuracy," *Proc. SPIE*, San Jose, CA, Jan. 2007.

L. Perez-Freire, P. Moulin, and F. Perez-Gonzalez, "Security of spread-spectrum-based data hiding," in Security, Steganography, and Watermarking of Multimedia Contents IX, Edward J. Delp III and P. W. Wong, Eds., vol. 6505. San Jose, California, USA: SPIE, January 2007.

P. Moulin, "On the Optimal Structure of Watermark Decoders Under Geometric Attacks," *Proc. IEEE Int. Conf. on Image Proc.*, Atlanta, GA, Oct. 2006.

P. Moulin, "Universal Decoding of Watermarks Under Geometric Attacks" *Proc. IEEE Int. Symp. on Information Theory*, July 2006.

Y. Wang and P. Moulin, "Capacity and Random-Coding Error Exponent for Public Fin-

gerprinting Game," *Proc. IEEE Int. Symp. on Information Theory*, July 2006.

S. Ray, P. Moulin and M. Médard, "On Jamming in the Wideband Regime," *Proc. IEEE Int. Symp. on Information Theory*, July 2006.

S. Ray, P. Moulin and M. Médard, "On Optimal Signaling and Jamming Strategies in Wideband Fading Channels," *Proc. IEEE Conf. on Signal Processing Applications for Wireless Communications (SPAWC)*, June-July 2006.

N. Kiyavash and P. Moulin, "On Optimal Collusion Strategies for Fingerprinting", *Proc. ICASSP*, Toulouse, France, May 2006.

N. Kiyavash and P. Moulin, "A Framework for Optimizing Nonlinear Collusion Attacks on Fingerprinting Systems", *Proc. CISS*, Princeton, NJ, March 2006.

P. Moulin and R. Koetter, "A Framework for Design of Good Watermark Identification Codes," *Proc. SPIE*, San Jose, CA, Jan. 2006.

M. El Choubassi and P. Moulin, "On the fundamental tradeoff between watermark detection performance and robustness against sensitivity analysis attacks," *Proc. SPIE*, San Jose, CA, Jan. 2006.

Y. Wang and P. Moulin, "Statistical modeling and steganalysis of DFT-based image steganography," *Proc. SPIE*, San Jose, CA, Jan. 2006.

N. Kiyavash and P. Moulin, "Regular Simplex Fingerprints and Their Optimality Properties," *Proc. Int. Workshop on Digital Watermarking*, Siena, Italy, Sep. 2005.

P. Moulin and Y. Wang, "Improved QIM Strategies for Gaussian Watermarking," *Proc. Int. Workshop on Digital Watermarking*, Siena, Italy, Sep. 2005.

P. Moulin and A. K. Goteti, "Minmax Strategies for QIM Watermarking Subject to Attacks with Memory," *Proc. IEEE ICIP*, Sep. 2005.

P. Moulin and Y. Wang, "On Achievable Error Exponents for Watermarking," *Proc. SPIE Conf.*, San Jose, CA, Jan. 2005

M. El Choubassi and P. Moulin, "A New Sensitivity Analysis Attack," *Proc. SPIE Conf.*, San Jose, CA, Jan. 2005

A. K. Goteti and P. Moulin, "QIM Watermarking Games," *Proc. ICIP*, Singapore, Oct. 2004.

P. Moulin and A. Briassouli, "A Stochastic QIM Algorithm for Robust, Undetectable Image Watermarking," invited paper, *Proc. ICIP*, Singapore, Oct. 2004.

T. Liu, P. Moulin and R. Koetter, "On Error Exponents of Nested Lattice Codes for the AWGN Channel," *Proc. Information Theory Workshop*, San Antonio, TX, Oct. 2004.

P. Moulin and Y. Wang, "Error Exponents for Channel Coding with Side Information," *Proc. Information Theory Workshop*, San Antonio, TX, Oct. 2004.

P. Moulin, A. K. Goteti and R. Koetter, "Optimal Sparse QIM Codes for Zero-Rate Blind Watermarking," *Proc. ICASSP*, Montreal, Canada, May 2004.

A. K. Goteti and P. Moulin, "Two Private, Perceptual Data-Hiding Games," *Proc. ICASSP*, Montreal, Canada, May 2004.

P. Moulin and Y. Wang, "New Results on Steganographic Capacity," *Proc. Conf. on Info.*

*Syst. and Sci.*, Princeton, NJ, March 2004.

Y. Wang and P. Moulin, "Steganalysis of Block-Structured Stegotext," *Proc. SPIE* Vol. 5306, San Jose, CA, Jan. 2004.

P. Moulin, "Embedded-Signal Design for Channel Parameter Estimation Part I: Linear Embedding," *Proc. IEEE Workshop on Statistical Signal Processing*, St Louis, MO, Sep. 2003.

P. Moulin, "Embedded-Signal Design for Channel Parameter Estimation Part II: Quantization Embedding," *Proc. IEEE Workshop on Statistical Signal Processing*, St Louis, MO, Sep. 2003.

Y. Wang and P. Moulin, "Steganalysis of Block-DCT Steganography," *Proc. IEEE Workshop on Statistical Signal Processing*, St Louis, MO, Sep. 2003.

J. Liu and P. Moulin, "On the Risk of Translation-Averaged Wavelet Estimators," *Proc. SPIE*, San Diego, Aug. 2003.

S. Jana and P. Moulin, "Optimal Transform Coders for Classification/Reconstruction with Joint Decoding at the Receiver," *Proc. IEEE Int. Symp. on Information Theory*, Yokohama, Japan, July 2003.

T. Liu and P. Moulin, "Error Exponents for Zero-Rate Watermarking Game with Squared-Error Constraints," *Proc. IEEE Int. Symp. on Information Theory*, Yokohama, Japan, July 2003.

T. Liu and P. Moulin, "Error Exponents for One-Bit Watermarking," *IEEE Proc. ICASSP*, Hong Kong, April 2003.

A. Briassouli and P. Moulin, "Detection-Theoretic Anaysis of Warping Attacks in Spread-Spectrum Watermarking," *IEEE Proc. ICASSP*, Hong Kong, April 2003.

S. Jana and P. Moulin, "Optimal Transform Coding of Gaussian Mixtures for Joint Classification/Reconstruction," *Proc. Data Compression Conference*, Snowbird, UT, March 2003.

N. Schmid, Y. Bresler and P. Moulin, "Complexity Regularized Shape Estimation from Noisy Fourier Data," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

J. C. Ye, Y. Bresler and P. Moulin, "Cramer-Rao Bounds for Parametric Shape Estimation in Inverse Problems," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

A. Ivanović and P. Moulin, "Game-Theoretic Performance Analysis of Image Watermark Detectors," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

M. K. Mıhçak and P. Moulin, "Information-Embedding Codes Matched to Local Gaussian Image Models," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

P. Moulin, A. Briassouli and H. Malvar, "Detection-Theoretic Analysis of Desynchronization Attacks in Watermarking," *Proc. DSP'02*, Santorini, Greece, July 2002.

P. Moulin and M. T. Orchard, "Undergraduate Education in Image and Video Processing," *Proc. Int. Conf. on Ac., Sp., and Signal Processing*, Orlando, FL, May 2002.

S. C. Herman and P. Moulin, "A Particle Filtering Approach to Joint Radar Tracking and Automatic Target Recognition", *Proc. IEEE Aerospace Conference*, Big Sky, Montana, March 2002.

P. Moulin and A. Briassouli, "The Gaussian Fingerprinting Game," *Proc. CISS'02*, Princeton, NJ, March 2002.

P. Moulin and J. A. O'Sullivan, "Optimal Key Design in Information-Embedding Systems," *Proc. CISS'02*, Princeton, NJ, March 2002.

P. Moulin and A. Ivanović, "The Fisher Information Game for Optimal Design of Synchronization Patterns in Blind Watermarking," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

P. Moulin and A. Ivanović, "Game-Theoretic Analysis of Watermark Detection," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. C. Ye, Y. Bresler and P. Moulin, "A Self-Referencing Level-Set Method for Image Reconstruction from Sparse Fourier Samples," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. Liu and P. Moulin, "Statistical Image Restoration Based on Adaptive Wavelet Models," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. Liu and P. Moulin, "Approximation-Theoretic Analysis of Translation-Invariant Wavelet Denoising," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. A. O' Sullivan and P. Moulin, "Some Properties of Optimal Information Hiding and Information Attacks," *Proc. 39th Allerton Conf.*, pp. 92-101, Monticello, IL, Oct. 3-5, 2001.

J. C. Ye, Y. Bresler and P. Moulin, "A Self-Referencing Level-Set Method for Image Reconstruction from Sparse Fourier Samples," *Proc. IEEE Int. Workshop on Variational and Level Set Methods*, Vancouver, B.C., July 2001.

P. Moulin and A. Ivanović, "The Watermark Selection Game," *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 2001.

P. Moulin, "The Parallel-Gaussian Watermarking Game," *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 2001.

J. Liu and P. Moulin, "Approximation-Theoretic Analysis of Translation-Invariant Wavelet Denoising," invited paper, *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 2001.

P. Moulin, M. K. Mıhçak and G.-I. Lin, "An Information-Theoretic Model for Image Watermarking," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

R. Venkatesan, M. Jakubowski, S.-M. William Koon and P. Moulin, "Robust Image Hashing," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

P. Ishwar and P. Moulin, "Shift-Invariant Image Denoising — A Multiple-Domain Maxent MAP Framework," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

J. Liu and P. Moulin, "Analysis of Interscale and Intrascale Dependencies Between Image Wavelet Coefficients," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

S. Jana and P. Moulin, "Optimal Design of Transform Coders and Quantizers for Image Classification," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

M. K. Mıhçak, A. F. Docimo, P. Moulin and K. Ramchandran, "Design and Analysis of a Forward-Adaptive Wavelet Image Coder," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

M. Kesal, M. K. Mıhçak, R. Kötter and P. Moulin, "Iteratively Decodable Codes for Watermarking Applications," *Proc. 2nd Symposium on Turbo Codes and Related Topics*, pp. 113-116, Brest, France, Sep. 2000.

P. Ishwar and P. Moulin, "Image Modeling and Restoration – Information fusion, Set-theoretic methods, and the Maximum Entropy Principle," *Proc. MAXENT'00*, Paris, France, July 2000.

P. Moulin and J. A. O'Sullivan, "Information-Theoretic Analysis of Information Hiding," *Proc. IEEE Int. Symp. on Information Theory*, Sorrento, Italy, June 2000.

P. Moulin and J. Liu, "Statistical Imaging and Complexity Regularization," *Proc. IEEE Int. Symp. on Information Theory*, Sorrento, Italy, June 2000.

P. Moulin and J. A. O'Sullivan, "Information-Theoretic Analysis of Watermarking," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'00)*, Istanbul, Turkey, June 2000.

P. Ishwar and P. Moulin, "Fundamental Equivalences between Set-Theoretic and Maximum-Entropy methods in Multiple-Domain Image Restoration," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'00)*, Istanbul, Turkey, June 2000.

J. C. Ye, Y. Bresler and P. Moulin, "Global Confidence Regions in Parametric Shape Estimation," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'00)*, Istanbul, Turkey, June 2000.

A. Jain, P. Moulin, M. I. Miller and K. Ramchandran, "Information-Theoretic Bounds on Target Recognition Performance," *SPIE's 14th International Symposium on AeroSense 2000*, Orlando, FL, April 2000.

J. C. Ye, Y. Bresler and P. Moulin, "Wavelet Descriptors for Parametric Shape Estimation in Nonlinear Inverse Scattering Problems," *SPIE's International Symposium on AeroSense 2000*, Orlando, FL, April 2000.

P. Ishwar and P. Moulin, "Multiple–Domain Image Modeling and Restoration," *Proc. IEEE Int. Conf. on Image Proc.*, Vol. I, pp. 362—366, Kobe, Japan, 1999.

J. Liu and P. Moulin, "Image Denoising Based on Scale–Space Mixture Modeling of Wavelet Coefficients," *Proc. IEEE Int. Conf. on Image Proc.*, Vol. I, pp. 386—390, Kobe, Japan, 1999.

S. Jana and P. Moulin, "Optimal Design of Transform Coders for Image Classification," *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 1999.

A. Jain, P. Moulin, K. Ramchandran and M. I. Miller, "Performance Bounds for ATR based on Compressed Data," *Proc. Army Compression Workshop*, Huntsville, AL, Dec. 1998.

P. Moulin, M. Anitescu, and K. Ramchandran, "Some Fundamental Properties of MMSE Filter Banks," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, Pittsburgh, PA, Oct. 1998.

P. Moulin and J. Liu, "Analysis of Multiresolution Image Denoising Schemes Using Generalized - Gaussian Priors," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, Pittsburgh, PA, Oct. 1998.

J. Liu and P. Moulin, "A New Complexity Prior for Multi-Resolution Image Denoising," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, Pittsburgh, PA, Oct. 1998.

J. Liu and P. Moulin, "Complexity-Regularized Image Restoration," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'98)*, Chicago, IL, Oct. 1998.

M. K. Mıhçak, K. Ramchandran and P. Moulin, "Adaptive Wavelet Packet Image Coding Using an Estimation–Quantization Framework," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'98)*, Vol. I, pp. 92—96, Chicago, IL, Oct. 1998.

P. Moulin and M. Miller, "Detection Bounds for Automatic Target Recognition," *Proc. Int. Symp. on Information Theory (ISIT'98)*. Boston, MA, Aug. 1998.

J. A. O'Sullivan, P. Moulin and M. Ettinger, "Information Theoretic Analysis of Steganography," *Proc. Int. Symp. on Information Theory (ISIT'98)*, Boston, MA, Aug. 1998.

X. Yang, K. Ramchandran and P. Moulin, "Optimization of High–Energy–Compaction, Nearly–Orthonormal, Linear–Phase Filter Banks," *Proc. ISCAS'98*, Monterrey, CA, June 1998.

P. Ishwar, K. Ratakonda, P. Moulin and N. Ahuja, "Image Denoising in Multiple Compaction Domains," invited paper, *Proc. ICASSP'98*, Vol. 3, pp. 1889—1892, Seattle, May 1998.

P. Moulin, M. Anitescu and K. Ramchandran, "Asymptotic Performance of Subband Coders Using Constrained, Signal–Adapted FIR Filter Banks," *Proc. 32nd Conf. on Info. Syst. and Sci.* (CISS), Princeton, NJ, March 1998.

J. Liu and P. Moulin, "Complexity-Regularized Image Denoising," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'97)*, pp. II. 370—373, Santa Barbara, CA, Oct. 1997.

P. Ishwar and P. Moulin, "Switched Control-Grid Interpolation for Motion-Compensated Video Coding," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'97)*, pp. III. 650—653, Santa Barbara, CA, Oct. 1997.

R. Krishnamurthy, J. W. Woods and P. Moulin, "Compactly-Encoded Optical Flow Fields for Bidirectional Prediction and Video Coding," *Proc. VCIP'97*, Feb. 1997.

P. Moulin, K. Ramchandran and V. Pavlovic, "Transform Image Coding based on Joint Adaptation of Filter Banks and Tree Structures," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'96)*, Lausanne, Switzerland, Sep. 1996.

R. Krishnamurthy, P. Moulin and J. W. Woods, "Multiscale Motion Estimation for Scalable Video Coding," *Proc. ICIP'96*, Lausanne, Switzerland, pp. I. 965—968, Sep. 1996.

P. Moulin, "Signal Estimation Using Adapted Tree–Structured Bases and the MDL Principle," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, pp. 141—143, Paris, June 1996.

P. Moulin, "Design of Signal–Adapted FIR Paraunitary Filter Banks," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'96)*, Atlanta, GA, May 1996.

P. Moulin and R. Krishnamurthy, "Multiscale Motion Fields for Video Coding," *Proc. 9th IEEE Workshop on Image and Multidim. Signal Processing*, Belize, March 1996.

R. Krishnamurthy, P. Moulin and J. Woods, "Optical Flow Techniques Applied to Video Coding," *Proc. ICIP'95*, Washington, D.C., Oct. 1995.

P. Moulin, "Model Selection Criteria and the Orthogonal Series Method for Function Estimation," *Proc. IEEE Int. Symp. on Information Theory (ISIT'95)*, Whistler, B.C., Sep. 1995.

P. Moulin, "A New Look at the Signal–Adaptive QMF Bank Design," *Proc. ICASSP'95*, Detroit, MI, pp. 1312—1315, Apr. 1995.

P. Moulin, "A Relaxation Technique for Minimizing the $L^2$ Reconstruction Error in Nonorthogonal Subband Coding," *Proc. ICIP'94*, Austin, TX, Nov. 1994.

P. Moulin, "The Use of Wavelets for Spectral Density Estimation with Local Bandwidth Adaptation," *Proc. ISIT'94*, p. 40, Trondheim, Norway, June 1994. Also invited paper, *Interface'94*, Research Triangle Park, June 1994.

P. Moulin, "Optimization Techniques for Efficient Image Compression in Nonorthogonal Multiresolution Bases," *Proc. 1994 NJIT Symp. on Wavelets*, Apr. 1994.

P. Moulin, "Wavelets as a Regularization Technique for Spectral Density Estimation," *Proc. SIAM Annual Meeting*, p. 69, Philadelphia, July 1993.

P. Moulin, I. Rhee and P. Caputo, "Video Signal Processing on SIMD Parallel Computer Architectures," *Proc. 8th IEEE Workshop on Image and Multidim. Signal Processing*, pp. 246–247, Cannes, France, Sep. 1993.

P. Moulin and A. Loui, "Hierarchical–Finite–Element Estimation and Parameterization of Optical Flow Field," *Proc. 8th IEEE Workshop on Image and Multidim. Signal Processing*, pp. 130–131, Cannes, France, Sep. 1993.

P. Moulin and A. Loui: "Application of a Multiresolution Optical Flow Based Method for Motion Estimation to Video Coding," *Proc. ISCAS'93*, pp. I.1–4, Chicago, IL, May 1993.

P. Moulin, "Optimal $L^2$ Approximation of Images in Nonorthogonal Multiresolution Bases," *Proc. ICASSP'93*, pp. V.189–192, Minneapolis, MN, Apr. 1993.

P. Moulin, "Model–Based Multiresolution Restoration of Speckle Images: Application to Radar Imaging," invited paper, *Proc. IEEE Int. Symp. on Information Theory*, p. 67, San Antonio, TX, Jan. 1993.

P. Moulin, "Adaptive Multiresolution Image Restoration and Compression," invited paper, *IEEE EMBS Workshop on Case Studies in Medical Instrument Design*, Orlando, FA, Oct. 91.

P. Moulin, "Wavelets as a Regularization Technique for Spectral Density Estimation," *Proc. IEEE Signal Processing Conf. on Time–Frequency and Time–Scale Analysis*, pp. 73–76, Victoria, B.C., Oct. 1992.

P. Moulin, "An Adaptive Finite–Element Method for Image Representation," *Proc. Int. Conf. on Pattern Recognition*, pp. III.70–74, The Hague, The Netherlands, Aug. 1992.

P. Moulin, "An Adaptive Spline Method for Signal Restoration," *Proc. ICASSP'92*, San Francisco, CA, Mar. 92, pp. IV.169–172.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "A Method of Sieves for Estimating the Spectral Density," *Proc. IEEE Int. Symp. on Information Theory*, p. 67, Budapest, Hungary, June 91.

J. A. O'Sullivan, P. Moulin, D. L. Snyder, and S. P. Jacobs: "Computational Considerations for Maximum–Likelihood Radar Imaging," *Proc. 24th CISS Conf.*, Princeton, NJ, March 1990.

P. Moulin, D. L. Snyder, and J. A. O'Sullivan: "A Method of Sieves for Regularizing Maximum–Likelihood Spectral Estimates," *Proc. IEEE Int. Symp. on Information The-*

*ory*, p. 112, San Diego, CA, Jan. 1990.

P. Moulin, D. L. Snyder, and J. A. O'Sullivan: "A Sieve–Constrained Maximum–Likelihood Estimator for the Spectrum of a Gaussian Process," *Proc. 28th Allerton Conf.*, Urbana–Champaign, IL, Sept. 1989.

J. A. O'Sullivan, D. L. Snyder, and P. Moulin, "The Role of Spectrum Estimation in Forming High–Resolution Radar Images," *Proc. ICASSP 1989*, Glasgow, U.K., May 1989.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "Maximum–Likelihood Spectrum Estimation of Periodic Processes from Noisy Data," *Proc. CISS Conf.*, Johns Hopkins University, Baltimore, MD, March 1989.

J. A. O'Sullivan, P. Moulin, and D. L. Snyder, "Cramer–Rao Bounds for Constrained Spectrum Estimation with Application to a Problem in Radar Imaging," *Proc. 27th Allerton Conf.*, Urbana–Champaign, IL, Sept. 1988.

R. Boite and P. Moulin, "Comparaison du rapport signal à bruit pour une représentation numérique en virgule fixe et en virgule flottante," *Proc. IASTED Symp.*, Paris, France, June 1985.

# EXHIBIT B

Google

"data analyzer"

All   Images   News   Shopping   Videos   More                              Tools

About 427,000 results (0.39 seconds)

Ad · https://www.domo.com/

**Try Domo Now For Free - Data Analytics Tool**

Safe, Secure, Scalable. Get a custom demo set up, using your own data as an example.
Connect to 1,000+ Data Sources & Get The Critical Data You Need to Make Decisions.
Access Data Anywhere. All Reports On Mobile. Analyze Data...

**Pricing Comparison**
See which plan is best for your business & budget.

**Predictive Analytics**
Guide decision making for your whole organization

**Embedded Analytics**
Secure, scalable data distribution from start to finish.

Ad · https://page.funnel.io/

**Analysis & Reporting Tool - Share Your Data Anywhere**

We are more than a simple data tool, we make marketing data easy, effortless...
Trusted Worldwide · Easy Dashboards & Reports · Pricing & Plans · What is Funnel? ·
Looker

Ad · https://www.slingshotapp.io/

**Simplify Your Data Analysis - Slingshot® - Data Analytics**

Leverage data analytics, project management, content and chat all from the same app.

https://www.polymersearch.com › blog › data-analyzer-...

**7 Data Analyzer Tools That Automate Data Analysis**

Mar 9, 2022 — 7 **Data Analyzer** Tools That Automate Data Analysis · Polymer Search · Akkio ·
Pandas Profiling · Autopilot App · ATLAS.ti · Google Sheets · Excel VBA.

## People also ask

What is data analyzer?

What does a data analyst do?

Is data analyst job hard?

What are the 6 types of data analytics?

What is data analysis with example?

What app is used for data analysis?

Feedback

https://www.forcepoint.com › cross-domain-security

**Data Analyzer Security Tool - Forcepoint**

Harness automated information discovery in real-time with the data visualization tools and
powerful algorithms of Forcepoint **Data Analyzer**.

https://www.datapine.com › data-analysis-tools    ⋮

**Online Data Analysis Tools - Easily Analyze Data Online**

A modern **data analyzer** can take you even further by providing advanced technologies such as Artificial Intelligence features and predictive analytics that will ...

https://www.thevantagepoint.com › 6-products › thoms...    ⋮

**Thomson Data Analyzer - The VantagePoint**

Derwent **Data Analyzer** works with patent and scientific databases to deliver information snapshots and graphs to give you genuinely unique insight into:.

---

▶️ **Videos**    ⋮

| | |
|---|---|
| 3:39 | **Data Analyzer Tutorial | datapine**<br>YouTube · datapine<br>Jan 12, 2021 |
| 3:32 | **SAP Analytics Cloud: The Data Analyzer**<br>YouTube · McCoy TV<br>Sep 28, 2022 |
| 2:30 | **How to do Ad Hoc Analysis Using the Data Analyzer: SAP ...**<br>YouTube · SAPAnalyticsTraining<br>Dec 5, 2022 |

☐ 5 key moments in this video    ⌄

Feedback

View all  →

---

https://www.ussc.gov › research › interactive-data-analy...    ⋮

**Interactive Data Analyzer**

The Interactive **Data Analyzer** (IDA) is an online tool that can be used to explore, filter, customize, and visualize federal sentencing data. IDA presents annual ...

https://www.igi-global.com › what-is-cloud-computing    ⋮

**What is Data Analyzer | IGI Global**

What is **Data Analyzer**? Definition of **Data Analyzer**: Is a process of cleaning the data using analytical tools. Collection of data from various sources is ...

https://www.sick.com › system-solutions › master-data-...    ⋮

**Track and trace systems | Master Data Analyzer | SICK**

The Master **Data Analyzer** track-and-trace system captures the dimensions, the weight, and the bar code of objects in one step. M...

Output data: Maximum dimensions (length, wi...     Maximum object size: 790 mm x 590 mm x ...
Accuracy of object coverage: Typ. ± 5 mm x 5 ...     Minimum object size: 10 mm x 10 mm x 5 mm

---

🖼️ **Images for "data analyzer"**    ⋮

🔘 master data    🔘 panasonic    🔘 sap analytics    🔘 data analysis    ⌄



▶ Video

Feedback

View all  →

https://tsi.com › products › tsi-link-api-data-services › ts... ⋮

**TSI Link™ Data Analyzer**

TSI Link™ **Data Analyzer**. Data Analytics, Intelligent Visualization & Reporting. Who said that data analysis has to be complicated or time-consuming? TSI Link ...

Ad · https://www.segment.com/ ⋮

**Segment - Official Site - Put 1st Party Data To Work**

Unify your customers' touch points across all platforms and channels. Target the right customer with the right message at the right time. Trusted by 20K+ companies. The #1 CDP.

Customer Data Analytics · Target The Right Costumer · The New CDP Report 2023

## Related searches ⋮

Online data analysis tools                                         ⌃



| Google Analytics | Trifacta | RapidMiner | SPSS | Qlik | Looker Studio |

See more →

Feedback

data analyzer **free**                      data analyzer **tool**

data analyzer **software**                  data analyzer **in sac**

data analyzer **online**                    data **interpretation generator**

data analyzer **app**                       data analyzer **eve**

Ad · https://www.domo.com/domo_data/analytics ⋮

**Data Analytics Tool - Try Domo Now For Free**

Safe, Secure, Scalable. Get a custom demo set up, using your own data as an...

**Pricing Comparison**

See which plan is best for your business & budget.

**Predictive Analytics**

Guide decision making for your whole organization

**Embedded Analytics**

Secure, scalable data distribution from start to finish.

Ad · https://www.slingshotapp.io/ ⋮

**Simplify Your Data Analysis - Slingshot® - Data Analytics**

Leverage data analytics, project management, content and chat all from the same app. Create more value for your data and help your team make better decisions with Slingshot.

Ad · https://page.funnel.io/ ⋮

**Analysis & Reporting Tool - Share Your Data Anywhere**

We are more than a simple data tool, we make marketing data easy, effortless...

Trusted Worldwide · Easy Dashboards & Reports · Pricing & Plans · Looker

What is Funnel?

https://us.mitsubishielectric.com › edge › edgsw › rda

### Real Time Data Analyzer | Mitsubishi Electric Americas

Real Time **Data Analyzer**. 33lp3edgap_t001. Real-time diagnostics and offline analysis all in one. Data analysis and diagnostic software that easily realizes ...

https://www.lightwaveonline.com › home › article › dig...

### DIGITAL DATA ANALYZER - Lightwave Online

Feb 1, 2000 — The MP1632A digital **data analyzer** combines a pulse pattern generator and error detector and provides a variety of analysis capabilities, ...

https://www.ionicon.com › accessories › details › ionico... ⋮

### IONICON Data Analyzer (IDA)

IONICON **Data Analyzer** (IDA). The powerful and fast Data Analysis Suite. IDA is the new platform to visualize, analyze and manage your IONICON TOF-MS ...

https://blogs.sap.com › 2023/02/08 › major-release-of-... ⋮

### Major release of Data Analyzer for the next level ... - SAP Blogs

Feb 8, 2023 — It has been quiet around **Data Analyzer** in the past months. This is due to the major release in QRC Q1 2023 with significant updates.

http://www.cpr-tech.com › Products ⋮

### Plato Data Analyzer - CPR Technologies

Run the **data analyzer** ; is a visual data modeling tool ; that allows you to instantly view new relationships simply by dragging ; data from one location to another ...

https://store.codesys.com › data-analyzer-s-project ⋮

### Data Analyzer S Project | CODESYS Store International

The **Data Analyzer** is an integration of AnyViz into the CODESYS Automation Server. It combines the simplicity of device management with the intuitive creation of ...

€0.23

https://www.ibm.com › docs › ims-hppc › topic=310-d... ⋮

### DB Historical Data Analyzer utility - IBM

The DB Historical **Data Analyzer** utility reports data that is captured during HD Pointer Checker and Space Monitor operations and provides trending, usage, ...

https://clarivate.com › patent-intelligence-software › der... ⋮

### Derwent Data Analyzer - Clarivate

Convert data from different sources into analytics-ready information · What our customers like best about Derwent **Data Analyzer** · Patent data-mining technology ...

https://resource1.personifycorp.com › mergedProjects ⋮

### Working with Data Analyzer Dashboards - Personify

The **Data Analyzer** application comes with seven fully-functional dashboards that you can view from within **Data Analyzer** as well as Personify.

https://industry.panasonic.eu › products › plc-software ⋮

### FP Data Analyzer | Panasonic Industry Europe GmbH

FP **Data Analyzer**. This software tool is used to read and display PLC data. Data can be stored in a file and analyzed in offline mode, which helps to ...

Ad · https://www.zoho.com/analytics ⋮

### Data Analytics Tool - Upload and Analyze Any Data

Get Key Business Metrics Reports Anywhere Anytime You Need Them. Try for Free! White Label Analytics. Dynamic Dashboards. Visually Analyze Any Data. Upload any Data.

Pricing · Tour · Features · Solutions · For ISVs / Partners · Embedded Analytics

Case 1:21-cv-01592-CJB   Document 101-1   Filed 04/14/23   Page 80 of 161 PageID #: 1318

Free - $0.00 - 2 Users, 10K Rows · More ▾

More results ⌄

# EXHIBIT C

IEEE.org | IEEE *Xplore* | IEEE SA | IEEE Spectrum | More Sites

Cart | Create Account | Personal Sign In

☰ | Browse ⌄ | My Settings ⌄ | Help ⌄

**I ILLINOIS** University Library

Access provided by: **University of Illinois** | Sign Out

**I ILLINOIS** University Library

Access provided by: **University of Illinois** | Sign Out

All ⌄

🔍

ADVANCED SEARCH

Search within results 🔍 | Download PDFs | Items Per Page | Export | 🔔 Alert | Set Search Alerts | Search History

Showing **1-25** of **65** results for **"data analyzer"** ✕

☐ Conferences (49) | ☐ Journals (14) | ☐ Books (1) | ☐ Magazines (1)

Filter | 🔔 Alert | Set Search Alerts | | Sort | Relevance Sort ▾

**Show**

⦿ All Results
○ Subscribed Content ❓
○ Open Access Only

**Year** ⌃

| Single Year | Range |

1969
1969
2023
2023

From | To
1969 | 2023

**Author** ⌄

**Affiliation** ⌄

**Publication Title** ⌄

**Publisher** ⌄

**Conference Location** ⌄

**Publication Topics** ⌄

☐ **Design and implementation of fiber channel data analyzer**
S. Archana; Sujatha Hiremath; B Pradeep Kumar; C. M. Ananda
2016 International Conference on Control, Computing, Communication and Materials (ICCCCM)
Year: 2016 | Conference Paper | Publisher: IEEE
Cited by: Papers (1)

🔓

▸ Abstract | HTML | 📄 | ©

Design and implementation of fiber channel **data analyzer**

S. Archana; Sujatha Hiremath; B Pradeep Kumar; C. M. Ananda
2016 International Conference on Control, Computing, Communication and Materials (ICCCCM)
Year: 2016 | Conference Paper | Publisher: IEEE

🔓

☐ **Eye-Tracking Data Analyzer (EDA) Developed for Educational Researchers: A Sample Module of LSA**
Meng-Jung Tsai; Po-Fen Hsu; Hung-Ta Pai
2018 International Symposium on Educational Technology (ISET)
Year: 2018 | Conference Paper | Publisher: IEEE
Cited by: Papers (4)

🔓

▸ Abstract | HTML | 📄 | ©

Eye-Tracking **Data Analyzer** (EDA) Developed for Educational Researchers: A Sample Module of LSA

Meng-Jung Tsai; Po-Fen Hsu; Hung-Ta Pai
2018 International Symposium on Educational Technology (ISET)
Year: 2018 | Conference Paper | Publisher: IEEE

🔓

☐ **A Flow Real-Time Data Analyzer for Log of FPSO Central Control System**
Hongli Wan
2019 International Conference on Robots & Intelligent System (ICRIS)
Year: 2019 | Conference Paper | Publisher: IEEE

🔓

▶ Abstract    **HTML**    📄    ©

A Flow Real-Time Data Analyzer for Log of FPSO Central Control
System

Hongli Wan
2019 International Conference on Robots & Intelligent System (ICRIS)
Year: 2019 | Conference Paper | Publisher: IEEE

---

☐ **Using DACP (Data Analyzer of Coursera Platform) to Analyze MOOC Platform Data**
Jiyou Jia; Qiong Wang
2015 International Conference of Educational Innovation through Technology (EITT)
Year: 2015 | Conference Paper | Publisher: IEEE

▶ Abstract    **HTML**    📄    ©

Using DACP (Data Analyzer of Coursera Platform) to Analyze MOOC
Platform Data

Jiyou Jia; Qiong Wang
2015 International Conference of Educational Innovation through Technology (EITT)
Year: 2015 | Conference Paper | Publisher: IEEE

---

☐ **Data analyzer based on data mining for Honeypot Router**
Abdallah Ghourabi; Tarek Abbes; Adel Bouhoula
ACS/IEEE International Conference on Computer Systems and Applications - AICCSA 2010
Year: 2010 | Conference Paper | Publisher: IEEE
Cited by: Papers (6)

▶ Abstract    **HTML**    📄    ©

Data analyzer based on data mining for Honeypot Router

Abdallah Ghourabi; Tarek Abbes; Adel Bouhoula
ACS/IEEE International Conference on Computer Systems and Applications - AICCSA
2010
Year: 2010 | Conference Paper | Publisher: IEEE

---

☐ **A Novel approach to Data Visualization by supporting Ad-hoc Query and Predictive
analysis : (An Intelligent Data Analyzer and visualizer)**
Arunima Bafna; Asmita Parkhe; Anushka Iyer; Aparna Halbe
2019 International Conference on Intelligent Computing and Control Systems (ICCS)
Year: 2019 | Conference Paper | Publisher: IEEE
Cited by: Papers (1)

▶ Abstract    **HTML**    📄    ©

A Novel approach to Data Visualization by supporting Ad-hoc Query and
Predictive analysis : (An Intelligent Data Analyzer and visualizer)

Arunima Bafna; Asmita Parkhe; Anushka Iyer; Aparna Halbe
2019 International Conference on Intelligent Computing and Control Systems (ICCS)
Year: 2019 | Conference Paper | Publisher: IEEE

---

☐ **CANTool An In-Vehicle Network Data Analyzer**
Md Rezanur Islam; Insu Oh; Kangbin Yim
2022 International Conference on Information Technology Systems and Innovation (ICITSI)
Year: 2022 | Conference Paper | Publisher: IEEE

▶ Abstract    **HTML**    📄    ©

CANTool An In-Vehicle Network Data Analyzer

Md Rezanur Islam; Insu Oh; Kangbin Yim
2022 International Conference on Information Technology Systems and Innovation (ICITSI)
Year: 2022 | Conference Paper | Publisher: IEEE

---

**Avionics ICD representation using JSON for Configurable Data Analyzer**
Aleena Sasikumar; N Prem; JV Satyanarayana
2019 International Conference on Range Technology (ICORT)
Year: 2019 | Conference Paper | Publisher: IEEE

▶ Abstract    HTML    📕 ©

Avionics ICD representation using JSON for Configurable Data Analyzer

Aleena Sasikumar; N Prem; JV Satyanarayana
2019 International Conference on Range Technology (ICORT)
Year: 2019 | Conference Paper | Publisher: IEEE

---

**ADODA: a desktop online data analyzer**
Wo-Shun Luk
Proceedings Seventh International Conference on Database Systems for Advanced Applications. DASFAA 2001
Year: 2001 | Conference Paper | Publisher: IEEE

▶ Abstract    HTML    📕 ©

ADODA: a desktop online data analyzer

Wo-Shun Luk
Proceedings Seventh International Conference on Database Systems for Advanced Applications. DASFAA 2001
Year: 2001 | Conference Paper | Publisher: IEEE

---

**The Status of Data Produced by NDBO Wave Data Analyzer (WDA) Systems**
K. Steele; M. Earle
OCEANS '79
Year: 1979 | Conference Paper | Publisher: IEEE
Cited by: Papers (11)

▶ Abstract    📕 ©

The Status of Data Produced by NDBO Wave Data Analyzer (WDA) Systems

K. Steele; M. Earle
OCEANS '79
Year: 1979 | Conference Paper | Publisher: IEEE

---

**An Operational High Resolution Wave Data Analyzer System for Buoys**
K. Steele; A. Trampus; P. Wolfgram; B. Graham
OCEANS '76
Year: 1976 | Conference Paper | Publisher: IEEE
Cited by: Papers (9)

▶ Abstract    📕 ©

An Operational High Resolution Wave Data Analyzer System for Buoys

K. Steele; A. Trampus; P. Wolfgram; B. Graham
OCEANS '76
Year: 1976 | Conference Paper | Publisher: IEEE

**Network Sniffer for Time Tracking**
Maksim Smirnov; Nataliya Spiricheva; Valentina Smirnova
2020 Ural Symposium on Biomedical Engineering, Radioelectronics and Information Technology (USBEREIT)
Year: 2020 | Conference Paper | Publisher: IEEE

▶ Abstract    HTML    📄    ©

Network Sniffer for Time Tracking
Maksim Smirnov; Nataliya Spiricheva; Valentina Smirnova
2020 Ural Symposium on Biomedical Engineering, Radioelectronics and Information Technology (USBEREIT)
Year: 2020 | Conference Paper | Publisher: IEEE

**A Statistical Approach to Modelling Ocean Waves Using Buoy Data**
M. Draper; H. Gamber; T. Watkins
OCEANS 81
Year: 1981 | Conference Paper | Publisher: IEEE
Cited by: Papers (2)

▶ Abstract    📄    ©

A Statistical Approach to Modelling Ocean Waves Using Buoy Data
M. Draper; H. Gamber; T. Watkins
OCEANS 81
Year: 1981 | Conference Paper | Publisher: IEEE

**Power quality monitoring**
E. Gunther
1999 IEEE Power Engineering Society Summer Meeting. Conference Proceedings (Cat. No.99CH36364)
Year: 1999 | Volume: 1 | Conference Paper | Publisher: IEEE
Cited by: Papers (1)

▶ Abstract    📄    ©

Power quality monitoring
E. Gunther
1999 IEEE Power Engineering Society Summer Meeting. Conference Proceedings (Cat. No.99CH36364)
Year: 1999 | Volume: 1 | Conference Paper | Publisher: IEEE

**Design for a Small Discus Buoy Directional Wave Measurement System**
F. Wilem; W. Jackson; K. Steele
OCEANS 81
Year: 1981 | Conference Paper | Publisher: IEEE
Cited by: Papers (1)

▶ Abstract    📄    ©

Design for a Small Discus Buoy Directional Wave Measurement System
F. Wilem; W. Jackson; K. Steele
OCEANS 81
Year: 1981 | Conference Paper | Publisher: IEEE

**A novel smartphone camera-LED Communication for clinical signal transmission in mHealth-rehabilitation system**
Vega Pradana Rachim; Jinyoung An; Pham Ngoc Quan; Wan-Young Chung
2017 39th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC)
Year: 2017 | Conference Paper | Publisher: IEEE

Cited by: Papers (4)

▶ Abstract    HTML    [PDF icon]    ©

**A novel smartphone camera-LED Communication for clinical signal transmission in mHealth-rehabilitation system**

Vega Pradana Rachim; Jinyoung An; Pham Ngoc Quan; Wan-Young Chung

2017 39th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (EMBC)

Year: 2017 | Conference Paper | Publisher: IEEE

---

☐ **Framework of Big data Analysis about IoT-Home-device for supporting a decision making an effective strategy about new product design**

Jong-jin Jung; KyungWon Kim; JongBin Park

2019 International Conference on Artificial Intelligence in Information and Communication (ICAIIC)

Year: 2019 | Conference Paper | Publisher: IEEE

Cited by: Papers (6)

▶ Abstract    HTML    [PDF icon]    ©

**Framework of Big data Analysis about IoT-Home-device for supporting a decision making an effective strategy about new product design**

Jong-jin Jung; KyungWon Kim; JongBin Park

2019 International Conference on Artificial Intelligence in Information and Communication (ICAIIC)

Year: 2019 | Conference Paper | Publisher: IEEE

---

☐ **Latent Variable and nICA Modeling of Pathway Gene Module Composite**

Ting Gong; Yitan Zhu; Jianhua Xuan; Huai Li; Robert Clarke; Eric P. Hoffman; Yue Wang

2006 International Conference of the IEEE Engineering in Medicine and Biology Society

Year: 2006 | Conference Paper | Publisher: IEEE

Cited by: Papers (3)

▶ Abstract    HTML    [PDF icon]    ©

**Latent Variable and nICA Modeling of Pathway Gene Module Composite**

Ting Gong; Yitan Zhu; Jianhua Xuan; Huai Li; Robert Clarke; Eric P. Hoffman; Yue Wang

2006 International Conference of the IEEE Engineering in Medicine and Biology Society

Year: 2006 | Conference Paper | Publisher: IEEE

---

☐ **Comprehensive Information System for Management of Personalized Protective Thermally Active Clothing**

Rafał Kotas; Marek Kamiński; Wojciech Tylman; Sebastian Woźniak; Michał Wojtera; Anna Dąbrowska

2021 28th International Conference on Mixed Design of Integrated Circuits and System

Year: 2021 | Conference Paper | Publisher: IEEE

Cited by: Papers (2)

▶ Abstract    HTML    [PDF icon]    ©

**Comprehensive Information System for Management of Personalized Protective Thermally Active Clothing**

Rafał Kotas; Marek Kamiński; Wojciech Tylman; Sebastian Woźniak; Michał Wojtera; Anna Dąbrowska

2021 28th International Conference on Mixed Design of Integrated Circuits and System

Year: 2021 | Conference Paper | Publisher: IEEE

---

☐ **Graph Representation Learning In A Contrastive Framework For Community Detection**

Mehdi Balouchi; Ali Ahmadi

2021 26th International Computer Conference, Computer Society of Iran (CSICC)
Year: 2021 | Conference Paper | Publisher: IEEE
Cited by: Papers (1)

▶ Abstract    **HTML**    📄 ©

## Graph Representation Learning In A Contrastive Framework For Community Detection

Mehdi Balouchi; Ali Ahmadi
2021 26th International Computer Conference, Computer Society of Iran (CSICC)
Year: 2021 | Conference Paper | Publisher: IEEE

---

☐ **Compression-based self-organizing recognizer PRDC-CSOR with preliminary application to EO-image analysis**
Toshinori Watanabe
2012 IEEE International Geoscience and Remote Sensing Symposium
Year: 2012 | Conference Paper | Publisher: IEEE
Cited by: Papers (1)

▶ Abstract    **HTML**    📄 ©

Compression-based self-organizing recognizer PRDC-CSOR with preliminary application to EO-image analysis

Toshinori Watanabe
2012 IEEE International Geoscience and Remote Sensing Symposium
Year: 2012 | Conference Paper | Publisher: IEEE

---

☐ **AI-Based Enhancement of Test Models in an Industrial Model-Based Testing Tool**
Stefan Mohacsi; Michael Felderer
2021 IEEE International Conference on Software Analysis, Evolution and Reengineering (SANER)
Year: 2021 | Conference Paper | Publisher: IEEE
Cited by: Papers (1)

▶ Abstract    **HTML**    📄 ©

AI-Based Enhancement of Test Models in an Industrial Model-Based Testing Tool

Stefan Mohacsi; Michael Felderer
2021 IEEE International Conference on Software Analysis, Evolution and Reengineering (SANER)
Year: 2021 | Conference Paper | Publisher: IEEE

---

☐ **Chaotic semiconductor laser (CSL) and synchronised CSL - chaos analysis and noise**
J.P. Toomey; D.M. Kane; M.W. Lee; K.A. Shore
2005 IEEE LEOS Annual Meeting Conference Proceedings
Year: 2005 | Conference Paper | Publisher: IEEE
Cited by: Papers (1)

▶ Abstract    **HTML**    📄 ©

Chaotic semiconductor laser (CSL) and synchronised CSL - chaos analysis and noise

J.P. Toomey; D.M. Kane; M.W. Lee; K.A. Shore
2005 IEEE LEOS Annual Meeting Conference Proceedings
Year: 2005 | Conference Paper | Publisher: IEEE

---

☐ **Phenotypic-Specific Gene Module Discovery using a Diagnostic Tree and caBIGTM VISDA**
Yitan Zhu; Zuyi Wang; Yuanjian Feng; Jianhua Xuan; David J. Miller; Eric P. Hoffman; Yue Wang
2006 International Conference of the IEEE Engineering in Medicine and Biology Society

Year: 2006 | Conference Paper | Publisher: IEEE

Cited by: Papers (1) | Patents (1)

▶ Abstract    **HTML**    📄    ©

### Phenotypic-Specific Gene Module Discovery using a Diagnostic Tree and caBIGTM VISDA

Yitan Zhu; Zuyi Wang; Yuanjian Feng; Jianhua Xuan; David J. Miller; Eric P. Hoffman; Yue Wang

2006 International Conference of the IEEE Engineering in Medicine and Biology Society

Year: 2006 | Conference Paper | Publisher: IEEE

---

☐ **Honeydoop - a system for on-demand virtual high interaction honeypots**

Saurabh Kulkarni; Madhumitra Mutalik; Prathamesh Kulkarni; Tarun Gupta

2012 International Conference for Internet Technology and Secured Transactions

Year: 2012 | Conference Paper | Publisher: IEEE

Cited by: Papers (1)

▶ Abstract    📄    ©

### Honeydoop - a system for on-demand virtual high interaction honeypots

Saurabh Kulkarni; Madhumitra Mutalik; Prathamesh Kulkarni; Tarun Gupta

2012 International Conference for Internet Technology and Secured Transactions

Year: 2012 | Conference Paper | Publisher: IEEE

---

Load More

1    2    3    >

**IEEE Personal Account**

CHANGE
USERNAME/PASSWORD

**Purchase Details**

PAYMENT OPTIONS

VIEW PURCHASED
DOCUMENTS

**Profile Information**

COMMUNICATIONS
PREFERENCES

PROFESSION AND
EDUCATION

TECHNICAL INTERESTS

**Need Help?**

US & CANADA: +1 800 678
4333

WORLDWIDE: +1 732 981
0060

CONTACT & SUPPORT

**Follow**

About IEEE *Xplore* | Contact Us | Help | Accessibility | Terms of Use | Nondiscrimination Policy | IEEE Ethics Reporting ⬏ | Sitemap |
IEEE Privacy Policy

A not-for-profit organization, IEEE is the world's largest technical professional organization dedicated to advancing technology for the benefit of humanity.

© Copyright 2023 IEEE - All rights reserved.

**IEEE Account**

» Change Username/Password
» Update Address

**Purchase Details**

» Payment Options
» Order History
» View Purchased Documents

**Profile Information**

» Communications Preferences
» Profession and Education

» Technical Interests

**Need Help?**

» **US & Canada:** +1 800 678 4333

» **Worldwide:** +1 732 981 0060

» Contact & Support

About IEEE *Xplore* | Contact Us | Help | Accessibility | Terms of Use | Nondiscrimination Policy | Sitemap | Privacy & Opting Out of Cookies

A not-for-profit organization, IEEE is the world's largest technical professional organization dedicated to advancing technology for the benefit of humanity.
© Copyright 2023 IEEE - All rights reserved. Use of this web site signifies your agreement to the terms and conditions.

# EXHIBIT J

# New Method for Spectral Leakage Reduction in the FFT of Stator Currents: Application to the Diagnosis of Bar Breakages in Cage Motors Working at Very Low Slip

Ruben Puche-Panadero, *Member, IEEE*, Javier Martinez-Roman, *Member, IEEE*, Angel Sapena-Bano,
Jordi Burriel-Valencia, Manuel Pineda-Sanchez, *Member, IEEE*, Juan Perez-Cruz,
and Martin Riera-Guasp, *Senior Member, IEEE*

*Abstract*—Motor current signature analysis has become a widespread fault diagnosis technique for induction machines (IMs), because it is noninvasive and requires low resources of hardware (a current sensor) and software (a fast Fourier transform). Nevertheless, its industrial application faces practical problems. One of its most challenging scenarios is the detection of broken bars in IMs working at very low slip, like large machines with a very small rated slip, or unloaded induction motors in off-line tests. In these cases, the leakage of the main supply component can hide the fault harmonics, even with a severe fault. Diverse solutions to this problem have been proposed, such as the use of smoothing windows, advanced spectral estimators, or the removal of the supply component. Nevertheless, these methods modify the spectral content of the current signal or add a high computational burden. In this work, a new approach is proposed, based on the analysis of the current with a very fine spectrum, obtained via simple zero padding, followed by the extraction of a practically leakage-free conventional, coarse spectrum. The method is experimentally validated by the diagnosis of a broken bar fault in a 3.15-MW induction motor.

*Index Terms*—Condition monitoring, fast Fourier transforms, fault diagnosis, induction machines (IMs), spectral leakage.

## I. INTRODUCTION

CAGE induction machines (IMs) are a key component of modern industrial processes, due to their robustness and low maintenance requirements. Nevertheless, they can fail, which may cause heavy economical losses due to the unexpected shutdown of complex industrial production lines. Condition-based maintenance (CBM) [1] can help reduce this risk by detecting machine faults at an incipient stage [2], [3].

Manuscript received November 9, 2020; revised January 13, 2021; accepted January 17, 2021. Date of publication February 3, 2021; date of current version February 23, 2021. This work was supported in part by the Spanish "Ministerio de Ciencia, Innovación y Universidades (MCIU)," in part by the "Agencia Estatal de Investigación (AEI)," and in part by the "Fondo Europeo de Desarrollo Regional (FEDER)" in the framework of the "Proyectos I+D+i—Retos Investigación 2018," Project under Grant RTI2018-102175-B-I00 (MCIU/AEI/FEDER, UE). The Associate Editor coordinating the review process was Hongrui Wang. *(Corresponding author: Manuel Pineda-Sanchez.)*

The authors are with the Institute for Energy Engineering, Universitat Politècnica de València, 46022 Valencia, Spain (e-mail: rupucpa@die.upv.es; jmroman@die.upv.es; asapena@die.upv.es; jorburva@die.upv.es; mpineda@die.upv.es; juperez@die.upv.es; mriera@die.upv.es).

Digital Object Identifier 10.1109/TIM.2021.3051624

One of the most frequent faults of cage IMs is the cage winding failure, especially in motors that directly drive high-inertia loads (such as fans), in motors with frequent starts and stops, and in case of poorly manufactured cage windings [4], [5]. This fault must be detected as early as possible because it can produce heat damage to the rotor core, an increase of the current for a given load, and a reduction of the torque and efficiency [4].

A broken bar fault [6] generates characteristic fault harmonic components [7] in the spectrum of the current, at frequencies $f_{bb}$ given by [8]

$$f_{bb} = f_1(1 \pm 2ks), \quad k = 1, 2, 3 \ldots, \tag{1}$$

where $f_1$ is the frequency of the supply component, and $s$ is the slip. Their strength is proportional to the fault severity [9], and is usually expressed as the ratio between the power of the fault harmonic and the supply component, in dB

$$\hat{i}_{dB}(f_{bb}) = 20 \cdot \log_{10}(|\hat{i}(f_{bb})|/|\hat{i}(f_1)|). \tag{2}$$

A value of $\hat{i}_{dB}(f_{bb})$ in (2) greater than $-45$ dB can be considered as a clear indication of a cage winding fault [4].

In spite of the simplicity of (1) and (2), this method faces practical problems that can make unfeasible its industrial application, solved with the techniques proposed in this work.

1) Small errors in the measurement of the frequency $f_1$ and the amplitude $\hat{i}(f_1)$ of the supply component may produce important errors in the estimation of the position (1) and power (2) of the fault harmonics in the current spectrum.

2) At very low slip, the spectral distance between the fault harmonics and the supply component, $f_1 \cdot 2ks$, can be very small [10]. As the supply component dominates the current signal, its spectral leakage at this short distance usually hides completely the fault harmonics [11], of much lower amplitude (up to 200 times lower [4]).

Therefore, a reliable diagnostic system requires a sharp power spectrum, free of the leakage due to the supply component, with distinguishable peaks at the correct position of the

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore. Restrictions apply.

3511111                                                                                    IEEE TRANSACTIONS ON INSTRUMENTATION AND MEASUREMENT, VOL. 70, 2021

fault harmonics. In the technical literature, this goal has been achieved using different approaches.

1) High resolution spectral estimation methods have been proposed using an eigen-based decomposition of the signal current in [12], a spectral estimator based on Rayleigh quotients in [13], Taylor–Kalman filters in cascade with a subsampling scheme in [9], or rotational invariance techniques in [14]. In particular, a precise method for measuring the frequency and the amplitude of the supply component with high accuracy using spectral interpolation with the amplitudes of the largest two spectral components bins has been presented in [15]. This approach was termed as the interpolated FFT (IFFT) in [16]. In [17] and [18] a three-point interpolation schema is proposed to reduce the amplitude error about ten times compared with the usual one-point method, and in [19] it has been expanded to a nine-point method, which decreases systematic errors but increases noise distortion. An iterative weighted phase averager (IWPA) has been presented in [20], which can even distinguish sinusoids with a frequency separation smaller than the periodogram's resolution limit. Nevertheless, this approach requires a new iteration to obtain each new component as the strongest peak of the remaining residual and then to reestimate the parameters of all the previously obtained components.

2) Regarding the reduction of the spectral leakage, the classical method consists in windowing the current signal with a weighting window [21], [22], such as the Hanning window [23], [24], the Hamming window [25], and many others window types. Compared with the rectangular window, the default one when sampling the current signal during a limited acquisition time, other weighting windows reduce the sidelobe levels, thus improving the detectability of weak frequency components. Nevertheless, those windows also reduce the signal-to-noise ratio (SNR) relative to the SNR of the default rectangle window [21]. Moreover, a window with a very narrow main lobe has a high spectral resolvability. In this regard, the default rectangle window has the narrowest main lobe, equal to the periodogram's resolution limit. Some authors propose alternatives solutions to the leakage problem such as reducing the fundamental component of the current [26], filtering it, using notch filters [27] and Kalman filters [28], or rectifying the current signal [29].

Nevertheless, the aforementioned solutions depart from the simplicity of the basic FFT-based approach. IFFTs requires a greater computational effort, which depends on the number of samples used for performing the interpolation procedure, and also on the number of iterations required, as in IWPA. On the other hand, the use of weighting windows different than the rectangular one reduces the SNR, increases the frequency measurement uncertainty due to their wider main lobe, and may distort the spectrum of the original current signal, being a low pass filter in the frequency domain. For example, the Hanning window doubles the base width of the peaks of the fault harmonics, hampering their accurate detection.

On the contrary, the novel method proposed in this work uses only the Fourier transform as the signal processing technique, with the default rectangular window to maximize the spectral resolvability, and does not alter the spectral content of the current signal. The problem of the high sidelobe levels of the rectangular window is solved by carefully aligning the periodogram bins with the zeros of these side lobes. The proposed approach is based on the calculation of a fine spectrum of the zero-padded sampled current, followed by the extraction of a leakage-free coarse spectrum, what allows the detection of very small fault harmonics close to the fundamental.

The structure of this article is as follows. In Section II the spectral leakage issue is analyzed, and in Section III, it is evaluated for the case of a broken bar fault. Section IV presents the proposed method, and in Section V it is validated by applying it to a large industrial motor with a low rated slip, and compared with the results obtained by interpolating the FFT bins and using weighting windows. Finally, Section VI presents the conclusions of this work.

## II. Spectral Leakage in the Current Spectrum

In this section, the problem of the spectral leakage of the supply component of the machine current is analyzed. For simplicity, in this section an ideal IM is considered, with a stator current that only contains the supply component and the principal fault harmonic components, $k = \pm 1$ in (1), that is

$$i(t) = I \cos(2\pi f_1 t) + \beta I \cos(2\pi f_1(1 \pm 2 s)t) \quad (3)$$

where $\beta$ indicates the severity of the fault ($\beta \ll 1$).

### A. Continuous Fourier Transform (CFT) of the Infinite-Length Current Signal of an Ideal IM

The current $i(t)$ in (3) is an infinite-length time signal which spans from $t = -\infty$ to $t = \infty$. Its CFT, $\hat{\imath}(f)$, is given by

$$\text{CFT}(i(t)) = \hat{\imath}(f) = \int_{-\infty}^{\infty} i(t) e^{-i2\pi f t} dt \quad (4)$$

which, applied to (3), gives

$$\hat{\imath}(f) = \frac{I}{2}\delta(f - f_1) + \beta\frac{I}{2}(\delta(f - f_1(1 \pm 2s))$$
$$+ \frac{I}{2}\delta(f + f_1) + \beta\frac{I}{2}(\delta(f + f_1(1 \pm 2s)) \quad (5)$$

where $\delta$ is the Kronecker delta function. As the transform of a real signal exhibits Hermitian symmetry, $\hat{\imath}(f) = \hat{\imath}^*(-f)$ [21], only the positive frequencies of the current spectrum will be considered from now on. Also, it will be assumed that the supply frequency $f_1$ is far enough from the origin ($f = 0$) so that the leakage coming from the negative part of the spectrum can be neglected. Therefore, (5) becomes

$$\hat{\imath}(f) = \frac{I}{2}\delta(f - f_1) + \beta\frac{I}{2}\delta(f - f_1(1 \pm 2s)). \quad (6)$$

Equation (6) constitutes the characteristic signature of a broken bar fault: a spectral component at the frequency of the supply component $f_1$, and two sideband harmonics, at frequencies given by (1), with a much lower amplitude.

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore.  Restrictions apply.

PUCHE-PANADERO *et al.*: NEW METHOD FOR SPECTRAL LEAKAGE REDUCTION IN THE FFT OF STATOR CURRENTS                    3511111



Fig. 1. Infinite-length stator current of an ideal induction motor with broken bars (top), and its CFT (bottom) for a parameter $\beta = 0.02$ in (5) and (6), showing the characteristic sideband harmonics at frequencies (1) as Kronecker deltas in the frequency domain.

The stator current signal of an ideal machine with a broken bar fault $i(t)$ and its CFT, $\hat{i}(f)$, given in (5) and (6), taking $\beta = 0.02$, are plotted in Fig. 1.

### B. CFT of the Measurable Current Signal of an Ideal IM

In the real world, it is not possible to get a signal $i(t)$ of infinite duration. The diagnostic task has to be carried out from measurable currents $i_m(t)$ that can be captured during a restricted acquisition time, $T_{acq}$. Thus, the starting point for the fault diagnosis process is the measurable current, a continuous function restricted to a specific time interval, defined as

$$i_m(t) = i(t), \quad t \in [0, T_{acq}]. \tag{7}$$

Nevertheless, for calculating the CFT of $i_m(t)$, it is necessary to define it in the interval $-\infty < t < \infty$; for this reason, it is advisable to introduce the time-expanded measurable current $i_{me}(t)$, which is defined as [see Fig. 2 (top)]

$$i_{me} = \begin{cases} 0, & -\infty < t < 0 \\ i(t), & 0 \leq t \leq T_{acq} \\ 0, & T_{acq} < t < \infty. \end{cases} \tag{8}$$

In this way, a CFT can be associated with the time-restricted signal $i_m(t)$, as the CFT of $i_{me}(t)$

$$\text{CFT}(i_{me}(t)) = \hat{i}_{me}(f) = \int_{-\infty}^{\infty} i_{me}(t)e^{-i2\pi f t}dt. \tag{9}$$

On the other hand, $i_{me}(t)$ can be also defined as the product of the infinite duration current signal $i(t)$ and a rectangular window of unit height and duration $T_{acq}$, $\text{rect}_{T_{acq}}(t)$

$$i_{me}(t) = i(t) \cdot \text{rect}_{T_{acq}}(t). \tag{10}$$

As $i_{me}(t)$ is the product of two functions in the time domain (10), its CFT is the convolution (∗) in the frequency domain of the CFTs of these two functions

$$\text{CFT}(i_{me}(t)) = \text{CFT}(i(t)) * \text{CFT}(\text{rect}_{T_{acq}}(t)). \tag{11}$$



Fig. 2. Time-expanded measurable stator current $i_{me}(t)$ of an ideal induction motor with broken bars ($\beta = 0.02$), obtained during an acquisition time $T_{acq}$ (top), and its CFT (bottom), with the characteristic sidelobes produced by the finite acquisition time. The current signal has infinite length, with a zero outside the rectangular time window of width $T_{acq}$.

The CFT of the rectangular window is the sinc function

$$\text{CFT}(\text{rect}_{T_{acq}}) = \text{sinc}(f \cdot T_{acq}) = \frac{\sin(\pi f \cdot T_{acq})}{\pi f \cdot T_{acq}}. \tag{12}$$

Replacing (6) and (12) in (11) gives the CFT of the time-expanded measurable current signal, $\hat{i}_{me}(f)$

$$\begin{aligned} \hat{i}_{me}(f) \approx &\frac{I}{2}\text{sinc}((f - f_1) \cdot T_{acq}) \\ &+ \beta\frac{I}{2}\text{sinc}((f - f_1(1 \pm 2s)) \cdot T_{acq}). \end{aligned} \tag{13}$$

The time-expanded measurable current signal of a machine with a broken bar fault $i_{me}(t)$ and its CFT (13) (in dB, $\beta = 0.02$) are represented in Fig. 2, showing the characteristic sidelobes generated by the rectangular time window, with a width $\Delta f = 1/T_{acq}$. It should be noted that, in the spectrum of Fig. 2, besides the expected harmonics at frequencies $f_1$, $f_1(1 - 2s)$ and $f_1(1 + 2s)$, the CFT has nonzero amplitude at every other frequency, due to the finite acquisition time $T_{acq}$. It is also worth mentioning that the rectangular time window is the one with the narrowest main lobe for a given acquisition time.

### C. Fine Discrete Fourier Transform (fDFT) of the Current Signal

In practical applications, the stator current is sampled during a time $T_{acq}$, at a rate $f_s$. This generates a discrete sequence of $N = T_{acq} \cdot f_s$ samples, $i_s[n]$, $n = 0, \ldots, N-1$, whose spectrum has $N$ frequency bins, with a separation given by the width of the lobes of the rectangular time window of Fig. 2

$$\Delta f = f_s/N = 1/T_{acq}. \tag{14}$$

As in (8), a time-expanded sampled signal $i_{se}[n]$ can be defined by zero-padding the original signal $i_s[n]$, of $N$ elements, giving a new sequence of $N' \gg N$ elements $i_{se}[n]$, as

$$i_{se}[n] = \begin{cases} i_s[n], & n = 0, \ldots, N-1 \\ 0, & n = N, \ldots, N'-1. \end{cases} \tag{15}$$

The $i_{se}[n]$ signal is a better approximation to the time-expanded measurable current $i_{me}(t)$ (continuous signal)

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore.  Restrictions apply.

3511111

IEEE TRANSACTIONS ON INSTRUMENTATION AND MEASUREMENT, VOL. 70, 2021



Fig. 3.   Time-expanded sampled stator current $i_{se}[n]$ of an ideal induction motor with broken bars ($\beta = 0.02$) zero-padded up to $N'$ elements (top) and its corresponding fDFT (blue circles) (bottom). The fDFT samples the CFT of $i_{me}(t)$ (black thin line, bottom) at points separated $\Delta f' = f_s/N'$.



Fig. 4.   Sampled stator current $i_s[n]$ of an ideal induction motor with broken bars ($N$ elements, no zero-padding $\beta = 0.02$) (top), and its corresponding conventional cDFT (red circles, bottom). The cDFT samples the continuous CFT of $i_{me}(t)$ (black thin line, bottom) at points separated $\Delta f = f_s/N$. This choice gives only one sample per sidelobe of the CFT, the coarsest possible spectrum for a given acquisition time. The supply frequency lies on a bin of the cDFT in this example.

than the raw sampled signal $i_s[n]$. Its discrete Fourier transform (DFT) is given by

$$\hat{i}_{se}[k] = \sum_{n=0}^{N'-1} i_{se}[n] \cdot e^{-\frac{2\pi i}{N'}kn}, \quad k = 0, \ldots, N'-1. \quad (16)$$

As $N'$ increases, the separation between the frequency bins in the DFT spectrum of $i_{se}[n]$ decreases, and tends to the continuous CFT spectrum of $i_{me}(t)$, so (16) can be considered as a fDFT associated with the sampled signal $i_s[n]$; it is not the continuous CFT of $i_{me}(t)$ in (13), but a finite set of $N'$ bins corresponding to a fine sampling approximation of the CFT at the points $k \cdot \Delta f' = k \cdot f_s/N'$, $k = 0, \ldots, N'-1$. That is

$$\text{fDFT}(i_s[n]) = \hat{i}_{se}[k] \approx \text{CFT}(i_{me}(t))|_{f=(k\Delta f')}$$
$$= \hat{i}_{me}(k \cdot \Delta f'), \quad k = 0, \ldots, N'-1. \quad (17)$$

Taking into account (13) and (14), finally (17) becomes

$$\text{fDFT}(i_s[n]) = \hat{i}_{se}[k] \approx \frac{I}{2}\text{sinc}((k\Delta f' - f_1)/\Delta f')$$
$$+ \beta\frac{I}{2}\text{sinc}((k\Delta f' - f_1(1 \pm 2s))/\Delta f')$$
$$k = 0, \ldots, N'-1. \quad (18)$$

as represented in Fig. 3.

### D. Conventional, Coarse DFT (cDFT) of the Current Signal

Usually, the DFT of the sampled current signal is built using only the $N$ samples obtained during the acquisition time, $T_{\text{acq}}$, without zero padding, that is

$$\hat{i}_s[k] = \sum_{n=0}^{N-1} i_s[n] \cdot e^{-\frac{2\pi i}{N}kn}, \quad k = 0, \ldots, N-1. \quad (19)$$

This choice leads in fact to generate the coarsest spectrum for a given acquisition time, with a distance between frequency bins equal to $\Delta f$ (14). Therefore, the conventional, cDFT of $i_s[n]$ consists of a finite set of $N$ bins calculated through (19), corresponding to a coarse sampling approximation of the CFT

of $i_{me}(t)$ at the points $k \cdot \Delta f = k \cdot f_s/N$, $k = 0, \ldots, N-1$. That is

$$\text{cDFT}(i_s[n]) = \hat{i}_s[k] \approx \text{CFT}(i_{me}(t))|_{f=(k\Delta f)}$$
$$= \hat{i}_{me}(k \cdot \Delta f), \quad k = 0, \ldots, N-1. \quad (20)$$

Taking into account (13) and (14), finally (20) becomes

$$\text{cDFT}(i_s[n]) = \hat{i}_s[k] \approx \frac{I}{2}\text{sinc}(k - f_1/\Delta f)$$
$$+ \beta\frac{I}{2}\text{sinc}(k - f_1 \cdot (1 \pm 2s)/\Delta f)$$
$$k = 0, \ldots, N-1. \quad (21)$$

This expression of the conventional cDFT can also be deduced by setting $\Delta f' = \Delta f$ in (18).

From (21), it follows that the cDFT samples the CFT of $i_{me}(t)$ at a single point per lobe of the rectangular time window (see Fig. 4). Therefore, it can be considered a coarse subset of the fDFT. Fig. 5 shows graphically the relationship between (13), (18), and (21). From a diagnostic point of view, it is clear that the fault harmonics are better identified in the cDFT spectrum (Fig. 5, red line) than in the finer fDFT spectrum (Fig. 5, blue circles). Nevertheless, this is only true if the cDFT bins are chosen as the fDFT bins with the minimum leakage, as proposed in this article.

## III. QUANTIFICATION OF THE SPECTRAL LEAKAGE

As shown in Section II, in the case of a current measured during a finite acquisition time $T_{\text{acq}}$, the harmonic components of the current are no longer represented in its spectrum by peaks (Kronecker delta functions). Instead, each component gives rise to a function with defined values for all frequencies. This effect, the spectral leakage, is especially important in the case of the supply component since its amplitude in the current signals used in fault diagnosis is usually two orders of magnitude greater than the rest of the harmonic components.

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore.  Restrictions apply.



Fig. 5. Comparison between the CFT of the stator current of a faulty machine (black thin line), its fDFT (blue circles) and its cDFT (red thick line). The supply frequency coincides with a bin of the cDFT in this example.

The first term of (13) reflects the effect of the supply component on the harmonic amplitude at every frequency of the CFT spectrum. Therefore, it is denoted as $\hat{\imath}_{me}(f)|_{fund}$, and gives the theoretical expression of the leakage as

$$\hat{\imath}_{me}(f)|_{fund} \approx \frac{I}{2}\mathrm{sinc}\left(\frac{f - f_1}{\Delta f}\right). \quad (22)$$

Fig. 6 plots the modulus of (22), in dB, in the proximity of the supply frequency (50 Hz). From (22), and observing Fig. 6, the following properties of the leakage can be deduced.

1) The leakage function (22) evolves cyclically, describing sidelobes around the supply frequency, of width $\Delta f = 1/T_{acq}$. It presents steep changes, of more than 250 dB in an extremely narrow frequency interval around its minima, as seen in Fig. 6.

2) For a given frequency $f$, the leakage depends on the argument of the sinc function in (22), that is, the distance between $f$ and the supply frequency $f_1$, expressed as a multiple of the width $\Delta f$ of the sidelobes.

3) There is a reduced set $f_{0z}$ of leakage-free frequencies, corresponding to the minima in Fig. 6, whose distance to the supply frequency is an integer multiple of the lobe width ($f_{0z} - f_1 = k_z \cdot \Delta f$, with $k_z \in \mathbb{Z}$), thus making null (22).

4) For the rest of frequencies, $f - f_1 = d_f \cdot \Delta f$, with $d_f \notin \mathbb{Z}$, the leakage depends mainly on the fractional part of $d_f$, rather than its total value (in the proximity of the supply frequency). For example, with a distance between frequency bins $\Delta f = 0.1$ Hz, ($T_{acq} = 10$ s), the leakage is mainly determined by the hundredths of Hz in ($f - f_1$); if $\Delta f = 0.01$ Hz, ($T_{acq} = 100$ s), which is relevant are the thousandths of Hz in ($f - f_1$).

### A. Picket Fence Error

The frequencies of the bins of the cDFT are given by $f_k = k \cdot \Delta f$, $k = 0, \ldots, N-1$. However, it is very unlikely that the frequencies of the supply component $f_1$ and of the fault harmonics $f_{bb}$ (2) exactly match any of the frequencies $f_k$. Therefore, they are approximated by the nearest discrete



Fig. 6. Modulus of the theoretical spectral leakage (22) produced by the supply component in its proximity.

frequencies $f_{1\_app} = k_1 \Delta f$ and $f_{bb\_app} = k_{bb} \Delta f$, respectively, which may lead to errors (picket fence errors) in the estimation of the amplitudes and frequencies of the analyzed components.

### B. Oscillations of the Network Frequency

In large electrical systems in quasi-stationary functioning, a frequency error is inherent and necessary for self-regulation of the system. The system frequency oscillates in a range of $\pm 150$ mHz around the rated frequency, and depends on the deviation of the predicted demand against the actual one, which varies randomly. The deviation between the actual value of the supply frequency and its assumed value (equal to the rated mains frequency $f_{1r}$), when calculating the current spectrum by means of the cDFT, determines the appearance of picket fence and leakage errors, which frequently make the diagnosis unfeasible. Fig. 5 shows an ideal case in which $f_1 \equiv f_{1r} = 50$ Hz. In these conditions, the supply frequency exactly matches one of the cDFT bins, thus its measured amplitude exactly matches the actual one (no picket fence error). In addition, the rest of the cDFT bins are separated from the supply frequency by an integer number of lobes. Therefore, they are not affected by its leakage, the resulting cDFT spectrum is very clear (red line), and the characteristic peaks of the fault harmonics are clearly discernible. On the contrary, Fig. 7 has been obtained by imposing a deviation of the supply frequency of just 5 mHz ($f_1 = 50.005$ Hz). In this case, the leakage of the supply component is much bigger than the amplitude of the fault harmonics, which makes them undetectable (misdiagnosis).

## IV. Proposed Method for the Reduction of the Leakage in the Current Spectrum

The first term of (18), which will be designated as $\hat{\imath}_{se}[k]|_{fund}$ as in (22), is the theoretical value of the leakage produced by the supply component at each $k$ bin of the fDFT

$$\hat{\imath}_{se}[k]|_{fund} \approx \frac{I}{2}\mathrm{sinc}((k\,\Delta f' - f_1)/\Delta f), \quad k = 0, \ldots, N'-1. \quad (23)$$

The maximum picket fence errors in the frequency and in the amplitude of the supply component occur when its actual frequency lies in the middle of two fDFT bins ($f_1 = k_1 \Delta f' \pm \Delta f'/2$), as shown in Fig. 7. In this case, the following holds.

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore.  Restrictions apply.



Fig. 7. Comparison between the CFT of the stator current of a faulty machine (black thin line), its fDFT (blue circles), and its conventional cDFT (red thick line). The supply frequency lies in the middle of two bins of the conventional cDFT in this example.

1) The maximum frequency error, $\epsilon_{1f,\max}$, is given by

$$\epsilon_{1f,\max} = (k_1 \Delta f' - f_1) = \frac{\Delta f'}{2}. \qquad (24)$$

2) The maximum amplitude error, $\epsilon_{1A,\max}$, is given by

$$\begin{aligned}
\epsilon_{1A,\max} &= \hat{i}[f_1] - \hat{i}_{se}[k]|_{\text{fund}} \\
&\approx \frac{I}{2} - \frac{I}{2} \operatorname{sinc}((k_1 \Delta f' - f_1)/\Delta f) \\
&= \frac{I}{2}(1 - \operatorname{sinc}(\Delta f'/2\Delta f)). \qquad (25)
\end{aligned}$$

For comparison purposes, it is convenient to introduce the padding ratio $R_N$ as the ratio between the number of samples used in the fDFT ($N'$) and in the cDFT ($N$)

$$R_N = N'/N = (f_s/N)/(f_s/N') = \Delta f/\Delta f'. \qquad (26)$$

Thus, substituting (26) in (24) and (25), the maximum picket fence errors of the supply component, in frequency (Hz) and amplitude (in % of its actual value), are

$$\epsilon_{1f,\max} = \frac{\Delta f}{2R_N}$$

$$\epsilon_{1A,\max,\%} \approx 100 \left( 1 - \operatorname{sinc}\left( \frac{1}{2R_N} \right) \right). \qquad (27)$$

Expression (27) shows that the maximum errors in frequency and amplitude are inversely proportional to the padding ratio $R_N$. The cDFT ($R_N = 1$) has a maximum amplitude error (see Fig. 8) of 36.34%, while the fDFT, with the padding ratio $R_N = N'/N = 10$ used in this work, has a maximum error of only 0.41%, a 100-fold error reduction. From Fig. 8, it is justified that the use of padding ratios greater than 10 does not introduce appreciable improvements in the reduction of the amplitude error.

### A. Reduced Leakage Spectrum Extracted From the fDFT

To present the process of generating the reduced leakage spectrum of the current signal proposed in this work, a particular case has been represented in Fig. 9, in which



Fig. 8. Maximum value of the amplitude error, which occurs when the actual supply frequency lies in the middle of two DFT bins, as a function of the padding ratio $R_N$. It can be reduced from 36.34% in the cDFT to 0.41% in the fDFT, with the padding ratio $R_N = 10$ used in this work.

the actual supply frequency, $f_1 = 50.033$ Hz, does not match exactly its rated value $f_{1r} = 50$ Hz ($f_1 \neq f_{1r}$). The black solid line in Fig. 9 (top) represents the function $\hat{i}_{me}(f)|_{\text{fund}}$. Superimposed on this graph, the function $\hat{i}_{se}[k]|_{\text{fund}}$ is plotted (black small circles), showing the leakage of the supply component. The highlighted circles mark the bins of the cDFT of the sampled current ($\hat{i}_s[k]$). The largest one coincides with the rated frequency, $f_{1r}$, which does not exactly match its actual value $f_1$, in this example.

As discussed in Section III, the function $\hat{i}_{me}(f)|_{\text{fund}}$ is null at frequencies $f_{0z}$ whose distance to $f_1$ is an integer multiple of $\Delta f$; these frequencies are given by the condition

$$\begin{aligned}
\hat{i}_{me}(f)|_{\text{fund}} = 0 &\rightarrow \frac{f_{0z} - f_1}{\Delta f} = k_z \\
&\rightarrow f_{0z} = f_1 + k_z \cdot \Delta f, \quad k_z \in \mathbb{Z}. \qquad (28)
\end{aligned}$$

Therefore, in the spectrum of $\hat{i}_{me}(f)$, the bins at frequencies $f_{0z} = f_1 + k_z \cdot \Delta f$ are free of leakage. Unfortunately, it is highly unlikely that the spectrum $\hat{i}_{se}[k]$ of an actual sampled signal contains the set of bins placed exactly at frequencies $f_{0z}$, due to the shape of the leakage function (Fig. 6). In this case, all the bins will be affected by the leakage of the supply component, especially in its proximity.

However, it is always possible to select a set of $N$ bins separated from each other $\Delta f$ Hz, with the minimum achievable leakage for a given signal and padding ratio $R_N$. This set, that will be designated as "reduced leakage DFT" (RLDFT), consists of the fDFT bins that are closest to the frequencies $f_{0z}$ [highlighted red circles in Fig. 9 (bottom)]. The bin corresponding to the supply component [at a frequency $k_1 \cdot \Delta f'$ in Fig. 9 (bottom)] belongs to this set and can be easily identified as the dominant peak in the fDFT spectrum. The remaining bins of the RLDFT are simply those separated from it a frequency equal to integer multiples of $\Delta f$ (28), as

$$\begin{aligned}
k_{0z} \cdot \Delta f' = k_1 \cdot \Delta f' + k_z \cdot \Delta f &\rightarrow k_{0z} = k_1 + k_z \cdot R_N \\
&0 < k_{0z} \leq N, \quad k_z \in \mathbb{Z}. \qquad (29)
\end{aligned}$$

The coefficients $k_{0z}$ can be calculated more easily as

$$k_{0z} = m + z, \quad z = 0, \ldots, N - 1 \qquad (30)$$

where

$$m = k_1 - R_N \cdot \text{floor}(k_1/R_N) \qquad (31)$$

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore.  Restrictions apply.



Fig. 9. Leakage amplitude in the generic case in which the actual supply frequency ($f_1 = 50.033$ Hz) does not exactly match its rated value ($f_{1r} = 50$ Hz). The highlighted circles in the top figure correspond to the conventional cDFT, with a separation between frequency bins $\Delta f = 0.1$ Hz. The highlighted red circles in the bottom plot indicate the bins of the fDFT in which the leakage is minimal, that is, the RLDFT bins. They have the same frequency separation as the cDFT, $\Delta f$, but with a much lower leakage. In the case represented in this figure, $R_N = 10$ and $m = 3$, reaching the RLDFT a reduction of the supply spectral leakage of more than 60 dB regarding the conventional cDFT. Besides, the actual supply frequency is better approximated by the fDFT, with a value of $f_{1\_app} = 50.03$ Hz, than by the cDFT, whose maximum peak is found at 50 Hz.

As shown in Fig. 9, $m$ represents the offset of the RLDFT bins with respect to those of the conventional cDFT. In this case, an offset of just $m = 3$ bins leads to a 60 dB reduction of the leakage error.

### B. Practical Application Scheme of the Proposed Approach

The steps for the practical application of the proposed method for reducing the supply component leakage are as follows.

1) Sampling the stator current, $i_m(t)$, during an acquisition time $T_{acq}$, at a rate $f_s$. This produces a sequence of $N = T_{acq} \cdot f_s$ samples, $i_s[n]$ ($n = 0, \dots, N-1$), with a separation between frequency bins of $\Delta f = 1/T_{acq} = f_s/N$ Hz.

2) Obtaining the time-expanded sampled signal by zero padding the sampled signal as

$$i_{se}[n] = \begin{cases} i_s[n], & n = 0, \dots, N-1 \\ 0, & n = N, \dots, N'-1. \end{cases} \quad (32)$$

From a practical point of view, it is convenient to choose a padding ratio $R_N$ first and then calculate $N' = N \cdot R_N$. Increasing $R_N$ allows to reduce leakage more, but increases the computational cost. In this work, a ratio $R_N = 10$ is chosen ($N' = 5 \cdot 10^6$ samples).

3) Calculating the fDFT of $i_s[n]$, as the DFT of $i_{se}[n]$ (fDFT($i_s[n]$) $= \hat{i}_{se}[k]$). Once $N'$ is set, the separation between frequency bins is $\Delta f' = f_s/N' = \Delta f/R_N$ Hz.

4) Obtaining the best approximation to the frequency of the main supply component, $f_{1\_app}$, as the frequency of the bin with the maximum amplitude in the fDFT spectrum, at index

$$k_1 = f_{1\_app}/\Delta f'. \quad (33)$$

5) Calculating the parameter $m$, using (33) in (31).

6) Obtaining the RLDFT corresponding to the sampled signal $i_s[n]$. It is built by selecting $N$ elements of $\hat{i}_{se}[k]$, separated each other by $R_N$ elements, and starting from the element with index $m$

$$\text{RLDFT}(i_s[n]) = \hat{i}_{se}[m + k \cdot R_N], \quad k = 0, \dots, N-1. \quad (34)$$

The RLDFT (34) is as coarse as the cDFT (20), having the same separation between their frequency bins. Nevertheless, the new set of the RLDFT bins, at frequencies

$$f_{k_{0_c}} = (m + k \cdot R_N) \cdot \Delta f', \quad k = 0, \dots, N-1 \quad (35)$$

have been shifted the exact amount $m \cdot \Delta f'$ needed to achieve the minimum leakage for a given sampled current signal $i_s[n]$ and for a given padding ratio $R_N$.

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore.  Restrictions apply.

3511111

IEEE TRANSACTIONS ON INSTRUMENTATION AND MEASUREMENT, VOL. 70, 2021



Fig. 10.   Power spectrum of the stator current of the faulty machine, with a broken bar fault. Due to the leakage of the supply component, the fault harmonics, expected at 49.62, 49.80, 50.16, and 50.24 Hz, are not visible.



Fig. 11.   CFT of the current of the faulty machine (black thin line), and conventional cDFT of the current (red circles). As the cDFT, in this case, samples the CFT at points where the sidelobes are not minimum, the leakage completely hides the fault harmonics.

## V. Experimental Validation

The proposed method has been applied to the diagnosis of a broken bar fault in a large 3.15 MW motor (see the Appendix A) and confirmed by a visual inspection of the rotor. The motor current has been sampled at a rate $f_s = 5$ kHz during an acquisition time $T_{acq} = 100$ s, with a distance between frequency bins of $\Delta f = 0.01$ Hz. The measured motor slip is $s = 0.0018$, and the power spectrum of the current signal (Fig. 10) obtained with the conventional cDFT, shows the supply component at 49.98 Hz. Substituting these values in (1), the expected frequencies of the fault harmonics are 49.80 and 50.16 Hz, for $k = \pm 1$, and 49.62 and 50.24 Hz, for $k = \pm 2$. Nevertheless, due to the leakage of the fundamental, there are no visible peaks in the spectrum at these frequencies, in spite of such a long acquisition time (misdiagnosis).

In Fig. 11 the reasons for this misdiagnosis are revealed using the fDFT, obtained with a padding ratio $R_N = 10$.

1) The cDFT bins have been calculated at frequencies with significant leakage of the fundamental.
2) The frequency (49.98 Hz) and the amplitude of the highest peak in the cDFT spectrum are far from the actual values of the supply component.



Fig. 12.   CFT of the stator current of the faulty machine (black thin line), and RLDFT of the current signal (red circles). The RLDFT samples the CFT of $i_{me}(t)$ at points where the leakage of the supply component is minimum.



Fig. 13.   Comparison between the conventional cDFT of the current of the faulty machine (blue thin line), presented in Fig. 10, and the RLDFT obtained with the proposed method (red thick line). The RLDFT practically avoids the leakage of the supply component, clearly shows the broken bar fault harmonics and gives the supply frequency with millihertz precision.

In Fig. 12, the proposed method to solve these problems is depicted. The frequency of the supply component, measured in the fDFT (thin, black line), is $f_{1\_app} = 49.982$ Hz, with a maximum error less than 0.41%, regarding its exact, unknown value (see Section IV). Following steps 4–6 of Section IV-B, the RLDFT is built (red circles in Fig. 12), by selecting the bins of the fDFT whose distance from $f_{1\_app}$ is an integer multiple of the lobe width $\Delta f = 0.01$ Hz.

Fig. 13 shows the final result. In the RLDFT (red line), unlike in the conventional cDFT (blue line), the fault

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore.  Restrictions apply.

PUCHE-PANADERO *et al.*: NEW METHOD FOR SPECTRAL LEAKAGE REDUCTION IN THE FFT OF STATOR CURRENTS

3511111



Fig. 14. Bins used for interpolating the actual value of the frequency supply, using the classical FFT (top), and its actual value read directly on the proposed fDFT (bottom), with a padding ratio $R_N = 10$. The filled red circles in both plots are the bins calculated with the classical FFT, and the hollow blue circles in the bottom plot are the bins calculated with the zero-padded fDFT.



Fig. 15. Hanning and Chebyshev windows, in the time domain (left) and in the frequency domain (right), used for comparing the results of the RLDFT with the classical FFT approach.

harmonics are clearly visible, their frequencies agree with the theoretical ones (1) up to the MHz, and their amplitudes (for $k = \pm 1$) are greater than $-45$ dB ($-37.73$ dB), which is an indication of a broken bar fault [4], thus avoiding the misdiagnosis.

It is worth mentioning that the current signal analyzed in this section has been obtained from a machine operating under real conditions, in an industrial process. As can be seen in the spectra presented in Figs. 10, 12, and 13 this signal contains multiple components apart from those related to the fault, caused by noise and the non-ideal character of the machine. In this section, the proper functioning of the proposed method has been verified despite the existence of these harmonic components, whose existence is unavoidable in actual machines operating in industrial environments.

### A. Comparison With the Classical FFT Approach

In this section, the RLDFT is compared with the classical FFT with weighting windows approach. First of all, the precise frequency of the supply component must be obtained via FFT interpolation, using the bin with the highest amplitude in the spectrogram and its adjacent bins [see Fig. 14 (top)].

The interpolated value of the supply frequency is [15]

$$f_1 = 49.98 + \frac{2.01}{5.11 + 2.01} \frac{1}{100} = 49.9828 \text{ Hz.} \quad (36)$$

This value is more accurate than the frequency obtained with the classical FFT (49.98 Hz). It coincides with the frequency of the bin with the highest amplitude in the fDFT spectrum [Fig. 14 (bottom)] ($f_{1\_app} = 49.982$ Hz). The same conclusion can be applied to the amplitude of the supply component.

The spectrum of the experimental current has been obtained using the classical FFT with two different weighting windows, the Hanning and the Chebyshev ones (see Fig. 15), and it has been compared with the RLDFT shown in Fig. 13. In both spectra, shown in Figs. 16 and 17, it can be observed that the RLDFT has a greater frequency resolvability, due to the lower width of the main lobe of the rectangular window, compared



Fig. 16. Spectrogram of the current obtained with the RLDFT (red) and with a classical FFT with a Hanning weighting windows (blue). The RLDFT generates a sharper spectrogram, with well-defined peaks, especially around the fault harmonics (at 49.802 and 50.162 Hz, zoomed top view), and with a lower spectral leakage.

with the Hanning and Chebyshev windows (half and a quarter, respectively, as seen in Fig. 15). This is especially relevant around the principal fault harmonics, shown in a zoomed-in view in both figures. Moreover, the RLDFT achieves a greater leakage reduction than the classical FFT and a higher precision in the frequencies of the main supply component and the fault harmonics components.

About the required computing time, it takes 0.147 s to obtain the RDLFT, while it takes 0.013 s to obtain the classical FFT of the current with a weighting window, with the computer platform described in the Appendix. This increment in the computing time is due to the zero-padding of the current signal, which increases its length by a factor equal to the zero-padding ratio $R_N$.

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore. Restrictions apply.



Fig. 17. Spectrogram of the current obtained with the RLDFT (red line) and with a classical FFT with a Chebyshev weighting windows (blue line). The RLDFT generates a sharper spectrogram, with well-defined peaks, especially around the fault harmonics (at 49.802 and 50.162 Hz, zoomed top view), and with a lower spectral leakage.

## VI. CONCLUSION

The leakage problem is one of the main obstacles for a reliable diagnosis of broken bar faults in large cage IMs, working at very low slip. In this case, the fault harmonics are much smaller than the supply component and very close to it, so they are usually hidden under the spectral leakage in the conventional current spectrum. In this work, a new method for significantly reducing the spectral leakage of the supply component is proposed, thus improving the diagnostic reliability and avoiding misdiagnoses. It consists in obtaining a fine approximation to the CFT of the stator current signal, the fDFT, by zero-padding the original sampled signal. In this fine spectrum, the position and amplitude of the supply component can be measured with high precision. In a second step, using the fDFT bins where the leakage of the supply component is minimum, a reduced leakage conventional spectrum (RLDFT) is built, where the fault harmonics are clearly visible, even at extremely low slips. The method has been validated with the diagnosis of broken bars in a large cage induction motor.

## APPENDIX A
## RATED CHARACTERISTICS OF THE IM

$P = 3.15$ MW, $f = 50$ Hz, $U = 6$ kV, $I = 373$ A, $n = 2982$ rpm, $\cos \varphi = 0.92$ and number of bars $= 56$.

## APPENDIX B
## COMPUTER FEATURES

CPU: Intel Core i7-2600K CPU at 3.40-GHz RAM memory: 16 GB, MATLAB Version: 9.6.0.1072779 (R2019a).

## REFERENCES

[1] S. Kumar et al., "A comprehensive review of condition based prognostic maintenance (CBPM) for induction motor," IEEE Access, vol. 7, pp. 90690–90704, 2019.

[2] F. B. Abid, M. Sallem, and A. Braham, "Robust interpretable deep learning for intelligent fault diagnosis of induction motors," IEEE Trans. Instrum. Meas., vol. 69, no. 6, pp. 3506–3515, Jun. 2020.

[3] Z. Gao, C. Cecati, and S. X. Ding, "A survey of fault diagnosis and fault-tolerant techniques—Part I: Fault diagnosis with model-based and signal-based approaches," IEEE Trans. Ind. Electron., vol. 62, no. 6, pp. 3757–3767, Jun. 2015.

[4] I. Culbert and J. Letal, "Signature analysis for online motor diagnostics: Early detection of rotating machine problems prior to failure," IEEE Ind. Appl. Mag., vol. 23, no. 4, pp. 76–81, Jul. 2017.

[5] H. Li, G. Feng, D. Zhen, F. Gu, and A. D. Ball, "A normalized frequency-domain energy operator for broken rotor bar fault diagnosis," IEEE Trans. Instrum. Meas., vol. 70, pp. 1–10, 2021.

[6] S. T. Varghese, K. R. Rajagopal, and B. Singh, "Design and development of rotor quality test system for die-cast copper rotors," IEEE Trans. Ind. Appl., vol. 54, no. 3, pp. 2105–2114, May 2018.

[7] M. Drakaki, Y. L. Karnavas, A. D. Karlis, I. D. Chasiotis, and P. Tzionas, "Study on fault diagnosis of broken rotor bars in squirrel cage induction motors: A multi-agent system approach using intelligent classifiers," IET Electr. Power Appl., vol. 14, no. 2, pp. 245–255, Feb. 2020.

[8] J. Burriel-Valencia, R. Puche-Panadero, J. Martinez-Roman, A. Sapena-Bano, and M. Pineda-Sanchez, "Fault diagnosis of induction machines in a transient regime using current sensors with an optimized slepian window," Sensors, vol. 18, no. 2, p. 146, Jan. 2018.

[9] L. A. Trujillo-Guajardo, J. Rodriguez-Maldonado, and M. A. Moonem, and M. A. Platas-Garza, "A multiresolution Taylor–Kalman approach for broken rotor bar detection in cage induction motors," IEEE Trans. Instrum. Meas., vol. 67, no. 6, pp. 1317–1328, Jun. 2018.

[10] R. Puche-Panadero, M. Pineda-Sanchez, M. Riera-Guasp, J. Roger-Folch, E. Hurtado-Perez, and J. Perez-Cruz, "Improved resolution of the MCSA method via Hilbert transform, enabling the diagnosis of rotor asymmetries at very low slip," IEEE Trans. Energy Convers., vol. 24, no. 1, pp. 52–59, Mar. 2009.

[11] Y. Liu and A. M. Bazzi, "A review and comparison of fault detection and diagnosis methods for squirrel-cage induction motors: State of the art," ISA Trans., vol. 70, pp. 400–409, Sep. 2017.

[12] G. Trejo-Caballero et al., "Multiple signal classification based on automatic order selection method for broken rotor bar detection in induction motors," Elect. Eng., vol. 99, no. 3, pp. 987–996, 2017.

[13] A. K. Samanta, A. Naha, A. Routray, and A. K. Deb, "Fast and accurate spectral estimation for online detection of partial broken bar in induction motors," Mech. Syst. Signal Process., vol. 98, pp. 63–77, Jan. 2018.

[14] Y. Trachi, E. Elbouchikhi, V. Choqueuse, M. E. H. Benbouzid, and T. Wang, "A novel induction machine fault detector based on hypothesis testing," IEEE Trans. Ind. Appl., vol. 53, no. 3, pp. 3039–3048, May 2017.

[15] D. C. Rife and G. A. Vincent, "Use of the discrete Fourier transform in the measurement of frequencies and levels of tones," Bell Syst. Tech. J., vol. 49, no. 2, pp. 197–228, Feb. 1970.

[16] V. K. Jain, W. L. Collins, and D. C. Davis, "High-accuracy analog measurements via interpolated FFT," IEEE Trans. Instrum. Meas., vol. 28, no. 2, pp. 113–122, Jun. 1979.

[17] D. Agrez, "Weighted multipoint interpolated DFT to improve amplitude estimation of multifrequency signal," IEEE Trans. Instrum. Meas., vol. 51, no. 2, pp. 287–292, Apr. 2002.

[18] K. Wang, H. Wen, and G. Li, "Accurate frequency estimation by using three-point interpolated discrete Fourier transform based on rectangular window," IEEE Trans. Ind. Informat., vol. 17, no. 1, pp. 73–81, Jan. 2021.

[19] D. Agrez, "Dynamics of frequency estimation in the frequency domain," IEEE Trans. Instrum. Meas., vol. 56, no. 6, pp. 2111–2118, Dec. 2007.

[20] I. Santamaría, C. Pantaleón, and J. Ibañez, "A comparative study of high-accuracy frequency estimation methods," Mech. Syst. Signal Process., vol. 14, no. 5, pp. 819–834, Sep. 2000.

[21] S. Rapuano and F. Harris, "An introduction to FFT and time domain windows," IEEE Instrum. Meas. Mag., vol. 10, no. 6, pp. 32–44, Dec. 2007.

[22] R. M. Hidalgo, J. G. Fernandez, R. R. Rivera, and H. A. Larrondo, "A simple adjustable window algorithm to improve FFT measurements," IEEE Trans. Instrum. Meas., vol. 51, no. 1, pp. 31–36, Feb. 2002.

[23] A. Sapena-Bano et al., "Harmonic order tracking analysis: A novel method for fault diagnosis in induction machines," IEEE Trans. Energy Convers., vol. 30, no. 3, pp. 833–841, Sep. 2015.

[24] K. F. Chen and S. L. Mei, "Composite interpolated fast Fourier transform with the Hanning window," IEEE Trans. Instrum. Meas., vol. 59, no. 6, pp. 1571–1579, Jun. 2010.

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore. Restrictions apply.

[25] M. Mottaghi-Kashtiban and M. G. Shayesteh, "New efficient window function, replacement for the Hamming window," *IET Signal Process.*, vol. 5, no. 5, p. 499, 2011.

[26] T. A. Garcia-Calva, D. Morinigo-Sotelo, A. Garcia-Perez, D. Camarena-Martinez, and R. de Jesus Romero-Troncoso, "Demodulation technique for broken rotor bar detection in inverter-fed induction motor under non-stationary conditions," *IEEE Trans. Energy Convers.*, vol. 34, no. 3, pp. 1496–1503, Sep. 2019.

[27] F. F. Costa, L. A. L. de Almeida, S. R. Naidu, and E. R. Braga-Filho, "Improving the signal data acquisition in condition monitoring of electrical machines," *IEEE Trans. Instrum. Meas.*, vol. 53, no. 4, pp. 1015–1019, Aug. 2004.

[28] A. Naha, A. K. Samanta, A. Routray, and A. K. Deb, "A method for detecting half-broken rotor bar in lightly loaded induction motors using current," *IEEE Trans. Instrum. Meas.*, vol. 65, no. 7, pp. 1614–1625, Jul. 2016.

[29] R. Puche-Panadero, J. Martinez-Roman, A. Sapena-Bano, and J. Burriel-Valencia, "Diagnosis of rotor asymmetries faults in induction machines using the rectified stator current," *IEEE Trans. Energy Convers.*, vol. 35, no. 1, pp. 213–221, Mar. 2020.



**Jordi Burriel-Valencia** received the M.Sc. degree in informatics engineering and the Ph.D. degree in electrical engineering from the Universitat Politècnica de València, Valencia, Spain, in 2010 and 2016, respectively.

Currently, he is an Assistant Professor with the Department of Electrical Engineering, Universitat Politècnica de València, and focuses his research on the development of expert systems for fault diagnosis.



**Ruben Puche-Panadero** (Member, IEEE) received the M.Sc. degree in automatic and electronic engineering and the Ph.D. degree in electrical engineering from the Universitat Politècnica de València, Valencia, Spain, in 2003 and 2008, respectively.

He joined the Universitat Politècnica de València in 2006, where he is currently an Associate Professor of control of electrical machines. His research interests focus on induction motor diagnosis, numerical modeling of electrical machines, and advanced automation processes and electrical installations.



**Manuel Pineda-Sanchez** (Member, IEEE) received the M.Sc. degree in industrial engineering and the Ph.D. degree in electrical engineering from the Universitat Politécnica de València, Valencia, Spain, in 1985 and 2004, respectively.

Currently, he is a Full Professor with the Department of Electrical Engineering, Universitat Politècnica de València. His research interests include electrical machines and drives, induction motor diagnosis, and numerical simulation of electromagnetic devices.



**Javier Martinez-Roman** (Member, IEEE) received the Ph.D. degree in electrical engineering from the Universitat Politècnica de València, Valencia, Spain, in 2002.

Currently, he is an Associate Professor with the Universitat Politècnica de València. He has participated in various international projects supported by the European Union. He has published several articles on electrical machines in international journals and conference proceedings. His research interests are electrical machines and drives.



**Juan Perez-Cruz** received the M.Sc. degree in industrial engineering and the Ph.D. degree in electrical engineering from the Universitat Politècnica de València, Valencia, Spain, in 1997 and 2006, respectively.

Currently, he is an Associate Professor with the Department of Electrical Engineering, Universitat Politècnica de València. His research interests include electrical machines and drives, induction motor diagnosis, and numerical simulation of electromagnetic devices.



**Angel Sapena-Bano** received the M.Sc. and Ph.D. degrees in electrical engineering from the Universitat Politècnica de València, Valencia, Spain, in 2009 and 2014, respectively.

Currently, he is an Assistant Professor with the Department of Electrical Engineering, Universitat Politècnica de València. His research interests focus on induction motor diagnostics, numerical modeling of electrical machines, and advanced automation processes and electrical installations.



**Martin Riera-Guasp** (Senior Member, IEEE) received the M.Sc. degree in industrial engineering and the Ph.D. degree in electrical engineering from the Universitat Politècnica de València, Valencia, Spain, in 1981 and 1987, respectively.

Currently, he is a Full Professor with the Department of Electrical Engineering, Universitat Politècnica de València. His research interests include condition monitoring of electrical machines, applications of signal analysis techniques to electrical engineering, and efficiency in electric power applications.

Authorized licensed use limited to: Constantine Koutsoubas. Downloaded on March 20,2023 at 16:03:40 UTC from IEEE Xplore.  Restrictions apply.

# Exhibit K

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1592-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-057-CJB |
| | ) | |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWERING DECLARATION OF DAVID ANDERSON**

I, David Anderson, declare as follows:

1.      I submitted a Declaration in support of defendant TVision Insights, Inc.'s ("TVision") Answering Claim Construction Brief (my "Declaration").

2.      I understand that plaintiff The Nielsen Company (US), LLC ("Nielsen") submitted a Declaration of Pierre Moulin in conjunction with its Reply Claim Construction Brief ("Nielsen's Reply Brief" or "Rep.").

3.      I have been asked by counsel for TVision to provide my opinions in response to certain assertions made in Nielsen's Reply Brief, and to provide my opinions regarding the meaning of certain claim terms U.S. Patent Nos. 7,783,899 (the "'899 patent") and 9,020,189 (the "'189 patent").

4.      I am being compensated at an hourly rate of $450. I am also being reimbursed for any out-of-pocket expenses. My compensation does not depend in any way on the particular testimony or opinions that I express in this declaration or on the outcome of this litigation.

5.      I submit this declaration after having reviewed the '889 patent, the '189 patent, their file histories, the Joint Claim Construction Statement, and Nielsen's Opening Claim Construction Brief ("Nielsen's Opening Brief" or "Op."). I also reviewed the material specifically cited within this declaration.

6.      All of the opinions stated in this declaration are based upon my own personal knowledge. If called as a witness in this matter, I am prepared to testify competently about them.

7.      My qualifications as an expert are detailed in my curriculum vitae, which is attached hereto as Exhibit A, and are further set forth in my Declaration. I understand my C.V. was not attached to the service copy of my Declaration.

## I.      U.S. PATENT NO. 7,783,889 B2

8.      I agree with Dr. Moulin that the '889 patent uses "frequency component" in the same way that it is used in the art.

9.      Dr. Moulin describes the meaning of the term "frequency component" as follows:

> 49.      I understand that the priority date of the '889 Patent is August 18, 2004. As of that date and forward, the term "frequency component" is and has been understood by one of ordinary skill in the art in the field of the '889 patent to mean "component of a signal generated by transforming the signal data from the time domain to the frequency domain."

(Moulin Decl. at ¶ 49).

10.      Dr. Moulin's definition accurately describes how a frequency component is *generated*, but it is not a complete definition of what a frequency component *is*. For example, as Dr. Moulin recognizes, "[a] 'frequency component' is characterized not just by a frequency index but also by a magnitude and a phase." (*Id.* at ¶ 51).   This is consistent with the meaning

of "frequency component" that I set forth in my Declaration.  (Declaration at ¶ 19 ("Performing

an FFT . . . result[s] in a frequency spectrum consisting of the magnitude and phase for each FFT

frequency bin[.]")).

11.     Thus, a person of skill in the art at the priority date of the '889 patent, or now,

would not understand Nielsen's proposed construction, "[c]omponent of a signal generated by

transforming the signal data from the time domain to the frequency domain," without more, to be

a full description of a frequency component. (Op. at 6).

12.     I have reviewed the following example that I understand is set forth in Nielsen's

reply brief:

> A "frequency bin" is the result of the fact that frequency components (*i.e.*,
> DFT coefficients) have a particular spacing. (*Id.*, ¶ 37.) This spacing is
> calculated by dividing the sampling frequency (*i.e.*, the rate at which
> samples are taken) by the number of samples used in the DFT. (*Id.*) As an
> example, if the sampling frequency is 48,000 samples per second (48 kHz),
> and the number of samples is 128, then the spacing of the DFT coefficients
> (frequency components) is 48,000/128 = 375 Hz. (*Id.*) Accordingly, each
> "bin" is 375 Hz wide, with the first coefficient (referred to as coefficient 0)
> associated with 0–375 Hz. (*Id.*) The next bin (coefficient 1) is also 375 Hz
> wide, corresponding to 375–750 Hz. The succeeding bins are also 375 Hz
> wide. (*Id.*)

(Rep. at 3).

13.     I have also reviewed the following example that I understand is set forth in Dr.

Moulin's declaration:

> 36.     Because a DFT is performed on a limited set of samples of the
> original time domain signal (instead of the full time domain signal), a DFT
> coefficient does not correspond to (*i.e.*, its value is not solely influenced by)
> a precise frequency present in the time domain signal. Instead, a coefficient
> is influenced by all the frequencies present in the time domain signal.
>
> 37.     First, each coefficient is influenced by the information in its
> corresponding "frequency bin," which is defined as follows. First, the
> sampling frequency (*i.e.*, the rate at which samples are taken) is divided by
> the number of samples taken. As an example, if the sampling frequency is

48,000 samples per second (48 kHz), and the number of samples taken is 128, then this ratio is 48,000/128 = 375 Hz. The frequency bin associated with the first DFT coefficient (referred to as coefficient 0) is then the frequency interval 0 – 375 Hz (which is 375 Hz wide). The next bin (coefficient 1) is the frequency interval 375-750 Hz, which again has width equal to 375 Hz. The next bin has the same width, and so on.

38.     Thus, each DFT frequency component (coefficient) is influenced by lumped-together, aggregate information from its corresponding bin.

39.     In addition, each DFT coefficient is influenced by information that is "leaked" (or spilled over) from all other frequencies. This is known as "spectral leakage."

(Moulin Decl. at ¶¶ 36-39).

14.     Nielsen and Dr. Moulin's examples are consistent with the frequency bins I described in my Declaration at, *e.g.*, ¶¶ 16-29.

15.     Nielsen and Dr. Moulin's examples describe an FFT where "each 'bin' is 375 Hz wide." (Rep. at 3). In the examples, the first frequency component corresponds to a bin that is "375 Hz wide" and is "associated with 0–375 Hz". (*Id.*). The second frequency component likewise represents a bin that is "375 Hz wide," and "correspond[s] to 375–750 Hz." (*Id.*).  These figures describe contiguous ranges of frequencies that are 375 Hz wide.

16.     In the art, a contiguous range of frequencies is referred to as a "band," and the size of the range of frequencies in the band to is referred to as the band's "width."  Thus, the first frequency component Dr. Moulin describes corresponds to a band of frequencies starting at 0 Hz with a width of 375 Hz.

17.     Dr. Moulin states that each frequency component "is influenced by . . . its corresponding bin," *i.e.*, the 375 Hz wide band of frequencies within the bin described in his example. (Moulin Decl. at ¶ 38). Here, Dr. Moulin correctly recognizes that each frequency component has a corresponding bin, which is a single band of frequencies.

18.     Dr. Moulin also describes spectral leakage, where neighboring bins can influence each other. This is an effect that I showed in Figure 3 to in my Declaration, in which I gave a similar example. There, I stated that "the value of FFT bin 4 represents, *primarily*, the contribution of frequencies between 1500 Hz and 2500 Hz." (Declaration at ¶ 27 (emphasis added)).

19.     The spectral leakage that Dr. Moulin refers to is known in the art and is an inherent property of the mathematics of frequency analysis used to perform the DFT. This leakage is shown in my Figure 3, and it is why I explained that the frequency component shown in that figure corresponds *primarily* with the range of frequencies within its bin.

20.     When persons of skill in the art discuss frequency components, the fact that leakage must be accounted for is implicit and understood. To use Dr. Moulin's example, when a person of skill in the art describes a frequency component that corresponds to a band of frequencies between 0 Hz and 375 Hz, it is understood that that range is what the frequency component is intended to correspond to, and that leakage will normally be present.

21.     Dr. Moulin states that each frequency component is "influenced by" its frequency bin, rather than that each frequency component "corresponds to" or "represents" that bin. (Moulin Decl. at ¶ 38). Regardless of the language used, the purpose of the FFT is to determine the frequency components and the magnitude and phase of the signal for each corresponding bin of frequencies. The leakage is a side effect of the mathematical operation used, and is known and expected in the art.

22.     I have reviewed U.S. Patent No. 6,061,793 ("Tewfik").

23.     Dr. Moulin opines that "Tewfik does not disclose spectral power, descriptors generally, or comparing spectral powers."  (Moulin Decl. at ¶ 55).

24.     Tewfik describes a process for embedding watermarks in recorded human perceptible sounds.  Tewfik, at Abstract, 8:5-8.  It discusses that the sounds may be recorded in "audio segments of 512 samples each" and states that "a fast Fourier transform (FFT) is used to convert the segments to the frequency domain." Tewfik, at 8:23-29.

25.     A person of skill in the art understands that using an FFT to convert segments of human-perceptible audio to the frequency domain inherently results in frequency components having spectral powers.  In other words, working in the frequency domain via spectral transformations of a sample of a human-perceptible sound necessarily returns frequency components corresponding to the audible frequency ranges in the signal, and those frequency components each have a spectral power.  A person of skill in the art understands that these components have a spectral power regardless of whether it is calculated, much like a person has a height regardless of whether it has been measured. A person of skill in the art further understands that Tewfik discloses an FFT of an audible sound, resulting in frequency components having spectral powers.

26.     Dr. Moulin's declaration states as follows:

> 58.     In the system described in the specification [of the '889 patent], no matter how many frequency components are identified or generated, a monitored signal's signature can still be generated that can be compared to a reference signature.

(Moulin Decl. at ¶ 58).

27.     Dr. Moulin is correct that the method of the '889 patent can function regardless of the number of frequency components generated. However, the frequency components to be compared must still be identified for comparison.

28.     Dr. Moulin states that, in his opinion, "one of skill in the art would understand Nielsen's proposed construction to be the same as the plain and ordinary meaning of this claim

6

term." (Moulin Decl. at ¶ 60). I disagree. A person of skill in the art reading the '889 patent would understand that generating frequency components is an inherent part of performing a spectral transform operation on the frame of samples. However, a person of skill in the art would also understand that at a first and a second frequency component must then be identified, from the results of the spectral transformation, in order to be compared.

## II.     U.S. PATENT NO. 9,020,189 B2

29.     With respect to the '189 patent, I address what appears to be a critique of my opinion in paragraph 50 of my Declaration, which said:

> Using logic gates as basic building blocks, complicated functionality can be realized. For example, using only a NAND gates, it is well-understood how to build logic circuits that implement the operations of adding, counting, multiplying, and comparing for numbers represented as binary data. These logic circuits can have further functionality such as a binary input to a counter that causes the counter to reset or another input that causes the counter to count up or down. Such logic circuits are very resource efficient in terms of power consumed, space required, and speed of operation. ***However, their functionality is "baked-in" at design time and not subject to change by software***. For example, a counter circuit cannot be changed into another type of logic circuit by use of software. Rather, it would have to be redesigned and remade to change its functionality.

I have bolded the language that appears to be at issue.

30.     Specifically, Mr. Moulin's apparent critique, which appears in paragraph 66 of his declaration, is that programmable logic devices "are not 'configured at the time they are designed.'"

31.     It appears that Mr. Moulin is making the unremarkable observation that programmable logic devices are programmable. In other words, they can be re-designed. That doesn't change the fact that once these circuits are designed (or re-designed or re-programmed), their functionality is set (or, as I stated before, "baked-in") and their operation is determined by the circuit configuration or design, not software. So my opinion as stated in my Declaration at ¶ 50 applies equally to programmable logic devices.

32.     I also note that programmable logic devices are largely irrelevant to the analysis here. That is because to the extent a programmable logic device is the logic circuit that satisfies claim 9 of the '189 patent, then its design must be set, because it has to be implementing the functionality of the data analyzers or the counter. And a programmable logic device that is set to operate as one of the data analyzers or as the counter is no different from a non-programmable logic circuit from the perspective of the claims. The fact that the logic device is programmable does not matter; what matters is that its circuitry (as opposed to software running on its circuitry) implements the logic of the data analyzers and/or the counter.

33.     For that reason, and more broadly, TVision's construction does not exclude programmable logic devices (as Mr. Moulin suggests in his paragraphs 65-67). Instead, it includes any logic circuit that implements the logic of the data analyzers and/or the counter in its circuitry (as opposed to implementing said logic in software running on its circuitry).

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2023 in Atlanta, Georgia.

David V. Anderson

# Exhibit A

*School of Electrical and Computer Engineering*
*Georgia Institute of Technology*
☏ *770-883-0708*
✉ *anderson@gatech.edu*

# David V. Anderson

*March 1, 2023*

## Earned Degrees

1999 **Ph.D. in Electrical and Computer Engineering**.
Georgia Institute of Technology

1994 **M.S. in Electrical Engineering**.
Brigham Young University

1993 **B.S. in Electrical Engineering**.
Brigham Young University

## II. Employment History

2012-present **Professor**, *School of Electrical & Computer Engineering*, Georgia Institute of Technology, Atlanta, Georgia.

2011–present **Partner**, *Ratrix Technologies, LLC*, Atlanta, Georgia.
High-tech start-up with NSF SBIR funding to develop wireless data receivers

2005-2012 **Associate Professor**, *School of Electrical & Computer Engineering*, Georgia Institute of Technology, Atlanta, Georgia.

2009 **Visiting Professor**, *Department of Computer Science*, Korea University, Seoul, South Korea.

1999-2005 **Assistant Professor**, *School of Electrical & Computer Engineering*, Georgia Institute of Technology, Atlanta, Georgia.

1999 **Education Specialist**, *Texas Instruments, Inc.*, Dallas, Texas.

## III. Honors and Awards (selected)

2004 Presidential Early Career Award for Scientists and Engineers (PECASE)

2004 NSF Faculty Early Career Development (CAREER) Award

2006 US Frontiers of Engineering Fellow, National Academy of Engineering

2006 Frontiers of Science Fellow, National Academy of Science

2009 Nominated by the School of Electrical and Computer Engineering for the Institute 2009 Outstanding Faculty Leadership Award for the Development of Graduate Research Assistants

2022-2024 Georgia Tech Provost Teaching and Learning Fellow

## IV. Research, Scholarship, and Creative Activities

### A. Published Books, Book Chapters, and Edited Volumes

### A.1. Published Books

[1] Wayne T. Padgett and David V. Anderson. *Fixed-point Signal Processing.* Synthesis Lectures on Signal Processing. Morgan & Claypool Publishers, 2009.

### A.2. Published Parts of Books

[1] J. H. McClellan, R. W. Schafer, and M. A. Yoder. *DSP First: A Multimedia Approach.* Prentice Hall, 1998. Assisted in the preparation of the multi-media CD-ROM that accompanies the text. Wrote and revised the laboratory projects included in the text.

[2] Sheng-Yu Peng, Paul E. Hasler, and David Anderson. An analog programmable multi-dimensional radial basis function based classifier. In *IFIP WG 10.5 International Conference on Very Large Scale Integration of System-on-Chip*, pages 13–18, Atlanta, GA, October 2007.

[3] Jorge Marin-Hurtado and David V. Anderson. *Independent Component Analysis for Audio and Biosignal applications*, chapter Preservation of Localization Cues in BSS-Based Noise Reduction: Application in Binaural Hearing Aids. InTech, 2012. Ganesh R Naik, ed.

## B. Refereed Publications and Submitted Articles

### B.1. Refereed Journal Publications

[1] Paul Hasler, Abhishek Bandyopadhyay, and David V. Anderson. High fill–factor imagers for neuromorphic processing enabled by floating–gate circuits. *EURASIP Journal on Applied Signal Processing*, 2003(7):676–689, June 2003. Invited paper for special issue on neuromorphic signal processing and implementation.

[2] Venkatesh Krishnan and David V. Anderson. Joint design of channel–optimized multistage vector quantizer. *IEEE Signal Processing Letters*, 11(1):5–7, January 2004.

[3] Venkatesh Krishnan, David V. Anderson, and Kwan Truong. Optimal multistage vector quantization of LPC parameters over noisy channels. *IEEE Transactions on Speech and Audio Processing*, 12(1):1–8, January 2004.

[4] Paul S. Hong, David V. Anderson, Doug B. Williams, Thomas P. Barnwell III Joel R. Jackson, Monson H. Hayes III, Ronald W. Schafer, and John D. Echard. "DSP for practicing engineers:" A case study in internet course delivery. *IEEE Transactions on Education*, 47(3):301–310, August 2004.

[5] Abhishek Bandyopadhyay, Paul Hasler, and David V. Anderson. A CMOS floating–gate matrix transform imager. *IEEE Sensors*, 5(3):455–462, 2005.

[6] Paul Hasler, Paul D. Smith, Rich Ellis, David Graham, and David Anderson. Analog floating–gate, on–chip auditory sensing system interfaces. *IEEE Sensors*, 5:1027–1034, October 2005.

[7]  Sourabh Ravindran, Kristopher Schlemmer, and David V. Anderson. A physiologically inspired method for audio classification. *EURASIP Journal on Applied Signal Processing*, 2005(9):1374–1381, 2005.

[8]  Tyson S. Hall, Christopher M. Twigg, Paul Hasler, and David V. Anderson. Developing large–scale field–programmable analog arrays for rapid prototyping. *International Journal for Embedded Systems*, 1(3/4):179–192, 2005.

[9]  Sourabh Ravindran, Paul Smith, David Graham, Varinthira Duangudom, David Anderson, and Paul Hasler. Towards biologically inspired on–chip auditory processing. *EURASIP Journal on Applied Signal Processing*, 2005(7):1082–1092, 2005.

[10]  Daniel J. Allred, David V. Anderson, Walter Huang, Venkatesh Krishnan, and Heejong Yoo. LMS adaptive filters using distributed arithmetic for high throughput. *IEEE Transactions on Circuits and Systems*, 52(7):1327–1337, July 2005.

[11]  Tyson S. Hall and David V. Anderson. A framework for teaching real-time digital signal processing with field-programmable gate arrays. *IEEE Transactions on Education*, 48(3):551 – 558, August 2005.

[12]  Tyson S. Hall, Christopher M. Twigg, Jordan D. Gray, Paul Hasler, and David V. Anderson. Large–scale field–programmable analog arrays for analog signal processing. *IEEE Transactions on Circuits and Systems*, 52(11):2298 – 2307, November 2005.

[13]  Faik Baskaya, Sasank Reddy, Sung Kyu Lim, and David V. Anderson. Placement for large-scale floating-gate field programable analog arrays. *IEEE Transactions on Very Large Scale Integration Systems*, 14(8):906–910, August 2006.

[14]  Sheng-Yu Peng, Paul Hasler, and David V. Anderson. An analog programmable multi-dimensional radial basis function based classifier. *IEEE Transactions on Circuits and Systems I*, 54(10):2148–2158, October 2007.

[15]  Erhan Ozalevli, Walter Huang, Paul E. Hasler, and David V. Anderson. A reconfigurable mixed-signal VLSI implementation of distributed arithmetic used for finite-impulse response filtering. *IEEE Transactions on Circuits and Systems I*, 55(2):510–521, March 2008.

[16]  Kofi M. Odame, David V. Anderson, and Paul Hasler. A bandpass filter for inherent gain adaptation for hearing applications. *IEEE Transactions on Circuits and Systems I*, 55(3):786–795, April 2008.

[17]  Wei Zhang, Xiaoli Ma, Brian Gestner, and David V. Anderson. Designing low-complexity equalizers for wireless systems. *IEEE Communications Magazine*, 47(1):56–62, January 2009.

[18]  Faik Baskaya, David V. Anderson, and Sung Kyu Lim. Net sensitivity based optimization of large-scale field programmable analog array (FPAA) placement

and routing. *IEEE Transactions on Circuits and Systems II*, 56(7):565–569, July 2009.

[19] L.J. Karam, I. Alkamal, A. Gatherer, G.A. Frantz, D.V. Anderson, and B.L. Evans. Trends in multicore DSP platforms. *IEEE Signal Processing Magazine*, 26(6):38–49, November 2009.

[20] Bo Marr, Jason George, Brian Degnan, David V. Anderson, and Paul E. Hasler. Error immune logic for low power probabilistic computing. *VLSI Design*, 2010. doi:10.1155/2010/460312.

[21] Walter Huang and David V. Anderson. Modified sliding-block distributed arithmetic with offset binary coding for adaptive filters. *Journal of Signal Processing Systems*, April 2010. Available: http://dx.doi.org/10.1007/s11265-010-0479-4.

[22] David V. Anderson. Storytelling—the missing art in engineering presentations. *IEEE Signal Processing Magazine*, 28(2):109–111, March 2011.

[23] Brian Gestner, Wei Zhang, Xiaoli Ma, and David V. Anderson. Lattice reduction for MIMO detection: From theoretical analysis to hardware realization. *IEEE Transactions on Circuits and Systems I*, 58(4):813 –826, April 2011.

[24] J. Marin Hurtado and David V. Anderson. FFT-based block processing in speech enhancement: Potential artifacts and solutions. *IEEE Transactions on Audio, Speech and Language Processing*, 19(8):2527–2537, November 2011.

[25] Brian Gestner, Xiaoli Ma, and David V. Anderson. Incremental lattice reduction: Motivation, theory, and practical implementation. *IEEE Transactions on Wireless Communications*, 11(1):188 –198, January 2012.

[26] Bo Marr, Brian Degnan, Paul Hasler, and David V. Anderson. Scaling energy per operation via an asynchronous pipeline. *IEEE Transactions on VLSI*, PP(99):1 –5, 2012.

[27] J.I. Marin-Hurtado, D.N. Parikh, and D.V. Anderson. Perceptually inspired noise-reduction method for binaural hearing aids. *Audio, Speech, and Language Processing, IEEE Transactions on*, 20(4):1372–1382, May 2012.

[28] B. Gestner, Xiaoli Ma, and D.V. Anderson. Incremental lattice reduction: Motivation, theory, and practical implementation. *Wireless Communications, IEEE Transactions on*, 11(1):188–198, January 2012.

[29] A.A. Kressner, D.V. Anderson, and C.J. Rozell. Evaluating the generalization of the hearing aid speech quality index (hasqi). *Audio, Speech, and Language Processing, IEEE Transactions on*, 21(2):407–415, February 2013.

[30] S. Ramakrishnan, A. Basu, Leung Kin Chiu, J. Hasler, D. Anderson, and S. Brink. Speech processing on a reconfigurable analog platform. *Very Large*

*Scale Integration (VLSI) Systems, IEEE Transactions on*, 22(2):430–433, Feb 2014.

[31] Nashlie H Sephus, Aaron D Lanterman, and David V Anderson. Modulation spectral features: In pursuit of invariant representations of music with application to unsupervised source identification. *Journal of New Music Research*, 44(1):58–70, 2015.

[32] Jinwoo Kang, David V. Anderson, and Monson H. Hayes. Face recognition for vehicle personalization with near infrared frame differencing. *IEEE Transactions on Consumer Electronics*, 62(3):316–324, August 2016.

[33] B. T. Carroll, B. M. Whitaker, W. Dayley, and D. V. Anderson. Outlier learning via augmented frozen dictionaries. *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, 25(6):1207–1215, June 2017.

[34] Muhammad Rizwan and David V. Anderson. A weighted accent classification using multiple words. *Neurocomput.*, 277(C):120–128, February 2018.

[35] Chieh-Feng Cheng, Abbas Rashidi, Mark A. Davenport, and David V. Anderson. Activity analysis of construction equipment using audio signals and support vector machines. *Automation in Construction*, June 2017.

[36] Bradley M Whitaker, Pradyumna Byappanahalli Suresha, Chengyu Liu, Gari D Clifford, and David V Anderson. Combining sparse coding and time-domain features for heart sound classification. *Physiological Measurement*, 38:1701–1729, 08 2017.

[37] Chris Sabillon, Abbas Rashidi, Biswanath Samanta, Mark A. Davenport, and David V. Anderson. An audio-based Bayesian model for productivity estimation of construction cyclic activities. *Journal of Computing in Civil Engineering*, 34(1), 2020.

[38] Muhammed Rizwan, Bradley M Whitaker, and David V Anderson. AF detection from ECG recordings using feature selection, sparse coding, and ensemble learning. *Physiological measurement*, 39(12), December 2018.

[39] M. N. Sahadat, N. Sebkhi, D. Anderson, and M. Ghovanloo. Optimization of tongue gesture processing algorithm for standalone multimodal tongue drive system. *IEEE Sensors Journal*, 19(7):2704–2712, April 2019.

[40] Kaitlin L. Fair, Daniel R. Mendat, Andreas G. Andreou, Christopher J. Rozell, Justin Romberg, and David V. Anderson. Sparse coding using the locally competitive algorithm on the truenorth neurosynaptic system. *Frontiers in Neuroscience*, 13:754, 2019.

[41] Chris Sabillon, Abbas Rashidi, Biswanath Samanta, Mark Davenport, and David Anderson. Audio-based bayesian model for productivity estimation of cyclic construction activities. *Journal of Computing in Civil Engineering*, 34:04019048, 01 2020.

[42] N. Sebkhi, A. Bhavsar, D. V. Anderson, J. Wang, and O. T. Inan. Inertial measurements for tongue motion tracking based on magnetic localization with orientation compensation. *IEEE Sensors Journal*, 21(6):7964–7971, March 2021.

[43] Nordine Sebkhi, Arpan Bhavsar, Md NAZMUS Sahadat, Jesse Baldwin, Erica Walling, Amber Biniker, Michelle Hoefnagel, Geneva Tonuzi, Raine Osborne, David V. Anderson, and Omer Inan. Evaluation of a head-tongue controller for power wheelchair driving by people with quadriplegia. *IEEE Transactions on Biomedical Engineering*, 2021.

[44] Mohammad M. Salut and David V. Anderson. Online tensor robust principal component analysis. *IEEE Access*, 10:69354–69363, 2022.

[45] Mohammad M. Salut and David V. Anderson. Randomized tensor robust pca for noisy hyperspectral image classification. *IEEE Geoscience and Remote Sensing Letters*, pages 1–1, 2023.

## B.2. Conference Presentations with Proceedings (Refereed)

[1] David V. Anderson, Richard W. Harris, and Douglas M. Chabries. Evaluation of a hearing compensation algorithm. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 5, pages 3531–3533, Detroit, May 1995.

[2] Douglas M. Chabries, David V. Anderson, Thomas G. Stockham, Jr., and Richard W. Christiansen. Application of a human auditory model to loudness perception and hearing compensation. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 5, pages 3527–3530, Detroit, May 1995.

[3] David V. Anderson. Speech analysis and coding using a multi–resolution sinusoidal transform. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 2, pages 1037–1040, Atlanta, May 1996.

[4] David V. Anderson, James H. McClellan, Ronald W. Schafer, Jeffrey B. Schodorf, and Mark A. Yoder. DSP First - a first course in ECE. In *Proceedings of the 1996 Asilomar Conference on Circuits, Systems, and Computers*, volume 1, pages 226–230, Pacific Grove, CA, May 1996.

[5] David V. Anderson and Mark A. Clements. Audio signal noise reduction using multi-resolution sinusoidal modeling. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 805–808, Phoenix, May 1999.

[6] David V. Anderson, Lonnie Harvel, Monson H. Hayes III, Y. Ishiguro, Joel R. Jackson, and Maria Pimentel. Internet course delivery-making it easier and

more effective. In *Proceedings of the IEEE International Conference on Multimedia and Expo*, volume 1, pages 84–87, New York, July 2000.

[7] David V. Anderson, Thomas P. Barnwell, Monson H. Hayes III, and Joel R. Jackson. Effective and efficient distance learning over the internet: Implementation of an on-line DSP course. In *Proc. International Conference on Engineering Education*, Taiwan, August 2000.

[8] Joel R. Jackson, David V. Anderson, and Monson H. Hayes III. Effective and efficient distance learning over the internet: Tools and techniques. In *Proc. International Conference on Engineering Education*, Taiwan, August 2000.

[9] Monson H. Hayes III, Joel R. Jackson, and David V. Anderson. Producing effective internet courses with *in*Fusion. In *Proceedings Learning '00*, Madrid, Spain, October 2000.

[10] David V. Anderson, Thomas P. Barnwell, John Echard, Monson H. Hayes III, Joel R. Jackson, Ronald W. Schafer, and Douglas B. Williams. An on-line DSP course for practicing engineers. In *Signal Processing Education Workshop*, Hunt, TX, October 2000. Web Proceedings: http://spib.ece.rice.edu/SPTM/DSP2000/.

[11] David V. Anderson and Paul Hasler. Cooperative analog/digital signal processing. In *World Conference on Systemics, Cybernetics, and Informatics*, Orlando, FL, July 2001. *Invited Paper, Best Paper Award.*

[12] Matt Kucic, Paul Hasler, Jeff Dugger, and David V. Anderson. Programmable and adaptive analog filters using arrays of floating-gate circuits. In Erik Brunvand and Chris Myers, editors, *2001 Conference on Advanced Research in VLSI*, pages 148–162, Salt Lake City, March 2001. IEEE Computer Society.

[13] Joel R. Jackson, Thomas P. Barnwell, Douglas B. Williams, Monson H. Hayes III, David V. Anderson, and Ronald W. Schafer. DSP for practicing engineers: an online continuing DSP education course. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume V, pages 2721–2724, Salt Lake City, UT, May 2001.

[14] Joel R. Jackson, Thomas P. Barnwell, Douglas B. Williams, Monson H. Hayes III, David V. Anderson, and Ronald W. Schafer. Online DSP education: DSP for practicing engineers. In *American Society for Engineering Education Annual Conference*, Albuquerque, NM, June 2001.

[15] Joel R. Jackson, Thomas P. Barnwell, David V. Anderson, and Monson H. Hayes III. *in*Fusion: Simplifying online course creation. In *American Society for Engineering Education Annual Conference*, Albuquerque, NM, June 2001.

[16] Paul Smith, Matt Kucic, Rich Ellis, Paul Hasler, and David V. Anderson. Cepstrum frequency encoding in analog floating-gate circuitry. In *Proceedings of the IEEE International Symposium on Circuits and Systems*, volume IV, pages 671–674, Phoenix, AZ, May 2002.

[17] Paul Hasler and David V. Anderson. Cooperative analog-digital signal processing. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume IV, pages 3972–3975, Orlando, FL, May 2002.

[18] Heejong Yoo, David V. Anderson, and Paul Hasler. Continuous–time audio noise suppression and real-time implementation. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume IV, pages 3980–3983, Orlando, FL, May 2002.

[19] Richard Ellis, Heejong Yoo, and David V. Anderson. An analog floating-gate IC for audio noise suppression. In *Proceedings of the International Symposium on Circuits and Systems*, volume II, pages 728–31, Phoenix, AZ, May 2002. Invited Paper.

[20] Paul Hasler, Paul Smith, Richard Ellis, David Graham, and David V. Anderson. Biologically inspired auditory sensing system interfaces on a chip. In *2002 IEEE Sensors Conference*, Orlando, FL, June 2002. *Invited Paper, nominated for Best Paper of Conference.*

[21] Paul Hasler, Abhishek Bandyopadhyay, and David V. Anderson. Low–power analog image processing using transform imagers. In *IEEE Midwest Circuits and Systems*, Tulsa, OK, August 2002.

[22] Paul Hasler, Paul Smith, Chris Duffy, Christal Gordon, Jeff Dugger, and David Anderson. A floating-gate vector-quantizer. In *IEEE Midwest Circuits and Systems*, Tulsa, OK, August 2002.

[23] Tyson S. Hall, Paul Hasler, and David V. Anderson. Field-programmable analog arrays: A floating-gate approach. In *12th International Conference on Field Programmable Logic and Applications*, Montpellier, France, September 2002.

[24] Paul Hasler, Abhishek Bandyopadhyay, and David Anderson. Low-power analog image processing using transform imagers. In *Digital Signal Processing Workshop*, pages 333–338, Pine Mountain, Georgia, October 2002.

[25] David Anderson, Paul Hasler, Rich Ellis, Heejong Yoo, David Graham, and Mat Hans. A low–power, continuous–time system for audio noise suppression and a VLSI implementation. In *Digital Signal Processing Workshop*, pages 327–332, Pine Mountain, Georgia, October 2002.

[26] Tyson S. Hall and David V. Anderson. From algorithms to gates: Developing a pedagogical framework for teaching DSP hardware design. In *Signal Processing Education Workshop*, pages 157–161, Pine Mountain, Georgia, October 2002.

[27] P. Spencer Whitehead, David V. Anderson, and Mark A. Clements. Adaptive acoustic noise suppression for speech enhancement. In *Proceedings 2003 International Conference on Multimedia and Expo*, volume 1, pages 565–568, Baltimore, MD, June 2003.

[28] Cenk Demiroglu and David V. Anderson. Noise robust digit recognition with missing frames. In *8th European Conference on Speech Communication and Technology*, pages 2165–2168, Geneva, Switzerland, September 2003.

[29] Venkatesh Krishnan and David V. Anderson. Robust jointly optimized multistage vector quantization for speech coding. In *8th European Conference on Speech Communication and Technology*, pages 1093–1096, Geneva, Switzerland, September 2003.

[30] Sunil D. Kamath and David V. Anderson. Signal processing in digital and floating-gate analog circuits; design trade-offs. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

[31] Heejong Yoo, David V. Anderson, and Paul Hasler. On delay structures for the analog adaptive filters with long filter taps. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

[32] Daniel Allred, Venkatesh Krishnan, Walter Huang, and David V. Anderson. Implementation of an LMS adaptive filter on an FPGA employing multiplexed multiplier architecture. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

[33] Sourabh Ravindran, Cenk Demiroglu, and David V. Anderson. Speech recognition using filter bank features. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

[34] Thomas Barnwell III, Mark Clements, David Anderson, Elliot Moore, Matthew Lee, Erdem Ertan, Venkatesh Krishnan, Woosuk Choi, James Hu, Cenk Demiroglu, Spencer Whitehead, and Adriane Durey. Low bit-rate coding of speech in harsh conditions using non-acoustic auxiliary devices. In *Special Workshop in Maui: Lectures by the Masters in Signal Processing*, Maui, HI, January 2004.

[35] Michael Healy, Sourabh Ravindran, and David V. Anderson. Effects of varying parameters in asymmetric adaboost on the accuracy of a cascade audio classifier. In *IEEE SoutheastCon 2004*, Greensboro, NC, March 2004.

[36] Tyson S. Hall, Christopher M. Twigg, Paul Hasler, and David V. Anderson. Developing large-scale field-programmable analog arrays. In *11th Reconfigurable Architectures Workshop (RAW 2004), 18th International Parallel and Distributed Processing Symposium*, pages 142–147, Santa Fé, NM, April 2004.

[37] Tyson S. Hall, Christopher M. Twigg, Paul Hasler, and David V. Anderson. Application performance of elements in a floating-gate FPAA. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[38] Heejong Yoo, David Graham, David V. Anderson, and Paul Hasler. C4 band-pass delay filter for continuous-time subband adaptive tapped-delay filter.

In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[39] Sourabh Ravindran and David V. Anderson. Boosting as a dimensionality reduction tool for audio classification. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[40] Cenk Demiroglu and David V. Anderson. Two-sensor noise-robust ASR with missing frames for Aurora2 task. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[41] Shyam Subramanian, David V. Anderson, and Paul Hasler. Synthesis of static multiple input multiple output MITE networks. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[42] Haw-Jing Lo, Guillermo Serrano, Paul Hasler, David Anderson, and Bradley Minch. Programmable multiple input translinear elements. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[43] Sourabh Ravindran, David V. Anderson, and Malcolm Slaney. Low-power audio classification for ubiquitous sensor networks. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Montreal, Canada, May 2004.

[44] Daniel J. Allred, Heejong Yoo, Venkatesh Krishnan, and David V. Anderson. A novel high performance distributed arithmetic adaptive filter implementation on an FPGA. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Montreal, Canada, May 2004.

[45] Daniel J. Allred, Walter Huang, Venkatesh Krishnan, Heejong Yoo, and David V. Anderson. An FPGA implementation for a high throughput adaptive filter using distributed arithmetic. In *FCCM*, pages 324–325, 2004.

[46] Tyson S. Hall and David V. Anderson. Merging theory and implementation: A framework for teaching DSP hardware design. In *2004 ASEE Annual Conference*, Salt Lake City, UT, June 2004.

[47] Rongqiang Hu and David V. Anderson. Audio noise suppression based on neuromorphic saliency and phoneme adaptive filtering. In *IEEE Digital Signal Processing Workshop*, Taos, NM, August 2004.

[48] Sunil Kamath, Sourabh Ravindran, and David V. Anderson. Independent component analysis for audio classification. In *IEEE Digital Signal Processing Workshop*, Taos, NM, August 2004.

[49] Sourabh Ravindran and David V. Anderson. Cascade classifiers for audio classification. In *IEEE Digital Signal Processing Workshop*, Taos, NM, August 2004.

[50] Cenk Demiroglu and David V. Anderson. Noise robust digit recognition using a glottal radar sensor for voicing detection. In *International Conference on Spoken Language Processing*, Jeju, Korea, October 2004.

[51] Rongqiang (James) Hu and David V. Anderson. Single acoustic channel speech enhancement based on glottal correlation using non-acoustic sensors. In *International Conference on Spoken Language Processing*, Jeju, Korea, October 2004.

[52] Cenk Demiroglu and David V. Anderson. A soft decision MMSE amplitude estimator as a noise preprocessor to speech coders using a glottal sensor. In *International Conference on Spoken Language Processing*, Jeju, Korea, October 2004.

[53] Venkatesh Krishnan, Christopher Duffy, David V. Anderson, and Paul Hasler. Optimal quantization employing programmable flash analog to digital converters. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004. Invited paper.

[54] Rongqiang Hu and David V. Anderson. Improved perceptually inspired speech enhancement using a psychoacoustic model. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004.

[55] Cenk Demiroglu, Sunil Kamath, David V. Anderson, Mark A. Clements, and Thomas P. Barnwell III. Segmentation based speech enhancement using auxiliary sensors. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004.

[56] Teahyung Lee and David V. Anderson. The behavioral simulation results of the optical flow estimation algorithm for CADSP system design. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004.

[57] Heejong Yoo and David V. Anderson. Hardware-efficient distributed arithmetic architecture for high-order digital filters. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 5, pages 125–128, Philadelphia, Pennsylvania, March 2005.

[58] Cenk Demiroglu, Sunil Kamath, and David V. Anderson. Segmentation-based speech enhancement for intelligibility improvement in MELP coders using auxiliary sensors. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 1, pages 797–800, Philadelphia, Pennsylvania, March 2005.

[59] Faik Baskaya, Sasank Reddy, Sung Kyu Lim, Tyson Hall, and David V. Anderson. Mapping algorithm for large-scale field programmable analog array. In *ACM International Workshop on Physical Design*, pages 152–158, San Francisco, April 2005. ACM Press.

[60] Sourabh Ravindran and David V. Anderson. Audio classification and scene recognition for hearing aids. In *Proceedings of the International Symposium on Circuits and Systems*, volume 2, pages 830–863, Kobe, Japan, May 2005.

[61] Shyam Subramanian, David V. Anderson, Paul Hasler, and Bradley A. Minch. Synthesis of MITE log-domain filters with unique operating points. In *Proceedings of the International Symposium on Circuits and Systems*, volume 2, pages 996–999, Kobe, Japan, May 2005.

[62] I. Faik Baskaya, Sasank Reddy, Sung Kyu Lim, and David Anderson. Hierarchical placement for large-scale FPAA. In *International Conference on Field Programmable Logic and Applications*, pages 421–426, Tampere, Finland, August 2005.

[63] Sourabh Ravindran, David Anderson, and James Rehg. Cascade jump support vector machine classifiers. In *Machine Learning in Signal Processing 2005*, pages 135–139, Mystic, Connecticut, September 2005.

[64] Rongqiang Hu, Venkatesh Krishnan, and David V. Anderson. Speech bandwidth extension by improved codebook mapping towards increased phonetic classification. In *Interspeech 2005*, pages 1501–1504, Lisbon, Portugal, September 2005.

[65] Rongqiang Hu, Sunil Kamath, and David V. Anderson. Speech enhancement using non-acoustic sensors. In *Interspeech 2005*, pages 2305–2308, Lisbon, Portugal, September 2005.

[66] Venkatesh Krishnan, Thomas P. Barnwell-III, and David V. Anderson. Using dynamic codebook re-ordering to exploit inter-frame correlation in MELP coders. In *Interspeech 2005*, pages 2717–2720, Lisbon, Portugal, September 2005.

[67] Venkatesh Krishnan, Phil S. Whitehead, David V. Anderson, and Mark A. Clements. A framework for estimation of clean speech by fusion of outputs from multiple speech enhancement systems. In *Interspeech 2005*, pages 2317–2320, Lisbon, Portugal, September 2005.

[68] Sourabh Ravindran, Sunil Kamath, and David Anderson. Implementation of low-power automatic audio classification for hearing-aids on TI c5510. In *Texas Instruments Developers Conference*, Dallas, Texas, February 2006.

[69] Venkatesh Krishnan, Sabat M. Siniscalchi, David V. Anderson, and Mark A. Clements. Noise robust Aurora-2 speech recognition employing a codebook-constrained Kalman filter preprocessor. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume I, pages 781–784, Toulouse, France, May 2006.

[70] Teahyung Lee and David V. Anderson. Architecture for hierarchical block motion estimation using variable block sizes. In *Proceedings of the IEEE*

*International Conference on Acoustics, Speech, and Signal Processing*, volume III, pages 960–963, Toulouse, France, May 2006.

[71] Teahyung Lee and David V. Anderson. Performance analysis of a correlation-based optical flow algorithm under noisy environments. In *Proceedings of the International Symposium on Circuits and Systems*, pages 4699–4702, Kos, Greece, May 2006.

[72] Walter Huang, Venkatesh Krishnan, and David V. Anderson. Conjugate distributed arithmetic adaptive FIR filters and their hardware implementation. In *IEEE International Midwest Symposium on Circuits and Systems*, San Juan, Puerto Rico, August 2006.

[73] R. Velmurugan, S. Subramanian, V. Cevher, D. Abramson, K. M. Odame, J.D. Gray, H.J. Lo, J. H. McClellan, and D. V. Anderson. On low-power analog implementation of particle filters for target tracking. In *Proceedings of the 14th European Signal Processing Conference*, Florence, Italy, September 2006. Invited Paper.

[74] Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Parameter estimation for manifold learning, through density estimation. In *IEEE International Workshop on Machine Learning for Signal Processing*, pages 211–216, Maynooth, Ireland, September 2006.

[75] Sourabh Ravindran, David V. Anderson, and Malcolm Slaney. Improving the noise robustness of mel-frequency cepstral coefficients. In *ISCA Tutorial and Research Workshop on Statistical and Perceptual Audition*, pages 48–52, Pittsburgh, PA, September 2006.

[76] David V. Anderson and Sourabh Ravindran. Distributed acquisition and processing systems for speech and audio. In *Allerton Conference on Communication, Control, and Computing*, Monticello, IL, September 2006.

[77] Teahyung Lee and David V. Anderson. Checkerboard-type filtering for a low-power gradient-based optical flow estimation system. In *Proceedings of the IEEE International Conference on Image Processing*, pages 3285–3288, Atlanta, GA, October 2006.

[78] Teahyung Lee and David V. Anderson. The wavelet-based multi-resolution motion estimation using temporal aliasing detection. In Chang Wen Chen, Dan Schonfeld, and Jiebo Luo, editors, *Proceedings SPIE Electronic Imaging Science and Technology*, volume 6508 of *Visual Communications and Image Processing 2007*, pages 2s–1, San Jose, CA, January 2007. SPIE.

[79] David V. Anderson, Sourabh Ravindran, and Malcolm Slaney. Varying time-constants and gain adaptation in feature extraction for speech processing. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 4, pages 669–672, April 2007.

[80] Chris Twigg, Paul Hasler, and David Anderson. Large-scale FPAA devices for signal processing applications. In *Proceedings of the IEEE International*

*Conference on Acoustics, Speech, and Signal Processing*, volume 2, pages 69–72, April 2007.

[81] Cenk Demiroglu, David Anderson, Mark Clements, and Thomas Barnwell. Multi-sensor spectro-temporal comb filtering for speech enhancement. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 4, pages 589–592, April 2007.

[82] Faik Baskaya, Brian Gestner, Chris Twigg, Sung Kyu Lim, David V. Anderson, and Paul Hasler. Rapid prototyping of large-scale analog circuits with field programmable analog array. In *IEEE Symposium on Field-Programmable Custom Computing Machines*, pages 319–320, April 2007.

[83] Brian Gestner, Jason Tanner, and David Anderson. Glass break detector analog front-end using novel classifier circuit. In *Proceedings of the International Symposium on Circuits and Systems*, pages 3586–3589, May 2007.

[84] Shyam Subramanian, Paul Hasler, Bradley Minch, and David Anderson. Optimal synthesis of MITE translinear loops. In *Proceedings of the International Symposium on Circuits and Systems*, pages 2822–2825, May 2007.

[85] Shyam Subramanian and David Anderson. 2-MITE product-of-power-law networks. In *Proceedings of the International Symposium on Circuits and Systems*, pages 1041–1044, May 2007.

[86] Erhan Ozalevli, Walter Huang, David V. Anderson, and Paul Hasler. VLSI implementation of a reconfigurable mixed-signal finite impulse response filter. In *Proceedings of the International Symposium on Circuits and Systems*, pages 2168–2171, May 2007.

[87] Cenk Demiroglu, David V. Anderson, and Mark A. Clements. A missing data-based feature fusion stragey for noise-robust automatic speech recognition using noisy sensors. In *Proceedings of the International Symposium on Circuits and Systems*, pages 965–968, May 2007.

[88] Tyson S. Hall and David V. Anderson. Teaching hardware design of fixed-point digital signal processing systems. In *Proceedings of the American Society for Engineering Education Annual Conference*, volume AC, page 2711, Honolulu, HI, June 2007.

[89] T. Lee, L. K. Chiu, D. V. Anderson, R. Robucci, and P. Hasler. Rapid algorithm verification for cooperative analog-digital imaging systems. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, 2007.

[90] Brian Gestner and David V. Anderson. Automatic generation of ModelSim-Matlab interface for RTL debugging and verification. In *IEEE International Midwest Symposium on Circuits and Systems*, 2007.

[91] Varinthira Duangudom and David V. Anderson. Using auditory saliency to understand complex auditory scenes. In *Proceedings of the European Signal Processing Conference*, pages 1206–1210, 2007.

[92] Sheng-Yu Peng, Paul E. Hasler, and David Anderson. An analog programmable multi-dimensional radial basis function based classifier. In *IFIP WG 10.5 International Conference on Very Large Scale Integration of System-on-Chip*, pages 13–18, Atlanta, GA, October 2007.

[93] Jungwon Lee, Teahyung Lee, and David V. Anderson. Improved wavelet-based embedded image coding using a dynamic index reordering vector quantizer. In *Data Compression Conference*, page 530, Snowbird, UT, USA, March 2008.

[94] Ryan Robucci, Leung Kin Chiu, Jordan Gray, Justin Romberg, Paul Hasler, and David V. Anderson. Compressive sensing on a CMOS separable transform image sensor. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 5125–5128, Las Vegas, Nevada, March 2008.

[95] Teahyung Lee and David V. Anderson. A spatially recursive optical flow estimation framework using adaptive filtering. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 789–792, Las Vegas, Nevada, March 2008.

[96] Sheng-Yu Peng, Yu Tsao, Paul Hasler, and David V. Anderson. A programmable analog radial-basis-function based classifier. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 1425–28, Las Vegas, Nevada, March 2008.

[97] Brian Gestner, Wei Zhang, Xiaoli Ma, and David V. Anderson. VLSI implementation of a lattice reduction algorithm for low-complexity equalization. In *IEEE International Conference on Circuits and Systems for Communications*, Shanghai, May 2008.

[98] Haw-Jing Lo, Heejong Yoo, and David V. Anderson. A reusable distributed arithmetic architecture for FIR filtering. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pages 233–236, August 2008.

[99] Brian Gestner and David V. Anderson. Single newton-raphson iteration for integer-rounded divider for lattice reduction algorithms. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pages 966–969, August 2008.

[100] Harry B. Marr, Jason George, David V. Anderson, and Paul Hasler. Increased energy efficiency and reliability of ultra-low power arithmetic. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pages 366–369, August 2008.

[101] Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Scalable semidefinite manifold learning. In *IEEE Workshop on Machine Learning for Signal Processing*, pages 368–373, Cancun, Mexico, October 2008.

[102] Bo Marr, Stephen Brink, Paul Hasler, and David Anderson. A reconfigurable analog system for efficient stochastic biological computation. In *IEEE*

*Biomedical Circuits and Systems Conference*, pages 293–296, Baltimore, Maryland, November 2008.

[103] Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Learning isometric separation maps. In *NIPS Workshop on Kernel Learning: Automatic Selection of Optimal Kernels*, Vancouver, British Columbia, December 2008.

[104] Nikolaos Vasiloglou, David V. Anderson, and Alexander Gray. Learning the intrinsic dimensions of the TIMIT speech database with maximum variance unfolding. In *IEEE Digital Signal Processing Workshop*, Marco Island, Florida, January 2009.

[105] Jungwon Lee and David V. Anderson. Wavelet-based embedded image coding using dynamic index reordering vector quantization. In *IEEE Digital Signal Processing Workshop*, Marco Island, Florida, January 2009.

[106] Nikolaos Vasiloglou, Alexander Gray, and David V. Anderson. Non-negative matrix factorization, convexity and isometry. In *The 2009 SIAM International Conference on Data Mining*, Sparks, Nevada, April 2009.

[107] Haw-Jing Lo and David V. Anderson. A hardware-efficient implementation of the fast affine projection algorithm. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Taipei, Taiwan, April 2009.

[108] Walter Huang and David V. Anderson. Adaptive filters using modified sliding-block distributed arithmetic with offset binary coding. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Taipei, Taiwan, April 2009.

[109] Brian Gestner, Wei Zhang, Xiaoli Ma, and David V. Anderson. VLSI implementation of an effective lattice reduction algorithm with fixed-point considerations. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Taipei, Taiwan, April 2009.

[110] Krishna T. Malladi and David V. Anderson. Analog implementation of SNR based gain adaptation for denoising. In *Proceedings of the International Symposium on Circuits and Systems*, pages 269–272, May 2009.

[111] Bo Marr, Brian Degnan, Paul Hasler, and David Anderson. An asynchronously embedded datapath for performance acceleration and energy efficiency. In *Proceedings of the International Symposium on Circuits and Systems*, pages 3046–3049, May 2009.

[112] Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Learning isometric separation maps. In *IEEE International Workshop on Machine Learning for Signal Processing*, pages 1–6, September 2009.

[113] Leung Kin Chiu and David V. Anderson. Psychoacoustic bass enhancement system on reconfigurable analog signal processor. In *52nd IEEE International Midwest Symposium on Circuits and Systems*, pages 164–167, August 2009.

[114] Devangi N. Parikh, Sourabh Ravindran, and David V. Anderson. Gain adaptation based on signal-to-noise ratio for noise suppression. In *IEEE Workshop on Applications of Signal Processing to Audio and Acoustics*, pages 185–188, October 2009.

[115] Faik Baskaya, David V. Anderson, Paul Hasler, and Sung Kyu Lim. A generic reconfigurable array specification and programming environment (grasper). In *Circuit Theory and Design, 2009. ECCTD 2009. European Conference on*, pages 619–622, August 2009.

[116] Jorge Marin-Hurtado and David V. Anderson. Distortions in speech enhancement due to block processing. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Dallas, TX, March 2010.

[117] Devangi Parikh, Muhammad Ikram, and David V. Anderson. Implementation of blind source separation and a post-processing algorithm for noise suppression in cell-phone applications. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Dallas, TX, March 2010.

[118] David V. Anderson. A modulation view of audio processing for reducing audible artifacts. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Dallas, TX, March 2010.

[119] Jason George, Bo Marr, Aniruddha Dasgupta, and David V. Anderson. Fixed-point arithmetic on a budget: Comparing probabilistic and reduced-precision addition. In *53rd IEEE International Midwest Symposium on Circuits and Systems*, pages 1258–1261, August 2010.

[120] Devangi Parikh and David V. Anderson. Perceptual artifacts in speech noise suppression. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, pages 99–103, Pacific Grove, CA, November 2010.

[121] Visar Berisha, Ailar Javadi, Richard Hammett, David V. Anderson, and Alex Gray. Making decisions about unseen data: Semi-supervised learning at different levels of specificity. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, pages 75–79, Pacific Grove, CA, November 2010.

[122] Devangi N. Parikh and David V. Anderson. Blind source separation with perceptual post processing. In *Digital Signal Processing Workshop and 6th IEEE Signal Processing Education Workshop, 2011. DSP/SPE 2011. IEEE 14th*, pages 321–325, January 2011.

[123] Leung Kin Chiu, David V. Anderson, and Benjamin Hoomes. Audio output enhancement algorithms for piezoelectric loudspeakers. In *Digital Signal Processing Workshop and 6th IEEE Signal Processing Education Workshop, 2011. DSP/SPE 2011. IEEE 14th*, pages 317–320, January 2011.

[124] Leung Kin Chiu, Brian Gestner, and David V. Anderson. Design of analog audio classifiers with adaboost-based feature selection. In *Proceedings of the International Symposium on Circuits and Systems*, May 2011.

[125] P. Spencer Whitehead and David V. Anderson. Robust Bayesian analysis applied to Wiener filtering of speech. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, May 2011.

[126] Leung Kin Chiu, N.V. Parrish, and D.V. Anderson. A perceptually transparent audio power reduction algorithm for loudspeaker power management. In *Acoustics, Speech and Signal Processing (ICASSP), 2011 IEEE International Conference on*, pages 325–328, May 2011.

[127] Brian Gestner, Xiaoli Ma, and David V. Anderson. Are all basis updates for lattice-reduction-aided MIMO detection necessary? In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, May 2011.

[128] Jorge Marin-Hurtado, Devangi Parikh, and David Anderson. Binaural noise-reduction method based on blind source separation and perceptual post processing. In *Interspeech 2011*, August 2011.

[129] Jorge I. Marin and David Anderson. Perceptually-inspired processing for multichannel wiener filter. In *Interspeech 2011*, August 2011.

[130] J.I. Marin-Hurtado and D.V. Anderson. Reduced-bandwidth and low-complexity multichannel wiener filter for binaural hearing aids. In *Applications of Signal Processing to Audio and Acoustics (WASPAA), 2011 IEEE Workshop on*, pages 85–88, October 2011.

[131] J.I. Marin-Hurtado and D.V. Anderson. Robust non-vad implementation of multichannel wiener filter for binaural noise reduction. In *Applications of Signal Processing to Audio and Acoustics (WASPAA), 2011 IEEE Workshop on*, pages 341–344, October 2011.

[132] A.A. Kressner, D.V. Anderson, and C.J. Rozell. Robustness of the hearing aid speech quality index (hasqi). In *Applications of Signal Processing to Audio and Acoustics (WASPAA), 2011 IEEE Workshop on*, pages 209–212, October 2011.

[133] R. Curtin, N. Vasiloglou, and D.V. Anderson. Learning distances to improve phoneme classification. In *Machine Learning for Signal Processing (MLSP), 2011 IEEE International Workshop on*, September 2011.

[134] A. Javadi, A. Gray, D. Anderson, and V. Berisha. Semi-supervised hierarchy learning using multiple-labeled data. In *Machine Learning for Signal Processing (MLSP), 2011 IEEE International Workshop on*, September 2011.

[135] J.I. Marin-Hurtado and D.V. Anderson. Practical mwf-based noise-reduction methods for binaural hearing aids. In *Image, Signal Processing, and Artificial Vision (STSIVA), 2012 XVII Symposium of*, pages 84–91, 2012.

[136]  S Harbert, DF Britton, WDR Daley, DV Anderson, G Colon, M Giannelli, and E Hanson. Development of an audio and video observation and recording platform for data collection in a broiler growout environment. In *American Society of Agricultural and Biological Engineers Annual International Meeting 2012, ASABE 2012*, volume 4, pages 3235–3244, Jan 2012.

[137]  RR Curtin, WB March, P Ram, DV Anderson, AG Gray, and CLI Jr. Tree-independent dual-tree algorithms. In *2013 IEEE International Conference on Machine Learning*, Apr 2013.

[138]  AA Kressner, DV Anderson, and CJ Rozell. A novel binary mask estimator based on sparse approximation. In *2013 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 7497–7501, 2013.

[139]  NV Parrish, DV Anderson, WDR Daley, DF Britton, S Harbert, AB Webster, and CW Ritz. Analysis of poultry vocalizations for age estimation using cepstral coefficients and c4.5 classification. In *American Society of Agricultural and Biological Engineers Annual International Meeting 2013, ASABE 2013*, volume 4, pages 2949–2955, Jan 2013.

[140]  NH Sephus, TO Olubanjo, and DV Anderson. Enhancing online music lessons with applications in automating self-learning tutorials and performance assessment. In *Proceedings - 2013 12th International Conference on Machine Learning and Applications, ICMLA 2013*, volume 2, pages 568–571, 2013.

[141]  NH Sephus, AD Lanterman, and DV Anderson. Exploring frequency modulation features and resolution in the modulation spectrum. In *2013 IEEE Digital Signal Processing and Signal Processing Education Meeting, DSP/SPE 2013 - Proceedings*, pages 169–174, 2013.

[142]  V Duangudom and DV Anderson. Identifying salient sounds using dual-task experiments. In *IEEE Workshop on Applications of Signal Processing to Audio and Acoustics*, 2013.

[143]  CM Chu, DV Anderson, and IEEE. Likelihood codebook reordering vector quantization. In *2013 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 5114–5117, 2013.

[144]  M Rizwan and DV Anderson. Using k-nearest neighbor and speaker ranking for phoneme prediction. In *Proceedings - 2014 13th International Conference on Machine Learning and Applications, ICMLA 2014*, pages 383–387, Dec 2014.

[145]  RR Curtin, W Daley, and DV Anderson. Classifying broiler chicken condition using audio data. In *2014 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2014*, pages 1141–1144, Jan 2014.

[146]  BT Carroll, DV Anderson, W Daley, S Harbert, DF Britton, and MW Jackwood. Detecting symptoms of diseases in poultry through audio signal processing. In *2014 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2014*, pages 1132–1135, Jan 2014.

[147] BM Whitaker, BT Carroll, W Daley, and DV Anderson. Sparse decomposition of audio spectrograms for automated disease detection in chickens. In *2014 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2014*, pages 1122–1126, Jan 2014.

[148] SH Raza, A Humayun, I Essa, M Grundmann, and D Anderson. Finding temporally consistent occlusion boundaries in videos using geometric context. In *Proceedings - 2015 IEEE Winter Conference on Applications of Computer Vision, WACV 2015*, pages 1022–1029, Feb 2015.

[149] IA Khan, DV Anderson, and CF Barnes. Classification using residual vector quantization with markov-bayesian structure. In *Data Compression Conference*. Snowbird, Utah, Apr 2015.

[150] Muhammad Rizwan and David V Anderson. Speaker adaptation using speaker similarity score on dnn features. In *2015 IEEE 14th International Conference on Machine Learning and Applications (ICMLA)*, pages 877–882. IEEE, 2015.

[151] Ayush Sharma and David V Anderson. Deep emotion recognition using prosodic and spectral feature extraction and classification based on cross validation and bootstrap. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 421–425. IEEE, 2015.

[152] Jinwoo Kang, David V Anderson, and Monson H Hayes. Face recognition in vehicles with near infrared frame differencing. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 358–363. IEEE, 2015.

[153] Bradley M Whitaker and David V Anderson. Learning anomalous features via sparse coding using matrix norms. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 196–201. IEEE, 2015.

[154] Chu Meh Chu, Nathan V Parrish, and David V Anderson. Adaptive likelihood codebook reordering vector quantization for 1-d data sources. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 107–112. IEEE, 2015.

[155] Jinwoo Kang, David V Anderson, and Monson H Hayes. Direct image alignment for active near infrared image differencing. In *International Conference on Advanced Concepts for Intelligent Vision Systems*, pages 334–344. Springer International Publishing, 2015.

[156] Muhammad Rizwan, Babafemi O Odelowo, and David V Anderson. Word based dialect classification using extreme learning machines. In *Neural Networks (IJCNN), 2016 International Joint Conference on*, pages 2625–2629. IEEE, 2016.

[157] Chieh-Feng Cheng, Abbas Rashidi, Mark A. Davenport, and David Anderson. Audio signal processing for activity recognition of construction heavy

equipment. In *33rd International Symposium on Automation and Robotics in Construction (ISARC 2016)*, 2016.

[158] K. L. Fair and D. V. Anderson. Sparse approximation on energy efficient hardware. In *2016 International Joint Conference on Neural Networks (IJCNN)*, pages 4302–4307, July 2016.

[159] B. M. Whitaker and D. V. Anderson. Heart sound classification via sparse coding. In *2016 Computing in Cardiology Conference (CinC)*, pages 805–808, September 2016.

[160] C. F. Cheng, A. Rashidi, M. A. Davenport, D. V. Anderson, and C. A. Sabillon. Hardware and software requirements for acoustical monitoring of construction jobsites. In *Proc. Int. Workshop on Computing in Civil Engineering 2017*, 2017.

[161] B. O. Odelowo and D. V. Anderson. Speech enhancement using extreme learning machines. In *2017 IEEE Workshop on Applications of Signal Processing to Audio and Acoustics (WASPAA)*, pages 200–204, October 2017.

[162] B. O. Odelowo and D. V. Anderson. A mask-based post processing approach for improving the quality and intelligibility of deep neural network enhanced speech. In *2017 16th IEEE International Conference on Machine Learning and Applications (ICMLA)*, pages 1134–1138, December 2017.

[163] B. O. Odelowo and D. V. Anderson. A noise prediction and time-domain subtraction approach to deep neural network based speech enhancement. In *2017 16th IEEE International Conference on Machine Learning and Applications (ICMLA)*, pages 372–377, December 2017.

[164] B. M. Whitaker, M. Rizwan, V. B. Aydemir, J. M. Rehg, and D. V. Anderson. AF classification from ECG recording using feature ensemble and sparse coding. In *2017 Computing in Cardiology (CinC)*, September 2017.

[165] Muhammad Rizwan and David V. Anderson. Investigation on adaptive data condensation for exemplar based method in speech task. In *2017 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2017*, Nov 2017.

[166] Babafemi Odelowo and David V. Anderson. A study of training targets for deep neural network-based speech enhancement using noise prediction. In *2018 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, 2018.

[167] Bradley M. Whitaker and David V. Anderson. Using block coordinate descent to learn sparse coding dictionaries with a matrix norm update. In *2018 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 2761–2765, April 2018.

[168] C. A. Sabillon, A. Rashidi, B. Samanta, C. F. Cheng, M. A. Davenport, and D. V. Anderson. A productivity forecasting system for construction cyclic operations using audio signals and a Bayesian approach. In *Construction Research Congress (CRC)*, April 2018.

[169]  C. Cheng, D. V. Anderson, M. A. Davenport, and A. Rashidi. Audio classification based on weakly labeled data. In *2018 IEEE Statistical Signal Processing Workshop (SSP)*, pages 568–572, June 2018.

[170]  Babafemi O. Odelowo and David V. Anderson. Canonical ELM: Improving the performance of extreme learning machines on multivariate regression tasks using canonical correlations. In *2018 17th IEEE International Conference on Machine Learning and Applications (ICMLA)*, pages 734–740, December 2018.

[171]  Shoba S. Meera, Rahul Pawar, Kha vi Khuu, Steven Warren, Gizem Cetin, Vybhav Jagannath, Mark Clements, David Anderson, Heather Hazlett, Robert Schultz, Annette Estes, Stephen Dager, Kelly Botteron, Lonnie Zwaigenbaum, Julia Parrish-Morris, Juhi Pandey, Tanya St. John, Meghan Swanson, Linda Watson, and Joe Piven. Canonical babbling in 9-month-old infants later diagnosed with autism spectrum disorder: A naturalistic evaluation of all-day recordings. In *International Society for Autism Research (INSAR) 2019 Annual Meeting*, May 2019.

[172]  Chuyao Feng, Eva van Leer, and David V. Anderson. Identification of voice quality variation using i-vectors. In *2019 IEEE Workshop on Applications of Signal Processing to Audio and Acoustics (WASPAA)*, pages 105–109, October 2019.

[173]  Harish Haresamudram, David V Anderson, and Thomas Plötz. On the role of features in human activity recognition. In *Proceedings of the 23rd International Symposium on Wearable Computers*, pages 78–88, 2019.

[174]  Devon Janke and David V. Anderson. Analyzing the effects of noise and variation on the accuracy of analog neural networks. In *2020 IEEE 63rd International Midwest Symposium on Circuits and Systems (MWSCAS)*, pages 150–153, 2020.

[175]  Bradley M. Whitaker and David V. Anderson. Exploring the effectiveness of linear matrix factorizations after nonlinear processing. In *2020 Intermountain Engineering, Technology and Computing (IETC)*, 2020.

[176]  You Wang, Chuyao Feng, and David V. Anderson. A multi-channel temporal attention convolutional neural network model for environmental sound classification. In *ICASSP 2021 - 2021 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 930–934, 2021.

[177]  Ranveer Uppal, Sanath Nagaraj, Eva van Leer, and David V. Anderson. Non-parametric online changepoint detection algorithm. In *2021 IEEE Statistical Signal Processing Workshop (SSP)*, pages 396–400, 2021.

[178]  Devon Janke and David V. Anderson. Best practices for designing and training neural networks subjected to random variations. In *2021 IEEE International Symposium on Circuits and Systems (ISCAS)*, 2021.

[179] Devon Janke and David V. Anderson. Improving robustness in analog neural networks by introducing sparse connectivity. In *Conference Record of the Asilomar Conference on Signals, Systems and Computers, 2021.*, October 2021.

[180] Dorsey Beckles, Desmond Caulley, Luca DeCicco, Chandler Mason, Zhaozhou Tang, and David V Anderson. Speaker diarization and automatic analysis methods of audio from individuals with autism spectrum disorder. In *2021 IEEE International Conference on RFID (RFID) (IEEE RFID 2021)*, April 2021.

[181] You Wang and David V. Anderson. Hybrid attention-based prototypical networks for few-shot sound classification. In *ICASSP 2022 - 2022 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 651–655, 2022.

## C. Other Publications and Creative Products

### C.1. Technical Reports

[1] Heejong Yoo, Rich Ellis, David V. Anderson, Paul Hasler, David W. Graham, and Mat Hans. Continuous–time audio noise suppression and real–time implementation. Technical Report HPL-2002-311, HP Labs, November 2002. available at http://www.hpl.hp.com/techreports.

[2] André van Schaik, David Anderson, Steven Greenberg, Malcom Slaney, et al. Final report—chapter on audio projects. Technical report, Telluride Workshop on Neuromorphic Engineering, Telluride, CO, July 2003.

[3] Malcolm Slaney, David V. Anderson, André van Schaik, et al. Final report—chapter on audio projects. Technical report, Telluride Workshop on Neuromorphic Engineering, Telluride, CO, July 2004.

[4] Nordine Sebkhi, Md Nazmus Sahadat, Erica Walling, Michelle Hoefnagel, Fulcher Chris, Fanpeng Kong, Geneva Tonuzi, Raine Osborne, Maysam Ghovanloo, and David Anderson. Evaluation of Multimodal Tongue Drive System by People with Tetraplegia for Computer Access. *IEEE TechRXiv*, April 2021.

## D. Presentations

### D.1. Conference Presentations without Proceedings

[1] David V. Anderson and Mark A. Clements. Noise suppression in speech using multi-resolution sinusoidal modeling. presented at the Fall 1998 Meeting of the Acoustical Society of America, Norfolk, VA.

[2] David V. Anderson, Douglas Chabries, and Richard W. Christiansen. Time constants in multi-band compressive gain hearing aids. In *International Hearing Aid Research Conference*, Lake Tahoe, CA, August 2000.

[3] David V. Anderson, Phil Spencer Whitehead, and Mark A. Clements. Acoustic noise suppression for speech enhancement. presented at the Fall 2001 Meeting of the Acoustical Society of America, Ft. Lauderdale, FL, October 2001.

[4]   David V. Anderson. Fast dynamic range compression method for multichannel hearing aids. presented at the 143rd Meeting of the Acoustical Society of America, Pittsburgh, Pennsylvania, June 2002.

[5]   I. Faik Baskaya, Sasank Reddy, Tyson Hall, David V. Anderson, Paul Hasler, and Sung Kyu Lim. Analog circuit modeling and clustering for large scale FPAA. presented at the Design Automation and Test Conference, May 2004.

[6]   Abbas Rashidi, Mark A. Davenport, David V. Anderson, Chieh-Feng Cheng, and Chris A. Sabillon. Achievements and challenges in audio-based modeling of construction job sites. *The Meeting of the Acoustical Society of America*, 141:3917–3917, May 2017.

## D.2. Seminar Presentations

[1]   David V. Anderson, Monson H. Hayes III, and Joel Jackson. Streaming multimedia course development. Invited seminar at Virginia Tech, December 2000.

[2]   David V. Anderson. Cooperative analog/digital signal processing. Georgia Tech Analog Consortium Industry Review, March 2001.

[3]   David V. Anderson. Analog signal processing in a digital world. Georgia Tech Analog Consortium Industry Review, March 2002.

[4]   David V. Anderson. Analog and signal processing. Georgia Tech Analog Consortium Industry Review, October 2003.

[5]   David V. Anderson. Cooperative analog/digital signal processing. Invited speaker: IEEE Georgia Tech Student Chapter meeting, March 2000.

[6]   Mat Hans and David V. Anderson. Sensor inputs for portable devices. Invited speaker: IEEE Georgia Tech Student Chapter meeting, February 2002.

[7]   David V. Anderson. Bucking the trend. Keynote speaker at HKN Honor Society induction, April 2002.

[8]   David V. Anderson. Prototyping cooperative analog-digital signal processing for auditory applications. Telluride Workshop on Neuromorphic Engineering, July 2003.

[9]   David V. Anderson. Neuro-inspired audio processing. Telluride Workshop on Neuromorphic Engineering, July 2004.

[10]  David V. Anderson. Signal processing trends. Invited speaker: Korea University, May 2005.

[11]  David V. Anderson. Low-power signal processing trends. Invited speaker: Johns Hopkins University, November 2005.

[12]  David V. Anderson. Signal processing with analog VLSI. Invited speaker: State University of New York – Stony Brook, January 2006.

[13]  David V. Anderson. Neuro-inspired signal processing. Telluride Workshop on Neuromorphic Engineering, July 2005.

[14]  David V. Anderson. Audio signal enhancement. Telluride Workshop on Neuromorphic Engineering, July 2006.

[15]  David V. Anderson. Human perception and signal processing. Telluride Workshop on Neuromorphic Engineering, July 2008.

[16]  David V. Anderson. Bayesian probability in everyday life. Presentation to Autry Mill Middle School Math Classes, May 2009.

[17]  David V. Anderson. Multimedia signal processing. Invited speaker: Korea University, July 2009.

### E. Grants and Contracts
### E.1. & E.2. As Principal and Co-Principal Investigator

|    | Sponsor | Title | Dates | $ Funded | Contribution |
|----|---------|-------|-------|----------|--------------|
| 1. | NSF | High Density Analog Computing Arrays | 2000-04 | $443,000 | Co-PI – 40% |
| 2. | GTBI | Blind Source Separation for Audio | 2001-02 | $26,000 | PI – 100% |
| 3. | GTBI | Audio Classification | 2002-03 | $26,000 | PI – 100% |
| 4. | GTBI | Audio Classification | 2003-04 | $20,000 | PI – 100% |
| 5. | GVU | Auditory Scene Analysis | 2002-03 | $16,170 | PI – 100% |
| 6. | DARPA | Focal–Plane Image Enhancement | 2002-04 | $375,000 | Co-PI – 40% |
| 7. | DARPA | Focal–Plane Image Processing | 2004-06 | $900,000 | Co-PI – 40% |
| 8. | DARPA | Improved Speech Analysis, Coding, and Enhancement using Microradars | 2002-06 | $2,275,955 | Co-PI – 40% |
| 9. | NSF | CAREER: Ultra-Low Power Programmable Analog Signal Processing Systems | 2004-09 | $400,000 | PI – 100% |
| 10. | CIA | Low–power Array Processing | 2004-05 | $383,200 | PI – 100% |
| 11. | NSF | Bringing Low Power Reconfigurable Analog Signal Processing to Embedded Systems | 2004-07 | $240,000 | Co-PI – 20% |
| 12. | NSF | Probabilistic CMOS Computing and Applications | 2007-10 | $762,000 | PI – 100% |

|   | Sponsor | Title | Dates | $ Funded | Contribution |
|---|---------|-------|-------|----------|--------------|
| 13. | Raytheon | Machine Learning of Visual Features | 2009-10 | $85,000 | Co-PI – 50% |
| 14. | National Semiconductor | Hearing Aid Audio Processing | 2009-12 | $150,000 | PI – 100% |
| 15. | National Semiconductor | Speaker Driver Sound Enhancement | 2009-10 | $50,000 | PI – 100% |
| 16. | Army Research Office | Realizing Lattice-Reduction-Based Detectors for High-Rate Wireless Communications | 2011-12 | $50,000 | Co-PI – 50% |
| 17. | NSF | I-CORPS | 2012-13 | $50,000 | PI – 100% |
| 18. | Walmart Foundation | Craft with Pride: Development and Deployment of Disruptive Manufacturing | 2014-16 | $2,959,656 | CoI – 10% |
| 19. | NSF | I-Corps: Automated Audio Monitoring | 2018-19 | $50,000 | PI – 100% |
| 20. | NSF | I-Corps | 2019-21 | $50,000 | PI – 100% |
| 21. | NSF | PFI-TT: Continuous Livestock Monitoring Using Audio and Machine Learning | 2019-21 | $249,999 | PI – 100% |
| 22. | Georgia CTSA | GACTSA I-Vector Based Voice Quality | 2018-19 | $33,892 | PI – 100% |
| 23. | GRA | Georgia Research Alliance Phase 1A (Ergense) | 2020 | $30,000 | PI – 100% |
| 24. | GRA | AudioT | 2020-2021 | $50,000 | PI – 100% |
| 25. | GRA | Phase IIA grant – AudioT | 2022-2023 | $59,750 | PI – 100% |

| | Sponsor | Title | Dates | $ Funded | Contribution |
|---|---|---|---|---|---|
| 26. | NSF | Collaborative Research: An Audio-based Spatio-temporal System for Automated Monitoring of Construction Operations | 2015-18 | $208,909 | Co-PI – 50% |
| 27. | BMW Corp | Audio Analysis of Motor Sounds for Quality Control | 2017-20 | $225,000 | PI – 100% |
| 28. | Brooks Foundation | Evaluation of a Multimodal Assistive System for Mobility by Combining Tongue | 2019-20 | $30,064 | PI – 100% |
| 29. | NIH/GSU | Analysis of Voice Exercises Using Signal Processing | 2017-18 | $11,700 | PI – 100% |
| 30. | GVU/IPAT | Acoustic Sensor Deployment in the EcoCommons | 2019-20 | $20,000 | Co-PI – 50% |
| 31. | Blue Sky Research Grants | Parkinsons speech | 2021-22 | $40,000 | PI – 50% |
| 32. | Cisco | Smart Homes for Effective and Safe Remote Work During a Pandemic and Beyond | 2021-22 | $171,653 | Co-PI – 50% |
| 33. | GTRI | Facial Emotion Detection | 2021-22 | $15,000 | PI – 100% |

### Foundation Gifts

| | Sponsor | Title | Dates | $ Funded |
|---|---|---|---|---|
| 1. | Google | Fast Analysis of High-dimensional Data | 10/07 | $75,000 |
| | | With Alex Gray in CoC | | |
| 2. | Google | Audio Saliency | 10/07 | $100,000 |
| | | With Alex Gray in CoC | | |
| 3. | National Semiconductor | Sound Classification Circuits Research | 9/05– | $125,000 |
| 4. | IDT Corporation | FFT Circuits Research | 10/06 | $30,000 |

### E.5. Proposals Submitted but Not Funded (Last Two Years)

|    | Sponsor | Title | Year | Budget | Contribution |
|----|---------|-------|------|--------|--------------|
| 1. | NSF | SCH: INT: Exploiting on-body measurements of physiological and contextual signatures for personalized anxiety trigger detection | 2020 | $1,198,178 | Co-PI – 33% |
| 2. | NSF | SCH: INT: Improving the Patient Healing Process in the Hospital Setting via Transformational Sound and Light Sensing | 2019 | $1,200,000 | PI – 25% |
| 3. | NSF | PFI-TT: Monitoring of Acoustic Scenes using Spatiotemporal Audio Circuits at near zero-power | 2019 | $250,000 | PI – 100% |
| 4. | Imlay Foundation | Sound and Light Monitoring Device for Use in Improving Sleep in ICUs | 2019 | $125,000 | PI – 60% |
| 5. | Simons Foundation | Integrating Novel Video and Acoustic Home-Based Outcome Measures in Autism | 2019 | $207,826 | PI – 100% |

|     | Sponsor | Title | Year | Budget | Contribution |
|-----|---------|-------|------|--------|--------------|
| 6. | NSF-NIFA | AI-Driven Risk Management in Agriculture and Food Systems: Resiliency from Cells to Watersheds | 2020 | $3,771,681 | Co-PI – 33% |
| 7. | NSF | Next Generation Smart Microphone with Automated Monitoring | 2020 | $250,000 | PI – 100% |
| 8. | NIH | Optimizing voice therapy efficacy and efficiency through conversation training and app support | 2019 | $2,960,352 | Co-PI – 15% |
| 9. | NIH | Individualized Automated Voice Quality Assessment for Voice Therapy Adherence Feedback | 2021 | $424,114 | PI – 60% |
| 10. | NSF-NIFA | AI Institute: Multiscale sustainable intensification through AI-enabled agriculture | 2020 | $1,940,771 | GT PI – 33% |
| 11. | NBMC | Long-Term Wearable, Multimodal E-Tattoos for Real-Time Cognitive State Assessment of Pilots | 2020 | $855,851 | GT Co-PI – 16% |

## F. Other Scholarly and Creative Accomplishments

2011–2020   Co-founder of Ratrix Technologies with Xiaoli Ma (GT-ECE) and Drayt Avera. Ratrix Technologies develops high–throughput wireless data solutions. Received NSF SBIR Phase I and Phase II funding

2018–present   Co-founder of AudioT with Brandon Carroll (GT PhD grad) and Tom Darbonne. AudioT develops audio surveillance systems for use in livestock operations. Received FFAR Phase I and Phase II funding

### F.1. Patents

[1]   David V. Anderson, Kwan Truong, and Stephen McGrath. Adaptive filter featuring spectral gain smoothing and variable noise multiplier for noise

reduction, and methods therefor. U.S. Patent no. 6,351,731, July 1999. Issued 2002.

[2] David V. Anderson, Kwan Truong, and Stephen McGrath. Speech activity detector for use in noise reduction system, and methods therefor. U.S. Patent no. 6,453,285, July 1999. Issued 2002.

[3] Jeffery Dugger, Tyson S. Hall, Paul Hasler, David V. Anderson, Paul D. Smith, Matthew R. Kucic, and Abhishek Bandyopadhyay. Floating-gate analog circuit. U.S. Patent no. 6,898.097, May 2005.

[4] Daniel J. Allred, David V. Anderson, Walter G. Huang, Venkatesh Krishnan, and Heejong Yoo. Distributed arithmetic adaptive filter and method. U.S. Patent application no. 20050201457, September 2005.

[5] Philomena Cleopha Brady, Haw-Jing Lo, Guillermo Jose Serrano, Farhan Adil, Matthew R. Kucic, Paul Hasler, David V. Anderson, and Angelo Pereira. Floating-gate reference circuit. U.S. Patent no. 7,034,603, April 2006.

[6] Erhan Ozalevli, Paul Hasler, David V. Anderson, and Walter G. Huang. Reconfigurable mixed-signal VLSI implementation of distributed arithmetic. U.S. Patent no. 7,348,909, March 2008.

[7] Richard T. Ellis, Heejong Yoo, David W. Graham, Paul E. Hasler, and David V. Anderson. Analog audio signal enhancement system using a noise suppression algorithm. U.S. Patent no. 7,590,250, September 2009.

[8] David Verl Anderson, Brian Gestner, and Xiaoli Ma. Incremental lattice reduction systems and methods. U.S. Patent no. 8,948,318 B2, February 2015.

## G. Societal and Policy Impacts

2022–present  Expert witness for *undisclosed*, represented by Alston & Bird in *pending*

2022–present  Expert witness for Google LLC, represented by Quinn Emanuel Urquhart & Sullivan, LLP in Google LLC v. Sonos, Inc., Nos. 22-cv-04552 & -04553 (Northern District of California)

2022–present  Expert witness for Google LLC, represented by Quinn Emanuel Urquhart & Sullivan, LLP in Certain Audio Players and Components Thereof; and Certain Audio Players and Components Thereof II, Nos. 337-TA-1329 & 337-TA-1330 (USITC)

2022–present  Expert witness for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., represented by Kirkland & Ellis LLP in Staton Techiya, LLC and Synergy IP Corp. v. Samsung Elecs. Co. et al. , Nos. 2:21-cv-413-JRG, 2:22-cv-00053-JRG-RSP (Eastern District of Texas)

2022–present  Expert witness for TVision, represented by Keker, Van Nest & Peters LLP in The Nielsen Company (US), LLC v. TVision Insights, Inc., No. 1:21-cv-01592-CJB and No. 1:22-cv-00057-CJB (Delaware)

| | |
|---|---|
| 2022–present | Expert witness for Promptu Systems Corporation, represented by Finnegan, Henderson, Farabow, Farrett & Dunner LLP in Promptu Systems Corporation v. Comcast Corporation and Comcast Cable Communications, LLC, No. 2:16-cv-06516-LDD (Eastern District of Pennsylvania) |
| 2022–present | Expert witness for Google, represented by Keker, Van Nest & Peters LLP in *Jawbone Innovations, LLC v. Google LLC*, No. 6:21-cv-00985 (Western District of Texas) |
| 2022–present | Expert witness for Google, represented by Finnegan, Henderson, Farabow, Farrett & Dunner LLP in Google LLC, v. Jawbone Innovations, LLC, Cases IPR2022-01027, IPR2022-00649, IPR2022-00623 (deposed three times) |
| 2021–present | Expert witness for Zentian, LTD, represented by Bartlit & Beck, LLP in *Zentian Ltd. v. Apple Inc.; and Zentian Ltd. v. Amazon.com Inc.* (Western District of Texas) |
| 2020 | Expert witness for St. Lawrence Communications LLC, represented by AZA Law LLC in *Saint Lawrence Communications LCC v. Amazon.com, Inc.*, No. 2:19-cv-00027-JRG (Eastern District of Texas) (deposed) |
| 2020 | Expert witness for Advanced Voice Recognition Systems, Inc., represented by Buether Joe & Carpenter, LLC in *IPR2019-01352* (deposed) |
| 2020–2020 | Expert witness for Motorola Solutions, Inc, represented by Kirkland and Ellis, LLC in *Motorola Solutions, Inc. v. Hytera Communications Corp. Ltd. et al.*, No. 1:17-CV-01972 (Northern District of Illinois, Eastern Division) (deposed) |
| 2018–2020 | Expert witness for Motorola Solutions, Inc, represented by Kirkland and Ellis, LLC in *Hytera Communications Corp. Ltd. v. Motorola Solutions, Inc.*, No. 1:17-CV-1794 (Northern District of Ohio, Eastern Division) (deposed twice) |
| 2018–2021 | Expert witness for MModal Services Ltd., represented by Latham & Watkins LLP in *MModal Services Ltd. v. Nuance Communications, Inc.*, No. 1:18-cv-00901-WMR (Northern District of Georgia Atlanta Division) (deposed) |
| 2017–2018 | Expert witness for Analytics for Life, Inc., represented by Meunier Carlin & Curfman LLC in IPR2017-01742 (deposed) |
| 2017–2018 | Expert witness for III Holdings, represented by Posinelli LLP in IPR2017-00930 (K/S HIMPP et al. v. III Holdings) (deposed) |
| 2017–2018 | Expert witness for Motorola Solutions, Inc, represented by Kirkland and Ellis, LLC in *In the Matter of Certain Two-Way Radio Equipment and Systems, Related Software and Components Thereof* before the International Trade Commission, Investigation No. 337-TA-1053 (deposed) |
| 2017–2018 | Expert witness for St. Lawrence Communications LLC, represented by AZA Law LLC in *Saint Lawrence Communications LCC v. Apple Inc., AT&T Mobility, and Cellco Partnership D/B/A Verizon Wireless Civil Action No. 2:16-cv-00082-JRG (Eastern District of Texas)* (deposed) |
| 2016–2017 | Expert witness for Samsung Corporation, represented by Covington Burlington, LLP in *In the Matter of Certain Audio Processing Hardware, Software, and Products Containing the Same* before the International Trade Commission, Investigation No. 337-TA-1026 (deposed) |

| | |
|---|---|
| 2016–2017 | Expert consultant for Alston and Bird, LLC on behalf of Nokia. |
| 2015–2016 | Expert witness for Acer, Inc.; Acer America Corp.; ASUS TeK Computer Inc.; ASUS Computer International; Dell Inc.; Hewlett Packard Co.; Lenovo Holding Co., Inc.; Lenovo (United States) Inc.; Toshiba Corp.; and Toshiba America Information Systems, Inc. in *In the matter of certain audio processing hardware and software products contain same* before the International Trade Commission, case 337-TA-949 (deposed) |
| 2015 | Expert witness for Realtek Semiconductor Corporation, represented by Steptoe & Johnson, LLP in *Realtek Semiconductor Corporation v. Andrea Electronics Corporation before the United States Patent and Trademark Office Patent Trial and Appeal Board*, Case Numbers IPR2015-01392, IPR2015-01393, IPR2015-01394, IPR2015-01395, IPR2015-01396 (deposed) |
| 2015 | Expert witness for Realtek Semiconductor Corporation, represented by Chen Malin, LLP in *In the matter of certain audio processing hardware and software products contain same* before the International Trade Commission, case 337-TA-949 |
| 2012–2013 | Expert witness for MobileMedia Ideas, LLC, represented by Proskauer in *MobileMedia Ideas LLC, v. Research in Motion Limited and Research in Motion Corporation, Civil Action No. 3:11-cv-02353-N (Northern District of Texas)* (deposed) |
| 2009-2013 | Expert witness for Oticon, LLC, represented by Birch, Steward, Kolasch, & Birch, L.L.P. in *Oticon, Inc. v. Sebotek Hearing systems, LLC, et al., Civil Action No. 3:08-cv-05489-FLW (District of New Jersey)* and *Sound Design Technologies, Ltd. v Oticon, Inc., Civil Action No. 2:11-cv-01375-SRB (District of Arizona)* (deposed twice, testified in Markman hearing) |
| 2007-2011 | Expert Consultant, Alston and Bird, LLC performing internal analysis for various Nokia Patents |
| 2011 | Expert consultant for Alston and Bird, LLC on behalf of Nokia in *Nokia Corporation v. Apple Inc., Civil Action No. 1:09-cv-00791-GMS (District of Delaware)* |
| 2011 | Expert witness for Flightcom Corporation, represented by Alston and Bird, LLC in *TechnoFirst S.A. v. Flightcom Corp., Civil Action No. 2:05-cv-00411-HCM-FBS (Eastern District of Virginia)* |
| 2011 | Expert consultant for Alston and Bird, LLC on behalf of Nokia in *Nokia Corporation v. Apple Inc., Civil Action No. 1:09-cv-00791-GMS (District of Delaware)* (patent analysis) |
| 2008 | Technical Consultant, Sound Innovations, Inc., White River Junction, Vermont |
| 2007-2008 | Expert witness for Oticon, LLC and Bernafon, represented by Finnegan and Henderson in *Energy Transportation Group, Inc, v. Sonic Innovations, Inc., et al, Case 1:05-cv-00422-GMS (District of Delaware)* (non-infringement expert, deposed, testified before jury) |
| 2007–2008 | Technical Consultant, Personics Labs, Boca Raton, Florida |

2005–2008    Technical Consulant and Technical Advisory Board member, GTronix, Inc., Fremont, California

1997–2000    Technical Consultant, ASPI, Inc., Atlanta, Georgia

### H. Other Professional Activities

2008    Technical Consultant, Sound Innovations, Inc., White River Junction, Vermont

2007–2008    Technical Consultant, Personics Labs, Boca Raton, Florida

2005–2008    Technical Consulant and Technical Advisory Board member, GTronix, Inc., Fremont, California

1998–2000    Technical Consultant, ASPI, Inc., Atlanta, Georgia

# ▬▬▬ V. Teaching

## A. Courses Taught

| Semester/year | Course | enrollment |
|---|---|---|
| Fall 2022 | ECE 4872- Create-X Capstone Design | 15 |
| Summer 2022 | ECE 6250- Adv Digital Signal Proc | 35 |
| Spring 2022 | ECE 6250- Adv Digital Signal Proc | 60 |
| Spring 2022 | ECE 2026- Intro to Signal Proc (advisor) | — |
| Spring 2022 | ECE 4872- Create-X Capstone Design | 15 |
| Summer 2021 | ECE 6250 - Adv Digital Signal Proc | 52 |
| Spring 2021 | ECE 4270 - Fund-Digital Signal Proc | 30 |
| Spring 2021 | ECE 4872 - Special Topics: Capstone Design 2 | 6 |
| Spring 2021 | ECE 6254 - Stat Machine Learning | 86 |
| Summer 2020 | ECE 6250 - Adv Digital Signal Proc: Advanced Digital Signal P | 9 |
| Spring 2020 | ECE 4271- DSP Applications | 36 |
| Spring 2020 | ECE 4270- Fund-Digital Signal Proc | 38 |
| Summer 2019 | ECE 3057 - Arch, Sys, Conc & Engy Comp | 20 |
| Spring 2019 | ECE 2026 - Intro Signal Processing | 95 |
| Spring 2019 | ECE 4012 - ECE Culminating Design 2 | 9 |
| Fall 2018 | ECE 4270 - Fund-Digital Signal Proc | 44 |
| Fall 2018 | ECE 6250 - Adv Digital Signal Proc | 37 |
| Summer 2018 | ECE 3077 - Prob/Stats for ECE | 26 |
| Summer 2018 | ECE 6271 - Adaptive Filtering | 33 |
| Spring 2018 | ECE 2026 - Intro Signal Processing | 98 |
| Spring 2018 | ECE 6254 - Stat Machine Learning | 132 |
| Fall 2017 | ECE 4012 - ECE Culminating Design 2 | 16 |
| Spring 2017 | ECE 2036 - Engr Software Design | 13 |
| Spring 2017 | ECE 6250 - Adv Digital Signal Proc | 13 |
| Spring 2016 | ECE 2036 - Engr Software Design | 10 |
| Spring 2016 | ECE 6271 - Adaptive Filtering | 11 |
| Fall 2016 | ECE 4270 - Fund-Digital Signal Proc | 63 |
| Fall 2016 | ECE 6273 - Pattern Recognit-Speech | 59 |

## B. Individual Student Guidance

### B.1.a. Ph.D. Students Graduated

2004 **Tyson S. Hall, Ph.D.**

Thesis:  Field–Programmable Analog Arrays: A Floating–Gate Approach

Current:  Professor at Southern Adventist University

2005 **Heejong Yoo, Ph.D.**

Thesis:  Low–Power Audio Input Enhancements for Portable Devices

Current:  IP department at Qualcomm, Inc.

**2005  Venkatesh Krishnan, Ph.D.**

Thesis: A framework for low bit-rate speech coding in noisy environments

Current: Multimedia research group at Qualcomm, Inc.

**2006  Cenk Demiroglu, Ph.D.**

Thesis: Multisensor Segmentation-based Noise Suppression for Intelligibility Improvement in MELP Coders

Current: Assistant Professor at Özyeğin University (Turkey)

**2006  Rongqiang (James) Hu, Ph.D.**

Thesis: Multi-Sensor Noise Suppression and Bandwidth Extension for Enhancement of Speech

Current: Nintendo

**2007  Sourabh Ravindran, Ph.D.**

Thesis: Physiologically Motivated Methods for Audio Pattern Classification

Current: Director, Mobile Processor Innovation Lab at Samsung

**2007  Shyam Subramanian, Ph.D.**

Thesis: Methods for Synthesis of Multiple-Input Translinear Element Networks

Current: Senior Principal Design Engineer at Cadence Design Systems

**2007  Teahyung Lee, Ph.D.**

Thesis: Algorithm-based Efficient Approaches for Motion Estimation Systems

Current: Intel Research

**2009  Nikolaos Vasiloglou, Ph.D.**

Thesis: Isometry and Convexity in Dimensionality Reduction

Current: Entreprenuer and Consultant in Machine Learning

**2009  Haw Jing (Michael) Lo, Ph.D.**

Thesis: Design of a Reusable Distributed Arithmetic Filter and its Application to the Affine Projection Algorithm

Current: Qualcomm, Inc.

**2009  Ismail Faik Baskaya, Ph.D.**

Thesis: Physical Design Automation for Large Scale Field Programmable Analog Arrays

Current: Assistant Professor at Boğaziçi University, Istanbul (Turkey)

**2009  Walter Huang, Ph.D.**

Thesis: Implementation of Adaptive Digital FIR and Reprogrammable Mixed-Signal Filters using Distributed Arithmetic

Current:   Qualcomm, Inc.

**2009 Jungwon Lee, Ph.D.**

Thesis:   Efficient Image Compression System with a CMOS Transform Imager

Current:   Senior Engineer, Samsung Electronics, Korea

**2009 Harry (Bo) Marr, Ph.D.**

Co-advisor:   Jennifer Hasler

Thesis:   Learning, Probabilistic, and Asynchronous Technologies for an Ultra Efficient Datapath

Current:   Director of Low Power Computing Group Raytheon at Raytheon, Inc.

**2011 Brian Gestner, Ph.D.**

Thesis:   Lattice Reduction for MIMO Detection: From Theoretical Analysis to Hardware Realization

Current:   Chief Technology Officer at Soneter

**2012 Jason George, Ph.D.**

Thesis:   Harnessing Resilience: Biased Voltage Overscaling for Probabilistic Signal Processing

Current:   Entrepreneur

**2012 Leung Kin Chui, Ph.D.**

Thesis:   Efficient audio signal processing for embedded systems

Current:   Design Engineer at Texas Instruments

**2012 Jorge Marin, Ph.D.**

Thesis:   Robust binaural noise-reduction strategies with binaural-hearing-aid constraints: design, analysis and practical considerations

Current:   Professor at Universidad del Quindío

**2012 Devangi Parikh, Ph.D.**

Thesis:   Improving the quality of speech in noisy environments

Current:   Biomedical Research Lab at Texas Instruments

**2012 Varinthira Duangudom, Ph.D.**

Thesis:   Computational auditory saliency

Current:   Homemaker

**2013 Irteza Syed, Ph.D.**

Thesis:   Classifiation using Residual Vector Quantization

Current:   Aero, Inc, Pakistan

2014 **Syed Hussain Raza, Ph.D.**
Thesis: Temporally Consistent Semantic Segmentation in Videos
Current: NVIDIA

2014 **Nashie Sephus, Ph.D.**
Thesis: A Framework for Exploiting Modulation Spectral Features in Music Data Mining and Other Applicaitons
Current: CTO at Partpic, Inc.

2015 **Ryan Curtin, Ph.D.**
Thesis: Improving Dual-Tree Algorithms
Current: relational.ai

2015 **Chu Meh Chu, Ph.D.**
Thesis: Exploiting Temporal and Spatial Redundancies for Vector Quantization of Speech and Images
Current: Luxoft

2016 **Jinwoo Kang, Ph.D.**
Thesis: Face Recognition for Vehicle Personalization

2017 **Kaitlin Fair, Ph.D.**
Thesis: A Biologically Plausible Sparse Approximation Solver on Neuromorphic Hardware
Current: Air Force Research Lab

2017 **Muhammad Rizwan, Ph.D.**
Thesis: Adaptation of Hybrid Deep Neural Network–Hidden Markov Model Speech Recognition System using a Sub-space Approach
Current: Assistant Professor in Pakistan

2018 **Nathan Parrish, Ph.D.**
Thesis: System Configuration for Proportional Control of an Assistive Technology for Patients with Cervical Spinal Cord Injuries

2018 **Brandon Carroll**
Thesis: Characterizing Acoustic Environments with OLAF and ELSA
Current: Georgia Tech (post-doc)

2018 **Bradley Whitaker**
Thesis: Modifying Sparse Coding for Imbalanced Classification
Current: Assistant Professor at Montana State University

| | |
|---|---|
| 2018 | **Babafemi Odelowo** |
| Thesis: | Development of a Neural Network-Based Speech Enhancement System |
| Current: | Georgia Tech Research Institute |

| | |
|---|---|
| 2019 | **Md Nazmus Sahadat** |
| Thesis: | Design and Evaluation of a Multimodal Assistive Technology using Tongue Commands, Head Movements, and Speech Recognition for People with Tetraplegia |
| Current: | Starkey Corporation |

| | |
|---|---|
| 2019 | **Chieh-Feng Cheng** |
| Thesis: | Audio Classification for Small-sized and Weakly Labelled Data |

| | |
|---|---|
| 2021 | **Devon Janke** |
| Thesis: | Overcoming Process Variations and Noise in Analog Neural Networks |
| Current: | IBM Corporation |

| | |
|---|---|
| 2021 | **Lee Richert** |
| Thesis: | Multi-Layer Dictionary Learning Using Low-Rank Updates |
| Current: | Army Research Lab |

| | |
|---|---|
| 2022 | **You Wang** |
| Thesis: | Attention-based Convolutional Neural Network Model and Its Combination with Few-Shot Learning for Audio Classification |
| Current: | Qualcomm |

| | |
|---|---|
| 2022 | **Chuyao Feng** |
| Thesis: | Intra-Speaker Voice Quality Recognition for Voice Therapy |
| Current: | Pearson |

| | |
|---|---|
| 2022 | **Desmond Caulley** |
| Thesis: | Improved Automatic Analysis Methods for Lena-Obtained Audio Recordings of Children with Autism Spectrum Disorder |
| Current: | TQ Intelligence |

### B.1.b. Ph.D. Students in Progress

| | |
|---|---|
| 2019–present | **Mohamad Salut**—Passed Proposal 2021. Thesis title: Randomized Online Tensor Robust Principal Component Analysis |
| 2019–present | **Nicolas Shu**—Passed Prelim Exam 2021. (co-advised) Thesis title: Generalized Real-Time Indoor Monitoring System via Audio applied to Interaction Analysis |
| 2020–present | **Daniel Dicheck**. Thesis area: System Performance Analysis based on Anomaly Detection |
| 2021–present | **Shuvo Newaz**. Thesis area: Emotion recognition in video |

### B.2.a. M.S. Students Graduated (with Thesis)

2002 **Hyung K. Choi**

Thesis: Blind Source Separation of the Audio Signals in a Real World

2003 **Paul Hultz**

Thesis: Backward Masking in the Human Auditory System

2006 **Daniel Allred**

Thesis: Evaluation and Comparison of Beamforming Algorithms for Microphone Array Speech Processing

2012 **Ailar Javadi**

Thesis: Bio-inspired noise robust auditory features

2012 **Guillermo Colón**

Thesis: Avian musing feature space analysis

2016 **Tushar Supe**

Thesis: Super–CORDIC: Low Delay CORDIC Architectures for Computing Complex Functions

2019 **Harish K Haresamudram**

Thesis: The Role of Representations in Human Activity Recognition

2020 **Maham Tanveer**

Thesis: Learning Distance Metrics for High-Dimensional Data

2020 **Yufeng Yeng**

Thesis: Speaker Recognition and Diarization

2020 **Hua Wang**

Thesis: Noise Suppression in Speech

### B.3. Undergraduate Research Students Supervised

○ Supervised over 100 undergraduate research projects.

### B.5. Mentorship of Postdoctoral Fellows or Visiting Scholars

2018–2021 Brandon Carroll: Audio machine learning for livestock monitoring

### C. Other Teaching Activities
### Graduate Course Development

- ○ Human Perception and Signal Processing: Advanced Topics in Signal Processing, ECE 7252. The objective of this course is to explore human-centric applications of signal processing. Students learn about compression standards such as MPEG audio and video, perceptually relevant error measures, subjective and objective quality measures, hearing impairments and compensation, signal enhancement, and current research topics in signal processing and human perception.

### Short Course Development

- ○ "Digital Signal Processing for Practicing Engineers" - a 12-week on-line course delivered: February 2000, ongoing approximately twice per year.
- ○ "Streaming Multi-Media Production" One-day course delivered: May 2000
- ○ "Finite-Precision Signal Processing" Four-day course delivered: Spring 2007, Summer 2007, Spring 2009.
- ○ "Applications of Psychoacoustics to Signal Processing" One-day tutorial delivered: Spring 2009

## VI. Service

### A. Professional Contributions

### A.1. Society Offices, Activities, and Membership

| | |
|---|---|
| 1991–present | Senior Member IEEE (Institute of Electrical and Electronics Engineers) |
| | Member IEEE Signal Processing Society |
| | Member IEEE Education Society |
| | Member IEEE Communications Society |
| 1994–2016 | Member ASA (Acoustical Society of America) |

### A.2. Organization and Chairmanship of Technical Sessions, Workshops, and Conferences

| | |
|---|---|
| 2014 | Treasurer, IEEE Global Conference on Signal and Information Processing (GlobalSIP) |
| 2010 | Technical Area Chair for the Asilomar Conference on Signals, Systems, and Computers |
| 2003 | Co-Chair for the NSF Symposium on Next Generation Automatic Speech Recognition |
| 2002 | Local Arrangements Chair for the DSP Workshop |
| 2002 | Local Arrangements Chair for the Signal Processing Education Workshop |
| 2002 | Special Session Co-Chair at ICASSP 2002, Orlando, FL, May 2002. Session Title: "Cooperative Analog-Digital Signal Processing" |
| 2000 | Technical Co-Chair for Signal Processing Education Workshop |

### A.3 Other

| | |
|---|---|
| 2011–2019 | ECE Advisory Board, Rose-Hulman Institute of Technology |
| 1999–present | Reviewer for numerous journals and conference publications |

## B. Public Community Service

2006–2015 Judge for the Georgia FIRST Lego League State Championships robotics competition for middle school students

## C. Institute Contributions

### C.1. Institute Service

2018–2021 Member, Georgia Tech Institute Research Faculty Promotions Committee

2018–present Member, Georgia Tech Faculty Senate

2016–present Faculty Advisor for Eagles @ GT student club

2011–2014 Chair, Institute Faculty Status Grievance Committee, Georgia Institute of Technology

2010–2016 Member, Institute Faculty Status Grievance Committee, Georgia Institute of Technology

2005–2008 Member, Institute Graduate Committee, Georgia Institute of Technology

2005-2008 Member, Georgia Tech Faculty Senate, Georgia Institute of Technology

### C.2. School Service

2022–present Member, ECE Statutory Advisory Committee

2020–present Chair, ECE Graduate Committee

2017–2020 Member, ECE Graduate Student Recruiting Committee, Georgia Institute of Technology

2015–present Member, ECE Graduate Committee

2020–2022 Associate Member, ECE Statutory Advisory Committee

2015–2019 Member, ECE Statutory Advisory Committee

2014–2015 Chair, Computer Systems and Software area in Electrical and Computer Engineering, Georgia Institute of Technology

2009–2014 Member, ECE Graduate Student Recruiting Committee, Georgia Institute of Technology

2006–2007 Associate Director, Center for Research in Embedded Systems Technology

2004–2007 Associate Director over Education Outreach for the Center for Research on Embedded Systems (CREST)

2001–2009 Member, ECE Graduate Committee, Georgia Institute of Technology

1999–2001 Member, ECE Computing Committee, Georgia Institute of Technology

# EXHIBIT L

| | |
|---|---|
| **From:** | Yovits, Steven <SYovits@KelleyDrye.com> |
| **Sent:** | Friday, March 17, 2023 8:12 AM |
| **To:** | Andrew Russell |
| **Cc:** | Ajay Krishnan; Yovits, Steven |
| **Subject:** | RE: Quick call? |

Hi Andrew,

Using the word "band" to describe a Fourier coefficient is not correct, so we cannot agree to it.

Thanks,
Steve

## STEVEN YOVITS

**Kelley Drye & Warren LLP**
Tel: (312) 857-7099
Cell: (312) 593-3361

**From:** Andrew Russell <arussell@shawkeller.com>
**Sent:** Thursday, March 16, 2023 7:02 PM
**To:** Yovits, Steven <SYovits@KelleyDrye.com>
**Cc:** Ajay Krishnan <AKrishnan@keker.com>
**Subject:** Re: Quick call?

**CAUTION: This message originated outside of Kelley Drye and was sent by: arussell@shawkeller.com**

Steve,

Thanks. Below is a proposed modification to address your concerns about leakage:

Component of a signal generated by transforming the signal data from the time domain to the frequency domain, which corresponds to a single frequency or single band of frequencies present in the signal (aside from leakage).

Please let us know your thoughts.

Andrew E. Russell
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704

Visit ipde.com for updates about IP litigation and the District of Delaware.

**From:** Yovits, Steven <SYovits@KelleyDrye.com>
**Sent:** Thursday, March 16, 2023 8:04 AM
**To:** Andrew Russell <arussell@shawkeller.com>
**Cc:** Ajay Krishnan <akrishnan@keker.com>
**Subject:** Re: Quick call?

Hi Andrew,

We don't think the word "band" (or the equivalent) is correct because of the leakage effect from other coefficients. We can agree to "one or more" frequencies, but not a band.  Please let us know whether "one or more" would work for you.

Thanks,
Steve

On Mar 15, 2023, at 7:00 PM, Andrew Russell <arussell@shawkeller.com> wrote:

> **CAUTION: This message originated outside of Kelley Drye and was sent by:**
> **arussell@shawkeller.com**

Steve,

Thanks. It sounds like we are on the same page. Here is our slightly adjusted proposal:

Component of a signal generated by transforming the signal data from the time domain to the frequency domain, which ~~can~~ corresponds to a single frequency or single band of frequencies present in the signal.

Would that work?

Andrew E. Russell
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0704

Visit ipde.com for updates about IP litigation and the District of Delaware.

**From:** Yovits, Steven <SYovits@KelleyDrye.com>
**Date:** Wednesday, March 15, 2023 at 11:37 AM
**To:** Ajay Krishnan <AKrishnan@keker.com>
**Cc:** Andrew Russell <arussell@shawkeller.com>, Yovits, Steven <SYovits@KelleyDrye.com>
**Subject:** RE: Quick call?

Ajay and Andrew,

2

Having considered the issue further, we would be ok with the following definition of "frequency component."

Component of a signal generated by transforming the signal data from the time domain to the frequency domain, which can correspond to one or more frequencies present in the signal.

Would this work for you?

Thanks,
Steve

**STEVEN YOVITS**

**Kelley Drye & Warren LLP**
Tel: (312) 857-7099
Cell: (312) 593-3361

---

**From:** Ajay Krishnan <AKrishnan@keker.com>
**Sent:** Monday, March 13, 2023 6:35 PM
**To:** Yovits, Steven <SYovits@KelleyDrye.com>
**Cc:** arussell@shawkeller.com
**Subject:** RE: Quick call?

> **CAUTION: This message originated outside of Kelley Drye and was sent by:**
> **akrishnan@keker.com**

OK, thanks Steve.

Ajay

---

**Ajay Krishnan**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2267 direct | 415 391 5400 main
akrishnan@keker.com | vcard | keker.com

**From:** Yovits, Steven <SYovits@KelleyDrye.com>
**Sent:** Monday, March 13, 2023 4:20 PM
**To:** Ajay Krishnan <AKrishnan@keker.com>
**Cc:** arussell@shawkeller.com; Yovits, Steven <SYovits@KelleyDrye.com>
**Subject:** RE: Quick call?

**[EXTERNAL]**

Thanks Ajay –
I think if that is still an important issue, we should just proceed and brief it.

3

**STEVEN YOVITS**

**Kelley Drye & Warren LLP**
Tel: (312) 857-7099
Cell: (312) 593-3361

---

**From:** Ajay Krishnan <AKrishnan@keker.com>
**Sent:** Monday, March 13, 2023 4:34 PM
**To:** Yovits, Steven <SYovits@KelleyDrye.com>
**Cc:** arussell@shawkeller.com
**Subject:** RE: Quick call?

> **CAUTION: This message originated outside of Kelley Drye and was sent by:**
> **akrishnan@keker.com**

Steve – looping in Andrew here. To follow up on our discussion on frequency component, I think the band-versus-single frequency issue is an important point of clarification to us. Would it make sense to have a call with Andrew to see if there's a compromise construction that everyone can live with?

Thanks,

Ajay

---

**Ajay Krishnan**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2267 direct | 415 391 5400 main
akrishnan@keker.com | vcard | keker.com

---

**From:** Yovits, Steven <SYovits@KelleyDrye.com>
**Sent:** Monday, March 13, 2023 9:27 AM
**To:** Ajay Krishnan <AKrishnan@keker.com>
**Cc:** Yovits, Steven <SYovits@KelleyDrye.com>
**Subject:** RE: Quick call?

**[EXTERNAL]**

---

Just tried calling you – can you give me a call at 312-593-3351.  Thanks.

**STEVEN YOVITS**

**Kelley Drye & Warren LLP**
Tel: (312) 857-7099
Cell: (312) 593-3361

**From:** Ajay Krishnan <AKrishnan@keker.com>
**Sent:** Monday, March 13, 2023 11:23 AM
**To:** Yovits, Steven <SYovits@KelleyDrye.com>
**Subject:** RE: Quick call?

| CAUTION: This message originated outside of Kelley Drye and was sent by: akrishnan@keker.com |
|---|

Sure thing Steve – I'm free now if that works for you. (415) 676-2267.

**Ajay Krishnan**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2267 direct | 415 391 5400 main
akrishnan@keker.com | vcard | keker.com

**From:** Yovits, Steven <SYovits@KelleyDrye.com>
**Sent:** Monday, March 13, 2023 9:23 AM
**To:** Ajay Krishnan <AKrishnan@keker.com>
**Cc:** Yovits, Steven <SYovits@KelleyDrye.com>
**Subject:** Quick call?

[EXTERNAL]

Hi Ajay,

Do you have a few minutes for a quick call with me today?  I want to run something by you regarding claim construction.

Thanks,
Steve

**STEVEN YOVITS**
Chair, Patent Practice

**Kelley Drye & Warren LLP**
333 West Wacker Drive, 26th Floor
Chicago, IL 60606
Tel: (312) 857-7099
Cell: (312) 593-3361

syovits@kelleydrye.com

This message is subject to Kelley Drye & Warren LLP's email communication policy.
KDW-Disclaimer