

1313 North Market Street
302 984 6000
P.O. Box 951
Wilmington, DE 19801- 0951
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone

April 14, 2023

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

  Re: *The Nielsen Company (US), LLC v. TVision Insights, Inc.*,
    C.A. Nos. 21-1592-CJB; 22-0057-CJB (D. Del.)

Dear Judge Burke:

  Plaintiff The Nielsen Company (US), LLC ("Plaintiff"), and Defendant TVision Insights, Inc. ("Defendant") respectfully submit this joint letter regarding the *Markman* hearing in the above-referenced cases.

(i)  The parties do not request leave to present testimony.

(ii)  The parties request one hour per side.

(iii)  The parties intend to present the claim terms at issue in the same order they appear in the Joint Claim Construction Brief. For each term, Plaintiff will present first, Defendant will respond, Plaintiff will rebut, and then Defendant will offer its further rebuttal.

            Respectfully,

            */s/ David E. Moore*

            David E. Moore

DEM:nmt/10745625/14944.00004

cc:  Counsel of Record (via electronic mail)