

1313 North Market Street<br>
302 984 6000<br>
P.O. Box 951<br>
Wilmington, DE 19801- 0951<br>
www.potteranderson.com<br>
<br>
David E. Moore<br>
Partner<br>
Attorney at Law<br>
dmoore@potteranderson.com<br>
302 984-6147 Direct Phone

May 5, 2023

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 28, Room 2325
Wilmington, DE 19801-3555

    Re:    *The Nielsen Company (US), LLC v. TVision Insights, Inc.*,
              C.A. Nos. 21-1592-CJB; 22-0057-CJB (D. Del.)

Dear Judge Burke:

    Plaintiff The Nielsen Company (US), LLC ("Plaintiff"), and Defendant TVision Insights, Inc. ("Defendant") respectfully submit this joint letter pursuant to the Court's Oral Orders of April 19, 2023, in the cases captioned above.

    The parties met and conferred by teleconference for 40 minutes on April 25, 2023. Participating for Plaintiff were Andrew Brown (Delaware counsel), Steven Yovits (lead counsel), Constantine Koutsoubas (lead counsel), and Melvin Gaddy (lead counsel). Participating for Defendant was Andrew Russell (Delaware counsel). Although no agreements were reached on this teleconference, the parties agreed to further consider the issues and reconvene on May 1, 2023. The parties met and conferred by teleconference as planned on May 1, 2023 for an additional 15 minutes. The same individuals participated on May 1 as had participated on April 25, with the addition of Ajay Krishnan, lead counsel for Defendant, on May 1.

    The parties have not reached agreement on any constructions, and no disputes have been narrowed. Accordingly, the parties will not file an amended joint claim construction chart.

    The parties did not reach an agreement to conduct the *Markman* hearing by videoconference, and they therefore understand that the hearing will be conducted in-person.

    The parties thank the Court for its attention to these matters.

                                               Respectfully,

                                               */s/ David E. Moore*

                                               David E. Moore

DEM:nmt/10792143/14944.00004
cc:      Counsel of Record (via electronic mail)