

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone

May 10, 2023

**VIA HAND DELIVERY**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:    *The Nielsen Company (US), LLC v. TVision Insights, Inc.*,
              C.A. Nos. 21-1592-CJB; 22-0057-CJB (D. Del.)

Dear Judge Burke:

    Enclosed please find a second copy of the flash drive containing Plaintiff's Technology Tutorial in the above-referenced actions. Please accept our apologies for the inadvertent omission of an additional copy of the flash drive.

    Please let us know if there are any technical difficulties with the Tutorial, or if Your Honor has any other questions.

                                                Respectfully,

                                                */s/ David E. Moore*

                                                David E. Moore

DEM:nmt/10800345/14944.00004

Enclosure
cc:    Clerk of the Court (via hand delivery)
         Counsel of Record (via electronic mail)