**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 21-1592-CJB |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| TVISION INSIGHTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the Nielsen Company (US), LLC ("Nielsen") and Defendant TVision Insights, Inc. ("TVision") (collectively, the "Parties") hereby stipulate to the dismissal with prejudice of C.A. No. 22-1592-CJB, with each party to pay its own fees and costs. Dismissal is proper because both Parties have signed this Stipulation. *See* Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (authorizing dismissal with "a stipulation of dismissal signed by all parties who have appeared").

This Stipulation of Dismissal shall have no effect on C.A. No. 22-057-CJB, which shall remain an active case.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff*
*The Nielsen Company (US), LLC*

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Melvin Gaddy
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Jolie Schenerman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

SHAW KELLER LLP

By: */s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant*
*TVision Insights, Inc.*

OF COUNSEL:

Eric C. Cohen
Jason Xu
RIMON LAW
1990 K. Street, NW, Suite 420
Washington, DC 20006
Tel: (202) 971-9494

Dated: August 16, 2023
10970298

IT IS SO ORDERED, this ____ day of ______________, 2023.

______________________________
Honorable Christopher J. Burke
United States Magistrate Judge